# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| JOSHUA DAVID SAPPI BIERING, | § | Case No.: **4-26CV-381-0** |
| Petitioner, *Pro Se,* | § | |
| | § | |
| v. | § | |
| | § | |
| J.P. MORGAN SECURITIES, LLC, | § | FINRA Case No.: 24-01208 |
| JPMORGAN CHASE & CO., and | § | EEOC Charge No.450-2024-04743[1] |
| JPMORGAN CHASE BANK, N.A., | § | AAA Case No. 01-26-0000-7215[2] |
| Respondents. | § | |

## CERTIFICATE OF INTERESTED PERSONS AND DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rules 3.1(c), 3.2(e), and 7.4 of the United States District Court for the Northern District of Texas, Petitioner Joshua David Sappi Biering submits this Certificate of Interested Persons and Corporate Disclosure Statement. The undersigned certifies that the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, subsidiaries, and other legal entities are known to have a financial interest in the outcome of this case, in order that judges of this Court may evaluate any possible disqualification or recusal. A disclosure of related cases is provided at the end of this certificate pursuant to LR 3.2(e).**Joshua David Sappi Biering** — Petitioner; individual *pro se*; resident of Fort Worth, Tarrant County, Texas.

---

[1]    EEOC Charge No. 450-2024-04743, filed February 25, 2024 (dual-filed with TWC-CRD). Dismissal and Notice of Rights issued February 5, 2025. Petitioner reserves all rights under the EFAA, 9 U.S.C. §§ 401–402.

[2]    Protective AAA Demand filed February 11, 2026, asserting TCHRA claims (Tex. Lab. Code § 21.001 *et seq.*). Stay requested. Filed to preserve the two-year limitations period of § 21.256 pending this Court's forum determination.

1

1. **J.P. Morgan Securities LLC** – Respondent; FINRA member firm (CRD No. 79); the only respondent that signed the FINRA Submission Agreement in FINRA No. 24-01208.

2. **JPMorgan Chase & Co.** ("JPMC") — Respondent; publicly traded corporation (NYSE: JPM); not a FINRA signatory in FINRA No. 24-01208.

3. **JPMorgan Chase Bank, N.A.** ("JPM Bank") — Respondent; national banking association; Petitioner's former employer; not a FINRA signatory in FINRA No. 24-01208.

4. **Raymond James & Associates, Inc.** ("RJA") — Not a party; Petitioner's current employer and sponsoring broker-dealer; disclosed for financial-interest purposes because Petitioner's CRD record is at issue.

5. **UB Greensfelder LLP** — Law firm of record for JPMS in FINRA arbitration, Case No. 24-01208.

6. **Jeffrey S. Dunlap, Esq.** — Lead attorney for JPMS in FINRA Case No. 24-01208; member of UB Greensfelder LLP.

7. **Sarah Richardson, Esq.** — Attorney for JPMS in FINRA Case No. 24-01208; member of UB Greensfelder LLP.

### RELATED CASES AND PROCEEDINGS

Pursuant to Local Civil Rule 3.2(e), Petitioner discloses the following related judicial, arbitral, and administrative proceedings arising from the same CRD records, employment relationship, and related factual nucleus:

8.    ***Joshua D. Biering v. J.P. Morgan Securities, LLC***, Cause No. **096-360735-25** (District Court, Tarrant County, Texas) — Petition to confirm the FINRA customer-complaint expungement award in FINRA No. 23-03445.

9.    ***Joshua David Sappi Biering v. Steve Lindsey, Sam Perry, Patrick Borer, Elaine Agather, and Robby Reeb***, Cause No. **DC-24-15770** (191st Judicial District Court, Dallas County, Texas) — Rule 202 proceeding.

10.   ***Joshua David Sappi Biering v. J.P. Morgan Securities, LLC, JPMorgan Chase & Co., and JPMorgan Chase Bank, N.A.***, FINRA Arbitration No. **24-01208** — Underlying FINRA arbitration from which the present federal action arises.

11.   ***Joshua David Sappi Biering v. J.P. Morgan Chase Bank N.A.***, EEOC Charge No. **450-2024-04743** — Administrative employment-discrimination proceeding arising out of the same employment relationship.

12.   ***Joshua David Sappi Biering v. JPMorgan Chase & Co., et al.***, AAA Case No. **01-26-0000-7215** — Protective employment arbitration proceeding before the American Arbitration Association.

## CORPORATE DISCLOSURE

The following corporate-disclosure statements identify parent corporations and publicly held ownership interests under Federal Rule of Civil Procedure 7.1(a). Ownership details are stated here, rather than repeated in the interested-persons list:

*Petitioner* Joshua David Sappi Biering is a natural person and has no parent corporation, subsidiaries, affiliates, or publicly traded stock requiring disclosure.

13. **J.P. Morgan Securities LLC** is a wholly-owned indirect subsidiary of JPMorgan Chase & Co. through J.P. Morgan Broker-Dealer Holdings Inc. No publicly held corporation owns 10% or more of J.P. Morgan Securities LLC.

14. **JPMorgan Chase & Co.** is a publicly traded corporation (NYSE: JPM). It has no parent corporation. No publicly held corporation owns 10% or more of JPMorgan Chase & Co.

15. **JPMorgan Chase Bank, N.A.** is a wholly-owned indirect subsidiary of JPMorgan Chase & Co. (NYSE: JPM). No other publicly held corporation owns 10% or more of JPMorgan Chase Bank, N.A.

16. **Raymond James & Associates, Inc.** is a wholly-owned subsidiary of Raymond James Financial, Inc. (NYSE: RJF). Raymond James Financial, Inc. is a publicly traded corporation. This disclosure is provided for financial-interest purposes; Raymond James & Associates, Inc. is not a party to this action.

Executed on _March 27_, 2026, in Fort Worth, Texas.

Respectfully submitted,

JOSHUA DAVID SAPPI BIERING
4635 Washburn Ave
Fort Worth, TX 76107
682.218.6738
jdsb@bierfam.com
*Pro Se*

4



