**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **Civil Action No. 4:26-cv-381-O-BP** |
| | § | |
| **J.P. MORGAN SECURITIES, LLC, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER AND NOTICE OF DEFICIENCY

Joshua David Sappi Biering has filed a complaint but has not paid the filing fee or sought leave to proceed *in forma pauperis* ("IFP"). Accordingly, the Clerk is **DIRECTED** to mail Plaintiff copies of this order and a long-form IFP application to proceed in district court without prepaying fees or costs reflecting this case number. If Plaintiff wishes to proceed, by **April 14, 2026**, he must either pay the $405 filing and administrative fees or file the completed long-form IFP application. Failure to comply with this order may result in the dismissal of this case without further notice. Fed. R. Civ. P. 41(b).

Should Plaintiff choose to file an IFP application, he must provide truthful answers in response to all sections of the form. All the information sought on the form is necessary for the Court to review and consider when determining Plaintiff's pauper status. Although "0" can be an appropriate response, if truthful, the Court will not, without additional information, accept as credible a blanket statement that Plaintiff has no income sources, assets, or living expenses.

The Court cautions Plaintiff that making false statements under penalty of perjury may subject him to appropriate sanctions, including monetary sanctions or dismissal of this action. *See*

Fed. R. Civ. P. 11(a)-(c).

It is so **ORDERED** on March 31, 2026.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE