# U.S. District Court

## Texas Northern - Fort Worth

Receipt Date: Apr 3, 2026 11:34AM

Joshua Biering

Rcpt. No: 400005904                 Trans. Date: Apr 3, 2026 11:34AM                 Cashier ID: #WC (2492)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | DTXN426CV000381 **FBO**: Joshua Biering | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|----|--------|---|---|---|-----|
| CH | Check | #114 | 04/3/2026 | | $405.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $405.00 |
| Total Tendered: | $405.00 |
| Total Cash Received: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.