**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOSHUA DAVID SAPPI BIERING, | § | |
| | § | |
| Petitioner, *Pro Se,* | § | |
| v. | § | Case No.: 4: 26cv - 00381 - 0 |
| | § | |
| J.P. MORGAN SECURITIES, LLC, | § | |
| JPMORGAN CHASE & CO., and | § | |
| JPMORGAN CHASE BANK, N.A., | § | |
| | § | |
| Respondents. | § | |
| | § | |

**PETITIONER'S DECLINATION OF CONSENT TO MAGISTRATE JUDGE**

TO THE HONORABLE JUDGE OF SAID COURT:

Petitioner Joshua David Sappi Biering ("Petitioner"), appearing *pro se*, respectfully files this Notice in response to the Clerk's Notice and Election re: Consent to Magistrate Judge (Doc. 3, entered March 31, 2026), and states as follows:

**I.    Notification Received**

Petitioner acknowledges receipt of the Court's notice advising the parties that a United States Magistrate Judge is available to conduct all proceedings in this civil action, including trial and the entry of a final judgment, pursuant to 28 U.S.C. § 636(c).

**II.    Declination of Consent**

In accordance with 28 U.S.C. § 636(c)(2) and the Standing Order of this Court, Petitioner does not consent to the referral of this action to a United States Magistrate Judge for all purposes, including trial and the entry of final judgment.

### III.  Election

Pursuant to the Clerk's form:

☐  I CONSENT to have a United States Magistrate Judge conduct all further proceedings in this case, including trial, and order the entry of a final judgment.

☒  **I DO NOT CONSENT** to have a United States Magistrate Judge conduct all further proceedings in this case.

### IV.  Basis

This action presents a petition under the Federal Arbitration Act, 9 U.S.C. §§ 9–11, raising questions of statutory construction, the scope of judicial review of arbitration awards, and the finality requirements of Section 10(a)(4). Petitioner respectfully exercises his statutory right to have the presiding Article III judge adjudicate these matters. This declination is not a reflection on the qualifications of any Magistrate Judge of this Court, but an exercise of the right afforded by 28 U.S.C. § 636(c)(2).

### V.  No Prejudice

Petitioner understands that this declination does not preclude the Court from referring discrete pretrial matters to a Magistrate Judge under 28 U.S.C. § 636(b), and Petitioner does not object to such referrals in the ordinary course.

Respectfully Submitted,

**JOSHUA DAVID SAPPI BIERING**
4635 Washburn Ave
Fort Worth, TX 76107
(682)-218-6738
jdsb@bierfam.com
*Pro Se*

April 3, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2026, I filed the foregoing **Petitioner's Notice of Declination of Consent to Magistrate Judge** with the Clerk of Court via the CM/ECF system. No opposing party has yet appeared or been served in this action.


**JOSHUA DAVID SAPPI BIERING**
Claimant, *Pro Se*