## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOSHUA DAVID SAPPI BIERING, | § | |
| | § | |
| Petitioner, *Pro Se,* | § | |
| v. | § | Case No. 4:26cv-381-O |
| | § | |
| J.P. MORGAN SECURITIES, LLC, | § | FINRA Case No. 24-01208 |
| JPMORGAN CHASE & CO., and | § | EEOC Charge No.450-2024-04743 |
| JPMORGAN CHASE BANK, N.A., | § | AAA Case No. 01-26-0000-7215 |
| | § | |
| Respondents. | § | |
| | § | |

### Supplemental Notice Regarding Certificate of Interested Persons

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 3.1.1 of the Northern District of Texas, Petitioner Joshua David Sappi Biering, proceeding pro se, files this Amended Certificate of Interested Persons. This certificate supplements and supersedes the original Certificate of Interested Persons filed March 30, 2026 (Dkt. 2), and is filed to reflect the substitution of counsel for Respondents. The following is a complete and updated list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of this case:

### I.   PARTIES

1. Joshua David Sappi Biering — Petitioner, *Pro Se*
2. J.P. Morgan Securities LLC  — Respondent
3. JPMorgan Chase & Co. — Respondent; publicly traded parent corporation of J.P. Morgan Securities LLC (NYSE: JPM)
4. JPMorgan Chase Bank, N.A. — Respondent; wholly owned subsidiary and banking affiliate of JPMorgan Chase & Co.
5. Financial Industry Regulatory Authority (FINRA) — Sponsoring body of the underlying arbitration, Case No. 24-01208; not a party to this proceeding but subject

to statutory review under 9 U.S.C. § 10.

## II.   CURRENT COUNSEL FOR RESPONDENTS (Newly Appearing)

6.   Greenberg Traurig, LLP

   a.   Christopher S. Dodrill, TX Bar No. 24110696
        2200 Ross Avenue, Suite 5200, Dallas, TX 75201
        christopher.dodrill@gtlaw.com  |  (214) 665-3600

   b.   Jennifer Tomsen, TX Bar No. 24064535
        1000 Louisiana Street, Suite 6700, Houston, TX 77002
        tomsenj@gtlaw.com  |  (713) 374-3500

   c.   Elizabeth "Beth" Bones, TX Bar No. 24074026
        2200 Ross Avenue, Suite 5200, Dallas, TX 75201
        beth.bones@gtlaw.com  |  (214) 665-3600

## III.  FORMER COUNSEL FOR RESPONDENTS (Withdrawn / Superseded)

7.   UB Greensfelder LLP (f/k/a Ulmer & Berne LLP)

Jeffrey S. Dunlap — Lead Counsel for Respondents
3900 Key Center, 127 Public Sq., Cleveland, OH 44114

## IV.  FORMER COUNSEL FOR PETITIONER (Underlying FINRA Arbitration Only)

8.   Iacuone McAllister Potter, LLP

Representation limited to FINRA arbitration level (no appearance in this federal action)

   a.   Joshua Iacuone, TX Bar No. 24036818
        4925 Greenville Ave., Energy Square One, Suite 1112
        josh@imcplaw.com | (214) 960 2832

   b.   Greg McAllister, TX Bar No. 24071191
        greg@imcplaw.com | (214) 432-1662

## V.   FINRA ARBITRATION PANEL (Underlying Case No. 24-01208)

9.   Eric Ross Cromartie — Public Arbitrator, Presiding Chairperson

10. Christine Rister — Public Arbitrator

11. Alison Battiste Clement — Non-Public Arbitrator

## VI.   RELATED CASES AND PROCEEDINGS

Pursuant to Local Civil Rule 3.2(e), Petitioner discloses the following related judicial, arbitral, and administrative proceedings arising from the same CRD records, employment relationship, and related factual nucleus:

12. *Joshua D. Biering v. J.P. Morgan Securities, LLC*, Cause No. 096-360735-25 (District Court, Tarrant County, Texas) — Petition to confirm the FINRA customer-complaint expungement award in FINRA No. 23-03445.

