**SOP Intake** Portal

**Date:** Mon, Apr 13, 2026

**Time:** 11:44 AM

**Name:** Drop Service

**Phone:** 214-979-1172

**Juris Served:** TX

**Job ID:** 820400

**Total Entries:** 3

Receipt of the following documents at the date, time and location indicated above.

| Entity Served | Agent Name | Case No. |
|---|---|---|
| J.P. MORGAN SECURITIES LLC | C T CORPORATION SYSTEM | 426CV00381OBP |
| J.P. MORGAN SECURITIES LLC | C T CORPORATION SYSTEM | 426CV00381OBP |
| J.P. MORGAN SECURITIES LLC | C T CORPORATION SYSTEM | 426CV00381OBP |

NOTE: This document serves solely as a record of the delivery of the listed documents at the specified date, time, and location and does not indicate or constitute CT's acceptance of service of any such documents. CT reserves the right to reject service of process as it deems necessary or appropriate.

Intake Specialist: Alaster Johnson

CT Corporation, a Wolters Kluwer Company