AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| **Biering** | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:26-cv-00381-O-BP |
| | ) |
| JP Morgan Securities LLC et al | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** JP Morgan Securities LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Joshua David Sappi Biering (pro se)
4635 Washburn Ave
Fort Worth , TX 76107

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 04/06/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:26-cv-00381-O-BP

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JP Morgan Securities LLC

was received by me on *(date)* April 13, 2026 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CT Corporation System , who is designated

by law to accept service of process on behalf of *(name of organization)* JP Morgan Securities LLC

_____ on *(date)* April 13, 2026 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)* _____

_____

My fees are $ 150 for travel and $ 50 for services, for a total of $ 200

I declare under penalty of perjury that this information is true.

Date: April 13, 2026

_Dolly C Parker_
Server's signature

Dolly C Parker, Server
Printed name and title

2727 Mercedes Ave, Fort Worth, Tx 76107
Server's address

Additional information regarding attempted service, etc: