UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| JOSHUA DAVID SAPPI BIERING,<br><br>Petitioner, *Pro Se,*<br>v.<br><br>J.P. MORGAN SECURITIES, LLC,<br>JPMORGAN CHASE & CO., and<br>JPMORGAN CHASE BANK, N.A.,<br><br>Respondents. | § § § § § § § § § § § | Case No. 4:26cv-381-O<br><br>FINRA Case No.: 24-01208<br>EEOC Charge No.450-2024-04743<br>AAA Case No. 01-26-0000-7215 |

**COVER LETTER AND NOTICE REGARDING EXHIBITS**

**Accompanying Service of Amended Petition and Summons**

Petitioner Joshua David Sappi Biering ("Petitioner"), proceeding *pro se*, submits this Cover Letter and Notice Regarding Exhibits in connection with the service of the Amended Verified Petition to Partially Confirm, Modify, and Vacate in Part a FINRA Arbitration Award ("Amended Petition") and Summons upon each Respondent. On April 14, 2026, Petitioner caused service of process to be effected upon each Respondent in accordance with Federal Rules of Civil Procedure 4(e)(1) and 4(h)(1)(B), by personal delivery to C T Corporation System, the registered agent for each Respondent in the State of Texas.

**I.   DOCUMENTS ENCLOSED WITH THIS SERVICE PACKET**

Each Respondent is served with the following:

(1) Summons — Issued by the Clerk of Court on April 6, 2026 (Dkt. 9)

(2) Amended Verified Petition to Partially Confirm, Modify, and Vacate in Part a FINRA Arbitration Award, and to Retain Jurisdiction (the "Amended Petition")

(3) Original Verified Petition — Filed March 30, 2026 (Dkt. 1)

(4) Certificate of Interested Persons and Corporate Disclosure Statement — Filed

1

March 30, 2026 (Dkt. 2)

(5) Supplemental Certificate of Interested Persons and Corporate Disclosure Statement — Filed April 10, 2026 (Dkt. 10), reflecting the appearance of Greenberg Traurig, LLP as counsel for Respondents in the related AAA proceeding (Case No. 01-26-0000-7215)

Service of process is complete upon delivery of the Summons and Amended Petition. Fed. R. Civ. P. 4(c)(1). The additional documents are enclosed as a courtesy and for completeness. This Cover Letter and Notice Regarding Exhibits accompanies the service packet and is being simultaneously filed on ECF.

## II. NOTICE REGARDING EXHIBITS

Exhibits referenced in the Petition and Amended Petition are not part of the service packet and are not required for service to be effective under Rule 4. All exhibits cited in the Petition and Amended Petition are derived from the existing arbitration record in FINRA Case No. 24-01208, which Respondents and their counsel produced, received, and have possessed since the arbitration concluded on December 29, 2025.

Petitioner intends to compile and submit a formal exhibit volume through ECF for the Court's record. Petitioner will require additional time to properly prepare the exhibit volume, including necessary redactions and any motions to seal sensitive personal, financial, and employment information.

The preparation and filing of the exhibit volume is a matter of compliance with the Court's filing requirements and does not affect the completeness of service or the commencement of Respondents' time to respond under Fed. R. Civ. P. 12(a)(1)(A).

To the extent any question arises, the chronological record set forth in Section III below confirms that Respondents and their counsel have had actual and continuous notice of this action and possession of all underlying materials since long before service was effected.

## III. CHRONOLOGICAL RECORD OF NOTICE AND CORRESPONDENCE

2

Petitioner sets forth the following chronology to confirm that Respondents and their counsel have received actual and continuous notice of Petitioner's intent to pursue federal court review of the FINRA Award, that the AAA filing was made protectively, and that this action was expected. This record is provided for completeness and to preempt any claim of surprise, prejudice, or inadequate notice.

## A.    Pre-Filing Correspondence

| Date | Event |
| --- | --- |
| Dec. 29, 2025 | FINRA Arbitration Award issued in Case No. 24-01208 and served on Petitioner and Respondents' counsel (Jeffrey H. Dunlap). The three-month limitations period under 9 U.S.C. § 12 commenced upon service. |
| Feb. 10–11, 2026 | Petitioner filed a protective demand with the American Arbitration Association ("AAA"), Case No. 01-26-0000-7215, expressly stating the filing was a protective measure pending judicial determination of forum and arbitrability issues. AAA issued a filing receipt on February 11, 2026 at 9:08 PM ET. |
| Feb. 27, 2026 | Petitioner served the AAA filing materials on Respondents and their counsel, including Mr. Dunlap and Katie E. Bunch (in-house counsel, JPMorgan Chase & Co.). |
| Mar. 9, 2026 | Petitioner provided AAA with an intake status update regarding the pending dispute. |
| Mar. 11, 2026 | In response to AAA's request for the complete Binding Arbitration Agreement, Petitioner reiterated in writing that the AAA filing was "made as a protective measure" and that issues of arbitrability, forum selection, and the interaction of the Federal Arbitration Act ("FAA") and Ending Forced Arbitration of Sexual Assault and Sexual Harassment Act ("EFAA") were before the federal court. Respondents' counsel Mr. Dunlap and Ms. Bunch were copied. |
| Mar. 13, 2026 | Petitioner submitted correspondence to FINRA challenging the denial of hearing fee reimbursement, asserting post-Award rights and expressly preserving all positions. Mr. Dunlap was copied on this correspondence. |
| Mar. 19, 2026 | Petitioner sent a follow-up letter to AAA seeking confirmation of receipt and status of the filing, copying Respondents' counsel Mr. Dunlap and Ms. Bunch. |

| | |
|---|---|
| Mar. 21, 2026 | Petitioner sent a follow-up letter to FINRA regarding hearing fee denial, continuing to pursue all post-Award remedies. Mr. Dunlap was again copied. |
| Mar. 23, 2026 | Certificate of Conference. Petitioner conferred directly by telephone with Mr. Dunlap regarding the anticipated federal petition. Mr. Dunlap stated the petition would be opposed, confirming Respondents' prior notice and internal consultation more than seven days before filing. |
| Mar. 26, 2026 | FINRA responded to Petitioner's March 13 and March 21 letters, denying the fee reimbursement request. |

