# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| JOSHUA DAVID SAPPI BIERING, | § § § | |
| Petitioner, *Pro Se,* | § § | Case No. 4:26cv-381-O |
| v. | § | |
| J.P. MORGAN SECURITIES, LLC, | § | FINRA Case No.: 24-01208 |
| JPMORGAN CHASE & CO., and | § | EEOC Charge No.450-2024-04743 |
| JPMORGAN CHASE BANK, N.A., | § | AAA Case No. 01-26-0000-7215 |
| | § | |
| Respondents. | § | |

## PLAINTIFF'S RESPONSE TO ORDER [Dkt. 14] AND NOTICE REGARDING PROOFS OF SERVICE

Petitioner Joshua David Sappi Biering, proceeding pro se, respectfully submits this response to the Court's April 21, 2026, Order [Dkt. 14].

On April 13, 2026, Petitioner filed executed Summonses and Proofs of Service for all Defendants at:

  (i)   Dkt. 12 (Summons Returned Executed – Main Entry)

  (ii)   Dkt. 12-1 (Doc. 12-1) – JPMorgan Chase Bank, N.A.

  (iii)   Dkt. 12-2 (Doc. 12-2) – JPMorgan Chase & Co.

  (iv)   Dkt. 12-3 (Doc. 12-3) – J.P. Morgan Securities LLC

Each Proof of Service includes a declaration under penalty of perjury stating that the process server is at least 18 years old, is not a party to this action, and effected service on CT Corporation System, the registered agent for each Defendant.

These filings satisfy Fed. R. Civ. P. 4(c)(2) (service by a non-party adult), Fed. R. Civ. P. 4(h)(1)(B) (service on corporate agent), and Fed. R. Civ. P. 4(l)(1) and 28 U.S.C. § 1746

1

(proof of service by declaration under penalty of perjury).

Dkt. 12 (Doc. 12) also includes a receipt confirming delivery to CT Corporation System on April 13, 2026, at 11:44 a.m. Service was completed within the time permitted under Fed. R. Civ. P. 4(m).

The Court's Order [Dkt. 14] states that the returned summonses do not contain a server's affidavit. The filed Proofs of Service at Dkts. 12-1, 12-2, and 12-3 include declarations under penalty of perjury, which are authorized in place of affidavits under 28 U.S.C. § 1746, and therefore satisfy Rule 4(l).

### REQUEST FOR RELIEF

Plaintiff respectfully requests that the Court:

(i)   Recognize the Proofs of Service filed at Dkts. 12, 12-1, 12-2, and 12-3 as compliant with Fed. R. Civ. P. 4(l);

(ii)  Deem service of process complete and timely as to all Defendants; and

(iii) Grant such other and further relief as the Court deems just and proper.

JOSHUA DAVID SAPPI BIERING
4635 Washburn Ave
Fort Worth, TX 76107
(682)-218-6738
jdsb@bierfam.com
Petitioner, *Pro Se*