Outlook

## Re: Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215 - NOA Counsel for Respondent

**From** JDSB <JDSB@bierfam.com>

**Date** Mon 4/27/2026 4:17 PM

**To**   Beth.Bones@gtlaw.com <Beth.Bones@gtlaw.com>

**Cc**   tomsenj@gtlaw.com <tomsenj@gtlaw.com>; Christopher.Dodrill@gtlaw.com <Christopher.Dodrill@gtlaw.com>

Counsel-

I acknowledge your email.

In light of your firm's confirmation that Greenberg Traurig represents Respondents in both the AAA matter (Case No. 01-26-0000-7215) and this action, I will direct correspondence to your firm and move prior counsel to BCC unless advised otherwise.

**I decline the AO 399 waiver form**.

I have not requested a Rule 4(d) waiver, am not requesting one, and will not execute a form that represents otherwise.

Defendants were served on April 13, 2026, through CT Corporation System, the registered agent for all three JPMorgan entities. Accordingly, the Rule 12(a)(1)(A)(i) response deadline runs from that date, and Defendants' responses are due on or before May 4, 2026.

Your waiver form states that a request was made on April 27, 2026. **No such request was made**. I will not agree to any document that mischaracterizes the record or alters the operative timeline.

For the avoidance of doubt, and for the record, I do not consent to any extension, enlargement, waiver, or modification of the operative response deadline, and I will contest any such request.

To the extent Defendants intend to rely on counsel transition or additional appearances as a basis for extension, that is not a basis for enlargement as of right. Any such request must be made by motion and supported by good cause under Rule 6(b), and will be opposed.

Your current representation position differs from your firm's April 13, 2026, written statements that it did not represent the JPMorgan entities in this action and was not authorized to accept service.

Pursuant to Local Rule 7.1, please advise whether Defendants oppose Petitioner's forthcoming Motion for Briefing Schedule and Submission Order. Absent a response by close of business, the motion will be filed as opposed.


V/R,

Josh Biering
(m) 682.218.6738

**From:** Beth.Bones@gtlaw.com <Beth.Bones@gtlaw.com>
**Sent:** Monday, April 27, 2026 3:30 PM

**To:** JDSB <JDSB@bierfam.com>; jdunlap@ubglaw.com <jdunlap@ubglaw.com>
**Cc:** tomsenj@gtlaw.com <tomsenj@gtlaw.com>; Christopher.Dodrill@gtlaw.com <Christopher.Dodrill@gtlaw.com>; shenderson@ubglaw.com <shenderson@ubglaw.com>
**Subject:** RE: Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215 - NOA Counsel for Respondent

Mr. Biering,

Contrary to what we noted earlier, JPMorgan has since asked that Greenberg Traurig serve as local counsel, and Greenberg Traurig will now be representing the JPMorgan defendants alongside UB Greensfelder.

The firms will enter their appearances at the appropriate time.

As for service, please confirm that you are requesting that JPMorgan waive service under Federal Rule of Civil Procedure 4. If so, we are authorized to waive service. Please confirm, and we will file the attached waiver of service form with the Court.

Thank you,
Beth

**Beth Bones**
Associate

Greenberg Traurig, LLP
2200 Ross Avenue | Suite 5200 | Dallas, TX 75201
T +1 214.665.3798 | F +1 214.665.3601
Beth.Bones@gtlaw.com | www.gtlaw.com | View GT Biography





 **We're moving!**
**Effective June 15th, our address will be:**
Greenberg Traurig, LLP
2021 McKinney Avenue | Suite 2000 | Dallas, TX 75201
(Please note, our phone numbers and emails will remain the same.)

---

**From:** JDSB <JDSB@bierfam.com>
**Sent:** Monday, April 27, 2026 2:30 PM
**To:** Bones, Beth (Assoc-DAL-EmpLaw) <Beth.Bones@gtlaw.com>; Dunlap, Jeffrey <jdunlap@ubglaw.com>
**Cc:** Tomsen, Jennifer (Shld-HOU-LT) <tomsenj@gtlaw.com>; Dodrill, Christopher (Shld-DAL-LT) <Christopher.Dodrill@gtlaw.com>; Henderson, Sarah <shenderson@ubglaw.com>
**Subject:** Re: Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215 - NOA Counsel for Respondent
**Importance:** High

Counsel -

Prior to filing Petitioner's Motion to Set Briefing Schedule or, Alternatively, for Rule 16(a) Status Conference, I write to confirm the current representation status of Respondents in this federal action.

First, ***please confirm*** whether Greenberg Traurig, LLP maintains its position that it does not represent Respondents in this matter, is not authorized to accept service, and does not intend to enter a Notice of

Appearance.

Second, **please confirm** whether counsel from UB Greensfelder LLP intends to enter a Notice of Appearance in this action.

Petitioner acknowledges the operative response deadline under Federal Rule of Civil Procedure 12(a) and does not seek to alter that timeline. In the absence of clarification regarding representation, Petitioner intends to proceed with **filing** the motion later today.

Please advise at your earliest convenience.

V/R,

Josh Biering
(m) 682.218.6738

---

**From:** JDSB <JDSB@bierfam.com>
**Sent:** Monday, April 13, 2026 2:33 PM
**To:** Beth.Bones@gtlaw.com <Beth.Bones@gtlaw.com>
**Cc:** tomsenj@gtlaw.com <tomsenj@gtlaw.com>; Christopher.Dodrill@gtlaw.com <Christopher.Dodrill@gtlaw.com>
**Subject:** Re: Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215 - NOA Counsel for Respondent

Understood. Confirming your response.

---

**From:** Beth.Bones@gtlaw.com <Beth.Bones@gtlaw.com>
**Sent:** Monday, April 13, 2026 2:29:15 PM
**To:** JDSB <JDSB@bierfam.com>
**Cc:** tomsenj@gtlaw.com <tomsenj@gtlaw.com>; Christopher.Dodrill@gtlaw.com <Christopher.Dodrill@gtlaw.com>
**Subject:** RE: Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215 - NOA Counsel for Respondent

Good afternoon, Mr. Biering.

Greenberg Traurig does not represent the JPMorgan entities in Case No. 4:26-cv-381-O. Please continue to direct communication to JPMorgan's counsel in the FINRA arbitration.

Thank you,
Beth

**Beth Bones**
Associate

Greenberg Traurig, LLP
2200 Ross Avenue | Suite 5200 | Dallas, TX 75201
T +1 214.665.3798 | F +1 214.665.3601
Beth.Bones@gtlaw.com | www.gtlaw.com | View GT Biography

**GT** GreenbergTraurig

