## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| JOSHUA DAVID SAPPI BIERING, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 4:26-cv-381-O-BP |
| | § | |
| v. | § | |
| J.P. MORGAN SECURITIES, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANTS' EMERGENCY MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED PETITION

This matter is before the Court on Defendants J.P. Morgan Securities, LLC, JPMorgan Chase & Co., and JPMorgan Chase Bank, N.A. (collectively, "Defendants") request for an order extending Defendant's deadline to respond to Plaintiff's Amended Petition under Rule 12. Having considered the Motion, the submissions of the parties, and the other papers on file in this case, the Court finds that Defendant's Emergency Motion for Extension of Time to Respond to Plaintiff's Amended Petition should be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that Defendants' deadline to answer or otherwise respond to Plaintiff's Amended Petition [Dkt. 11] Complaint is extended to May 26, 2026.