**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| JOSHUA DAVID SAPPI BIERING, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 4:26-cv-381-O-BP |
| | § | |
| v. | § | |
| J.P. MORGAN SECURITIES, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' REPLY IN SUPPORT OF EMERGENCY MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED PETITION**

Defendants have moved for a brief extension of time to respond to pro se Plaintiff's Amended Verified Petition to Confirm, Modify, and Vacate in Part a FINRA Arbitration Award, and to Retain Jurisdiction [Dkt. 11]. While Plaintiff lodges a host of allegations in his Response in Opposition [Dkt. 18], none justify denying this routine relief.[1]

Defendants have shown good cause under Rule 6(b)(1)(A) in support of the requested extension. The Motion is made in good faith to accommodate the schedule of counsel and to allow local counsel to become familiar with Plaintiff's assertions. Defendants do not seek this extension to unduly delay these proceedings, as Plaintiff suggests. Defendants are seeking a 22-day extension of time, until May 26, 2026, to answer or otherwise respond to the Amended Petition, a mere 43 days after alleged service on Defendants. They respectfully request that the Court grant this modest extension of time.

---

[1] Indeed, were Plaintiff represented by counsel, this request would readily fall within the scope of *Dondi Properties Corp. v. Commerce Savings and Loan Ass'n*, 121 F.R.D. 284, 294 (N.D. Tex. 1988) (en banc) ("Reasonable extensions of time should be granted to opposing counsel where such extensions will not have a material, adverse effect on the rights of the client."); *see* L.R. 83.4.1 ("An attorney appearing in a civil action must comply with the standards of litigation conduct adopted in [*Dondi*].").

**REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME – Page 1**

Dated: April 29, 2026

Respectfully submitted,

/s/  *Elizabeth A. Bones*

Christopher S. Dodrill
Texas Bar No. 24110696
christopher.dodrill@gtlaw.com
Elizabeth A. Bones
Texas Bar No. 24074026
beth.bones@gtlaw.com
**GREENBERG TRAURIG LLP**
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Tel.: (214) 665-3600
Fax: (214) 665-3601

Jeffrey S. Dunlap*
jdunlap@ubglaw.com
Kyle W. Rea*
krea@ublaw.com
**UB GREENSFELDER LLP**
1660 W. 2nd St., Suite 1100
Cleveland, Ohio 44113
Tel.: (216) 583-7000
Fax: (216) 583-7001
*pro hac vice forthcoming*

Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed through the Court's CM/ECF system, which will serve notice of this filing on all parties and CM/ECF users.

/s/  *Elizabeth A. Bones*
Elizabeth A. Bones

**REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME – Page 2**