## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# PUBLIC APPENDIX A-F
## Exhibits A-F
## A.01 - F.15e | 46 Attachments | 445 Pages

### PUBLIC FILING

This appendix batch is organized by exhibit series. Each row identifies the exhibit range, attachment count, page total, and a brief description of the series.

**A.**   A.01 - A.02   |   2 attachments   |   12 pages
Award and service materials anchoring the FAA review record and the award under review.

**B.**   B.01a - B.03   |   3 attachments   |   16 pages
Forum and submission-agreement materials showing the arbitration framework and party submissions to the FINRA forum.

**C.**   C.01r - C.03r   |   3 attachments   |   179 pages
Redacted statements of claim setting out the operative arbitration pleadings and amendments.

**D.**   D.01r - D.03d   |   6 attachments   |   84 pages
JPMS answers, EEOC position materials, and policy exhibits bearing on JPMS's defenses and stated standards.

**E.**   E.01a - E.06   |   8 attachments   |   42 pages
Registration, Form U5 / Form U4, BrokerCheck, and regulator-inquiry materials tied to the disputed disclosures.

**F.**   F.01 - F.15e   |   24 attachments   |   112 pages
FINRA jurisdiction, panel-composition, ranking, deadline, and pre-hearing correspondence materials.