## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

---

# EXHIBIT E.01a

## Form U5 – Biering (Filed by JPMS, Dec. 2023)

## E.01a-001 – 005

---

| | |
|---|---|
| **Description:** | Form U5 JPMS filed for Biering on or about December 2023. Highlighted on the public packet: termination type designation, termination explanation language, and date of termination at issue. |
| **Relevance:** | The disclosure at the heart of the U5 defamation claim. The termination-type designation, the explanation language, and the termination date are the operative facts in dispute. Compare to E.1b (Stainback finalize-wording email) for the internal wording-decision process. |
| **Source:** | CX-001; JPMS_00021766 – JPMS_00021771 |
| **Petition Ref:** | ¶ 81 (Dkt. 11); App. A p. 51 ("Form U5 (Dec. 22, 2023 – "Discharged – Inappropriate Behavior")") |
| **Disclosures:** | Annotations: Yellow highlight + margin callout around: (1) termination-type designation, (2) termination-explanation language, and (3) termination date. Highlights are added annotations; underlying form text is unaltered. |
| **Filing Status:** | Public - not sealed |

**J.P. MORGAN SECURITIES LLC(79)**                                        Rev. F

**Individual Name: Biering, Joshua D. (6883842)**                    U5 Full - F

Filing

### NOTICE TO THE INDIVIDUAL WHO IS THE SUBJECT OF THIS FILING

Even if you are no longer registered you continue to be subject to the jurisdiction of regulators for at least two years after your registration is terminated and may have to provide information about your activities while associated with this firm. Therefore, you must forward any residential address changes for two years following your termination date or last Form U5 amendment to: CRD Address Changes, P.O. Box 9495, Gaithersburg, MD 20898-9495.

### 1. General Information

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|
| Joshua | D. | Biering | |

| *Firm* CRD #: | *Firm* Name: | *Firm* NFA #: | |
|---|---|---|---|
| 79 | J.P. MORGAN SECURITIES LLC | | |

| Individual CRD #: | Individual SSN: | Individual NFA #: | *Firm* Billing Code: |
|---|---|---|---|
| 6883842 | xxx-xx-xxxx | | JPM-HNW |

**Office of Employment Address:**

| CRD Branch # | NYSE Branch Code # | Firm Billing Code | Address | Private Residence | Type of Office | Start Date | End Date |
|---|---|---|---|---|---|---|---|
| 382178 | HNW-382178 | JPM | 500 EAST BORDER STREET 2ND FLOOR ARLINGTON, TX 76010 United States | No | Located At | 11/16/2017 | 10/31/2019 |
| 382170 | USPB-382170 | JPM | 420 Throckmorton St Floor 03 Fort Worth, TX 76102 United States | No | Located At | 11/01/2019 | 12/01/2023 |

### 2. Current Residential Address

| From | To | Street Address |
|---|---|---|
| 02/2022 | PRESENT | 3900 Bent Elm Ln Fort Worth, TX 76109 United States |

### 3. Full Termination

**Is this a FULL TERMINATION?**  ⦿ Yes  ◯ No

Note: A "Yes" response will terminate ALL registrations with all SROs and all *jurisdiction*s.

**Reason for Termination:** Discharged

**Termination Explanation:**

If the Reason for Termination entered above is Permitted to Resign, Discharged or Other, provide an explanation below:

Exhibit

**CX1**

j/ShowCRDFiling.aspx?FilingPK=63271202&token=eyJhbGciOiJIUzUxMiJ9.eyJqdGkiOiI5NTc4NDdmZC1jZTMy...

06_Series_E_CRD_U4_U5_and_State_Securities_Inquiries.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_

**E.1a-002**
4:26-cv-00381-O
*Biering v. JPMS, et al.*

After RR submitted resignation, but before expiration of Notice Period, RR was terminated for inapp
Not related to the sale of securities or any customer complaints.

## 4. Date of Termination

**Date Terminated (MM/DD/YYYY): 12/01/2023**

A complete date of termination is required for *full termination*. This date represents the date the *firm* terminated the individual's association with the *firm* in a capacity for which registration is required.

For *partial termination*, the date of termination is only applicable to post-dated termination requests during the renewal period.

Notes: For *full termination*, this date is used by *jurisdiction*s/SROs to determine whether an individual is required to requalify by examination or obtain an appropriate waiver upon reassociating with another *firm*.

The *SRO/jurisdiction* determines the effective date of termination of registration.

## 6. Affiliated Firm Termination

No Information Filed.

## 7. Disclosure Questions

IF THE ANSWER TO ANY OF THE FOLLOWING QUESTIONS IN SECTION 7 IS 'YES', COMPLETE DETAILS OF ALL EVENTS OR PROCEEDINGS ON APPROPRIATE DRP(S). IF THE INFORMATION IN SECTION 7 HAS ALREADY BEEN REPORTED ON FORM U4 OR FORM US, DO NOT RESUBMIT DRPs FOR THESE ITEMS. REFER TO THE EXPLANATION OF TERMS SECTION OF FORM US INSTRUCTIONS FOR EXPLANATION OF ITALICIZED WORDS.

Disclosure Certification Checkbox (optional): ☑

By selecting the Disclosure Certification Checkbox, the *firm* certifies that (1) there is no additional information to be reported at this time; (2) details relating to Questions 7A, 7C, 7D and 7E have been previously reported on behalf of the individual via Form U4 and/or amendments to Form U4 (if applicable); and (3) updated information will be provided, if needed, as it becomes available to the *firm*. Note: Use of "Disclosure Certification Checkbox" is optional

### Investigation Disclosure

|  | Yes | No |
|---|---|---|
| **7A.** Currently is, or at termination was, the individual the subject of an *investigation* or *proceeding* by a domestic or foreign governmental body or *self-regulatory organization* with jurisdiction over *investment-related* businesses? (Note: Provide details of an *investigation* on an Investigation Disclosure Reporting Page and details regarding a *proceeding* on a Regulatory Action Disclosure Reporting Page.) | ○ | ○ |

### Internal Review Disclosure

|  | Yes | No |
|---|---|---|
| **7B.** Currently is, or at termination was, the individual under internal review for fraud or wrongful taking of property, or violating *investment-related* statutes, regulations, rules or industry standards of conduct? | ○ | ◉ |

E.1a-002

JPMS_00021767

06_Series_E_CRD_U4_U5_and_State_Securities_Inquiries.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00.

**E.1a-003**
4:26-cv-00381-O
*Biering v. JPMS, et al.*

**7C.** While employed by or associated with your *firm*, or in connection with events that occurred w
individual was employed by or associated with your *firm*, was the individual:

    **1.** convicted of or did the individual plead guilty or nolo contendere ("no contest") in a domestic, foreign or military court to any *felony*?

    **2.** *charged* with any *felony*?

    **3.** convicted of or did the individual plead guilty or nolo contendere ("no contest") in a domestic, foreign or military court to a *misdemeanor involving*: investments or an *investment-related* business, or any fraud, false statements or omissions, wrongful taking of property, bribery, perjury, forgery, counterfeiting, extortion, or a conspiracy to commit any of these offenses?

    **4.** *charged* with a *misdemeanor* specified in 7(C)(3)?

### Regulatory Action Disclosure

                            **Yes No**

**7D.** While employed by or associated with your *firm*, or in connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual *involved* in any *disciplinary action* by a domestic or foreign governmental body or *self-regulatory organization* (other than those designated as a "*minor rule violation*" under a plan approved by the U.S. Securities and Exchange Commission) with jurisdiction over the *investment-related* businesses?

### Customer Complaint/Arbitration/Civil Litigation Disclosure

                            **Yes No**

**7E.** **1.** In connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual named as a respondent/defendant in an *investment-related*, consumer-initiated arbitration or civil litigation which alleged that the individual was *involved* in one or more *sales practice violations* and which:

    **(a)** is still pending, or;

    **(b)** resulted in an arbitration award or civil judgment against the individual, regardless of amount, or;

    **(c)** was settled, prior to 05/18/2009, for an amount of $10,000 or more, or;

    **(d)** was settled, on or after 05/18/2009, for an amount of $15,000 or more?

**2.** In connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual the subject of an *investment-related*, consumer-initiated (written or oral) complaint, which alleged that the individual was *involved* in one or more *sales practice violations*, and which

    **(a)** was settled, prior to 05/18/2009, for an amount of $10,000 or more, or;

    **(b)** was settled, on or after 05/18/2009, for an amount of $15,000 or more?

**3.** In connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual the subject of an *investment-related*, consumer-initiated, written complaint, not otherwise reported under questions 7(E)(2) above, which:

    **(a)** would be reportable under question 14I(3)(a) on Form U4, if the individual were still employed by your *firm*, but which has not previously been reported on the individual's Form U4 by your *firm*; or

    **(b)** would be reportable under question 14I(3)(b) on Form U4, if the individual were still employed by your *firm*, but which has not previously been reported on the individual's Form U4 by your *firm*.

E.1a-003

JPMS_00021768

06_Series_E_CRD_U4_U5_and_State_Securities_Inquiries.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00.



