**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT I.01
## Letter to Senator Cruz Dec. 10, 2023
## I.01-001 – 002

**Description:** Congressional-office correspondence regarding the matter.

**Relevance:** Contemporaneous record of outside correspondence bearing on the employment-dispute timeline.

**Source:** Cleaner regenerated Cruz email render; November 7, 2025 congressional correspondence

**Petition Ref:** App. A p. 52 ("Senator Cruz Reply – Nov. 7, 2025 (AM)")

**Disclosures:** None — reproduced as produced, no added markings

**Filing Status:** Public - not sealed



Joshua David Sappi Biering
3900 Bent Elm Lane
Fort Worth, Texas 76109


December 10, 2023


The Honorable Ted Cruz
961 J.J. Pickle Federal Building
300 E. 8th Street
Austin, Texas 78701


Dear Senator Cruz:


My name is Josh Biering and I reside at 3900 Bent Elm Ln, Fort Worth, Texas 76109. I am a West Point graduate (class of 2011) and a 100% Service-Connected Disabled Veteran due to my military service from 2011 to 2016, in which I was deployed to Afghanistan as a Combat Engineer- Route Clearance Platoon Leader in 2012 in support of Operation Enduring Freedom. I come from a family of West Point graduates and thankful to fight for and live in the great state of Texas and the United States.

Following my military service, I was honorably discharged with the rank of Captain (O-3) and joined JPMorgan Chase through their Veteran Hiring initiative and programs in 2016. I am very grateful that the private sector facilitates pathways programs, particularly for Veterans, who as you are aware, have certain obstacles to surmount to make a successful transition. Similarly, to you, this is a cause I am also personally passionate about and am an active advocate for the Veteran Community through my Board of Director memberships for the Folds of Honor North Texas organization and the West Point Society of North Texas. I have always done my best to serve honorably with the utmost integrity, to set an example for future Veterans with a desire to successfully transition into Corporate America.

I am writing to you with a sense of hope and angst that your team could help me in a true **David vs. Goliath** story. Following a very stressful 12 months at the JPMorgan Private Bank in Fort Worth, I tried resigning on multiple occasions in hopes of finding greener pastures that was a better overall situation for me personally and professionally, but most importantly, better for my clients and your constituents. The culture became unbearable for a variety of reasons, but ultimately, I submitted my resignation and was subject to a *mandatory(?)* 60-day Garden Leave. About 33 days into my Garden Leave, JPMorgan terminated me for a violation in which I had zero opportunity to review the facts or finding- a tactic I fear is common in the banking industry to try and prevent clients from leaving the firm (i.e. revenue) even if following their advisor is in the best interest of the client- not the large bank.

All I know is that I no longer had an income going into the Holiday Season and that my health insurance that my family and I relied on would stop. Particularly as my former Employers knew how much I was relying on my health insurance for my mental health treatment as my treatments were also tied to my service-connected disabilities. Furthermore, of the utmost importance to me for the time being, is **how can I fight through the red tape** to ensure I exercise my rights and due process to continue my livelihood and employment.

Under the currently policies and landscape- large banks and financial institutions like JP Morgan (i.e. Goliath) have the wherewithal and resources to withstand any potential claims against

I.1-001

03_Series_I_Congressional_Correspondence_Redacted.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_D



constituents/advisors (i.e. David) as they have what I deem to be unlimited resources in te and time. **Unfortunately, I have neither.** If JPMorgan marks my Form U5 (document departing advisors that is made publicly available) in the next 2-weeks with any semblance of incorrect or defaming language, I will be undoubtedly black-balled in the industry and it would cost me more than $200,000.00 in legal fees to fight, and more than two years to complete, despite my confidence this would be the right and just course of action for me to take.

**I am deeply concerned and pray that your Office can help me navigate this situation before it is too late** and I become another constituent lost in the sea of red tape, fending off a slew of policies and regulations between the behemoth of JPMorgan and the uncertainties and inconsistencies of arbitration via the Financial Industry Regulation Authority (FINRA). It is confirmed and well understood amongst the Banks and Financial Institutions (i.e. my future Employers) that hiring an Advisor with **any** marks on their Form U5 is not worth the **potential** scrutiny inquiries from FINRA despite the rationale and narrative of the departure. Guilty until proven innocent is unfortunately the established precedent- something that directly conflicts with the foundation of the U.S. Constitution.

As you can see- this is rather problematic as there are incredible amounts of inconsistencies, particularly for at-will employment and employed states such as Texas. **I would like to request any assistance your office could provide, particularly as the FTC and Department of Labor partner to protect Workers from anticompetitive, unfair and deceptive practices**- an initiative I am incredibly passionate about, now more than ever. I reviewed the FTC's September 21, 2023 press release regarding this issue and am very optimistic on how that initiative will serve as an agent of ethical progress.

I appreciate your help and ask that you please send me a response letting me know the best approach and plan of action for this matter. I am accessible 24/7 and more than happy to travel and meet in person at your earliest convenience.

