## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

---

# PUBLIC APPENDIX K-R
## Exhibits K-R
## K.01 - R.01b | 36 Attachments | 154 Pages

---

### PUBLIC FILING

This appendix batch is organized by exhibit series. Each row identifies the exhibit range, attachment count, page total, and a brief description of the series.

**K.**   K.01 - K.11c  |  14 attachments  |  45 pages
Resignation, garden-leave, internal communications, and termination-sequence materials.

**L.**   L.01 - L.06  |  6 attachments  |  26 pages
Close-out, expense, and investigation-related materials bearing on internal handling of the separation.

**M.**   M.01a - M.02  |  3 attachments  |  16 pages
Damages, spreadsheet, and native-file documentation supporting the monetary and fee record.

**N.**   N.02  |  1 attachment  |  7 pages
EEOC administrative materials, including charge and response-related record documents.

**O.**   O.01 - O.02  |  2 attachments  |  7 pages
FINRA investigator and procedural email materials.

**P.**   P.01 - P.06  |  6 attachments  |  28 pages
Rule 202 pre-arbitration record materials.

**Q.**   Q.01 - Q.01b  |  2 attachments  |  8 pages
Client-redistribution communications bearing on post-separation account and book handling.

**R.**   R.01a - R.01b  |  2 attachments  |  17 pages
Fee and cost documentation supporting the fee/cost component of the record.

00_MAIN_NOTICE_03_PUBLIC_K-R.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29