### UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT K.01
## Cohen Hoping To Wrap With Termination
## K.01-001 – 002

**Description:** Internal JPMS / JPMorgan communication relating to the termination timing and decision.

**Relevance:** Contemporaneous record of JPMS's termination decision-making. Cross-references U.5 (Sanchez interview) on Stewart credibility.

**Source:** CX-130; JPMS_00021517 – JPMS_00021519

**Petition Ref:** App. A p. 52 ("Cohen "HOPING TO WRAP WITH A TERM" email (Oct. 27, 2023)")

**Disclosures:** None — reproduced as produced, no added markings

**Filing Status:** Public - not sealed

K.01-001

4:26-cv-00381-O
*Biering v. JPMS, et al.*

Message

| | |
|---|---|
| **From**: | Cohen, Jena B [jena.b.cohen@jpmorgan.com] |
| **Sent**: | 10/27/2023 10:30:20 PM |
| **To**: | Tyler, Lauren M [lauren.m.tyler@jpmorgan.com] |
| **Subject**: | FW: Rapid Response Opening Memo--J. Biering I662283 |

FYI - hoping to wrap early next week with a term.

---

**From:** Jacobs, Jonathan (HR, USA) <jonathan.jacobs@jpmchase.com>
**Sent:** Friday, October 27, 2023 5:05 PM
**To:** Broda, Reid R (Legal, USA) <reid.r.broda@jpmchase.com>; Press, Patrick (HR, USA) <patrick.press@chase.com>; Koch, Scott R (Legal, USA) <scott.r.koch@jpmchase.com>; Williams, Tara S (HR, USA) <tara.s.williams@jpmchase.com>; Padilla, Linda (HR, USA) <linda.padilla@jpmchase.com>; Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>; Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>
**Cc:** Magee, Christopher J <christopher.j.magee@jpmorgan.com>
**Subject:** Rapid Response Opening Memo--J. Biering I662283

Good Afternoon,

# Redacted - Privilege

**Exhibit**

**CX130**

K.01-001

JPMS_0021517

K.01.002
4:26-cv-00381-O
*Biering v. JPMS, et al.*

# Redacted - Privilege

Thank you,

Jonathan

Jonathan A. Jacobs | Vice President | Employee Relations, HR Special Investigations | JPMorgan Chase & Co. | 545 Washington Blvd, Floor 12, Jersey City, New Jersey 07310| (t) 551-205-4056| jonathan.jacobs@jpmchase.com | Pronouns: he/him/his

K.01-002

01_Series_K_Termination_Chain.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT K.02
## Biering Resignation Email Oct28
## K.02-001

**Description:**   Internal JPMS / JPMorgan communication relating to the termination timing and decision.

**Relevance:**   Contemporaneous record of JPMS's termination decision-making. Cross-references U.5 (Sanchez interview) on Stewart credibility.

**Source:**   CX-132; JPMS_00021505 – JPMS_00021506

**Petition Ref:**   App. A p. 52 ("Biering Resignation Email (Oct. 28, 2023)")

**Disclosures:**   None — reproduced as produced, no added markings

**Filing Status:**   Public - not sealed



**K.2-001**
4:26-cv-00381-O
*Biering v. JPMS, et al.*

## Josh Biering Resignation

**Josh Biering <josh.biering@gmail.com>**

Sat 10/28/2023 9:45 AM

To:John.T.Aughinbaugh@jpmorgan.com <John.T.Aughinbaugh@jpmorgan.com>;ben.stewart@jpmorgan.com <ben.stewart@jpmorgan.com>;kyle.e.hitchcock@jpmorgan.com <kyle.e.hitchcock@jpmorgan.com>
Cc:Peter.C.Chilian@jpmorgan.com <Peter.C.Chilian@jpmorgan.com>;Elaine.Agather@jpmorgan.com <Elaine.Agather@jpmorgan.com>

Dear Leadership Team-

I am writing to inform you of my formal resignation via email in addition to my submission via me@jpmc. It has been an absolute honor and privilege to have worked at JPMorgan and I thank you all for the opportunity over the last eight years. I will always have a place in my heart for the great teammates and clients I have met along the way- truly such a special place.

It comes with a solemn feeling- but after several months of consideration- I feel this is the best move for me both personally and professionally. I wish you all the best of luck and excited for our paths to cross again in the future.

With gratitude,

Josh Biering
912-308-5781 (m)
josh.biering@gmail.com

K.2-001

JPMS_00021505

01_Series_K_Termination_Chain.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT K.03

## Cohen Retention Inquiry – Biering's Compensation Pool

## K.03-001 – 006

**Description:** Cohen / Chiu internal Skype messages (Oct. 27 – Nov. 10, 2023) regarding retention of Biering's book of business and the treatment of his compensation in the producer pool. Internal JPMS/JPM management communications captured in the produced Skype message extract.

**Relevance:** Contemporaneous internal record of JPMS retention-decision considerations regarding Biering's compensation pool placement. Cross-references the U5/termination decision sequence and U.5 (Sanchez interview) on Stewart credibility, and supports the operative-pleading narrative on retention vs. termination framing.

**Source:** CX-209; JPMS_00021519 – JPMS_00021525

**Petition Ref:** App. A p. 52 ("Cohen Retention / Chiu Skype Messages (Oct. 27–Nov. 10, 2023)")

**Disclosures:** None — reproduced as produced, no added markings

**Filing Status:** Public - not sealed

K.03-001

4:26-cv-00381-O

*Biering v. JPMS, et al.*

Message

| | |
|---|---|
| **From**: | Chiu, Phyllis C [phyllis.c.chiu@jpmchase.com] |
| **Sent**: | 11/10/2023 3:58:18 PM |
| **To**: | Cohen, Jena B [jena.b.cohen@jpmorgan.com] |
| **Subject**: | Re: Cohen, Jena B (WM, USA) sent you a message in Skype for Business |

Yes and yes

---

**From:** Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>
**Sent:** Friday, November 10, 2023 10:57:54 AM
**To:** Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>; Chiu, Phyllis C (HR, USA) <phyllis.c.chiu@jpmchase.com>
**Subject:** Cohen, Jena B (WM, USA) sent you a message in Skype for Business

Cohen, Jena B (WM, USA) 11:40 AM:

  free?

Cohen, Jena B (WM, USA) 11:41 AM:

  i think on the spend sheet we need to make 3 adjustments

Cohen, Jena B (WM, USA) 11:42 AM:

  1. add 5.5 to the inc pool total to account for the missing funding for monica and varcity

Cohen, Jena B (WM, USA) 11:42 AM:

  2. strange formula in X24

Cohen, Jena B (WM, USA) 11:42 AM:

  3. removal of $ from family wealth for the 2 terms that are going back to top of house

Chiu, Phyllis C (HR, USA) 11:44 AM:

  yes free

Chiu, Phyllis C (HR, USA) 11:44 AM:

  zoom?

Cohen, Jena B (WM, USA) 12:42 PM:

  deep breath, i will explain

Chiu, Phyllis C (HR, USA) 12:42 PM:

  thank you jena :(

Cohen, Jena B (WM, USA) 2:45 PM:

  free?

Chiu, Phyllis C (HR, USA) 2:46 PM:

  yes

Cohen, Jena B (WM, USA) 2:46 PM:

  zooming you

Chiu, Phyllis C (HR, USA) 2:46 PM:

**Exhibit**

**CX209**

K.03-001

01_Series_K_Termination_Chain.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC

**K.94-002**
4:26-cv-00381-O
*Biering v. JPMS, et al.*

will dial

Cohen, Jena B (WM, USA) 2:46 PM:

ok

Cohen, Jena B (WM, USA) 9:26 PM:

I (insert heart emoji) you

Cohen, Jena B (WM, USA) 9:36 AM:

GM!