13. *Joshua David Sappi Biering v. Steve Lindsey, Sam Perry, Patrick Borer, Elaine Agather, and Robby Reeb*, Cause No. DC-24-15770 (191st Judicial District Court, Dallas County, Texas) — Rule 202 proceeding.

14. *Joshua David Sappi Biering v. J.P. Morgan Securities, LLC, JPMorgan Chase & Co., and JPMorgan Chase Bank, N.A.*, FINRA Arbitration No. 24-01208 — Underlying FINRA arbitration from which the present federal action arises; Award issued December 29, 2025.

15. *Joshua David Sappi Biering v. J.P. Morgan Chase Bank N.A.*, EEOC Charge No. 450-2024-04743 — Administrative employment-discrimination proceeding arising out of the same employment relationship.

16. *Joshua David Sappi Biering v. JPMorgan Chase & Co., et al.*, AAA Case No. 01-26-0000-7215 — Protective employment arbitration proceeding before the American Arbitration Association. Greenberg Traurig, LLP has filed a Notice of Appearance in connection with this proceeding. Upon information and belief, summons and service in this case are pending as of the date of filing; Respondents' counsel of record in AAA No. 01-26-0000-7215 will be identified by supplemental amendment upon confirmation of service.

## VII.  CORPORATE DISCLOSURE

The following corporate-disclosure statements identify parent corporations and publicly held ownership interests under Federal Rule of Civil Procedure 7.1(a):

17. J.P. Morgan Securities LLC is a wholly-owned indirect subsidiary of JPMorgan Chase & Co. through J.P. Morgan Broker-Dealer Holdings Inc. No publicly held corporation owns 10% or more of J.P. Morgan Securities LLC.

3

18. JPMorgan Chase & Co. is a publicly traded corporation (NYSE: JPM). It has no parent corporation. No publicly held corporation owns 10% or more of JPMorgan Chase & Co.

19. JPMorgan Chase Bank, N.A. is a wholly-owned indirect subsidiary of JPMorgan Chase & Co. (NYSE: JPM). No other publicly held corporation owns 10% or more of JPMorgan Chase Bank, N.A.

20. Raymond James & Associates, Inc. is a wholly-owned subsidiary of Raymond James Financial, Inc. (NYSE: RJF), a publicly traded corporation. This disclosure is provided for financial-interest purposes; Raymond James & Associates, Inc. is not a party to this action.

**JOSHUA DAVID SAPPI BIERING**
4635 Washburn Ave
Fort Worth, TX 76107
(682)-218-6738
jdsb@bierfam.com
Petitioner, Pro Se


Dated: April 10, 2026

## CERTIFICATE OF SERVICE

I certify that on April 10, 2026, a true and correct copy of the foregoing Amended Certificate of Interested Persons and Disclosure Statement was filed with the Court's CM/ECF system and served via electronic mail upon counsel for Respondents at the following addresses:

1. Christopher S. Dodrill — christopher.dodrill@gtlaw.com
2. Jennifer Tomsen — tomsenj@gtlaw.com
3. Elizabeth Bones — beth.bones@gtlaw.com

Respondents J.P. Morgan Securities LLC, JPMorgan Chase & Co., and JPMorgan Chase Bank, N.A. have not yet been formally served with process in this action. I hereby certify that I will effectuate service of the Summons, Amended Petition, and this Amended Certificate upon each Respondent no later than Monday, April 13, 2026, by delivery to each Respondent's registered agent for service of process through CT Corporation System, 1999 Bryan St., Suite 900, Dallas, TX 75201, in accordance with Federal Rule of Civil Procedure 4. CT Corporation System is the registered agent of record for J.P. Morgan Securities LLC, JPMorgan Chase & Co., and JPMorgan Chase Bank, N.A. in the State of Texas.