## B.   Post-Filing Correspondence

| Date | Event |
|---|---|
| Mar. 30, 2026 | Petitioner filed the Verified Petition with the Clerk of Court for the Northern District of Texas, Fort Worth Division (Dkt. 1). |
| Mar. 30, 2026 | Petitioner emailed Respondents' counsel Jeffrey H. Dunlap and Lauren Henderson (UB Greensfelder LLP) providing direct notice of the federal filing and assigned case number. |
| Apr. 1, 2026 | Respondents' counsel requested additional time from AAA to respond regarding abeyance in light of the federal filing. Petitioner submitted a written response the same day opposing any open-ended delay. |
| Apr. 3, 2026 | Petitioner paid the filing fee and the Clerk issued a receipt (Dkt. 6). Petitioner also filed a Notice Declining Consent to Magistrate Judge Jurisdiction (Dkt. 7). |
| Apr. 4, 2026 | Petitioner followed up with AAA regarding the status of the arbitration proceeding in light of the federal filing. |
| Apr. 6, 2026 | The Court issued its Order for Service Directions and Summons (Dkts. 8–9). Petitioner again notified AAA opposing any indefinite extension or delay. |
| Apr. 7, 2026 | Petitioner updated AAA and Respondents' counsel confirming the existence of the federal action, issuance of summons, and that service was underway. Copies of the federal summons (AO 440) were attached. |
| Apr. 7, 2026 | AAA directed Respondents to state by April 9, 2026 whether they agreed to abeyance pending the federal court's determination. |
| Apr. 9, 2026 | Greenberg Traurig, LLP entered an appearance in the AAA proceeding on behalf of Respondent J.P. Morgan Securities LLC (Christopher S. Dodrill, Jennifer G. Tomsen, and Elizabeth M. Bones). Respondent |

agreed only to a limited stay under AAA Rule R-2 while the court determines arbitrability of employment claims and asserted the stay should not apply to remaining claims. Respondent further requested removal of Ms. Bunch from the AAA service list. Greenberg Traurig has not appeared in this federal action.

Apr. 10, 2026    Petitioner filed a Supplemental Certificate of Interested Persons reflecting Greenberg Traurig's appearance in the AAA proceeding (Dkt. 10).

Apr. 10, 2026    AAA issued a Judicial Intervention letter imposing a 90-day administrative hold on the arbitration.

## IV. CERTIFICATE OF SERVICE

I, Joshua David Sappi Biering, certify that on this date, April 13, 2026, I caused the foregoing Cover Letter and Notice Regarding Exhibits, together with the Summons, the Amended Verified Petition, the Original Verified Petition, and the Certificate of Interested Persons (original and supplemental) to be served by personal delivery on each of the following Respondents through their registered agent for service of process in Texas:

| **J.P. Morgan Securities LLC** | **JPMorgan Chase & Co.** | **JPMorgan Chase Bank, N.A.** |
|---|---|---|
| c/o C T Corporation System 1999 Bryan Street, Suite 900 Dallas, TX 75201-3136 | c/o C T Corporation System 1999 Bryan Street, Suite 900 Dallas, TX 75201-3136 | c/o C T Corporation System 1999 Bryan Street, Suite 900 Dallas, TX 75201-3136 |

Service was effected by personal delivery by Dally Parket, a person over the age of 18 and not a party to this action, in accordance with Fed. R. Civ. P. 4(e)(1) and (h)(1)(B).

_____
**JOSHUA DAVID SAPPI BIERING**
4635 Washburn Ave
Fort Worth, TX 76107
(682)-218-6738
jdsb@bierfam.com
Petitioner, *Pro Se*

**SOP Intake** Portal

**Date:** Mon, Apr 13, 2026

**Time:** 11:44 AM

**Name:** Drop Service

**Phone:** 214-979-1172

**Juris Served:** TX

**Job ID:** 820400

**Total Entries:** 3

Receipt of the following documents at the date, time and location indicated above.

| Entity Served | Agent Name | Case No. |
| --- | --- | --- |
| J.P. MORGAN SECURITIES LLC | C T CORPORATION SYSTEM | 426CV00381OBP |
| J.P. MORGAN SECURITIES LLC | C T CORPORATION SYSTEM | 426CV00381OBP |
| J.P. MORGAN SECURITIES LLC | C T CORPORATION SYSTEM | 426CV00381OBP |

NOTE: This document serves solely as a record of the delivery of the listed documents at the specified date, time, and location and does not indicate or constitute CT's acceptance of service of any such documents. CT reserves the right to reject service of process as it deems necessary or appropriate.

Intake Specialist: Alaster Johnson

CT Corporation, a Wolters Kluwer Company