E.1a-004
4:26-cv-00381-O
*Biering v. JPMS, et al.*

**Answer questions (4) and (5) below only for arbitration claims or civil litigation filed 05/18/2009**

4. In connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual the subject of an *investment-related*, consumer-initiated, arbitration claim or civil litigation which alleged that the individual was *involved* in one or more *sales practice violations*, and which:

   **(a)** was settled for an amount of $15,000 or more, or;    ○  ○

   **(b)** resulted in an arbitration award of civil judgment against any named respondent(s)/defendant(s), regardless of amount?    ○  ○

5. In connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual the subject of an investment-related, consumer-initiated, arbitration claim or civil litigation not otherwise reported under question 7E(4) above, which:

   **(a)** would be reportable under question 14I(5)(a) on Form U4, if the individual were still employed by your *firm*, but which has not previously been reported on the individual's Form U4 by your *firm*; or    ○  ○

   **(b)** would be reportable under question 14I(5)(b) on Form U4, if the individual were still employed by your *firm*, but which has not previously been reported on the individual's Form U4 by your *firm*.    ○  ○

### Termination Disclosure

**Yes  No**

**7F.** Did the individual voluntarily *resign* from your *firm*, or was the individual discharged or permitted to *resign* from your *firm*, after allegations were made that accused the individual of:

1. violating *investment-related* statutes, regulations, rules or industry standards of conduct?    ○  ◉

2. fraud or the wrongful taking of property?    ○  ◉

3. failure to supervise in connection with *investment-related* statutes, regulations, rules or industry standards of conduct?    ○  ◉

### 8. Signature

Please Read Carefully

All signatures required on this Form U5 filing must be made in this section.

A "Signature" includes a manual signature or an electronically transmitted equivalent. For purposes of an electronic form filing, a signature is effected by typing a name in the designated signature field. By typing a name in this field, the signatory acknowledges and represents that the entry constitutes in every way, use, or aspect, his or her legally binding signature.

8A.  FIRM ACKNOWLEDGMENT

    This section must be completed on all U5 form filings submitted by the *firm*.

8B.  INDIVIDUAL ACKNOWLEDGMENT AND CONSENT

    This section must be completed on amendment U5 form filings where the individual is submitting changes to Part II of the INTERNAL REVIEW DRP or changes to Section 2 (CURRENT RESIDENTIAL ADDRESS).

### 8A. FIRM ACKNOWLEDGMENT

I VERIFY THE ACCURACY AND COMPLETENESS OF THE INFORMATION CONTAINED IN AND WITH THIS FORM.

**Person to contact for further information**      **Telephone #**   **person to contact**

/ShowCRDFiling.aspx?FilingPK=63271202&token=eyJhbGciOiJIUzUxMiJ9.eyJqdGkiOiI5NTc4NDdmZC1jZTMy...

06_Series_E_CRD_U4_U5_and_State_Securities_Inquiries.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_

Employee Compliance Registration                614-217-5492

E.1a-005
4:26-cv-00381-O
*Biering v. JPMS, et al.*

**Signature of *Appropriate Signatory***          **Date (MM/DD/YYYY)**

Greg Thompson                                     12/22/2023

**Signature** _____

**Criminal DRP**

No Information Filed

**Customer Complaint DRP**

No Information Filed

**Internal Review DRP**

No Information Filed

**Investigation DRP**

No Information Filed

**Regulatory Action DRP**

No Information Filed

**Termination DRP**

No Information Filed

/ShowCRDFiling.aspx?FilingPK=63271202&token=eyJhbGciOiJIUzUxMiJ9.eyJqdGkiOiI5NTc4NDdmZC1jZTMy…    5

E.1a-005

06_Series_E_CRD_U4_U5_and_State_Securities_Inquiries.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00...

### UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT E.01b

## Stainback Email – Finalize U5 Wording
## E.01b-001 – 002

| | |
|---|---|
| **Description:** | Internal JPM email in which Stainback finalizes the U5 termination-explanation wording before filing. |
| **Relevance:** | Evidence of the JPMS wording-decision process that produced the U5 disclosure filed in E.1a. Direct cross-reference for the malice / actual-knowledge element of the U5-defamation theory. |
| **Source:** | CX-141; JPMS_00027085 – JPMS_00027087 |
| **Petition Ref:** | ¶¶ 62, 67 (Dkt. 11); App. A p. 51 ("Stainback instruction to finalize U5 wording") |
| **Disclosures:** | None — reproduced as produced, no added markings |
| **Filing Status:** | Public - not sealed |

**E.1b-001**

4:26-cv-00381-O
*Biering v. JPMS, et al.*

Message

**From:** Stainback, Stephanie [Stephanie.Stainback@jpmorgan.com]
**Sent:** 10/28/2023 5:37:31 PM
**To:** Cohen, Jena B [jena.b.cohen@jpmorgan.com]
**Subject:** RE: [EXTERNAL]Josh Biering Resignation

His term date is 12/26 based on garden leave. I will reach out to Registration and ask that they not file the U5 until further notice so we can finalize wording before they file.

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>
**Date:** Saturday, Oct 28, 2023 at 12:30 PM
**To:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Subject:** RE: [EXTERNAL]Josh Biering Resignation

I told him to hold and he is waiting on our view so it doesn't need to be this weekend.  I just looped in Jeremy – Ben had told him pieces already.  Turns out that his resignation is likely to go work for Michael Parrelly at MS or ML so we should make sure we amend the u4 asap as he likely just cleared their background.

---

Jena B. Cohen | US Private Bank HR Head |390 Madison Ave, 27th Floor
J.P. Morgan Chase | Telephone: (212) 464-2647 | jena.b.cohen@jpmorgan.com

**From:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Sent:** Saturday, October 28, 2023 11:56 AM
**To:** Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>
**Subject:** RE: [EXTERNAL]Josh Biering Resignation

I think it could be amazing too but would wait for him to do so.  When she spoke with Kyle he promised it would be held within HR at this point and she is very fragile right now.  I'll check with Jonathan and Linda to get their view.  Is he wanting to call her this weekend?  I suggest holding for now and then maybe he reaches out early next week if Linda/Jonathan agree.

---

**From:** Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>
**Sent:** Saturday, October 28, 2023 10:45 AM
**To:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Subject:** RE: [EXTERNAL]Josh Biering Resignation

Dave is aski my if he should call her to show his support and that we have her back - I'm torn on it (could be amazing but also could be embarrassing for her to know he knows). Can you get Jonathan and Linda's view? He wants her to know she is fully supported by all of us

---

**From:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Date:** Saturday, Oct 28, 2023 at 11:21 AM
**To:** Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>
**Subject:** RE: [EXTERNAL]Josh Biering Resignation

E.1b-001



**E.1b-002**

4:26-cv-00381-O

*Biering v. JPMS, et al.*

Yes, I think that will be the plan.  ER and Global Security have not spoken with him yet so will get the
obligated to continue to cooperate during the investigation(s).

**From:** Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>
**Sent:** Saturday, October 28, 2023 10:12 AM
**To:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Subject:** RE: [EXTERNAL]Josh Biering Resignation

Thank you -  will we tell him there is an ongoing investigation which may result in a change in his status to term for
cause?

**From:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Date:** Saturday, Oct 28, 2023 at 11:09 AM
**To:** Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>
**Subject:** FW: [EXTERNAL]Josh Biering Resignation

**From:** Stewart, Ben (WM, USA) <ben.stewart@jpmorgan.com>
**Sent:** Saturday, October 28, 2023 10:04 AM
**To:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Subject:** Fwd: [EXTERNAL]Josh Biering Resignation

**From:** Josh Biering <josh.biering@gmail.com>
**Sent:** Saturday, October 28, 2023 9:45:17 AM
**To:** Aughinbaugh, John T (WM, USA) <john.t.aughinbaugh@jpmorgan.com>; Stewart, Ben (WM, USA)
<ben.stewart@jpmorgan.com>; Hitchcock, Kyle E (WM, USA) <kyle.e.hitchcock@jpmorgan.com>
**Cc:** Chilian, Peter C (WM, USA) <peter.c.chilian@jpmorgan.com>; Agather, Elaine (WM, USA)
<Elaine.Agather@jpmorgan.com>
**Subject:** [EXTERNAL]Josh Biering Resignation

Dear Leadership Team-

I am writing to inform you of my formal resignation via email in addition to my submission via me@jpmc. It
has been an absolute honor and privilege to have worked at JPMorgan and I thank you all for the opportunity
over the last eight years. I will always have a place in my heart for the great teammates and clients I have met
along the way- truly such a special place.

It comes with a solemn feeling- but after several months of consideration- I feel this is the best move for me
both personally and professionally. I wish you all the best of luck and excited for our paths to cross again in the
future.

With gratitude,

Josh Biering
912-308-5781 (m)
josh.biering@gmail.com

E.1b-002

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT E.02
## Form U4 Student Loan DRP Entries
## E.02-001 – 009

**Description:** FINRA Form U4 excerpt showing CRD disclosure history and related student-loan DRP entries.

**Relevance:** Provides regulatory-history context for the CRD record and separates the U4 disclosure sequence from the later disputed Form U5 termination disclosure.