Thank you for your time and considering my request.

Sincerely,

Joshua D. S. Biering

Email:
Mobile
Addres

03_Series_I_Congressional_Correspondence_Redacted.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Do

## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT I.02
## Letter to Senator Cruz Dec. 25, 2023
## I.02-001 – 002

**Description:**     Congressional-office correspondence regarding the matter.

**Relevance:**     Contemporaneous record of outside correspondence bearing on the employment-dispute timeline.

**Source:**     Original Granger inquiry packet with targeted museum-reference cleanup

**Petition Ref:**     App. A p. 52 ("Senator Cruz Reply – Nov. 7, 2025 (Mid-day)")

**Disclosures:**     None — reproduced as produced, no added markings

**Filing Status:**     Public - not sealed

Joshua David Sappi Biering
████████████Lane
Fort Worth, Texas 76109


December 25, 2023


The Honorable Ted Cruz
961 J.J. Pickle Federal Building
300 E. 8th Street
Austin, Texas 78701


Dear Senator Cruz:


My name is Josh Biering and I reside at 3900 Bent Elm Ln, Fort Worth, Texas 76109. I am a West Point graduate (class of 2011) and a 100% Service-Connected Disabled Veteran due to my military service from 2011 to 2016, in which I was deployed to Afghanistan as a Combat Engineer- Route Clearance Platoon Leader in 2012 in support of Operation Enduring Freedom. I was humbly awarded the Bronze Star Medal for my service. I come from a family of West Point graduates and thankful to fight for and live in the great state of Texas and the United States. I share this information with you to reiterate my lifelong commitment to service and to fight **for what is right- no matter the cost.**

Following my military service, I was honorably discharged with the rank of Captain (O-3) and joined JPMorgan Chase through their Veteran Hiring initiative and programs in 2016. I am very grateful that the private sector facilitates pathways programs, particularly for Veterans, who as you are aware, have certain obstacles to surmount to make a successful transition. Similarly, to you, this is a cause I am also personally passionate about and am an active advocate for the Veteran Community through my Board of Director memberships for the Folds of Honor North Texas organization and the West Point Society of North Texas. I have always done my best to serve honorably with the utmost integrity, to set an example for future Veterans with a desire to successfully transition into Corporate America.

I am writing to you with a sense of hope and angst that your team could help me in a true **David vs. Goliath** story. Following a very stressful 12 months at the JPMorgan Private Bank in Fort Worth, I tried resigning on multiple occasions in hopes of finding greener pastures that was a better overall situation for me personally and professionally, but most importantly, better for my clients and your constituents. The culture became unbearable for a variety of reasons, but ultimately, I submitted my resignation and was subject to a *mandatory(?)* 60-day Garden Leave. About 33 days into my Garden Leave, JPMorgan terminated me for a violation in which I had zero opportunity to review the facts or findings- a tactic I fear is common in the banking industry to try and prevent clients from leaving the firm (i.e. revenue) even if following their advisor is in the best interest of the client- not the large bank. In what I originally hoped to be an amicable departure when I approached my management for reprieve on October 24, 2023, I was met with a malicious plot deployed to toss me aside while protecting the $5million+ of revenue that I bled, sweat, and consistently delivered to the Firm that was so quick to admonish me.

All I know is that I no longer had an income going into the Holiday Season and that my health insurance that my family and I relied on would stop. Particularly as my former Employers knew how much I was relying on my health insurance for my mental health treatment as my treatments were also tied to my service-connected disabilities. Furthermore, of the utmost importance to me for the time being,

Page 1 of 2

I.2-001



is **how can I fight through the red tape** to ensure I exercise my rights and due process livelihood and employment.

Under the currently policies and landscape- large banks and financial institutions like JP Morgan (i.e. Goliath) have the wherewithal and resources to withstand any potential claims against constituents/advisors (i.e. David) as they have what I deem to be unlimited resources in terms of money and time. **Unfortunately, I have neither.** Despite my consistent pleas to JPMorgan, they knowingly marked my Form U5 (document required for departing advisors that is made publicly available) in a defamatory and malicious manner, that they knew would hinder any future prospective employers within the industry. I am not sure how much fight or willpower I have left in me. I mistakenly trusted leadership with my concerns on multiple occasions, only to be met with backlash and closed-door politicking on how to structure my exit, toss me to the side, but retain the fruits of my labor that I went above and beyond to deliver.

**I am deeply concerned and pray that your Office can help me navigate this situation before it is too late** and I become another constituent lost in the sea of red tape, fending off a slew of policies and regulations between the behemoth of JPMorgan and the uncertainties and inconsistencies of arbitration via the Financial Industry Regulation Authority (FINRA). It is confirmed and well understood amongst the Banks and Financial Institutions (i.e. my future Employers) that hiring an Advisor with **any** marks on their Form U5 is not worth the **potential** scrutiny inquiries from FINRA despite the rationale and narrative of the departure. Guilty until proven innocent is unfortunately the established precedent- something that directly conflicts with the foundation of the U.S. Constitution. Whenever behemoths of JPMorgan, and private self-regulatory organization such as, FINRA, operate without checks and balances, their relative recourse is a slap on the wrist while the livelihood and reputation of an undeserving constituent, veteran, father, son is undoubtedly tarnished and undoubtedly stacked against the greatest of odds.