Cohen, Jena B (WM, USA) 9:36 AM:

can you remind me where we landed on keeping josh biering (future leaver in Fort Worth) i believe you told Steph she could keep it

Cohen, Jena B (WM, USA) 9:37 AM:

also, Dave is asking mary if we can keep terms in the pool after pools were cut

Cohen, Jena B (WM, USA) 9:37 AM:

he sent a note to mary asking for the scott money back

Chiu, Phyllis C (HR, USA) 10:19 AM:

:)

Chiu, Phyllis C (HR, USA) 10:21 AM:

i remember talking about josh biering but don't rememebr if i said she could keep

Cohen, Jena B (WM, USA) 12:43 PM:

can you please look up planned TC for Andrea Finan and Sam Palmer

Cohen, Jena B (WM, USA) 12:43 PM:

they are comparable to TJ

Chiu, Phyllis C (HR, USA) 12:50 PM:

they are the 2 sittingin CCB?

Cohen, Jena B (WM, USA) 12:53 PM:

yes

Cohen, Jena B (WM, USA) 12:53 PM:

also is there a product review meeting next week

Cohen, Jena B (WM, USA) 12:54 PM:

that patty will lead

Chiu, Phyllis C (HR, USA) 12:54 PM:

i will not be able to join until the south meeting

Cohen, Jena B (WM, USA) 12:54 PM:

ok no worries

Cohen, Jena B (WM, USA) 12:55 PM:

01_Series_K_Termination_Chain.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC

K.04-003
4:26-cv-00381-O
*Biering v. JPMS, et al.*

product meeting with patty

Chiu, Phyllis C (HR, USA) 12:57 PM:

andrea was 2.225M TC in 2022

Chiu, Phyllis C (HR, USA) 12:57 PM:

sam was 1.5M in 2022

Chiu, Phyllis C (HR, USA) 12:57 PM:

but has a 2.0M in VOS for this year

Cohen, Jena B (WM, USA) 1:04 PM:

thank you and is there a patty product review next week with mary?

Cohen, Jena B (WM, USA) 10:54 AM:

GM

Cohen, Jena B (WM, USA) 10:54 AM:

there is something wrong with my spend report, its corrupt and wont open :(

Chiu, Phyllis C (HR, USA) 10:54 AM:

that's ok

Chiu, Phyllis C (HR, USA) 10:54 AM:

i'm working on it

Chiu, Phyllis C (HR, USA) 10:54 AM:

will send out soon

Cohen, Jena B (WM, USA) 10:54 AM:

can you open the version i sent out last night and see if it opens on your end and is fixable

Cohen, Jena B (WM, USA) 10:54 AM:

the one i sent last night has a lot of changes in it

Cohen, Jena B (WM, USA) 10:55 AM:

and is crashing my excel

Chiu, Phyllis C (HR, USA) 6:18 PM:

which room are you in?

Cohen, Jena B (WM, USA) 6:18 PM:

314

Cohen, Jena B (WM, USA) 6:18 PM:

want to come here and work with us

Chiu, Phyllis C (HR, USA) 6:18 PM:

coming

Cohen, Jena B (WM, USA) 6:18 PM:

K.03-003

01_Series_K_Termination_Chain.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC

JPMS_00021521

4:26-cv-00381-O
*Biering v. JPMS, et al.*

about to order dinner

Cohen, Jena B (WM, USA) 6:19 PM:

bring your laptop since you stole it from here

Cohen, Jena B (WM, USA) 10:04 PM:

there is 75K extra in there

Cohen, Jena B (WM, USA) 8:41 AM:

good morning, am i in good shape to run a spend report

Cohen, Jena B (WM, USA) 8:41 AM:

and can you please let me know how the NH funding should be updated in the spend tracker?

Chiu, Phyllis C (HR, USA) 8:43 AM:

mm....i guess we should add in a column for new hires not funded

Chiu, Phyllis C (HR, USA) 8:43 AM:

want to send me your version once you have ran the latest?

Chiu, Phyllis C (HR, USA) 8:44 AM:

also what time did you say pencils down?

Chiu, Phyllis C (HR, USA) 8:44 AM:

diane will be running a FW one so just thinking about timing

Cohen, Jena B (WM, USA) 8:44 AM:

11am

Chiu, Phyllis C (HR, USA) 8:45 AM:

thanks!

Cohen, Jena B (WM, USA) 8:50 AM:

i am nervous to run it

Cohen, Jena B (WM, USA) 9:49 AM:

hi, sorry, need your help

Cohen, Jena B (WM, USA) 9:49 AM:

can you please spare me a few?

Chiu, Phyllis C (HR, USA) 9:49 AM:

calling you now

Chiu, Phyllis C (HR, USA) 10:27 AM:

sent back to you

Cohen, Jena B (WM, USA) 10:27 AM:

what was wrong with it?

Cohen, Jena B (WM, USA) 10:28 AM:

01_Series_K_Termination_Chain.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC

also, can you do another upload for me please?

Chiu, Phyllis C (HR, USA) 10:29 AM:

i think when you added columns yesterday you saved a version that moved the lookup column

Cohen, Jena B (WM, USA) 10:29 AM:

yikes

Cohen, Jena B (WM, USA) 10:29 AM:

so i broke it

Chiu, Phyllis C (HR, USA) 10:29 AM:

so the formulas weren't looking in the right columns

Chiu, Phyllis C (HR, USA) 10:29 AM:

haha

Chiu, Phyllis C (HR, USA) 10:29 AM:

easily fixed

Cohen, Jena B (WM, USA) 10:29 AM:

by you.. my hero

Chiu, Phyllis C (HR, USA) 10:29 AM:

will run another report now

Cohen, Jena B (WM, USA) 10:30 AM:

wait, please run, after you upload

Cohen, Jena B (WM, USA) 10:30 AM:

just sent you the list

Chiu, Phyllis C (HR, USA) 10:30 AM:

ah ok

Chiu, Phyllis C (HR, USA) 10:30 AM:

thought i missed something

Cohen, Jena B (WM, USA) 10:30 AM:

also, if you teach me how to uplad it then i will

Chiu, Phyllis C (HR, USA) 10:31 AM:

i can but you don't have access to upload :)

Chiu, Phyllis C (HR, USA) 10:55 AM:

heading over to 390 now

Cohen, Jena B (WM, USA) 10:55 AM:

great, JG upload is done right?

Cohen, Jena B (WM, USA) 10:56 AM:

K.03-005

01_Series_K_Termination_Chain.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC

and i should use the latest spend report

JPMS_00021524

K.03-006

01_Series_K_Termination_Chain.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT K.04
## Stewart Stainback Teams Messages Oct24
## K.04-001 – 002

| | |
|---|---|
| **Description:** | Internal JPMS / JPMorgan communication relating to the termination timing and decision. |
| **Relevance:** | Contemporaneous record of JPMS's termination decision-making. Cross-references U.5 (Sanchez interview) on Stewart credibility. |
| **Source:** | CX-214; JPMS_00029354 – JPMS_00029356 |
| **Petition Ref:** | App. A p. 52 ("Stewart & Stainback Teams Messages – coordination before HR complaint (Oct. 24, 2023) 53") |
| **Disclosures:** | None — reproduced as produced, no added markings |
| **Filing Status:** | Public - not sealed |