**Source:** CX-065, CX-066; JPMS_00000198 – JPMS_00000207

**Petition Ref:** App. A p. 51 ("Form U4 with five student-loan DRP entries (later admitted "filed in error")")

**Disclosures:** None — reproduced as produced, no added markings

**Filing Status:** Public - not sealed



E.2-001
4:26-cv-00381-O
*Biering v. JPMS, et al.*

**J.P. MORGAN SECURITIES LLC(79)**

**Rev. Form**

**Individual Name: BIERING, JOSHUA David (6883842)**    **U4 Amendment - Filing II**

## Bankruptcy / SIPC / Compromise with Creditors

This Disclosure Reporting Page is an ⦿ **INITIAL** or ○ **AMENDED** response to report details for affirmative response(s) to **Question(s) 14K** on Form U4;

**Check the question(s) you are responding to, regardless of whether you are answering the question(s) "yes" or amending the answer(s) to "no":**

Bankruptcy/SIPC/Compromise With Creditors        Rev. DRP (05/2009)

☑ **14K(1)**        ☐ **14K(2)**        ☐ **14K(3)**

Click here to view question text

If events result in affirmative answers to both 14K(1) and 14K(2), details to each must be provided on separate DRPs.

1. Action Type (select appropriate item):

   ○ Bankruptcy

   ⦿ Compromise    ○ Declaration    ○ Liquidation    ○ Receivership    ○ Other:

2. Action Date (MM/DD/YYYY) (Provide date bankruptcy was filed, or date SIPC was initiated, or date of compromise with creditor):

   03/09/2018 ⦿ Exact    ○ Explanation

   If not exact, provide explanation:

3. If the financial action relates to an organization over which you exercise(d) *control*, provide:
   A. Organization Name:
   B. Position, title or relationship:

   C. *Investment-related* business?

   ○ Yes    ○ No

4. Court action brought in:

   ○ Federal Court    ○ State Court    ○ Foreign Court    ○ Other:
   A. Name of Court (Federal, State, Foreign or Other):

   B. Location of Court (City or County and State or Country):

   C. Docket/Case#:

   ☐ Check this box if the Docket/Case# is your SSN, a Bank Card number, or a Personal Identification Number.

5. Is action currently pending?

   ○ Yes    ⦿ No

6. If not pending, provide Disposition Type (select appropriate item):

   ○ Direct Payment Procedure        ⦿ Discharged        ○ Dismissed

   ○ Dissolved        ○ SIPA Trustee Appointed        ○ Satisfied/Released

...re/FRM/Print.Hist/DRPS/DRPU4H_AllDrps.aspx?FilingPk=48815952&R...    5/3/2018

E.2-001

06_Series_E_CRD_U4_U5_and_State_Securities_Inquiries.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_

Case 4:26-cv-00381-O-BP    Document 20-6    Filed 04/29/26    Page 12 of 42    PageID 564



E.2-002
4:26-cv-00381-O
*Biering v. JPMS, et al.*

○ Other:

7. Disposition Date (MM/DD/YYYY):

03/09/2018  ⦿ Exact   ○ Explanation
If not exact, provide explanation:

8. If a compromise with creditors, provide:
A. Name of Creditor:
U.S. Department of Education
B. Original amount owed:
$ 51,610.00
C. Terms/Compromise reached with creditor:
"Department of Education discharged full amount due from Direct PLUS for Graduate or Professional student loans due to benefits associated with Veterans with 100% Military Service Connected Disability- as honored by the Department of Veteran Affairs." Loan dated 8/31/2017

9. If a SIPA trustee was appointed or a direct payment procedure was begun:
A. Provide the amount paid or agreed to be paid by you:
$; or
The name of the Trustee:

B. Currently Open?

○ Yes   ○ No

C. Date Direct Payment Initiated/Filed or Trustee Appointed (MM/DD/YYYY):

○ Exact   ○ Explanation
If not exact, provide explanation:

10. Comment (Optional). You may use this field to provide a brief summary of the circumstances leading to the action as well as the current status or final disposition. Your information must fit within the space provided.

---

This Disclosure Reporting Page is an ⦿ **INITIAL** or ○ **AMENDED** response to report details for affirmative response(s) to **Question(s) 14K** on Form U4;
**Check the question(s) you are responding to, regardless of whether you are answering the question(s) "yes" or amending the answer(s) to "no":**

**Bankruptcy/SIPC/Compromise With Creditors**          Rev. DRP (05/2009)

☑ **14K(1)**                  ☐ **14K(2)**                  ☐ **14K(3)**

Click here to view question text

If events result in affirmative answers to both 14K(1) and 14K(2), details to each must be provided on separate DRPs.

1. Action Type (select appropriate item):

○ Bankruptcy

⦿ Compromise   ○ Declaration   ○ Liquidation   ○ Receivership   ○ Other:

2. Action Date (MM/DD/YYYY) (Provide date bankruptcy was filed, or date SIPC was initiated, or date of compromise with creditor):

03/09/2018  ⦿ Exact   ○ Explanation
If not exact, provide explanation:

3.

E.2-002

Case 4:26-cv-00381-O-BP    Document 20-6    Filed 04/29/26    Page 13 of 42    PageID 565



E.2-003
4:26-cv-00381-O
*Biering v. JPMS, et al.*

If the financial action relates to an organization over which you exercise(d) *control*, pro

A. Organization Name:

B. Position, title or relationship:

C. *Investment-related* business?

  ○ Yes   ○ No

4. Court action brought in:

   ○ Federal Court   ○ State Court   ○ Foreign Court   ○ Other:

   A. Name of Court (Federal, State, Foreign or Other):

   B. Location of Court (City or County <u>and</u> State or Country):

   C. Docket/Case#:

   ☐ Check this box if the Docket/Case# is your SSN, a Bank Card number, or a Personal Identification Number.

5. Is action currently pending?

   ○ Yes   ⊙ No

6. If not pending, provide Disposition Type (select appropriate item):

   ○ Direct Payment Procedure   ⊙ Discharged   ○ Dismissed

   ○ Dissolved   ○ SIPA Trustee Appointed   ○ Satisfied/Released

   ○ Other:

7. Disposition Date (MM/DD/YYYY):

   03/09/2018 ⊙ Exact   ○ Explanation
   If not exact, provide explanation:

8. If a compromise with creditors, provide:
   A. Name of Creditor:
   U.S. Department of Education
   B. Original amount owed:
   $ 10,847.00
   C. Terms/Compromise reached with creditor:
   "Department of Education discharged full amount due from Direct PLUS for Graduate or Professional student loans due to benefits associated with Veterans with 100% Military Service Connected Disability- as honored by the Department of Veteran Affairs."Loan dated 6/9/2017

9. If a SIPA trustee was appointed or a direct payment procedure was begun:
   A. Provide the amount paid or agreed to be paid by you:
   $; or
   The name of the Trustee:

   B. Currently Open?

   ○ Yes   ○ No

   C. Date Direct Payment Initiated/Filed or Trustee Appointed (MM/DD/YYYY):

   ○ Exact   ○ Explanation
   If not exact, provide explanation:

E.2-003

06_Series_E_CRD_U4_U5_and_State_Securities_Inquiries.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00...

E.2-004
4:26-cv-00381-O
*Biering v. JPMS, et al.*



10. Comment (Optional). You may use this field to provide a brief summary of the circums
to the action as well as the current status or final disposition. Your information must fi
space provided.

---

This Disclosure Reporting Page is an ⦿ **INITIAL** or ○ **AMENDED** response to report details for affirmative response(s) to **Question(s) 14K** on Form U4;

**Check the question(s) you are responding to, regardless of whether you are answering the question(s) "yes" or amending the answer(s) to "no":**

**Bankruptcy/SIPC/Compromise With Creditors**          Rev. DRP (05/2009)

☑ **14K(1)**                    ☐ **14K(2)**                    ☐ **14K(3)**

Click here to view question text

If events result in affirmative answers to both 14K(1) and 14K(2), details to each must be provided on separate DRPs.

1. Action Type (select appropriate item):

   ○ Bankruptcy

   ⦿ Compromise   ○ Declaration   ○ Liquidation   ○ Receivership   ○ Other:

2. Action Date (MM/DD/YYYY) (Provide date bankruptcy was filed, or date SIPC was initiated, or date of compromise with creditor):

   03/09/2018 ⦿ Exact   ○ Explanation

   If not exact, provide explanation:

3. If the financial action relates to an organization over which you exercise(d) *control*, provide:
   A. Organization Name:
   B. Position, title or relationship:

   C. *Investment-related* business?
   ○ Yes   ○ No

4. Court action brought in:

   ○ Federal Court   ○ State Court   ○ Foreign Court   ○ Other:
   A. Name of Court (Federal, State, Foreign or Other):

   B. Location of Court (City or County <u>and</u> State or Country):

   C. Docket/Case#:

   ☐ Check this box if the Docket/Case# is your SSN, a Bank Card number, or a Personal Identification Number.

5. Is action currently pending?
   ○ Yes   ⦿ No

6. If not pending, provide Disposition Type (select appropriate item):

   ○ Direct Payment Procedure     ⦿ Discharged          ○ Dismissed

   ○ Dissolved                    ○ SIPA Trustee Appointed   ○ Satisfied/Released

   ○ Other:

7.