As you can see- this is rather problematic as there are incredible amounts of inconsistencies, particularly for at-will employment and employed states such as Texas. **I would like to request any assistance your office could provide, particularly as the FTC and Department of Labor partner to protect Workers from anticompetitive, unfair and deceptive practices**- an initiative I am incredibly passionate about, now more than ever. I reviewed the FTC's September 21, 2023, press release regarding this issue and am very optimistic on how that initiative will serve as an agent of ethical progress.

I appreciate your help and ask that you please send me a response letting me know the best approach and plan of action for this matter. I am accessible 24/7 and more than happy to travel and meet in person at your earliest convenience.

Thank you for your time and considering my request.

Sincerely,

Joshua D. S. Biering

Joshua D. S. Biering

Email:
Mobile
Addres

I.2-002

03_Series_I_Congressional_Correspondence_Redacted.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Do

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT I.03
## Letter to Senator Cruz Sept. 7, 2024
## I.03-001 – 006

**Description:**    Congressional-office correspondence regarding the matter.

**Relevance:**    Contemporaneous record of outside correspondence bearing on the employment-dispute timeline.

**Source:**    Congressional Correspondence; dated November 7, 2025

**Petition Ref:**    App. A p. 52 ("Senator Cruz Reply – Nov. 7, 2025 (PM)")

**Disclosures:**    None — reproduced as produced, no added markings

**Filing Status:**    Public - not sealed



I.3-001
4:26-cv-00381-O
*Biering v. JPMS, et al.*



# U.S. Senator Ted Cruz
## United States Senator • Texas
### Standard Information and Privacy Act Form

The Privacy Act requires your written consent before a government agency will release information to our office. Please complete this form and return it as indicated below. *A brief letter outlining the nature of your problem is required. An inquiry cannot be submitted without it.* Please be as specific as possible. Please also attach any relevant correspondence* that you have initiated or received concerning your problem. Submit your completed form and any pertinent attachments to:

U.S. Senator Ted Cruz
961 J.J. Pickle Federal Building
300 E. 8th Street
Austin, Texas 78701
Fax: 512-916-5839
casework@cruz.senate.gov

*Fax, e-mail and web form are the quickest ways to forward your information.
CD's, DVD's and links to files, are NOT accepted.

Name: (Mr.) / Mrs. / Ms. / Other (please specify): Joshua David Sappi Biering

Address _____

City/State/Zip **Ft. Worth, TX 76107**

Preferred Phone: _____ Other Phone: _____

Email: _____ @ gmail.com

Social Security Number _____ Date of Birth _____

Federal Agency Involved **FINRA/SEC/DOL/FTC**

Requested Benefits **Compel FINRA to act impartial & timely**

*Please complete sections applicable to your case:*

Veterans Claim Number **N/A** Military ID/ Branch **N/A**

Medicare Provider PTAN, NPI, TAX ID, CSA/CSF#: **N/A**

Other (If IRS, please indicate tax year (s) and form): _____

Have you requested assistance from any other elected official? ☐ YES or ☒ NO

If yes, which office(s)? _____ Date contacted? _____

Did you receive a final response? ☐ YES or ☒ NO

*Pursuant to the Privacy Act of 1974 (5 U.S.C. § 552a), I hereby authorize appropriate governmental agencies to release information about me and relevant to this inquiry to U.S. Senator Ted Cruz. For IRS inquiries, I give permission to the IRS/TAS to communicate with me and Senator Cruz's staff. I understand that by requesting assistance of Senator Cruz and his staff I am obligated to provide true and correct information regarding my situation. Failure to disclose all information or any deliberate attempt to mislead Senator Cruz or his staff may result in the discontinuance of assistance.*

_Biering_ _____ **9/7/2024**
Ink Signature Required – digital signatures will not          Date

I.3-001

**Joshua David Sappi Biering**                                                    Septem

████████████████ renue

Fort Worth, Texas 76107

**The Honorable Ted Cruz**

961 J.J. Pickle Federal Building

300 E. 8th Street

Austin, Texas 78701

Dear Senator Cruz:

I hope this letter finds you well. My name is Joshua Biering, and I previously wrote to your office on Christmas Day 2023, regarding a pressing matter involving JPMorgan Chase and the Financial Industry Regulatory Authority (FINRA). Unfortunately, I have yet to receive a response and am reaching out again in the hopes of enlisting your support in this ongoing fight for justice.

As a reminder, I am a 100% service-connected disabled veteran, having served as a Combat Engineer and Route Clearance Platoon Leader in Afghanistan in 2012, for which I was awarded the Bronze Star Medal. After my honorable discharge in 2016, I joined JPMorgan through their veteran hiring initiative. However, after a stressful period at JPMorgan's Private Bank, I attempted to resign several times due to unbearable working conditions, but was met with what I believe was a premeditated and retaliatory termination.