4:26-cv-00381-O
*Biering v. JPMS, et al.*

Message

| | |
|---|---|
| **From:** | ben.stewart@jpmorgan.com [Teams:ben.stewart@jpmorgan.com] |
| **Sent:** | 10/24/2023 2:59:53 PM |
| **To:** | Stephanie.Stainback@jpmorgan.com [Teams:stephanie.stainback@jpmorgan.com] |
| **Subject:** | DIRECT_CHAT-Stephanie.Stainback@jpmorgan.com,ben.stewart@jpmorgan.com |

# Details: DIRECT_CHAT-Stephanie.Stainback@jpmorgan.com,ben.stewart@jpmorgan.com

**Network:** Teams  **Channel:** Chat
**Cluster:** teams  **Participants:** 2
**Start-Time:** Oct 24 2023 14:59:53.323 +0000  **End-Time:** Oct 24 2023 16:05:19.93 +0000
**Full Meta Data:** See Attachment: snapshot-meta.html

ben.stewart@jpmorgan.com (ben.stewart@jpmorgan.com)  Oct 24 2023 14:59:53  **ID 306927362_41476483**

Not sure if you have a spare minute this morning but we have another update on this never ending scenario

Stephanie.Stainback@jpmorgan.com (stephanie.stainback@jpmorgan.com)  Oct 24 2023 15:02:44  **ID 306927371_41476483**

just wrapped up a call

Stephanie.Stainback@jpmorgan.com (stephanie.stainback@jpmorgan.com)  Oct 24 2023 15:02:48  **ID 306927386_41476483**

do you want to call me now?

ben.stewart@jpmorgan.com (ben.stewart@jpmorgan.com)  Oct 24 2023 16:04:14  **ID 306927366_41476483**

And yet another update. Josh just approached me around discussing if he should resign. Can you call me at 817 884 4442 when you have another second?

Stephanie.Stainback@jpmorgan.com (stephanie.stainback@jpmorgan.com)  Oct 24 2023 16:04:31  **ID 306927372_41476483**

on a calibration session for next hour

Stephanie.Stainback@jpmorgan.com (stephanie.stainback@jpmorgan.com)  Oct 24 2023 16:04:45  **ID 306927384_41476483**

will call you after we wrap

ben.stewart@jpmorgan.com (ben.stewart@jpmorgan.com)  Oct 24 2023 16:05:19  **ID 306927367_41476483**

K.04-001

JPMS_00029354

01_Series_K_Termination_Chain.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC

CONFIDENTIAL

Understood, told him nt and we would try for 1pmss when J.T. is present and we would try for 1pm

K.04-002

01_Series_K_Termination_Chain.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC

JPMS_00029355

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT K.05

## Stainback Wilson Move Forward Oct24
## K.05-001 – 002

| | |
|---|---|
| **Description:** | Internal JPMS / JPMorgan communication relating to the termination timing and decision. |
| **Relevance:** | Contemporaneous record of JPMS's termination decision-making. Cross-references U.5 (Sanchez interview) on Stewart credibility. |
| **Source:** | CX-186; JPMS_00026884 – JPMS_00026886 |
| **Petition Ref:** | App. A p. 53 ("Stainback & Wilson EMs – "anything to help move this forward" (Oct. 24, 2023)") |
| **Disclosures:** | None — reproduced as produced, no added markings |
| **Filing Status:** | Public - not sealed |

K.05-001

4:26-cv-00381-O
*Biering v. JPMS, et al.*

Message

**From:** Stainback, Stephanie [Stephanie.Stainback@jpmorgan.com]
**Sent:** 10/24/2023 9:21:32 PM
**To:** Wilson, Beth A [beth.a.wilson@chase.com]
**Subject:** RE: Global Security Investigation-EC_NA_1020239740-CONFIDENTIAL

Appreciate your reaching out.  Things have escalated this week.  We will work through this situation and follow-up with someone else if we need to continue to manage through the performance concerns.

I am sorry to hear you will be out due to medical leave.  Sending good vibes your way for health and healing!  Take care.

Best,
Stephanie

---

**From:** Wilson, Beth A (HR, USA) <beth.a.wilson@chase.com>
**Sent:** Tuesday, October 24, 2023 4:01 PM
**To:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Subject:** RE: Global Security Investigation-EC_NA_1020239740-CONFIDENTIAL

Hi Stephanie,

I reached out to Nadia and she let me know you are speaking with her tomorrow morning.  I'm actually quite surprised this case has received this much attention already, much faster than I ever expected.  I believe she's also spoken to Ben a few times so I have no doubt she understands the time sensitivity here.

I will be on a medical leave starting Friday.  I will ensure the performance case is well documented so that if there is a plausible reason for Joshua's expenses and we have to fall back on performance, one of my colleagues can pick up where we left off.  If this occurs, Ben can send an update to the case via me@jpmc (or you can) referencing the performance case:  HRC0098308.  I will not be in a position to be checking emails and I am doing everything possible to avoid having managers reaching our directly to my manager, Pam Mayer.

Thank you!

Beth A. Wilson | ER Partner | Employee Relations | Human Resources | **JPMorgan Chase & Co.** |
**1111 Polaris Pkwy, E1, Columbus, OH 43240-2050**

Note:  I will be OOO indefinitely starting 10/27/2023.  If you have an update or request regarding a current case, please refer to me@jpmc jpmc > Search HR Resources, Apps  or Requests > Performance Management Assistance

---

**From:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Sent:** Tuesday, October 24, 2023 3:54 PM
**To:** Wilson, Beth A (HR, USA) <beth.a.wilson@chase.com>
**Subject:** FW: Global Security Investigation-EC_NA_1020239740-CONFIDENTIAL

FYI – if you can do anything to help move this forward it would be appreciated.  Nadia spoke with Ben yesterday.

---

**From:** Muraira, Nadia <nadia.muraira@jpmchase.com>
**Sent:** Tuesday, October 24, 2023 11:20 AM
**To:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Subject:** RE: Global Security Investigation-EC_NA_1020239740-CONFIDENTIAL

K.05-001

Hello Stephanie,

I apologize for the delay. I will be in office tomorrow and Thursday if either of those days work for yc

---

**From:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Sent:** Monday, October 23, 2023 3:35 PM
**To:** Muraira, Nadia <nadia.muraira@jpmchase.com>
**Subject:** RE: Global Security Investigation-EC_NA_1020239740-CONFIDENTIAL

Hi Nadia.  I am free now if you'd like to speak today.  I am the HR Business Advisor who supports the region so not the LOB contact but happy to help.

---

**From:** Muraira, Nadia <nadia.muraira@jpmchase.com>
**Sent:** Monday, October 23, 2023 1:02 PM
**To:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Subject:** Global Security Investigation-EC_NA_1020239740-CONFIDENTIAL

Hello Stephanie,

I am the assigned investigator regarding Joshua Biering (I662283).  I connected with Ben Stewart (N682989) this afternoon.  He advised me you were the LOB point of contact regarding this employee.  Can we schedule a time to discuss?

I am also on the 4th floor of the 712 Main Building in Houston, TX.  In person, phone or zoom works.  Let me know when works best for you.  I appreciate your time and attention regarding this matter, and I look forward to hearing from you. Thank you and have a safe day!

Respectfully,

**Nadia Muraira** | Investigator VP | Global Security | JP Morgan Chase & Co. | 712 Main Street, Houston, TX 77002 | T: 713-216-7247 | nadia.muraira@jpmchase.com

Learn more at go/besecure


K.05-002

JPMS_00026885

01_Series_K_Termination_Chain.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

---

# EXHIBIT K.06
## Stainback Cohen ASAP Oct27
## K.06-001 – 002

---

**Description:** Internal JPMS / JPMorgan communication relating to the termination timing and decision.

**Relevance:** Contemporaneous record of JPMS's termination decision-making. Cross-references U.5 (Sanchez interview) on Stewart credibility.