E.2-004

06_Series_E_CRD_U4_U5_and_State_Securities_Inquiries.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00



Disposition Date (MM/DD/YYYY):

03/09/2018 ⊙ Exact    ○ Explanation

If not exact, provide explanation:

8. If a compromise with creditors, provide:
   A. Name of Creditor:
   U.S. Department of Education
   B. Original amount owed:
   $ 20,500.00
   C. Terms/Compromise reached with creditor:
   "Department of Education discharged full amount due from Direct PLUS for Graduate or Professional student loans due to benefits associated with Veterans with 100% Military Service Connected Disability- as honored by the Department of Veteran Affairs." Loan dated 8/17/2016

9. If a SIPA trustee was appointed or a direct payment procedure was begun:
   A. Provide the amount paid or agreed to be paid by you:
   $; or
   The name of the Trustee:


   B. Currently Open?

   ○ Yes    ○ No

   C. Date Direct Payment Initiated/Filed or Trustee Appointed (MM/DD/YYYY):

   ○ Exact    ○ Explanation
   If not exact, provide explanation:

10. Comment (Optional). You may use this field to provide a brief summary of the circumstances leading to the action as well as the current status or final disposition. Your information must fit within the space provided.

---

This Disclosure Reporting Page is an ⊙**INITIAL** or ○**AMENDED** response to report details for affirmative response(s) to **Question(s) 14K** on Form U4;
**Check the question(s) you are responding to, regardless of whether you are answering the question(s) "yes" or amending the answer(s) to "no":**

**Bankruptcy/SIPC/Compromise With Creditors**    Rev. DRP (05/2009)

☑ **14K(1)**                    ☐ **14K(2)**                    ☐ **14K(3)**

Click here to view question text

If events result in affirmative answers to both 14K(1) and 14K(2), details to each must be provided on separate DRPs.

1. Action Type (select appropriate item):

   ○ Bankruptcy

   ⊙ Compromise    ○ Declaration    ○ Liquidation    ○ Receivership    ○ Other:

2. Action Date (MM/DD/YYYY) (Provide date bankruptcy was filed, or date SIPC was initiated, or date of compromise with creditor):

   03/09/2018 ⊙ Exact    ○ Explanation
   If not exact, provide explanation:

3. If the financial action relates to an organization over which you exercise(d) *control*, provide:
   A. Organization Name:

...Hist/DRPS/DRPU4H_AllDrps.aspx?FilingPk=48815952&R...    5/3/2018

E.2-005

06_Series_E_CRD_U4_U5_and_State_Securities_Inquiries.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00



B. Position, title or relationship:

C. *Investment-related* business?

○ Yes    ○ No

4. Court action brought in:

○ Federal Court    ○ State Court    ○ Foreign Court    ○ Other:

A. Name of Court (Federal, State, Foreign or Other):

B. Location of Court (City or County and State or Country):

C. Docket/Case#:

☐ Check this box if the Docket/Case# is your SSN, a Bank Card number, or a Personal Identification Number.

5. Is action currently pending?

○ Yes    ⦿ No

6. If not pending, provide Disposition Type (select appropriate item):

○ Direct Payment Procedure    ⦿ Discharged    ○ Dismissed

○ Dissolved    ○ SIPA Trustee Appointed    ○ Satisfied/Released

○ Other:

7. Disposition Date (MM/DD/YYYY):

03/09/2018 ⦿ Exact    ○ Explanation

If not exact, provide explanation:

8. If a compromise with creditors, provide:
A. Name of Creditor:
U.S. Department of Education
B. Original amount owed:
$ 20,500.00
C. Terms/Compromise reached with creditor:
"Department of Education discharged full amount due from Direct PLUS for Graduate or Professional student loans due to benefits associated with Veterans with 100% Military Service Connected Disability- as honored by the Department of Veteran Affairs." Loan dated 8/11/2017

9. If a SIPA trustee was appointed or a direct payment procedure was begun:
A. Provide the amount paid or agreed to be paid by you:
$; or
The name of the Trustee:

B. Currently Open?

○ Yes    ○ No

C. Date Direct Payment Initiated/Filed or Trustee Appointed (MM/DD/YYYY):

○ Exact    ○ Explanation

If not exact, provide explanation:

10. Comment (Optional). You may use this field to provide a brief summary of the circumstances leading to the action as well as the current status or final disposition. Your information must fit within the

06_Series_E_CRD_U4_U5_and_State_Securities_Inquiries.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00

E.2-007
4:26-cv-00381-O
*Biering v. JPMS, et al.*

space provided.

This Disclosure Reporting Page is an ⦿ **INITIAL** or ○ **AMENDED** response to report details for affirmative response(s) to **Question(s) 14K** on Form U4;

**Check the question(s) you are responding to, regardless of whether you are answering the question(s) "yes" or amending the answer(s) to "no":**

**Bankruptcy/SIPC/Compromise With Creditors**      Rev. DRP (05/2009)

☑ **14K(1)**          ☐ **14K(2)**          ☐ **14K(3)**

Click here to view question text

If events result in affirmative answers to both 14K(1) and 14K(2), details to each must be provided on separate DRPs.

1. Action Type (select appropriate item):

   ○ Bankruptcy

   ⦿ Compromise   ○ Declaration   ○ Liquidation   ○ Receivership   ○ Other:

2. Action Date (MM/DD/YYYY) (Provide date bankruptcy was filed, or date SIPC was initiated, or date of compromise with creditor):

   03/09/2018 ⦿ Exact   ○ Explanation
   If not exact, provide explanation:

3. If the financial action relates to an organization over which you exercise(d) *control*, provide:
   A. Organization Name:
   B. Position, title or relationship:

   C. *Investment-related* business?

   ○ Yes   ○ No

4. Court action brought in:

   ○ Federal Court   ○ State Court   ○ Foreign Court   ○ Other:
   A. Name of Court (Federal, State, Foreign or Other):

   B. Location of Court (City or County and State or Country):

   C. Docket/Case#:

   ☐ Check this box if the Docket/Case# is your SSN, a Bank Card number, or a Personal Identification Number.

5. Is action currently pending?

   ○ Yes   ⦿ No

6. If not pending, provide Disposition Type (select appropriate item):

   ○ Direct Payment Procedure      ⦿ Discharged      ○ Dismissed

   ○ Dissolved                     ○ SIPA Trustee Appointed      ○ Satisfied/Released

   ○ Other:

7. Disposition Date (MM/DD/YYYY):

   03/09/2018 ⦿ Exact   ○ Explanation

...·TRM/Print Hist/DRPS/DRPU4H_AllDrps.aspx?FilingPk=48815952&R...    5/3/2018

E.2-007

06_Series_E_CRD_U4_U5_and_State_Securities_Inquiries.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_



E.2-008
4:26-cv-00381-O
*Biering v. JPMS, et al.*

If not exact, provide explanation:

8. If a compromise with creditors, provide:
   A. Name of Creditor:
   U.S. Department of Education
   B. Original amount owed:
   $ 54,500.00
   C. Terms/Compromise reached with creditor:
   "Department of Education discharged full amount due from Direct PLUS for Graduate or Professional student loans due to benefits associated with Veterans with 100% Military Service Connected Disability- as honored by the Department of Veteran Affairs." Loan dated 8/18/2016

9. If a SIPA trustee was appointed or a direct payment procedure was begun:
   A. Provide the amount paid or agreed to be paid by you:
   $; or
   The name of the Trustee:

   B. Currently Open?
   ○ Yes    ○ No
   C. Date Direct Payment Initiated/Filed or Trustee Appointed (MM/DD/YYYY):

   ○ Exact    ○ Explanation
   If not exact, provide explanation:

10. Comment (Optional). You may use this field to provide a brief summary of the circumstances leading to the action as well as the current status or final disposition. Your information must fit within the space provided.

**Bond DRP**

No Information Filed

**Civil Judicial DRP**

No Information Filed

**Criminal DRP**

No Information Filed

**Customer Complaint DRP**

No Information Filed

**Investigation DRP**

E.2-008

06_Series_E_CRD_U4_U5_and_State_Securities_Inquiries.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_

Case 4:26-cv-00381-O-BP    Document 20-6    Filed 04/29/26    Page 19 of 42    PageID 571

E.2-009

4:26-cv-00381-O

*Biering v. JPMS, et al.*



No Information Filed

## Judgment Lien DRP

No Information Filed .

## Regulatory Action DRP

No Information Filed

## Termination DRP

No Information Filed

---

© 2018 FINRA. All rights reserved. FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.
Privacy | Legal | Terms & Conditions                                                    Tw   Lin

E.2-009

06_Series_E_CRD_U4_U5_and_State_Securities_Inquiries.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00...

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT E.05a

## Missouri Securities Inquiry Jan. 25, 2024
## E.05a-001 – 003

**Description:**   Regulatory / state-securities filing or inquiry.

**Relevance:**   Regulatory-record context for the U5 disclosure and CRD history; supports the U5-defamation and public-records claims.

**Source:**   CX-086 [RJA_124 (Missouri Securities inquiry)]

**Petition Ref:**   ¶ 29 (Dkt. 11); App. A p. 51 ("State Securities Regulator Inquiry Letters (MO, HI, CO, MA – Jan. 2024)")

**Disclosures:**   None — reproduced as produced, no added markings

**Filing Status:**   Public - not sealed

**E.5a-001**
4:26-cv-00381-O
*Biering v. JPMS, et al.*

**Josh Biering**

| | |
|---|---|
| **From:** | Pam Hinchy |
| **Sent:** | Thursday, January 25, 2024 11:49 AM |
| **To:** | Josh Biering |
| **Cc:** | Jeremy Silvas |
| **Subject:** | Missouri Inquiry - Matter# 04469 |
| **Attachments:** | MO Inquiry Biering.pdf; MO Balance Sheet.pdf |

Hi Josh,

We are in receipt of the attached Missouri registration inquiry letter.  We just received the inquiry today so we only have a few days to respond.