Since my termination, JPMorgan has maliciously marked my Form U5, effectively turning my career in the financial services industry upside down. This action has led to an ongoing arbitration through FINRA, where I have faced an uphill battle against the overwhelming resources of JPMorgan. My original letter to you detailed the troubling imbalance in the arbitration process, which continues to favor large financial institutions at the expense of individual advisors like me.

Moreover, my situation has been exacerbated by my service-connected disabilities, which were ignored by JPMorgan despite their legal obligation to accommodate my medical needs under the Uniformed Services Employment and Reemployment Rights Act (USERRA) and the Americans with Disabilities Act (ADA). The retaliation I've experienced, both in the workplace and through the defamation of my professional record, has taken a severe toll on my well-being.

Page 1 of 2

I.3-002

03_Series_I_Congressional_Correspondence_Redacted.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Dc



Senator, I remain deeply concerned about the lack of fairness in this proc systemic issues within FINRA that seem to protect corporate interests over individual rights. As a constituent, I am humbly asking for your assistance in navigating this David vs. Goliath situation. Your support would be invaluable in helping to ensure that large financial institutions like JPMorgan are held accountable and that veterans like me receive the protections guaranteed by federal law.

I respectfully request a response from your office regarding any potential actions or guidance that could help me as I continue to pursue justice. I remain available to meet at your convenience and appreciate your time and consideration.

Thank you for your service to the state of Texas and our nation.

Sincerely,

Joshua D. S. Biering

Email:

Phone

Page 2 of 2

I.3-003

03_Series_I_Congressional_Correspondence_Redacted.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Dc



**L.3-004**
4:26-cv-00381-O
*Biering v. JPMS, et al.*



# U.S. Senator Ted Cruz
## United States Senator • Texas
## Standard Information and Privacy Act Form

The Privacy Act requires your written consent before a government agency will release information to our office. Please complete this form and return it as indicated below. *A brief letter outlining the nature of your problem is required. An inquiry cannot be submitted without it.* Please be as specific as possible. Please also attach any relevant correspondence* that you have initiated or received concerning your problem. Submit your completed form and any pertinent attachments to:

U.S. Senator Ted Cruz
961 J.J. Pickle Federal Building
300 E. 8th Street
Austin, Texas 78701
Fax: 512-916-5839
casework@cruz.senate.gov

*Because of security measures, mail is now irradiated, which can damage sensitive items such as cassette tapes, videos, CD's and DVD's. Fax, e-mail (must be less than 5MB ) and web form are the quickest ways to forward your information.

**Name: Mr. / Mrs. / Ms. / Other (please specify):** *Mr. Joshua Biering*

**Address** ▮▮▮▮▮▮▮▮▮▮ *Ln*

**City/State/Zip** *Ft. Worth Texas, 76109*

**Preferred Phone:** ▮▮▮▮▮▮▮▮▮▮

**Email:** ▮▮▮▮▮ *@gmail.com*

**Social Security Number** ▮▮▮▮▮▮  **Date of Birth** ▮▮▮▮

**Federal Agency Involved** *SEC /FINRA/ FTC/DOL /NLRB*

**Requested Benefits** *Immediate relief/ injunction form US*

*Please complete sections applicable to your case:*

**Veterans Claim Number** _____ **Military ID/ Branch**_____

**Medicare Provider PTAN, NPI, TAX ID, CSA/CSF#:**_____

**Other (If IRS, please indicate tax year (s) and form):**_____

**Have you requested assistance from any other elected official?** ☐YES or ☒NO

**If yes, which office(s)?** _____

**Did you receive a final response?** ☐YES or ☒NO

*Pursuant to the Privacy Act of 1974 (5 U.S.C. § 552a), I hereby authorize appropriate governmental agencies to release information about me and relevant to this inquiry to U.S. Senator Ted Cruz. For IRS inquiries, I give permission to the IRS/TAS to communicate with me and Senator Cruz's staff. I understand that by requesting assistance of Senator Cruz and his staff I am obligated to provide true and correct information regarding my situation. Failure to disclose all information or any deliberate attempt to mislead Senator Cruz or his staff may result in the discontinuance of assistance.*

_____     *12/25/2023*
                                  (Date)

05/2020

I.3-004



Joshua David Sappi Biering

▮▮▮▮▮▮▮▮▮

Fort Worth, Texas 76109


December 25, 2023


The Honorable Ted Cruz
961 J.J. Pickle Federal Building
300 E. 8th Street
Austin, Texas 78701


Dear Senator Cruz:


My name is Josh Biering and I reside at 3900 Bent Elm Ln, Fort Worth, Texas 76109. I am a West Point graduate (class of 2011) and a 100% Service-Connected Disabled Veteran due to my military service from 2011 to 2016, in which I was deployed to Afghanistan as a Combat Engineer- Route Clearance Platoon Leader in 2012 in support of Operation Enduring Freedom. I was humbly awarded the Bronze Star Medal for my service. I come from a family of West Point graduates and thankful to fight for and live in the great state of Texas and the United States. I share this information with you to reiterate my lifelong commitment to service and to fight **for what is right- no matter the cost.**

Following my military service, I was honorably discharged with the rank of Captain (O-3) and joined JPMorgan Chase through their Veteran Hiring initiative and programs in 2016. I am very grateful that the private sector facilitates pathways programs, particularly for Veterans, who as you are aware, have certain obstacles to surmount to make a successful transition. Similarly, to you, this is a cause I am also personally passionate about and am an active advocate for the Veteran Community through my Board of Director memberships for the Folds of Honor North Texas organization and the West Point Society of North Texas. I have always done my best to serve honorably with the utmost integrity, to set an example for future Veterans with a desire to successfully transition into Corporate America.

I am writing to you with a sense of hope and angst that your team could help me in a true **David vs. Goliath** story. Following a very stressful 12 months at the JPMorgan Private Bank in Fort Worth, I tried resigning on multiple occasions in hopes of finding greener pastures that was a better overall situation for me personally and professionally, but most importantly, better for my clients and your constituents. The culture became unbearable for a variety of reasons, but ultimately, I submitted my resignation and was subject to a *mandatory(?)* 60-day Garden Leave. About 33 days into my Garden Leave, JPMorgan terminated me for a violation in which I had zero opportunity to review the facts or findings- a tactic I fear is common in the banking industry to try and prevent clients from leaving the firm (i.e. revenue) even if following their advisor is in the best interest of the client- not the large bank. In what I originally hoped to be an amicable departure when I approached my management for reprieve on October 24, 2023, I was met with a malicious plot deployed to toss me aside while protecting the $5million+ of revenue that I bled, sweat, and consistently delivered to the Firm that was so quick to admonish me.

All I know is that I no longer had an income going into the Holiday Season and that my health insurance that my family and I relied on would stop. Particularly as my former Employers knew how much I was relying on my health insurance for my mental health treatment as my treatments were also tied to my service-connected disabilities. Furthermore, of the utmost importance to me for the time being,

I.3-005

03_Series_I_Congressional_Correspondence_Redacted.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Do



is **how can I fight through the red tape** to ensure I exercise my rights and due process to c........... livelihood and employment.

Under the currently policies and landscape- large banks and financial institutions like JP Morgan (i.e. Goliath) have the wherewithal and resources to withstand any potential claims against constituents/advisors (i.e. David) as they have what I deem to be unlimited resources in terms of money and time. **Unfortunately, I have neither.** Despite my consistent pleas to JPMorgan, they knowingly marked my Form U5 (document required for departing advisors that is made publicly available) in a defamatory and malicious manner, that they knew would hinder any future prospective employers within the industry. I am not sure how much fight or willpower I have left in me. I mistakenly trusted leadership with my concerns on multiple occasions, only to be met with backlash and closed-door politicking on how to structure my exit, toss me to the side, but retain the fruits of my labor that I went above and beyond to deliver.

**I am deeply concerned and pray that your Office can help me navigate this situation before it is too late** and I become another constituent lost in the sea of red tape, fending off a slew of policies and regulations between the behemoth of JPMorgan and the uncertainties and inconsistencies of arbitration via the Financial Industry Regulation Authority (FINRA). It is confirmed and well understood amongst the Banks and Financial Institutions (i.e. my future Employers) that hiring an Advisor with **any** marks on their Form U5 is not worth the **potential** scrutiny inquiries from FINRA despite the rationale and narrative of the departure. Guilty until proven innocent is unfortunately the established precedent- something that directly conflicts with the foundation of the U.S. Constitution. Whenever behemoths of JPMorgan, and private self-regulatory organization such as, FINRA, operate without checks and balances, their relative recourse is a slap on the wrist while the livelihood and reputation of an undeserving constituent, veteran, father, son is undoubtedly tarnished and undoubtedly stacked against the greatest of odds.

As you can see- this is rather problematic as there are incredible amounts of inconsistencies, particularly for at-will employment and employed states such as Texas. **I would like to request any assistance your office could provide, particularly as the FTC and Department of Labor partner to protect Workers from anticompetitive, unfair and deceptive practices**- an initiative I am incredibly passionate about, now more than ever. I reviewed the FTC's September 21, 2023, press release regarding this issue and am very optimistic on how that initiative will serve as an agent of ethical progress.

I appreciate your help and ask that you please send me a response letting me know the best approach and plan of action for this matter. I am accessible 24/7 and more than happy to travel and meet in person at your earliest convenience.

Thank you for your time and considering my request.

Sincerely,

Joshua D. S. Biering

Email:
Mobile:
Address:

Page 2 of 2

I.3-006

03_Series_I_Congressional_Correspondence_Redacted.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_D...