**Source:** CX-126; JPMS_00027061 – JPMS_00027063

**Petition Ref:** App. A p. 53 ("Stainback EM to Cohen – "as soon as possible" (Oct. 27, 2023)")

**Disclosures:** None — reproduced as produced, no added markings

**Filing Status:** Public - not sealed

K.06-001

4:26-cv-00381-O

*Biering v. JPMS, et al.*

Message
_____

**From:** Stainback, Stephanie [Stephanie.Stainback@jpmorgan.com]
**Sent:** 10/27/2023 7:30:23 PM
**To:** Cohen, Jena B [jena.b.cohen@jpmorgan.com]
**Subject:** FW: Josh Biering - Paid Administrative leave

The new case in Fort Worth is rapid response.  Please give me a call when you have time and I'll fill you in.  I spoke with Linda Padilla who assigned the case and all appropriate steps have been taken for the moment.

_____

**From:** Jacobs, Jonathan (HR, USA) <jonathan.jacobs@jpmchase.com>
**Sent:** Friday, October 27, 2023 1:39 PM
**To:** Stewart, Ben (WM, USA) <ben.stewart@jpmorgan.com>
**Cc:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Subject:** Josh Biering - Paid Administrative leave

Hi, Ben and Stephanie,

Today, we agreed to place Josh Biering on paid administrative leave effective end of day, given the concerns we discussed. Placing an employee on paid administrative leave is jointly managed by ER and the line of business (LOB). ER handles the back-end process of changing the employee's status in the system and communicating to payroll. The LOB manager notifies the employee of the paid admin leave. Here are some talking points/suggestions on how to approach that discussion:

- Speak with the employee in a private space (over the phone is fine).
- Have a second manager present if you are concerned the meeting will become contentious.
- Explain that concerns have been reported to ER, and based on the serious nature of the concerns, the employee is being placed on paid admin leave pending the completion of an ER investigation.
- The employee will continue to be paid as if they had worked his normal schedule. The employee does not have to complete a time sheet or make any time entries. Same for the manager- everything will be handled by payroll.
- Before any decision is reached ER will speak to the employee to review the concerns and obtain the employee's response.
- While on paid admin leave the employee may not: work, report to any Chase location (except bank branches if he is a customer conducting business as a customer) or access any electronic systems.
    - If the employee has access to log in to JPMC systems remotely you may want to disable their access. (see below)
- Ask the employee for the best phone number for ER to reach him. Please share this number with me. Let the employee know they need to be available to receive a call from ER Monday through Friday, 8 AM to 5 PM local time.
- Collect the employee's ID badge before they leave the work site – unless you are meeting with the employee remotely.
- Make sure the employee has left the work site. Work with onsite security if the employee becomes disruptive or refuses to leave.
- Do not discuss the employee's status with their co-workers or anyone who does not have a business need to know.

Other resources:
https://smart-access.gaiacloud.jpmchase.net/# (to deactivate badge access)



**Exhibit**

**CX126**

01_Series_K_Termination_Chain.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC



K.06-002
4:26-cv-00381-O
*Biering v. JPMS, et al.*

https://request.jpmchase.net/ (for Emergency Access Suspension, the service will handle LAN Accou
Access, SSO, Blackberry and/or Good Mobile, and Voicemail. You can search "Emergency Access Sus

Please let me know once you've talked to Josh, or if there is anything I can do to help. I appreciate yo

Best,

Jonathan

Jonathan A. Jacobs | Vice President | Employee Relations, HR Special Investigations | JPMorgan Chase & Co. | 545 Washington Blvd,
Floor 12, Jersey City, New Jersey 07310|
(t) 551-205-4056| jonathan.jacobs@jpmchase.com | Pronouns: he/him/his

K.06-002

JPMS_00027062

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT K.07

## Stewart Jacobs Stainback Magee Oct27
## K.07-001 – 004

**Description:**  Internal JPMS / JPMorgan communication relating to the termination timing and decision.

**Relevance:**  Contemporaneous record of JPMS's termination decision-making. Cross-references U.5 (Sanchez interview) on Stewart credibility.

**Source:**  CX-127; JPMS_00023389 – JPMS_00023393

**Petition Ref:**  App. A p. 53 ("Stewart to Jacobs, Stainback & Magee – multi-party coordination (Oct. 27, 2023)")

**Disclosures:**  None — reproduced as produced, no added markings

**Filing Status:**  Public - not sealed

K.7-001
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Message
___

**From:** Stewart, Ben (WM, USA) [ben.stewart@jpmorgan.com]

**Sent:** 10/27/2023 10:39:21 PM

**To:** Jacobs, Jonathan (HR, USA) [jonathan.jacobs@jpmchase.com]; Stainback, Stephanie (WM, US/ [Stephanie.Stainback@jpmorgan.com]; Magee, Christopher J [christopher.j.magee@jpmorgan.c

**Subject:** RE: Josh Biering - Paid Administrative leave

Just spoke to him. He has personally text me since and called multiple times.

He claims to be very confused on why this happened and even stated "this is cruel to do to someone who is going through horrible child custody battle". I relayed the number to EAP and he called back upset that he couldn't speak to someone directly about this case and that its even worse to do this late on a Friday. I reminded him I called him much earlier in the afternoon.

I appreciate the help here and please let me know what else we need to do.

Thanks,

___

**Ben Stewart Jr.**, CFP® | Executive Director | Market Team Lead | **J.P. Morgan Private Bank** | 420 Throckmorton St, Floor 03 | Fort Worth, TX 76102 | T: 817 884 4003 | M: 817 845 9676 | ben.stewart@jpmorgan.com | privatebank.jpmorgan.com

**Client Service Team:** 877 576 2874

Click here to see the JPMorgan Chase Privacy Policy: https://www.jpmorgan.com/pages/privacy



J.P. Morgan Securities LLC | JPMorgan Chase Bank, N.A.

Our *Form CRS* (Client Relationship Summary) and *Guide to Investment Services and Brokerage Products* contain important information about the ways we can serve you, the different investment products and services we offer, their fees and costs, how we are compensated and potential conflicts of interest we may have.

**NOT AN OFFICIAL CONFIRMATION OR VALUATION OF ANY TRANSACTION. Trade instructions will not be accepted through Electronic Mail (E-mail).** For informational purposes only. This does not represent an official account of the holdings, balances, or transactions made in your account. Please refer to your monthly account statement for the official record of all of your account activities. For questions, please call your J.P. Morgan representative. JPMorgan Chase & Co. and its affiliates and employees do not provide tax, legal or accounting advice. You should consult your own tax, legal and accounting advisors before engaging in any financial transactions. Please submit personal information to J.P. Morgan through a secure manner (e.g., Secure Message Center, Client Exchange, postal mail, fax or in person). **Important risk considerations for certain investment products and asset classes can be found HERE.**

**INVESTMENT AND INSURANCE PRODUCTS: ● NOT A DEPOSIT ● NOT FDIC INSURED ● NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY ● NO BANK GUARANTEE ● MAY LOSE VALUE**

**JPMorgan Chase Bank, N.A.** and its affiliates (collectively ☐JPMCB☐) offer investment products, which may include bank-managed accounts and custody, as part of its trust and fiduciary services. Other investment products and services, such as brokerage and advisory accounts, are offered through **J.P. Morgan Securities LLC** (☐JPMS☐), a member of FINRA and SIPC. Annuities and insurance products are made available through Chase Insurance Agency, Inc. (☐CIA☐), a licensed insurance agency, doing business as Chase Insurance Agency Services, Inc. in Florida. JPMS and CIA are affiliated companies under the common control of JPMorgan Chase & Co. Products not available in all states.