Specifically, the state is requesting a personal statement regarding all disclosures.

- Occurrence 2204024 – Floyd Bradshaw
- Occurrence 1977589 – Compromise
- Occurrence 1977590 – Compromise
- Occurrence 1977591 – Compromise
- Occurrence 1977592 – Compromise
- Occurrence 1977593 – Compromise

I can updated your statement used for the Colorado inquiry but will need you to complete the attached balance sheet.

*Please note, no business may be conducted in the state until you are registered in Missouri..*

Feel free to contact me with any questions.

Regards,


Pam Hinchy
Sr. Advisor, Compliance
T 727.567.1587
880 Carillon Parkway, St. Petersburg, FL 33716

**RAYMOND JAMES**

06_Series_E_CRD_U4_U5_and_State_Securities_Inquiries.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00

**E.5a-002**
4:26-cv-00381-O
*Biering v. JPMS, et al.*



# JOHN R. ASHCROFT
### SECRETARY OF STATE
### STATE OF MISSOURI

JAMES C. KIRKPATRICK
STATE INFORMATION CENTER
(573) 751-4936

SECURITIES
(573) 751-4136

January 11, 2024

Raymond James & Associates, Inc.
CRD# 705
Attn: Jean Jumet
880 Carillon Parkway
St. Petersburg, FL 33716

**Re:    Joshua D. Biering CRD# 6883842**

Dear Sir/Madam:

The application for agent registration for the above-named applicant ("Applicant") has been reviewed and referred to the Registration Section of the Securities Division.

Please provide the following information:

- For each disclosure, disciplinary action, complaint, arbitration, and/or lawsuit listed on Applicant's Central Registration Depository record, a copy of any applicable statement of claim, petition, complaint, and/or settlement, as well as any amended versions of these documents.
- A comprehensive explanation from Applicant addressing each disclosure, disciplinary action, complaint, arbitration, and/or lawsuit listed on Applicant's Central Registration Depository record.
- If Applicant has any financial disclosures, a personal balance sheet. A copy of this balance sheet was forwarded to the Applicant with the summary suspension letter.

This information will be reviewed by the staff of the Securities Division to determine whether Applicant's registration should be granted. The Commissioner reserves the right to request any additional information that may be necessary to evaluate the application and/or the response(s) provided.

The Commissioner requests that this information be **mailed** within **15 working days** of the date on the Summary Suspension to the address below. Documents sent by email will not be accepted. Please be advised that the Applicant is not yet registered to offer or sell securities in the State of Missouri. If you have any questions, feel free to contact me at (573) 751-4136 or email: Christopher.Branstetter@sos.mo.gov.

Sincerely,

Chris Branstetter
Missouri Securities Division

cc: Joshua D. Biering

JAMES C. KIRKPATRICK STATE INFORMATION CENTER
600 W. MAIN STREET • JEFFERSON CITY 65101
DMINISTRATIVE RULES • BUSINESS SERVICES • ELECTIONS • PUBLICATIONS • SECURITIES • STATE ARCHIVES • STATE LIBRARY • WOLFNER LIBRARY

E.5a-002

06_Series_E_CRD_U4_U5_and_State_Securities_Inquiries.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00



**E.5a-003**
4:26-cv-00381-O
*Biering v. JPMS, et al.*



**JOHN R. ASHCROFT**
SECRETARY OF STATE
STATE OF MISSOURI

JAMES C. KIRKPATRICK
STATE INFORMATION CENTER
(573) 751-4936

SECURITIES
(573) 751-4136

IN THE MATTER OF:

Joshua D. Biering )
CRD# 6883842 )
3900 Bent Elm Lane )
Fort Worth, TX 76109 )
)
)
)
RESPONDENT )

## SUMMARY SUSPENSION OF AGENT APPLICATION

An application for agent registration was filed on **January 11, 2024** on behalf of **Joshua D. Biering** ("Respondent") by **Raymond James & Associates, Inc.** with the Commissioner of Securities; and

The Commissioner has received information through the Central Registration Depository that the Respondent has customer complaints and/or a disclosure history. The Securities Division, through the correspondence attached herein, is requesting additional information regarding the application to determine whether the Respondent's registration should be granted. **All** written summaries and disclosures will need to be mailed hard copy to the address below.

**NOW THEREFORE**, the Commissioner summarily suspends the Respondent's application for registration pursuant to Section 409.4-412(f), RSMo. (Cum. Supp. 2021), until such time the Respondent provides all the information necessary to determine whether the application for registration should be granted or the Commissioner vacates this Summary Suspension by order.

## Respondent is not registered to offer or sell securities in the State of Missouri.

Nothing in this Summary Suspension will have any effect on the regulations concerning withdrawal, abandonment or purging of incomplete applications. **Nothing in the Summary Suspension shall imply any substantive wrongdoing on the part of the Respondent or indicate in any way the fitness of the Respondent to conduct securities business in the State of Missouri. This Summary Suspension does not constitute a reportable item on any application of any kind relating to the securities industry.**

The Respondent may request a hearing on this Summary Suspension of Agent Application by filing a written request for hearing with the Commissioner, P.O. Box 1276, Jefferson City, MO 65102, within thirty (30) days of Respondent's receipt of this Summary Suspension. Within fifteen (15) days after receipt of a written request the matter will be scheduled for a hearing. *See* MO 15 CSR 30-55.020. If you have additional questions, contact Chris Branstetter at 573-751-4136 or email: Christopher.Branstetter@sos.mo.gov.

So Ordered this 11th day of January 2024.

Douglas M. Jacoby
COMMISSIONER OF SECURITIES

Chris Branstetter
Missouri Securities Division

JAMES C. KIRKPATRICK STATE INFORMATION CENTER
600 W. MAIN STREET • JEFFERSON CITY 65101
ADMINISTRATIVE RULES • BUSINESS SERVICES • ELECTIONS • PUBLICATIONS • SECURITIES • STATE ARCHIVES • STATE LIBRARY • WOLFNER LIBRARY

E.5a-003

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT E.05b
## Hawaii Securities Inquiry Jan. 16, 2024
## E.05b-001 – 003

| | |
|---|---|
| **Description:** | Regulatory / state-securities filing or inquiry. |
| **Relevance:** | Regulatory-record context for the U5 disclosure and CRD history; supports the U5-defamation and public-records claims. |
| **Source:** | CX-087 [RJA_122 (Hawaii Securities inquiry)] |
| **Petition Ref:** | ¶ 29 (Dkt. 11); App. A p. 51 ("State Securities Regulator Inquiry Letters (MO, HI, CO, MA – Jan. 2024)") |
| **Disclosures:** | None — reproduced as produced, no added markings |
| **Filing Status:** | Public - not sealed |

**E.5b-001**
4:26-cv-00381-O
*Biering v. JPMS, et al.*

**Josh Biering**

| | |
|---|---|
| **From:** | Pam Hinchy |
| **Sent:** | Tuesday, January 16, 2024 9:58 AM |
| **To:** | Josh Biering |
| **Cc:** | Jeremy Silvas |
| **Subject:** | Hawaii Inquiry - Matter# 04440 |
| **Attachments:** | HI Letter.pdf |

Hi Josh,

We are in receipt of the attached Hawaii registration inquiry letter. I am the Compliance Advisor assigned to this matter and will be responsible for reviewing and responding to the regulator's questions on your behalf.

Specifically, the state is looking for a written statement and all documents regarding the below customer complaint.

- Occurrence 2204024 – Floyd Thomas Bradshaw

You may respond back to this email with your explanation. I'll review and format and send back for your signature. If you don't have a copy of the complaint or any documents, the state will want to contact your prior firm. Please provide the contact information for JP Morgan Securities, LLC.

Please note, no business may be conducted in the state until you are approved in Hawaii. If you don't wish to pursue registration, let me know and I'll withdraw your application.

My goal is to assist you through the inquiry process and to clarify and resolve any issues or questions raised by the regulator in an efficient and thorough manner. Should you have any questions regarding this matter, please feel free to contact me at 727-567-1587. Thank you in advance for your cooperation in this important matter.