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT I.04
## Letter to Rep Al Green Sept. 7, 2024
## I.04-001 – 002

**Description:**     Congressional-office correspondence regarding the matter.

**Relevance:**      Contemporaneous record of outside correspondence bearing on the employment-dispute timeline.

**Source:**          Congressional Correspondence; dated January 2026

**Petition Ref:**    App. A p. 52 ("Senator Cruz Reply – January 2026")

**Disclosures:**    None — reproduced as produced, no added markings

**Filing Status:**   Public - not sealed



I.4-001
4:26-cv-00381-O
*Biering v. JPMS, et al.*

**Joshua David Sappi Biering**
██████████ Avenue
Fort Worth, Texas 76107

████████████████████████

September 6, 2024

**The Honorable Al Green**
2347 Rayburn House Office Building
Washington, DC 20515

Dear Representative Green:

My name is Josh Biering, and I reside at 4635 Washburn Ave, Fort Worth, Texas 76107. I am writing to you regarding my ongoing arbitration with JPMorgan Chase under the oversight of the Financial Industry Regulatory Authority (FINRA). I am deeply concerned about the lack of fairness and transparency in the FINRA arbitration process, which overwhelmingly favors large institutions like JPMorgan over individual advisors without comparable economic or influential means.

I am a West Point graduate (class of 2011) and a 100% Service-Connected Disabled Veteran due to my military service from 2011 to 2016, in which I was deployed to Afghanistan as a Combat Engineer- Route Clearance Platoon Leader in 2012 in support of Operation Enduring Freedom. I was humbly awarded the Bronze Star Medal for my service. I come from a family of West Point graduates and thankful to fight for and live in the great state of Texas and the United States. Following my military service, I was honorably discharged with the rank of Captain (O-3) and joined JPMorgan Chase through their Veteran Hiring initiative and programs in 2016.

Following my departure from JPMorgan, my Form U5 was maliciously marked in a way that has effectively ended my career in the financial industry. I sought resolution through FINRA arbitration, only to encounter delays, lack of transparency, and a system stacked in favor of large firms with virtually unlimited resources.

I.4-001



I.4-002
4:26-cv-00381-O
*Biering v. JPMS, et al.*

As a member of the House Financial Services Committee, which plays a cruc overseeing financial institutions and regulatory bodies like FINRA, I believe you are uniquely positioned to advocate for greater fairness and accountability in this process. The current imbalances in FINRA's arbitration framework undermine justice and prevent individual advisors from having a fair opportunity to defend themselves.

I respectfully ask for your support in addressing these systemic issues within FINRA and ensuring that financial institutions are held to a standard of transparency and fairness in their dealings with employees. I would welcome any guidance or assistance your office could provide in this matter.

Thank you for your time and consideration. I look forward to hearing from you.

Respectfully,

Joshua D. S. Biering

I.4-002

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT I.05

## Emails to Congresswoman Grainger (Sept. 2024)

## I.05-001 – 005

**Description:** Correspondence thread between the claimant and staff of Congresswoman Grainger's office regarding the matter.

**Relevance:** Contemporaneous record of outside correspondence about the matter.

**Source:** Congressional correspondence – Office of Rep. Granger (Oct. 2, 2024)

**Petition Ref:** ¶ 36 (Dkt. 11); App. A p. 52 ("Congresswoman Granger Office Inquiry Emails (Oct. 2, 2024)")

**Disclosures:** Redactions: Third-party news-article URLs containing client name redacted (burned black boxes via text-layer scan; unredacted version preserved in SEALED packet).

**Filing Status:** Public - not sealed



**I.5-001**
4:26-cv-00381-O
*Biering v. JPMS, et al.*

 Outlook

### RE: [EXTERNAL]Fwd: JPMorgan's Blatant Discrimination/Retaliation of Biering

**From** Salmon, Will <Will.Salmon@mail.house.gov>

**Date** Wed 2024-10-02 1:34 PM

**To** Josh Biering ███████████ gmail.com>

Josh,

Below is the question that we sent on your behalf. We still have not heard back from anyone besides acknowledgment that they received it. Your case number was also provided so they have that information as well.

Will

My office received a request for assistance from our constituent Mr. Joshua Biering. He has an ongoing arbitration with JPMorgan Chase under the oversight of the Financial Industry Regulatory Authority (FINRA) and was requesting that we get an update on the case if possible. Any information you may be able to provide is appreciated. Attached is his privacy form with additional information.

---

**From:** Josh Biering ███████ @gmail.com>
**Sent:** Monday, September 30, 2024 12:28 PM
**To:** Salmon, Will <Will.Salmon@mail.house.gov>
**Subject:** Re: [EXTERNAL]Fwd: JPMorgan's Blatant Discrimination/Retaliation of Biering

Thank you, Will-

Any chance you can share a copy of the inquiry
Letter?

---

**From:** Salmon, Will <Will.Salmon@mail.house.gov>
**Sent:** Monday, September 30, 2024 11:21:30 AM
**To:** Josh Biering ████████████ >
**Subject:** RE: [EXTERNAL]Fwd: JPMorgan's Blatant Discrimination/Retaliation of Biering

Hey Josh,

Yes, we sent the inquiry for an update at the end of last week and received a confirmation that it was received, but we haven't heard back on anything further.