___

**From:** Jacobs, Jonathan (HR, USA) <jonathan.jacobs@jpmchase.com>
**Sent:** Friday, October 27, 2023 4:30 PM
**To:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>; Stewart, Ben (WM, USA)

K.7-001

**Exhibit**

## CX127

JPMS_00023389

01_Series_K_Termination_Chain.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC



K.7-002
4:26-cv-00381-O
*Biering v. JPMS, et al.*

<ben.stewart@jpmorgan.com>; Magee, Christopher J <christopher.j.magee@jpmorgan.com>
**Subject:** RE: Josh Biering - Paid Administrative leave

Thank you so much, Stephanie, for the update. Ben, please let us know when you are able to connec

Best,

Jonathan

**Jonathan A. Jacobs** | Vice President | Employee Relations, HR Special Investigations | JPMorgan Chase & Co. | 545 Washington Blvd, Floor 12, Jersey City, New Jersey 07310|
(t) 551-205-4056| jonathan.jacobs@jpmchase.com | Pronouns: he/him/his

---

**From:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Sent:** Friday, October 27, 2023 5:29 PM
**To:** Jacobs, Jonathan (HR, USA) <jonathan.jacobs@jpmchase.com>; Stewart, Ben (WM, USA) <ben.stewart@jpmorgan.com>; Magee, Christopher J <christopher.j.magee@jpmorgan.com>
**Subject:** RE: Josh Biering - Paid Administrative leave

Thank you, Jonathan and Chris.  Ben called Josh immediately following your conversation.  He did not pick up and has not returned the call.

---

**From:** Jacobs, Jonathan (HR, USA) <jonathan.jacobs@jpmchase.com>
**Sent:** Friday, October 27, 2023 4:24 PM
**To:** Stewart, Ben (WM, USA) <ben.stewart@jpmorgan.com>; Magee, Christopher J <christopher.j.magee@jpmorgan.com>
**Cc:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Subject:** RE: Josh Biering - Paid Administrative leave

And, to follow up again, while we wait for Ben and Josh to connect regarding Josh being placed on paid administrative leave, Kellyann has accepted the offer to take her own paid admin leave, starting 10/30/2023.

Please let me know if there is anything else I can do to assist.

Best,

Jonathan

**Jonathan A. Jacobs** | Vice President | Employee Relations, HR Special Investigations | JPMorgan Chase & Co. | 545 Washington Blvd, Floor 12, Jersey City, New Jersey 07310|
(t) 551-205-4056| jonathan.jacobs@jpmchase.com | Pronouns: he/him/his

---

**From:** Jacobs, Jonathan (HR, USA)
**Sent:** Friday, October 27, 2023 3:53 PM
**To:** Stewart, Ben (WM, USA) <ben.stewart@jpmorgan.com>; Magee, Christopher J <christopher.j.magee@jpmorgan.com>
**Cc:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Subject:** RE: Josh Biering - Paid Administrative leave

Good afternoon, Ben and Stephanie,

Just to follow up on my prior email, I wanted to introduce my Global Security-Threat Management partner, Chris Magee (CC'd hereto). Should there be any concerns regarding Josh – particularly his reaction to being placed on leave – I

01_Series_K_Termination_Chain.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC



wanted you to have Chris as a point of contact. Please let Chris and me know when you have commu[...]
he is being placed on leave, and please let me know if you have any questions about my earlier ema[...]

Best,

Jonathan

**Jonathan A. Jacobs** | Vice President | Employee Relations, HR Special Investigations | JPMorgan Chase & Co. | 545 Washington Blvd, Floor 12, Jersey City, New Jersey 07310|
(t) 551-205-4056| jonathan.jacobs@jpmchase.com | Pronouns: he/him/his

---

**From:** Jacobs, Jonathan (HR, USA)
**Sent:** Friday, October 27, 2023 2:39 PM
**To:** Stewart, Ben (WM, USA) <ben.stewart@jpmorgan.com>
**Cc:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Subject:** Josh Biering - Paid Administrative leave

Hi, Ben and Stephanie,

Today, we agreed to place Josh Biering on paid administrative leave effective end of day, given the concerns we discussed. Placing an employee on paid administrative leave is jointly managed by ER and the line of business (LOB). ER handles the back-end process of changing the employee's status in the system and communicating to payroll. The LOB manager notifies the employee of the paid admin leave. Here are some talking points/suggestions on how to approach that discussion:

- Speak with the employee in a private space (over the phone is fine).
- Have a second manager present if you are concerned the meeting will become contentious.
- Explain that concerns have been reported to ER, and based on the serious nature of the concerns, the employee is being placed on paid admin leave pending the completion of an ER investigation.
- The employee will continue to be paid as if they had worked his normal schedule. The employee does not have to complete a time sheet or make any time entries. Same for the manager- everything will be handled by payroll.
- Before any decision is reached ER will speak to the employee to review the concerns and obtain the employee's response.
- While on paid admin leave the employee may not: work, report to any Chase location (except bank branches if he is a customer conducting business as a customer) or access any electronic systems.
    - If the employee has access to log in to JPMC systems remotely you may want to disable their access. (see below)
- Ask the employee for the best phone number for ER to reach him. Please share this number with me. Let the employee know they need to be available to receive a call from ER Monday through Friday, 8 AM to 5 PM local time.
- Collect the employee's ID badge before they leave the work site – unless you are meeting with the employee remotely.
- Make sure the employee has left the work site. Work with onsite security if the employee becomes disruptive or refuses to leave.
- Do not discuss the employee's status with their co-workers or anyone who does not have a business need to know.

Other resources:
https://smart-access.gaiacloud.jpmchase.net/# (to deactivate badge access)

JPMS_00023391



https://request.jpmchase.net/ (for Emergency Access Suspension, the service will handle LAN Accou
Access, SSO, Blackberry and/or Good Mobile, and Voicemail. You can search "Emergency Access Sus

Please let me know once you've talked to Josh, or if there is anything I can do to help. I appreciate y

Best,

Jonathan


Jonathan A. Jacobs | Vice President | Employee Relations, HR Special Investigations | JPMorgan Chase & Co. | 545 Washington Blvd,
Floor 12, Jersey City, New Jersey 07310|
(t) 551-205-4056| jonathan.jacobs@jpmchase.com | Pronouns: he/him/his

K.7-004

JPMS_00023392

01_Series_K_Termination_Chain.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT K.08
## Stainback Email to Muraira Oct24
## K.08-001 – 002

| | |
|---|---|
| **Description:** | Internal JPMS / JPMorgan communication relating to the termination timing and decision. |
| **Relevance:** | Contemporaneous record of JPMS's termination decision-making. Cross-references U.5 (Sanchez interview) on Stewart credibility. |
| **Source:** | CX-185; JPMS_00025205 – JPMS_00025207 |
| **Petition Ref:** | App. A p. 53 ("Stainback EM to Muraira – coordination directive (Oct. 24, 2023)") |
| **Disclosures:** | None — reproduced as produced, no added markings |
| **Filing Status:** | Public - not sealed |

K.08-001

4:26-cv-00381-O
*Biering v. JPMS, et al.*

Message

**From:** Stainback, Stephanie (WM, USA) [Stephanie.Stainback@jpmorgan.com]
**Sent:** 10/24/2023 5:24:51 PM
**To:** Muraira, Nadia [nadia.muraira@jpmchase.com]
**Subject:** RE: Global Security Investigation-EC_NA_1020239740-CONFIDENTIAL

No problem.  Are you free to speak right now via zoom?