Regards,

Pam Hinchy
Sr. Advisor, Compliance
T 727.567.1587
880 Carillon Parkway, St. Petersburg, FL 33716
**RAYMOND JAMES**

E.5b-001

1

06_Series_E_CRD_U4_U5_and_State_Securities_Inquiries.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00



E.5b-002
4:26-cv-00381-O
*Biering v. JPMS, et al.*



**STATE OF HAWAII | KA MOKUʻĀINA ʻO HAWAIʻI**
**DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS**
**KA ʻOIHANA PILI KĀLEPA**
**BUSINESS REGISTRATION DIVISION**
SECURITIES COMPLIANCE BRANCH
335 MERCHANT STREET, ROOM 205, HONOLULU, HAWAII 96813
P.O. BOX 40, HONOLULU, HAWAII 96810
Phone Number: (808) 586-2722
Fax Number: (808) 587-7559
Investing.hawaii.gov

**JOSH GREEN, M.D.**
GOVERNOR | KE KIAʻĀINA

**SYLVIA LUKE**
LIEUTENANT GOVERNOR | KA HOPE KIAʻĀINA

**NADINE Y. ANDO**
DIRECTOR | KA LUNA HOʻOKELE

**DEAN I HAZAMA**
DEPUTY DIRECTOR | KA HOPE LUNA HOʻOKELE

**TY Y. NOHARA**
COMMISSIONER OF SECURITIES

January 12, 2024

Jean Jumet,
        VP, Compliance
Raymond James & Associates, Inc.
880 Carillon Pkwy
St. Petersburg, FL 33716

**RE: JOSHUA D. BIERING,  CRD #6883842**

Dear Ms. Jumet:

Pursuant to the pending securities salesperson application (via the Web CRD) of the above-mentioned applicant, please be advised;

We are requesting the applicant provide a **detailed comprehensive written explanation** and "**Status**" of the facts and circumstances surrounding the following case(s):

      Occurrence: #2204024 – FLOYD THOMAS BRADSHAW      (Customer Complaint)

This includes **copies** of the following:
- ❑ **The actual complaint form**
- ❑ **All correspondence between applicant, case named firm, regulatory organization and claimant {DO NOT send any e-mail correspondence}**

**NOTE:**  **Agent's written explanation letter must be current dated, signed and address to the undersigned and/or the State of Hawaii – Dept. of Commerce & Consumer Affairs/Securities Compliance Branch**

Furthermore, if any **"T_NOREG" or "ABANDONED"** status should appear on the individual's CRD file, the individual will need to provide our office with a written explanation on why it appears.  Who filed the U-5(s) and was it effected at the applicable State(s) request?  This response shall also include copies of all types of correspondences (withdrawal types and/or those requesting additional information) which the applicable "ABANDONED" State(s) may have sent the firm with regards to the individual's (at the time) pending application.  If no correspondence was sent the individual will need to confirm it in writing or his/her response will be deemed insufficient.

We will allow 30 days from the date of this memo to comply with the above request and to submit all of the requested item(s) along with a cover letter from the firm's contact person or in which to voluntarily withdraw the referenced application (please provide our office with a copy of the U-5 as filed with CRD).  Should the firm not comply within the given time frame, the referenced application may be terminated by our office and via CRD for noncompliance.

E.5b-002



E.5b-003
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Any request for an extension must be submitted in writing and it must be received by us before t
The firm will be given a seven (7) day extension.  Please provide our office with a fax number as confirmation
of the extension will be sent via fax.


**DO NOT SUBMIT ANY DOCUMENTS VIA A CD-ROM.  COPIES CAN BE SENT VIA EMAIL, HARD COPY, OR FAX
TO OUR OFFICE.**

The undersigned may be reached at (808) 586-2730 or by email at rordillo@dcca.hawaii.gov

Sincerely,


Roselle Ordillo
State of Hawaii
Securities Compliance Branch

E.5b-003

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

---

# EXHIBIT E.05c

## Colorado Securities Inquiry Jan. 18, 2024
## E.05c-001 – 003

---

**Description:**   Regulatory / state-securities filing or inquiry.

**Relevance:**   Regulatory-record context for the U5 disclosure and CRD history; supports the U5-defamation and public-records claims.

**Source:**   CX-088 [RJA_120 (Colorado Securities inquiry)]

**Petition Ref:**   ¶ 29 (Dkt. 11); App. A p. 51 ("State Securities Regulator Inquiry Letters (MO, HI, CO, MA – Jan. 2024)")

**Disclosures:**   None — reproduced as produced, no added markings

**Filing Status:**   Public - not sealed

**E.5c-001**
4:26-cv-00381-O
*Biering v. JPMS, et al.*



**Josh Biering**

| | |
|---|---|
| **From:** | Pam Hinchy |
| **Sent:** | Thursday, January 18, 2024 3:07 PM |
| **To:** | Josh Biering |
| **Cc:** | Jeremy Silvas |
| **Subject:** | Colorado Inquiry - Matter# 04447 |
| **Attachments:** | CO Inquiry.pdf |

Hi Josh,

We are in receipt of the attached Colorado registration inquiry letter.

Specifically, the state is requesting a personal statement regarding all disclosures.

- Occurrence 2204024 – Floyd Bradshaw
- Occurrence 1977589 – Compromise
- Occurrence 1977590 – Compromise
- Occurrence 1977591 – Compromise
- Occurrence 1977592 – Compromise
- Occurrence 1977593 - Compromise

*In addition, please review and respond to **all** questions in the inquiry.* I can use the information provided to Hawaii for Floyd Bradshaw. The compromises have an explanation; filed in error. Can you explain what happened?

*Please note, no business may be conducted in the state until you are registered in Colorado.*

Feel free to contact me with any questions.

Regards,

Pam Hinchy
Sr. Advisor, Compliance
T 727.567.1587
880 Carillon Parkway, St. Petersburg, FL 33716
**RAYMOND JAMES**

06_Series_E_CRD_U4_U5_and_State_Securities_Inquiries.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00



E.5c-002

4:26-cv-00381-O

*Biering v. JPMS, et al.*



**COLORADO**

Department of
Regulatory Agencies

Division of Securities

1560 Broadway, Suite 900, Denver, CO 80202-5150
Tung Chan, Securities Commissioner

Sent By Electronic Mail:    JEAN.JUMET@RAYMONDJAMES.COM

January 17, 2024

Raymond James & Associates, Inc.
Compliance, Licensing, and Registrations
Jean Jumet, Vice President Compliance
880 Carillon Parkway
St. Petersburg, FL  33716

To Whom It May Concern:

The staff of the Colorado Division of Securities ("the Division") has received an application filed on the Central Registration Depository/Investment Adviser Registration Depository ("CRD/IARD"), submitted on behalf of **Joshua D. Biering, CRD No. 6883842** ("the applicant"), to become a sales representative, in Colorado, with the firm. The application was received on **January 11, 2024.** Before the staff makes any recommendations regarding this application, we request that you provide the following information:

1. A written description of any special supervisory procedures the applicant will be subject to at the firm. Provide the names and the CRD numbers of his/her supervisor(s). Include a copy of any heightened supervision agreement/plan in place for the applicant. Indicate if the applicant will be working out of a supervised office;

2. Indicate if the applicant is currently under investigation or review by the Financial Industry Regulatory Authority ("FINRA"), including FINRA Rule 8210 inquiries, other federal regulatory authority, or state regulatory authority, if yes, describe the circumstances leading to the investigation or review, and include a copy of all correspondence and/or documentation sent to and from FINRA, other federal regulatory authority, or state regulatory authority and the applicant.  Indicate if the applicant is negotiating licensing restrictions and provide a copy of any draft orders or Acceptance, Consent, and Waiver documents. Your response should include, but is not limited to, reportable and unreportable FINRA termination/discharge inquiries, civil, regulatory, and criminal investigations or internal reviews;

3. Indicate if any federal or state regulatory authority, and/or granting authority have placed restrictions and/or conditions on any professional and/or business license/permit and/or certification, held by the applicant, if yes, identify the license, the permit, and/or the certification and describe the restrictions and/or the conditions.  Include a copy of any agreement(s) that govern the restrictions and/or the conditions;

4. Provide a written description of the applicant's duties and responsibilities with the firm;

5. Describe the type of clients the applicant will be working with and describe all the services and all the products the applicant will provide to prospective clients. If the applicant has pre-existing relationships with Colorado residents include the approximate number of individuals the applicant wants to provide services to, through your firm;

6. A detailed written statement, signed by the applicant explaining any historical, archived, pending, or outstanding customer complaints, regulatory actions, internal reviews, discharges, terminations, bankruptcies, liens, Form U-5 Filings that state the applicant was permitted to resign, and all other

1560 Broadway, Suite 900, Denver, CO 80202-5150   P 303.894.2320   F 303.861.2126   V/TDD 303.894.7880
overnor | Patty Salazar, Executive Director | https://securities.colorado.gov

E.5c-002

06_Series_E_CRD_U4_U5_and_State_Securities_Inquiries.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00





reportable events. Explain any delay in disclosing the event on CRD. Include all documentation regarding the event from the terminating firm, the party conducting the investigation, FINRA (include STAR #), other regulatory authority, complaining party, lienholder, etc. For liens and judgments, include the current amounts owed and copies of payment agreements;

7.  Indicate if the applicant has any unpaid arbitration awards, settlements, and/or judgements, if yes, provide a written statement from the applicant explaining why the amounts are outstanding;

8.  Indicate if the applicant has any unpaid state and/or federal regulatory fees and/or fines, if yes, provide a written statement from the applicant explaining why the amounts are outstanding; and

9.  Provide the reason the applicant has applied to be licensed in Colorado.

Be advised, pursuant to section 11-51-403(1), C.R.S., the staff deems this application incomplete, and the application will remain incomplete until all additional information required by the securities commissioner has been submitted by the applicant and the firm. All filings submitted to the Division are subject to review by the Division and may bring about additional questions. The requested information should be provided to the Division by **February 16, 2024.**

Please submit materials electronically to the Division at **dora_securities_licensing@state.co.us.** Kindly include the applicant's name and CRD number in the subject line of the email.