I'll update you when we do.

Will

---

**From:** Josh Biering ████████ @gmail.com>
**Sent:** Sunday, September 29, 2024 1:33 PM
**To:** Salmon, Will <Will.Salmon@mail.house.gov>
**Subject:** Re: [EXTERNAL]Fwd: JPMorgan's Blatant Discrimination/Retaliation of Biering

Good afternoon, Will-

n your end?

**I.5-001**



**From:** Salmon, Will <Will.Salmon@mail.house.gov>
**Sent:** Wednesday, September 25, 2024 10:20 AM
**To:** Josh Biering ███████████████████
**Subject:** RE: [EXTERNAL]Fwd: JPMorgan's Blatant Discrimination/Retaliation of Biering

Josh – Before our call this afternoon can you send me documents that FINRA has sent to you? Right now, the only one I see is the one I've attached here.

Will

---

**From:** Josh Biering <josh.biering@gmail.com>
**Sent:** Tuesday, September 24, 2024 12:56 PM
**To:** Salmon, Will <Will.Salmon@mail.house.gov>
**Subject:** Re: [EXTERNAL]Fwd: JPMorgan's Blatant Discrimination/Retaliation of Biering

Yes thank you that works

---

**From:** Salmon, Will <Will.Salmon@mail.house.gov>
**Sent:** Tuesday, September 24, 2024 11:41:02 AM
**To:** Josh Biering <josh.biering@gmail.com>
**Subject:** RE: [EXTERNAL]Fwd: JPMorgan's Blatant Discrimination/Retaliation of Biering

Josh,

How would a call at 2:00pm est tomorrow (9/25) work for your schedule?

Best,
Will

---

**From:** Josh Biering ███████████████████
**Sent:** Monday, September 23, 2024 9:09 PM
**To:** Salmon, Will <Will.Salmon@mail.house.gov>
**Subject:** Re: [EXTERNAL]Fwd: JPMorgan's Blatant Discrimination/Retaliation of Biering

Will-

This concerns me and I tried calling you.

This is not a request to intervene with a legal dispute. This is not a matter of interfering with a legal issue.

**This is a matter of protecting my rights as a citizen/constituent/Texas/American to my due process.**

I am merely asking for an opportunity to my constitutional rights to a fair and impartial trial. I am asking, respectfully, for Congresswoman Grainger's support to **inquire with FINRA**, an organization whose charter is overseen by a **Federal Agency**- the Securities and Exchange Commission.

I firmly request a phone call to discuss further and urge you to reconsider this approach.

If this is not something your team can entertain further, I do feel the need to navigate, and hope/pray Senator Cruz's office can facilitate.

████████████████████████████████████████████████
████████████████████████████████████████████████

My last ditch resort would be to go to the press.... And I just want my day in court.

<Will.Salmon@mail.house.gov>
33 AM

I.5-002



I.5-003
4:26-cv-00381-O
*Biering v. JPMS, et al.*

To: Josh Biering

**Subject:** RE: [EXTERNAL]Fwd: JPMorgan's Blatant Discrimination/Retaliation of Biering

Josh,

Apologies in my delay in responding. Due to the fact that this issue has extended between your att
legal department at JPMorgan, our office will not be able to assist. Members of Congress can only place inquiries
with federal agencies. Federal legislators are prohibited by law from interfering with legal issues.

Please don't hesitate to reach back out with any questions.

Will

**From:** Josh Biering
**Sent:** Sunday, September 22, 2024 11:02 PM
**To:** Salmon, Will <Will.Salmon@mail.house.gov>
**Subject:** Fwd: [EXTERNAL]Fwd: JPMorgan's Blatant Discrimination/Retaliation of Biering

Can you please update me? I'm losing hope here….

**From:** Josh _____ gmail.com>
**Sent:** Sunday, September 22, 2024 9:19 PM
**To:** Cohen, Jena B <jena.b.cohen@jpmorgan.com>
**Cc:** Joshua Iacuone ("Icon") <josh@imcplaw.com>; Anna Richardson <anna@imcplaw.com>; Tidwell-Neal, Rachel L
<rachel.l.tidwell-neal@jpmchase.com>; Tidwell-Neal, Rachel L <rachel.l.tidwell-neal@jpmchase.com>
**Subject:** Re: [EXTERNAL]Fwd: JPMorgan's Blatant Discrimination/Retaliation of Biering

Let's talk about motive.