---

Stephanie Stainback  |  Executive Director  |  HR Business Partner  |  **J.P. Morgan Private Bank**  |
712 Main St, Floor 15N  |  Houston, TX 77002  |  T: 713 216 8773 |  Stephanie.Stainback@jpmorgan.com  |
privatebank.jpmorgan.com

JPMorgan Chase Bank, N.A.

---

**From:** Muraira, Nadia <nadia.muraira@jpmchase.com>
**Sent:** Tuesday, October 24, 2023 11:20 AM
**To:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Subject:** RE: Global Security Investigation-EC_NA_1020239740-CONFIDENTIAL

Hello Stephanie,

I apologize for the delay. I will be in office tomorrow and Thursday if either of those days work for you.

---

**From:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Sent:** Monday, October 23, 2023 3:35 PM
**To:** Muraira, Nadia <nadia.muraira@jpmchase.com>
**Subject:** RE: Global Security Investigation-EC_NA_1020239740-CONFIDENTIAL

Hi Nadia.  I am free now if you'd like to speak today.  I am the HR Business Advisor who supports the region so not the LOB contact but happy to help.

---

**From:** Muraira, Nadia <nadia.muraira@jpmchase.com>
**Sent:** Monday, October 23, 2023 1:02 PM
**To:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Subject:** Global Security Investigation-EC_NA_1020239740-CONFIDENTIAL

Hello Stephanie,

I am the assigned investigator regarding Joshua Biering (I662283).  I connected with Ben Stewart (N682989) this afternoon.  He advised me you were the LOB point of contact regarding this employee.  Can we schedule a time to discuss?

I am also on the 4th floor of the 712 Main Building in Houston, TX.  In person, phone or zoom works.  Let me know when works best for you.  I appreciate your time and attention regarding this matter, and I look forward to hearing from you. Thank you and have a safe day!

Respectfully,

K.08-001

01_Series_K_Termination_Chain.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC

**Nadia Muraira** | Investigator VP | Global Security | JP Morgan Chase & Co. | 712 Main Street, Houston, TX 77002 | T: 713-
nadia.muraira@jpmchase.com

Learn more at go/besecure
☑ Be secure

K.08-002

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT K.09a

## Resignation Email Forwarded by Stainback to Cohen (Oct. 28, 2023, 3:09 PM)

## K.09a-001

**Description:** Stainback's forwarding of Biering's Oct. 28, 2023 resignation email to JPM HR Head Cohen, kicking off the same-day chain that produced the U5-correction and termination-coordination communications. Origin email of the Oct. 28 chain (CX-134).

**Relevance:** Establishes the Oct. 28 timing of HR's first awareness of the resignation, the predicate for the subsequent same-day chain (K.9b/K.9c/K.9d) about U5 wording and competitor concerns.

**Source:** CX-134 [JPMS_00027072]

**Petition Ref:** ¶ 66 (Dkt. 11); App. A p. 53 ("Stainback-Cohen termination-day emails – 8-email chain (Oct. 28, 2023)")

**Disclosures:** None — reproduced as produced, no added markings

**Filing Status:** Public - not sealed



K.9a-001
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Message

**From:** Stainback, Stephanie [Stephanie.Stainback@jpmorgan.com]
**Sent:** 10/28/2023 3:09:56 PM
**To:** Cohen, Jena B [jena.b.cohen@jpmorgan.com]
**Subject:** FW: [EXTERNAL]Josh Biering Resignation

---

**From:** Stewart, Ben (WM, USA) <ben.stewart@jpmorgan.com>
**Sent:** Saturday, October 28, 2023 10:04 AM
**To:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Subject:** Fwd: [EXTERNAL]Josh Biering Resignation

---

**From:** Josh Biering <josh.biering@gmail.com>
**Sent:** Saturday, October 28, 2023 9:45:17 AM
**To:** Aughinbaugh, John T (WM, USA) <john.t.aughinbaugh@jpmorgan.com>; Stewart, Ben (WM, USA) <ben.stewart@jpmorgan.com>; Hitchcock, Kyle E (WM, USA) <kyle.e.hitchcock@jpmorgan.com>
**Cc:** Chilian, Peter C (WM, USA) <peter.c.chilian@jpmorgan.com>; Agather, Elaine (WM, USA) <Elaine.Agather@jpmorgan.com>
**Subject:** [EXTERNAL]Josh Biering Resignation

Dear Leadership Team-

I am writing to inform you of my formal resignation via email in addition to my submission via me@jpmc. It has been an absolute honor and privilege to have worked at JPMorgan and I thank you all for the opportunity over the last eight years. I will always have a place in my heart for the great teammates and clients I have met along the way- truly such a special place.

It comes with a solemn feeling- but after several months of consideration- I feel this is the best move for me both personally and professionally. I wish you all the best of luck and excited for our paths to cross again in the future.

With gratitude,

Josh Biering
912-308-5781 (m)
josh.biering@gmail.com

**Exhibit**

**CX134**

K.9a-001

JPMS_00027072

01_Series_K_Termination_Chain.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT K.09c

## Stainback Instructs Registration to "Not File the U5 Until Further Notice So We Can Finalize Wording" (Oct. 28, 2023, 5:37 PM)

## K.09c-001 – 002

| | |
|---|---|
| **Description:** | Stainback's Oct. 28, 2023 instruction to JPM Registration to hold the U5 filing pending wording finalization (CX-141 / JPMS_27085). Issued same-day as the resignation. |
| **Relevance:** | Direct evidence that the U5 narrative was being managed by HR for content rather than dictated by an independent regulatory filing process. Goes to the U5-defamation and pretext theories. |
| **Source:** | CX141-1 – CX141-2 [JPMS_00027085 – JPMS_00027086] |
| **Petition Ref:** | ¶ 66 (Dkt. 11); App. A p. 53 ("Stainback-Cohen termination-day emails – 8-email chain (Oct. 28, 2023)") |
| **Disclosures:** | None — reproduced as produced, no added markings |
| **Filing Status:** | Public - not sealed |

K.09c-001
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Message

| | |
|---|---|
| **From:** | Stainback, Stephanie [Stephanie.Stainback@jpmorgan.com] |
| **Sent:** | 10/28/2023 5:37:31 PM |
| **To:** | Cohen, Jena B [jena.b.cohen@jpmorgan.com] |
| **Subject:** | RE: [EXTERNAL]Josh Biering Resignation |

His term date is 12/26 based on garden leave. I will reach out to Registration and ask that they not file the U5 until further notice so we can finalize wording before they file.

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>
**Date:** Saturday, Oct 28, 2023 at 12:30 PM
**To:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Subject:** RE: [EXTERNAL]Josh Biering Resignation

I told him to hold and he is waiting on our view so it doesn't need to be this weekend. I just looped in Jeremy – Ben had told him pieces already. Turns out that his resignation is likely to go work for Michael Parrelly at MS or ML so we should make sure we amend the u4 asap as he likely just cleared their background.

Jena B. Cohen | US Private Bank HR Head | 390 Madison Ave, 27th Floor
J.P. Morgan Chase | Telephone: (212) 464-2647 | jena.b.cohen@jpmorgan.com

---

**From:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Sent:** Saturday, October 28, 2023 11:56 AM
**To:** Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>
**Subject:** RE: [EXTERNAL]Josh Biering Resignation

I think it could be amazing too but would wait for him to do so. When she spoke with Kyle he promised it would be held within HR at this point and she is very fragile right now. I'll check with Jonathan and Linda to get their view. Is he wanting to call her this weekend? I suggest holding for now and then maybe he reaches out early next week if Linda/Jonathan agree.