You may withdraw this application in lieu of supplying the information requested in this letter. You may contact me directly with questions.

Respectfully,

Annastasia Valencia
Securities Examiner
Colorado Division of Securities



1560 Broadway, Suite 900, Denver, CO 80202-5150   P 303.894.2320   F 303.861.2126   V/TDD 303.894.7880
Jared Polis, Governor | Patty Salazar, Executive Director | https://securities.colorado.gov

E.5c-003

06_Series_E_CRD_U4_U5_and_State_Securities_Inquiries.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT E.05d

## Massachusetts Securities Inquiry Jan. 19, 2024

## E.05d-001 – 005

**Description:**   Regulatory / state-securities filing or inquiry.

**Relevance:**   Regulatory-record context for the U5 disclosure and CRD history; supports the U5-defamation and public-records claims.

**Source:**   CX-089 [RJA_115 (Massachusetts Securities inquiry)]

**Petition Ref:**   ¶ 29 (Dkt. 11); App. A p. 51 ("State Securities Regulator Inquiry Letters (MO, HI, CO, MA – Jan. 2024)")

**Disclosures:**   None — reproduced as produced, no added markings

**Filing Status:**   Public - not sealed



E.5d-001
4:26-cv-00381-O
*Biering v. JPMS, et al.*



## The Commonwealth of Massachusetts
William Francis Galvin, Secretary of the Commonwealth
Securities Division

January 19, 2024

Raymond James & Associates, Inc.
Attn: Jean Jumet
880 Carillon Parkway
St. Petersburg, Florida 33716-

<u>**VIA EMAIL TO**</u>                    **JEAN.JUMET@RAYMONDJAMES.COM**
Re:    Joshua Biering (CRD No. 6883842)

Dear Jean Jumet:

The Massachusetts Securities Division of the Office of the Secretary of the Commonwealth of Massachusetts (the "Division") enforces the Massachusetts Uniform Securities Act, MASS. GEN. LAWS ch. 110A, and the regulations promulgated thereunder, 950 MASS. CODE REGS. 10.00, *et seq*. The application of Joshua Biering (the "Applicant") for registration in Massachusetts as an agent of Raymond James & Associates, Inc. (the "Firm") is currently under review by the Division. The Division requires that the Firm submit the following information:[1]

1. Please broadly describe the type(s) of business the Applicant intends to conduct in Massachusetts including, but not limited to, any securities, investment advisory, and insurance business. Additionally, please answer the following specific questions about the Applicant's intended securities business in Massachusetts:

   a. How many Massachusetts customer accounts does the Applicant expect to service;

---

[1] Based on the information provided on the Central Registration Depository, the Division is not currently able to allow the Applicant's registration as an agent of the Firm. Accordingly, the Division submits this request to gather additional information to further its review of the application. **Merely reiterating what is disclosed in Form U4 will be deemed an insufficient and incomplete response to this letter.**

E.5d-001

06_Series_E_CRD_U4_U5_and_State_Securities_Inquiries.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_



b. What percentage of the Applicant's anticipated Massachusetts customer l derived from existing customers of the Firm, from customers whom the Applicant has previously serviced, from referrals, from cold-calling, or from other sources;

c. Will the Applicant be allowed or required to cold-call;

d. Will the Firm allow the Applicant to handle accounts on a discretionary basis;

e. Will the Applicant have any supervisory or managerial responsibilities;

f. If applicable, will Applicant be seeking to register as an investment adviser representative;

g. Identify how the Applicant will be compensated (i.e., salary, commissions, bonus); and

h. At what location will the Applicant conduct securities business?

2. Please provide the name, business address, and CRD number of the individual who will be responsible for supervising the Applicant's securities sales practices with respect to Massachusetts customers. **This individual must also be registered as an agent in Massachusetts pursuant to 950 CMR 14.401.**

3. In connection with its review, the Division has noted the following disclosure(s) for which additional information is necessary:

|    | Event Date | Date First Disclosed | Occurrence ID | Occurrence Type |
|----|------------|----------------------|---------------|-----------------|
| a. | 04/13/2022 | 05/12/2022 | 2204024 | Customer Complaint |
| b. | 03/09/2018 | 05/03/2018 | 1977589 | Bankruptcy |
| c. | 03/09/2018 | 05/03/2018 | 1977590 | Bankruptcy |
| d. | 03/09/2018 | 05/03/2018 | 1977591 | Bankruptcy |
| e. | 03/09/2018 | 05/03/2018 | 1977592 | Bankruptcy |
| f. | 03/09/2018 | 05/03/2018 | 1977593 | Bankruptcy |

4. For each customer complaint disclosure listed above, please provide:

a. a copy of the complaint and the response of the firm employing the Applicant at the time of the filing of the complaint, if any;

b. a copy of any writing made by the Applicant (submitted to the firm or customer) in response to the complaint, if any;

c. a written statement, signed by the Applicant, explaining the circumstances surrounding the complaint; and

d. if the matter has been resolved, please provide complete details with respect to the resolution of the complaint, including a copies of any releases, settlement agreements, findings of fact, or final decisions. If the matter has not been resolved, please describe its present status.

5. For each bankruptcy/compromise disclosure listed above, provide a written statement, signed by the Applicant, in which the circumstances surrounding the action, are fully described.

E.5d-002

06_Series_E_CRD_U4_U5_and_State_Securities_Inquiries.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00



E.5d-003

4:26-cv-00381-O

*Biering v. JPMS, et al.*

6.   Provide any and all documents referencing, reflecting or memorializing the settlement or discharge of debts involved in the bankruptcy/compromise explained in response to the paragraph above. If this matter is ongoing, provide an explanation as to the status of the matter. This explanation should include details regarding what agreements were reached regarding repayment and what amounts have been repaid to date.

7.   For any disclosure incident that was not disclosed in a timely manner (within 30 days of occurrence) provide an explanation as to why the disclosure was late.

8.   Please have Applicant fill out the enclosed financial disclosure form.

9.   In regards to the termination J.P. Morgan Securities LLC, please provide a written statement signed by the Applicant, in which the Applicant fully describes the circumstances surrounding the termination.

10.   Please provide copies of all documents pertaining to the termination, including, but not limited to, all documents reflecting, referencing or memorializing any findings of fact or final determinations made by the firm or any of its agents investigating the activities of the Applicant regarding the termination. Additionally, provide copies of all correspondence exchanged between the company and the Applicant related to the events leading up to the termination.

11.   Please state whether the Applicant has been the subject of any of the following matters. If so, please provide complete details.  **Please note**, the Division requires disclosure of each matter **regardless of whether the matter would have to be reported on Form U4 or Form U5.** However, no response is required for any matter which has already been disclosed on Form U4 or Form U5.

   a.   An inquiry or investigation by any securities regulatory agency or self-regulatory organization;
   b.   Any agreement with, or order entered by, any state securities agency or administrator whereby any conditions or restrictions were placed on the Applicant's registration as an agent, the Applicant's agent application was denied or withdrawn, or the Applicant agreed not to apply for registration for any period of time;
   c.   An internal investigation by the Firm or any broker-dealer or investment adviser with which the Applicant was formerly associated; and
   d.   A customer complaint, arbitration proceeding, or securities related litigation.

12.   Please describe the supervisory procedures that the Firm will employ to monitor the Applicant's sales practices. Please note that the Division is <u>not</u> requesting the Firm's supervisory manual.  In addition, identify whether the Applicant is subject to any heightened supervision, enhanced supervision, and/or special supervision.

3

E.5d-003

06_Series_E_CRD_U4_U5_and_State_Securities_Inquiries.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00



E.5d-004
4:26-cv-00381-O
*Biering v. JPMS, et al.*

<u>**Please submit your response by 2/5/2024**</u>

Please send responses by email to **broker.dealer@sec.state.ma.us**. Failure to comply with this request may delay review of the Applicant's application for registration.

If you are unable to file a complete response by the above date, please complete the attached Deferral Request Form by <u>**12:00 p.m. noon, EST on 2/5/2024**</u>. In lieu of responding to this request for information, the Division will accept the withdrawal of the Applicant's application for registration as an agent of the Firm in Massachusetts. If the Firm does withdraw the Applicant's Application, please notify the Division of the withdrawal at broker.dealer@sec.state.ma.us.

The Division will resume its review of the Applicant's application upon receipt of the requested information. Should the Firm have any questions regarding this matter, a representative of the Firm may email broker.dealer@sec.state.ma.us or call Antonio Espinoza, Esq., the individual reviewing this application, at (617) 727-3548.

Respectfully,

*Amelia Tarallo*

Amelia Tarallo
Registration, Inspections, Compliance and Examinations (RICE) Section

Enclosure

4

E.5d-004

06_Series_E_CRD_U4_U5_and_State_Securities_Inquiries.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00



E.5d-005
4:26-cv-00381-O
*Biering v. JPMS, et al.*



**The Commonwealth of Massachusetts**
William Francis Galvin, Secretary of the Commonwealth
Securities Division

## DEFERRAL REQUEST FORM

Joshua Biering (CRD No. 6883842) ("Applicant") hereby amends his/her application for registration as a broker-dealer agent of Raymond James & Associates, Inc. in Massachusetts and requests a deferral of the thirty-day time period set forth in MASS. GEN. LAWS ch, 110A § 202(a) for action by the Massachusetts Securities Division with respect to the application.