**THESE DEALS WERE THE DEALS I TOOK 4 DAYS OF PATERNITY LEAVE FOR AND WAS DENIED FMLA OR REASONABLE
ACCOMODATIONS. I SOURCED THESE WITH ZERO SUPPORT FROM AUGHINBAUGH/HITCHOCK. IN FACT, I WAS RIDICULED.**

**THE SNAKES KNEW THAT, AND WRONGFULLY DISCHARGED ME.**

1. We know that the majority of Bankers in the Private Bank don't source deals, they inherit deals (like **Aughinbaugh**)
2. We also know that Bankers are required to publish their pipelines of new business opportunities and required to
   review that with management at least on a monthly basis.
3. We also know that the Private Bank, in a contradictory manner to their Code of Conduct, likes to terminate or
   constructively discharge high performers once their deals are one... **BUT BEFORE**, their **compensation EARNED** is
   "forfeited".
4. JPMorgan **ignored** (conveniently) my 2023 performance review I submitted, and unjustly enriched the pockets of those
   who inherited my business I won.

***Note, these were not given to me. These were sourced by me, and me alone.

**Let's take a look at these published opportunities.**

- _____ (aka XYZ _____ in our suit)
  - **February 15, 2024** _____ Raises US $2.344BNN Unitranche Debt Facility With KKR"
  - **July, 25, 2024** " _____ to test buyout interest in _____ this fall" - _____
    say/
  - **September 19, 2024** _____ CLOSING IN ON MINTORITY STAKE SALE" …. " _____ acquired a majority stake
    for more than UDS $1bn,,,,"
- "*Vital Energy, Northern Oil and Gas buy Point Energy shale assets for $1.1 billion*"
  - //www.reuters.com/markets/deals/vital-energy-nearing-deal-buy-point-energy-11-billion-sources-say-
    07-28/

I.5-003



I.5-004
4:26-cv-00381-O
*Biering v. JPMS, et al.*



**Vital Energy, Northern C**
**Point Energy shale asset**

Vital Energy and Northern Oil and G
shale assets from private equity-owned Point Energy Partne
for $1.1 billion, the companies said on Sunday.

www.reuters.com

○

---

**From:** Cohen, Jena B <jena.b.cohen@jpmorgan.com>
**Sent:** Sunday, September 22, 2024 10:33 AM
**To:** Josh ███████████ Aughinbaugh, John T <john.t.aughinbaugh@jpmorgan.com>; Hitchcock, Kyle E <kyle.e.hitchcock@jpmorgan.com>; Stewart, Ben <ben.stewart@jpmorgan.com>
**Cc:** Stainback, Stephanie <Stephanie.Stainback@jpmorgan.com>; Joshua Iacuone ("Icon") <josh@imcplaw.com>; Anna Richardson <anna@imcplaw.com>; Tidwell-Neal, Rachel L <rachel.l.tidwell-neal@jpmchase.com>
**Subject:** Re: [EXTERNAL]Fwd: JPMorgan's Blatant Discrimination/Retaliation of Biering

Received Josh, our legal team will continue speaking with IMcP.
Regards,
Jena

---

**From:** Josh <jo███████████>
**Sent:** Saturday, September 21, 2024 11:44:40 PM
**To:** Aughinbaugh, John T (WM, USA) <john.t.aughinbaugh@jpmorgan.com>; Hitchcock, Kyle E (WM, USA) <kyle.e.hitchcock@jpmorgan.com>; Stewart, Ben (WM, USA) <ben.stewart@jpmorgan.com>
**Cc:** Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>; Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>; Joshua Iacuone ("Icon") <josh@imcplaw.com>; Anna Richardson <anna@imcplaw.com>; Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>
**Subject:** [EXTERNAL]Fwd: JPMorgan's Blatant Discrimination/Retaliation of Biering

I implore you to admit your wrongdoings and come clean.

This is not right- and you know it.

---

**From:** Josh Biering <josh███████████>
**Sent:** Friday, September 20, 2024 8:07 PM
**To:** Cohen, Jena B <jena.b.cohen@jpmorgan.com>; Sanchez, Julie <julie.sanchez@jpmchase.com>; jonathan.jacobs@jpmchase.com <jonathan.jacobs@jpmchase.com>; Hernandez, Aracelly <Aracelly.Hernandez@finra.org>
**Cc:** jdunlap@ubglaw.com <jdunlap@ubglaw.com>; hvonderheide@ubglaw.com <hvonderheide@ubglaw.com>; Salmon, Will <Will.Salmon@mail.house.gov>; Joshua Iacuone ("Icon") <josh@imcplaw.com>; Anna Richardson <anna@imcplaw.com>
**Subject:** JPMorgan's Blatant Discrimination/Retaliation of Biering

I believe I provided the majority of the exculpatory evidence I reference in this attached timeline to Julie Sanchez and JPMorgan Human Resources, but based on a review and investigation I had zero chance to review, Ms. Sanchez's ruled that my reported retaliation concerns were unfounded.

I also did not get any chance to review the findings or evidence that Mr. Jacobs (impartially) used to deliver his "findings."

"fiduciary" or "ethical" obligation to revisit blatantly false and unethical business practices based on a he attached evidence, that is so obvious, it's almost laughable.

I.5-004



I.5-005
4:26-cv-00381-O
*Biering v. JPMS, et al.*

I.5-005

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

I.5-005