---

**From:** Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>
**Sent:** Saturday, October 28, 2023 10:45 AM
**To:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Subject:** RE: [EXTERNAL]Josh Biering Resignation

Dave is aski my if he should call her to show his support and that we have her back - I'm torn on it (could be amazing but also could be embarrassing for her to know he knows). Can you get Jonathan and Linda's view? He wants her to know she is fully supported by all of us

---

**From:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Date:** Saturday, Oct 28, 2023 at 11:21 AM
**To:** Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>
**Subject:** RE: [EXTERNAL]Josh Biering Resignation

**Exhibit**

**CX141**

01_Series_K_Termination_Chain.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC



4:26-cv-00381-O

*Biering v. JPMS, et al.*

Yes, I think that will be the plan.  ER and Global Security have not spoken with him yet so will get the
obligated to continue to cooperate during the investigation(s).

---

**From:** Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>
**Sent:** Saturday, October 28, 2023 10:12 AM
**To:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Subject:** RE: [EXTERNAL]Josh Biering Resignation

Thank you -  will we tell him there is an ongoing investigation which may result in a change in his status to term for
cause?

---

**From:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Date:** Saturday, Oct 28, 2023 at 11:09 AM
**To:** Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>
**Subject:** FW: [EXTERNAL]Josh Biering Resignation

---

**From:** Stewart, Ben (WM, USA) <ben.stewart@jpmorgan.com>
**Sent:** Saturday, October 28, 2023 10:04 AM
**To:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Subject:** Fwd: [EXTERNAL]Josh Biering Resignation

---

**From:** Josh Biering <j███████g@gmail.com>
**Sent:** Saturday, October 28, 2023 9:45:17 AM
**To:** Aughinbaugh, John T (WM, USA) <john.t.aughinbaugh@jpmorgan.com>; Stewart, Ben (WM, USA)
<ben.stewart@jpmorgan.com>; Hitchcock, Kyle E (WM, USA) <kyle.e.hitchcock@jpmorgan.com>
**Cc:** Chilian, Peter C (WM, USA) <peter.c.chilian@jpmorgan.com>; Agather, Elaine (WM, USA)
<Elaine.Agather@jpmorgan.com>
**Subject:** [EXTERNAL]Josh Biering Resignation

Dear Leadership Team-

I am writing to inform you of my formal resignation via email in addition to my submission via me@jpmc. It
has been an absolute honor and privilege to have worked at JPMorgan and I thank you all for the opportunity
over the last eight years. I will always have a place in my heart for the great teammates and clients I have met
along the way- truly such a special place.

It comes with a solemn feeling- but after several months of consideration- I feel this is the best move for me
both personally and professionally. I wish you all the best of luck and excited for our paths to cross again in the
future.

With gratitude,

Josh Biering
███████████1 (m)
j███████g@gmail.com

K.09c-002

01_Series_K_Termination_Chain.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT K.10
## Stewart Stainback Teams Oct9
## K.10-001 – 002

| | |
|---|---|
| **Description:** | Internal JPMS / JPMorgan communication relating to the termination timing and decision. |
| **Relevance:** | Contemporaneous record of JPMS's termination decision-making. Cross-references U.5 (Sanchez interview) on Stewart credibility. |
| **Source:** | CX-215 |
| **Petition Ref:** | App. A p. 53 ("Stewart & Stainback Teams messages – earliest coordination (Oct. 9, 2023)") |
| **Disclosures:** | None — reproduced as produced, no added markings |
| **Filing Status:** | Public - not sealed |

**K.10-001**
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Does that look right to you? If I select at different "how can I help you" it make sme list the 5 people im behavior

Stephanie.Stainback@jpmorgan.com (stephanie.stainback@jpmorgan.com)   Oct 09 2023 14:25:21   ID 266644982_33248560

I think that is ok.  This is all new so we are still learning the specific drop-downs to use.

ben.stewart@jpmorgan.com (ben.stewart@jpmorgan.com)   Oct 09 2023 14:26:10   ID 266645003_33248560

Haha, guesss ill try something different. After you try to submit that it stops and says just to read the links below......

Stephanie.Stainback@jpmorgan.com (stephanie.stainback@jpmorgan.com)   Oct 09 2023 16:49:29   ID 266645012_33248560

Maybe open it as a performance issue

ben.stewart@jpmorgan.com (ben.stewart@jpmorgan.com)   Oct 09 2023 19:09:19   ID 266645013_33248560

Thanks Stephanie, I did it under career and performance.

K.10-001

JPMS_00029351

01_Series_K_Termination_Chain.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC

**CONFIDENTIAL**

K.10-002

4:26-cv-00381-O

*Biering v. JPMS, et al.*

# Performance Management Assistance

I want to submit a performance concern about an employee.

Opened for

| Ben Stewart Jr. | ▾ |

*Are you submitting this for or about another employee?

◉ Yes    ○ No

*Select the employee

| Joshua Biering | ✕ | ▾ |

*What type of support do you need?

| Behavioral | ✕ | ▾ |

*How can we help you?

| Advise me on how to handle employee conflict | ✕ | ▾ |

Below are a few helpful links:

- What's your approach to conflict?
- Employee Course: Difficult Conversations and Friendlier Workplaces
- Introduction to Emotional Intelligence
- Moving Toward Healthier Conflict in the Workplace
- Actions for Resolving a Conflict
- Talk Through a Disagreement
- Facilitating Effective Communication with Others

Information provided in this form and associated attachments (e.g., sensitive medical or personal information) only includes what is relevant and necessary to this request.

Information submitted is subject to the Employment and Workforce Related Privacy Notice

K.10-002

JPMS_00029352

01_Series_K_Termination_Chain.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_ECF_Exhibit_Filing_Batches_consolidated\03_PUBLIC_K-R\01_Series

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT K.11a

## K.11a-001 – K.11a-002

**Description:**     Unofficial transcript of the December 1, 2023 termination call between Joshua Biering, J.T. Aughinbaugh, and Ben Stewart.

**Relevance:**     Direct evidence of the termination event, tone, and representations made to Biering during the call.

**Source:**     Petitioner's personal record

**Petition Ref:**     Dkt. 11 ¶¶ 76–82; App. A p. 10 ("Termination")

**Disclosures:**     None — reproduced as produced, no added markings

**Filing Status:**     Confidential – privileged

K.11a-001

4:26-cv-00381-O

*Biering v. JPMS, et al.*

Transcript: Josh Biering, J.T. Aughinbaugh, and Ben

Phone Call on December 1, 2023

Re: J.P. Morgan Termination Call of Biering


*Josh Biering, Claimant*

This is Josh

Ben Stewart

Hey, Josh. It's Ben and J.T.

*Josh Biering, Claimant*

Hey guys

Ben Stewart

Hey. So, want to keep this quick and get to the point. Josh. Today your employment with J.P. Morgan Chase is being terminated effective December 1st. You've been terminated because following an employer relations investigation, it was found that you violated the firm's Code of Conduct and ***anti-harassment*** policy.

**Three Second Pause**

*Josh Biering, Claimant*

Okay. Are there any reports or facts that I can… within my employee rights… review… as well as… submit rebuttals and or evidence to… *[Biering takes deep breath, fighting back tears]* counter these potential claims and allegations?

*J.T. Aughinbaugh*

Josh. We can provide you, umm, with… HR and Employee Assistance… and Legal… and I think that's recourse you're going to have to take from this point forward. It's out of our hands at this point.

*Josh Biering, Claimant*

Okay. And that would also include… the… umm... those would be my contacts to discuss the timing and the language on my form U5?

K.11a-001

01_Series_K_Termination_Chain.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC



**K.11a-002**
4:26-cv-00381-O
*Biering v. JPMS, et al.*

> *J.T. Aug*

Yes. Probably so. Correct.