The undersigned hereby certifies that he/she has the authority to amend the application and make this request on behalf of the Applicant and does so pursuant to that authority.

_____
Signature

_____
Print Name and Title

_____
Date

If needed, please complete and return via: e-mail broker.dealer@sec.state.ma.us or fax. (617) 248-0177

One Ashburton Place, Room 1701, Boston, Massachusetts 02108 · (617) 727-3548
www.state.ma.us/sec/sct

E.5d-005

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT E.06
## Registration Email Jun2023
## E.06-001 – 004

**Description:**     Regulatory / state-securities filing or inquiry.

**Relevance:**     Regulatory-record context for the U5 disclosure and CRD history; supports the U5-defamation and public-records claims.

**Source:**     CX-070

**Petition Ref:**     App. A p. 51 ("JPM Registration EM – entries "forgiven" (June 16, 2023)")

**Disclosures:**     None — reproduced as produced, no added markings

**Filing Status:**     Public - not sealed



E.6-001
4:26-cv-00381-O
*Biering v. JPMS, et al.*

**Reynolds, Danielle C (Compliance, USA)**

| | |
|---|---|
| **From:** | JPM Registration Disclosure Review |
| **Sent:** | Friday, June 16, 2023 12:58 PM |
| **To:** | Biering, Josh (WM, USA) |
| **Cc:** | Stewart, Ben (WM, USA) |
| **Subject:** | Josh Biering - Action Required - U4 Amendment  - Response Required by 6/21/2023 |
| **Attachments:** | FINRA Rule 2263 Disclosure U4 Attachment-.pdf; Draft - U4 Amendment.pdf |

You are receiving this email as notification that the following has been deemed to be a reportable event on your Form U4.  Based on this reporting requirement, JPMorgan Securities, LLC ("JPMS") will be filing an amendment to your Form U4.

| ☐ **Initial Amendment** | **X** **Resolution Amendment** | ☐ **Subsequent Amendment** |
|---|---|---|

| | |
|---|---|
| ☐ **Criminal** | |
| **X** **Financial** | Student Loan Compromise(s) – Removed disclosures "DRP filed in Error" since the full student loan balances were forgiven |
| **Regulatory Action** | |
| **Customer Complaint** | |
| **Other** | |

Attached is a draft copy of this amendment for your review. Please review and acknowledge this amendment by 2pm EST on 6/21/2023 by replying to this email.

➢ FINRA has enacted Rule 2263 which contains special rules applicable to the arbitration of employment discrimination claims. As a result JPMS is required to provide each person the attached Arbitration Disclosure form when they complete an initial Form U4 or amend their Form U4 because of disclosure. Please read the Arbitration Disclosure attached.

➢ Please note according to FINRA regulations written/electronic acknowledgment is required, however, be advised that JPMS. must file this amendment pursuant to FINRA Rule 1010(c) Electronic Filing Requirements for Uniform Forms and in accordance with Article V, Section 2 of the FINRA By-Laws. We must file this amendment regardless of the response received from you. If you don't reply by the date indicated above, your signature will be represented by the following language: "Representative Not Available at the Time of Filing".

➢ Please note certain disclosable events on your U4 may also need to be reported if you maintain insurance licenses. Reporting obligations may be found using NIPR, accessing the Attachment Warehouse and Reporting of Actions section. Refer to the firm's Insurance Licensing Policy – U.S. for further guidance.

Please note, according to FINRA regulations written/electronic acknowledgment is required, we will not be able to take acknowledgments over the phone.

Thank you,

**Compliance Registration**
| JPMorgan Securities LLC | Phone 614-217-5492 | jpm.registration.disclosure.review@jpmchase.com |go/vic

**Exhibit**

**CX70**

1

IAL    JPMS000295

E.6-001

06_Series_E_CRD_U4_U5_and_State_Securities_Inquiries.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_

CONFIDENTIAL

Case 4:26-cv-00381-O-BP    Document 20-6    Filed 04/29/26    Page 40 of 42    PageID 592



E.6-002
4:26-cv-00381-O
*Biering v. JPMS, et al.*

# FORM U4

## UNIFORM APPLICATION FOR SECURITIES INDUSTRY REGISTRATION OR TRANSFER

| Firm Name | Firm CRD# | Version | Submission Date |
|---|---|---|---|
| J.P. MORGAN SECURITIES LLC | 79 | Rev. Form U4 - 05/2009 | |

| Individual Name | Individual CRD # | Type of Filing | Filing ID |
|---|---|---|---|
| Biering, Joshua | 6883842 | U4 Amendment | 61688417 |

## 14. Disclosure Questions

ⓘ  If the answer to any of the following questions is 'Yes', complete details of all events or *proceedings* on appropriate DRP(s)

ⓘ  Refer to the explanation of terms section of Form U4 instructions for explanations of italicized terms.

### Criminal Disclosure

14A.  (1)  Have you ever:

(a) been convicted of or pled guilty or nolo contendere ("no contest") in a domestic, foreign, or military court to any *felony*?

◯ Yes    ⦿ No

(b) been *charged* with any *felony*?

◯ Yes    ⦿ No

(2)  Based upon activities that occurred while you exercised *control* over it, has an organization ever:

(a) been convicted of or pled guilty or nolo contendere ("no contest") in a domestic or foreign court to any *felony*?

⦿ No

IAL

JPMS000296

E.6-002

06_Series_E_CRD_U4_U5_and_State_Securities_Inquiries.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_



E.6-003
4:26-cv-00381-O
*Biering v. JPMS, et al.*

**Reynolds, Danielle C (Compliance, USA)**

| | |
|---|---|
| **From:** | Thompson, Greg (Compliance, USA) |
| **Sent:** | Tuesday, June 20, 2023 11:07 AM |
| **To:** | JPM Registration Disclosure Review |
| **Subject:** | FW: Josh Biering - Action Required - U4 Amendment  - Response Required by 6/21/2023 |
| **Attachments:** | FINRA Rule 2263 Disclosure U4 Attachment-.pdf; Draft - U4 Amendment.pdf |

Ok.  Thanks

**Greg Thompson** | Vice President – Employee Conduct Lead| **J.P. Morgan Securities LLC - Compliance Registration** | 1111 Polaris Parkway, Suite 2J, Columbus, Ohio 43240 | Phone (614) 217-8041.

---

**From:** JPM Registration Disclosure Review <jpm.registration.disclosure.review@jpmchase.com>
**Sent:** Friday, June 16, 2023 12:58 PM
**To:** Biering, Josh (WM, USA) <josh.biering@jpmorgan.com>
**Cc:** Stewart, Ben (WM, USA) <ben.stewart@jpmorgan.com>
**Subject:** Josh Biering - Action Required - U4 Amendment - Response Required by 6/21/2023

You are receiving this email as notification that the following has been deemed to be a reportable event on your Form U4.  Based on this reporting requirement, JPMorgan Securities, LLC ("JPMS") will be filing an amendment to your Form U4.


| [ ] | **Initial Amendment** | [X] | **Resolution Amendment** | [ ] | **Subsequent Amendment** |
|---|---|---|---|---|---|


| | | |
|---|---|---|
| [ ] | **Criminal** | |
| [X] | **Financial** | Student Loan Compromise(s) – Removed disclosures "DRP filed in Error" since the full student loan balances were forgiven |
| [ ] | **Regulatory Action** | |
| [ ] | **Customer Complaint** | |
| [ ] | **Other** | |


Attached is a draft copy of this amendment for your review. Please review and acknowledge this amendment by 2pm EST on 6/21/2023 by replying to this email.


➢ FINRA has enacted Rule 2263 which contains special rules applicable to the arbitration of employment discrimination claims. As a result JPMS is required to provide each person the attached Arbitration Disclosure form when they complete an initial Form U4 or amend their Form U4 because of disclosure. Please read the Arbitration Disclosure attached.

➢ Please note according to FINRA regulations written/electronic acknowledgment is required, however, be advised that JPMS. must file this amendment pursuant to FINRA Rule 1010(c) Electronic Filing Requirements for Uniform Forms and in accordance with Article V, Section 2 of the FINRA By-Laws. We must file this amendment

1

**IAL** **JPMS000324**

E.6-003

06_Series_E_CRD_U4_U5_and_State_Securities_Inquiries.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_



**E.6-004**
4:26-cv-00381-O
*Biering v. JPMS, et al.*

regardless of the response received from you. If you don't reply by the date indicated above be represented by the following language: "Representative Not Available at the Time of Filir

➤ Please note certain disclosable events on your U4 may also need to be reported if you maint licenses. Reporting obligations may be found using NIPR, accessing the Attachment Wareho Actions section. Refer to the firm's Insurance Licensing Policy – U.S. for further guidance.

Please note, according to FINRA regulations written/electronic acknowledgment is required, we will not be able to take acknowledgments over the phone.

Thank you,

**Compliance Registration**
| JPMorgan Securities LLC | Phone 614-217-5492 I jpm.registration.disclosure.review@jpmchase.com |go/vic

**IAL**                                                                                              **JPMS000325**

E.6-004

06_Series_E_CRD_U4_U5_and_State_Securities_Inquiries.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_