*Josh Biering, Claimant*

Okay. Umm… Any other information that you can share?

> *J.T. Aughinbaugh*

That's the extent… That's all we can say.

*Josh Biering, Claimant*

Terrific. Thank you, so much. I appreciate the information. Bye [*Biering holding back tears and quiver in his voice].*


**Call Ends**

K.11a-002

01_Series_K_Termination_Chain.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT K.11b

## Stewart Email Coordinating Dec. 1 Termination Call

## K.11b-001 – K.11b-001

| | |
|---|---|
| **Description:** | Ben Stewart Dec. 1, 2023 email copying J.T. Aughinbaugh regarding Biering's termination and the related call/discussion. |
| **Relevance:** | Corroborates the contemporaneous coordination among Stewart, Aughinbaugh, and leadership concerning the Dec. 1 termination communication. |
| **Source:** | CX-174; JPMS_1429; Stewart email to Geller, cc Aughinbaugh, Dec. 1, 2023 |
| **Petition Cite:** | Dkt. 11 paras. 38-45, 55, 101; termination-call and U5 sequence allegations. |
| **Disclosures:** | Annotations: PII redactions required for phone numbers and email addresses. |
| **Filing Status:** | Confidential - JPMS production |

Message

| | |
|---|---|
| **From:** | Stewart, Ben [ben.stewart@jpmorgan.com] |
| **Sent:** | 12/1/2023 5:34:57 PM |
| **To:** | Geller, Jeremy R [jeremy.r.geller@jpmorgan.com] |
| **CC:** | Aughinbaugh, John T [john.t.aughinbaugh@jpmorgan.com] |
| **Subject:** | Banker Departure |

Jeremy,

Wanted to keep you in the loop here. Today, we notified Josh Biering (ED, SC Banker) that he was terminated for misconduct with respect to our Code of Conduct and Anti-Harassment policy. I know you have been kept in the loop thus far but given the 3 different situations around this I wanted to let you know where we stand.

J.T. and I called to touch base earlier but were glad to hear you were enjoying some time away. Feel free to give us a shout if you'd like to discuss further details.

Thanks,

---

**Ben Stewart Jr.**, CFP® | Executive Director | Market Team Lead | **J.P. Morgan Private Bank** |
420 Throckmorton St, Floor 03 | Fort Worth, TX 76102 | T: 817 884 4003 | M: 817 845 9676 |
ben.stewart@jpmorgan.com | privatebank.jpmorgan.com

**Client Service Team:** 877 576 2874

Click here to see the JPMorgan Chase Privacy Policy: https://www.jpmorgan.com/pages/privacy



J.P. Morgan Securities LLC | JPMorgan Chase Bank, N.A.

Our *Form CRS* (Client Relationship Summary) and *Guide to Investment Services and Brokerage Products* contain important information about the ways we can serve you, the different investment products and services we offer, their fees and costs, how we are compensated and potential conflicts of interest we may have.

**NOT AN OFFICIAL CONFIRMATION OR VALUATION OF ANY TRANSACTION. Trade instructions will not be accepted through Electronic Mail (E-mail).** For informational purposes only. This does not represent an official account of the holdings, balances, or transactions made in your account. Please refer to your monthly account statement for the official record of all of your account activities. For questions, please call your J.P. Morgan representative. JPMorgan Chase & Co. and its affiliates and employees do not provide tax, legal or accounting advice. You should consult your own tax, legal and accounting advisors before engaging in any financial transactions. Please submit personal information to J.P. Morgan through a secure manner (e.g., Secure Message Center, Client Exchange, postal mail, fax or in person). **Important risk considerations for certain investment products and asset classes can be found HERE.**

**INVESTMENT AND INSURANCE PRODUCTS:** ● **NOT A DEPOSIT** ● **NOT FDIC INSURED** ● **NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY** ● **NO BANK GUARANTEE** ● **MAY LOSE VALUE**

**JPMorgan Chase Bank, N.A.** and its affiliates (collectively "JPMCB") offer investment products, which may include bank-managed accounts and custody, as part of its trust and fiduciary services. Other investment products and services, such as brokerage and advisory accounts, are offered through **J.P. Morgan Securities LLC** ("JPMS"), a member of FINRA and SIPC. Annuities and insurance products are made available through Chase Insurance Agency, Inc. ("CIA"), a licensed insurance agency, doing business as Chase Insurance Agency Services, Inc. in Florida. JPMS and CIA are affiliated companies under the common control of JPMorgan Chase & Co. Products not available in all states.

**Exhibit**

## CX174

01_Series_K_Termination_Chain.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT K.11c

## K.11c-001 – K.11c-002

**Description:** Native audio file reference (Original000619.M4R / CX-173) for the December 1, 2023 termination call recording.

**Relevance:** Preserves the native audio evidence of the termination event for panel/court review.

**Source:** CX-173 (Original000619.M4R)

**Petition Ref:** Dkt. 11 ¶¶ 76–82; App. A p. 10 ("Termination")

**Disclosures:** None — reproduced as produced, no added markings

**Filing Status:** Confidential – privileged

K.11c-001
4:26-cv-00381-O
*Biering v. JPMS, et al.*

# NATIVE DOCUMENT PLACEHOLDER

## Please review the native document Original000619.M4R

Exhibit

**CX173**



K.11c-001

01_Series_K_Termination_Chain.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC

K.11c-002
4:26-cv-00381-O
*Biering v. JPMS, et al.*

# NATIVE AUDIO EXHIBIT REFERENCE

*Exhibit K.11c – Native Audio Slip Sheet*

| | |
|---|---|
| **Title:** | Dec. 1, 2023 Termination Call – Native Audio (m4a) |
| **File name:** | BIERING_0005051 - BIERING_0005051.m4a |
| **Size:** | 2,696,778 bytes (~ 2.57 MB) |
| **SHA-256:** | de4efeca9bb7ad08197f0d5ff4e8e6599040d1500d9f3189b280e7b833b21055 |
| **Duration:** | (not extracted) |

## Source path (Claimant's record)
C:\Users\JDSB\repos\jb_v_jpm_local_v2\matter\workspace\02 -
Trial-Record\Transcripts-Audio\BIERING_0005051 - BIERING_0005051.m4a

## Preservation path (this matter)
+00.00 - USDCNT_5thCirc_AAA\90_Exhibits\FIX EXHIBIT STAMPS ONLY\_TERMINATION_CALL_SOU
RCE_PACKET_20260424_1516\standalone_termination_call_native_and_transcript\BIERING_00
05051 - BIERING_0005051.m4a

## Court native-media copy
Included on the USB/native-media drive provided to the Court.

## Related exhibits in this packet
• K.11 (this exhibit, transcript of the call – pp. 2+)
• S.1 – FINRA hearing transcript excerpts
• S.2 – Unofficial hearing transcript (court-formatted)
• N.1 p. 51 – EEOC disclosure that the call was recorded
• N.3 p. 6 – EEOC reply re: availability of recording

## JPM's corresponding native reference
CX173_JPMS_24350_12.1.23 Recording.pdf – JPM's native slip sheet for file 'Original000619.M4R'

## Chain of custody
Recording made Dec. 1, 2023 by Claimant during the termination call. Preserved continuously since that date. Copy
at the Preservation path was verified by SHA-256 on 2026-04-24 (see manifest.json in the source-packet folder).

## Notice
A PDF cannot carry native audio in a way that survives normal legal e-filing. The native m4a is held at the
Preservation path above and is included on the USB/native-media drive provided to the Court. The same native file
is available in unaltered form on request (and in the SEALED packet when applicable).