# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

---

# EXHIBIT L.01
## GS Close Out Not Supported
## L.01-001

---

**Description:**    JPMS internal investigation or Global Security case-management record.

**Relevance:**    Tests JPMS's stated rationale against its own investigation record and supports the pretext / unsupported-allegation narrative.

**Source:**    CX-031; JPMS_00025338 – JPMS_00025339

**Petition Ref:**    ¶ 69 (Dkt. 11); App. A p. 53 ("Global Security Summary – "Allegations NOT Supported" (Nov. 29, 2023)")

**Disclosures:**    None — reproduced as produced, no added markings

**Filing Status:**    Public - not sealed



**L.1-001**
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Message

| | |
|---|---|
| **From:** | Muraira, Nadia [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9AF9C792477A47E9AB8A7A07534D73E0-I780946] |
| **Sent:** | 11/29/2023 7:41:42 PM |
| **To:** | Compliance Registration [compliance.registration@jpmorgan.com] |
| **Subject:** | Global Security Investigation-EC_NA_1020239740-CONFIDENTIAL |
| **Attachments:** | Compliance Registration Summary Results.pdf |

See attached Summary Results.

RE: JPMC Executive Director, Private Banker, Joshua Biering (I662283)/CRD#6883842
Allegations: Theft from Firm/Expense Reimbursement
Disposition: Allegations NOT supported.

Case opened: 10/23/2023
Case RTC: 11/29/2023

**Nadia Muraira** | Investigator VP | Global Security | JP Morgan Chase & Co. | 712 Main Street, Houston, TX 77002 | T: 713-216-7247 |
nadia.muraira@jpmchase.com

Learn more at go/besecure


☑ Be secure

JPMS_00025338

L.1-001

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT L.02

## Muraira Expense Investigation Not Supported

## L.02-001 – 004

**Description:**   JPMS internal investigation or Global Security case-management record.

**Relevance:**   Tests JPMS's stated rationale against its own investigation record and supports the pretext / unsupported-allegation narrative.

**Source:**   JPMS_00000591 – JPMS_00000594; BIERING_0662283

**Petition Ref:**   App. A p. 53 ("Muraira Expense Investigation – Not Supported")

**Disclosures:**   None — reproduced as produced, no added markings

**Filing Status:**   Public - not sealed

L.2-001
4:26-cv-00381-O
*Biering v. JPMS, et al.*

# EC_NA_1020239740

## STATEMENT OF ALLEGATION(S):

I am an HR Business Advisor. One of the managers who I support, Ben Stewart, reported to me that he thinks his employee, Joshua Biering, has been repeatedly charging and expensing personal charges to JPM. The manager became concerned after he received details on prior expense report(s) with no known reason for these charges. The repeated charges are at a country club and include alcohol, golf fees and meals and total approximately $3500.

## APPLICABLE CODE OF CONDUCT/POLICES:

The allegations above implicate, but are not limited to, the following Code of Conduct Sections:

2.2 Managing Information

2.2.3 Using Firm Assets

## INVESTIGATION DETAILS & METHODOLOGY

As part of this investigation, GS conducted the following:

1. Communicated with Executive Director, Ben Stewart Jr. (N682989)
2. Communicated with VP Employee Relations, Beth A. Wilson (I396012)
3. Communicated with Executive Director/HR Business, Stephanie Stainback (U729056)
4. Communicated with VP Employee Relations, Jonathan A. Jacobs (D639971)
5. Reviewed attachments
6. Reviewed Emails
7. Communicated with Executive Director/Travel Services, Van T. Huynh (U174832)
8. Employee Expense Report
9. Communicated with GFCC Legal, Jody Gilzene (E898305)
10. Attorney retained for Executive Director, Joshua Biering (I662283)
11. Interview with Executive Director, Joshua Biering (I662283)

## OUTLINE OF FINDINGS:

Stewart, reported to me that he thinks his employee, Joshua Biering, has been repeatedly charging and expensing personal charges to JPM. The manager became concerned after he received details on prior expense report(s) with no known reason for these charges. The



Exhibit
**CX181**

JPMS000591

L.2-001

02_Series_L_Investigation_Close_Out.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-2



L.2-002
4:26-cv-00381-O
*Biering v. JPMS, et al.*

repeated charges are at a country club and include alcohol, golf fees and meals and approximately $3500".

On 10/23/2023, GS was notified via ICM Web Referral/Navex regarding a potential code of conduct violation involving JPMC Executive Director, Joshua Biering (Josh).

On 10/23/2023, GS communicated with Executive/Managing Director, Ben Stewart (Ben) regarding the matter. Ben reported that he had noticed a corporate card expense by Josh on the following dates:

09/17/2023: $664.45
09/04/2023: $754.00
08/31/2023: $311.56
08/30/2023: $551.45

Ben reported Josh is going through a divorce and believed he had been abusing alcohol. Ben explained that the above expenses appeared to be personal expenses for the following reasons:

09/17/2023: Event was not listed on Josh's calendar and the prospect client did not golf with him or the other employees. Employee Keith Wiley confirmed the prospect client (John ██████ was at the                              on this date.

09/04/2023: Event was not listed on Josh's calendar and event was on a Monday (labor day/bank holiday). Ben reported it was "not typical" to see clients on holidays. Ben reported the charges were separated and Ben believed there was "potential abuse" of company limitations.

08/30/2023 and 08/31/2023: Ben believed it was "extremely unlikely" to golf with the same clients "two days in a row". Ben suspected Josh separated the charges and believed Josh was "covering up a personal outing on 08/30/2023". Ben expressed his concerns; however, there was no evidence produced by management that validated these were personal expenses in lieu of common line of business expenses associated with the corporate expense policy.

On 10/24/2023, GS communicated with VP Employee Relations, Beth Wilson (Beth) who reported she had other information regarding Josh that "HR" is currently investigating. Beth reported matters such as behavioral and alcohol abuse issues as it related to his personal life (separation/divorce).

On 10/31/2023, GS communicated with the line of business Human Resource Executive Director, Stephanie Stainback (Stephanie) who reported the same concerns as Beth. Stephanie elaborated that Josh is currently going through a divorce and his behavior at work had been "aggressive". Stephanie was asked about engaging the Global Security Work Place Violence team to which she explained Josh had not overtly showed aggression but his behavior was escalating. Stephanie mentioned Employee Relations (ER) and Human Resources (HR) were currently investigating a separate matter.

JPMS000592

L.2-002



L.2-003
4:26-cv-00381-O
*Biering v. JPMS, et al.*

On 11/01/2023, GS received a phone call from Josh and requested information abou "involuntarily leave". GS had no knowledge about Josh being placed on leave. Josh info that he was placed on paid leave by his manager (Ben) on Friday 10/27/2023 without reason. Josh explained he was provided GS information (Investigator name and phone number) to contact to explain the paid administrative leave. GS advised Josh that he would need to contact his manager for the explanation and GS did not have that information. Josh volunteered information to include his attorney's name and contact information. Josh also explained he submitted his voluntary resignation on Saturday 10/28//2023 and was on "garden leave" until 12/26/2023. Josh asked GS to contact him at any time to discuss any related issues. Josh provided his cell phone number and hours of availability for reference.

On 11/01/2023, GS communicated with Stephanie and the assigned HR personnel, Jonathan Jacobs (Jon) who advised GS that they had placed Josh on a paid administrative leave on Friday 10/27/2023 for a separate issue that involved allegations of sexual misconduct with another employee. Jon requested an HR/GS joint interview with Josh.

GS communicated with GFCC Legal Counsel, Jody Gilzene (Jody) who recommended the issues remain separate between HR and GS and was in opposition for the joint interview. This information was conveyed to Jon.

On 11/08/2023, GS was notified by Jon that he had concluded his investigation. Jon advised he had a successful interview with Josh. No further details were provided.

On 11/15/2023, GS conducted an interview by phone (912-308-5781) with Josh who reported the following: He has been with JPMC over six (6) years and his current role is an Executive Director in Private Bank (Asset and Wealth Management).

Josh advised he had retained an attorney but wanted to speak to GS about "corporate card expenses" that he was informed about by HR. Josh was asked about his recent expenses on 08/30/2023, 08/31/2023, 09/04/2023 and 09/17/2023. Josh stated he is very meticulous with his expense reports and often has administrative assistants  complete his expense report(s) as well. Josh voluntarily stated that he has never falsified any information when submitting expenses regarding the use of his corporate card. Josh asked GS to compare his expense report to his peers, naming Keith Wiley, Ben Stewart,

Josh explained there are controls and monitoring regarding expenses and Private Bank has a "high level" access when it comes to corporate expenses and reimbursement. Josh explained everything is written in the policy; however, he has been reporting his expenses similarly over the last two years. Josh stressed that GS would find nothing different between his expense report and the expense report of his peers. Josh noted the Private Bank operates differently than other lines of businesses.

Josh was asked about an expense report where he listed ▮▮ ▮▮▮▮▮ as a prospect client. Josh explained while he no longer had access to his work calendar, he recalled he had a team

JPMS000593

L.2-003

02_Series_L_Investigation_Close_Out.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-2



L.2-004
4:26-cv-00381-O
*Biering v. JPMS, et al.*

building golf event at _____ in September and while with his cowo____ _____ at the venue. Josh explained he purchased _____ at least one alcoholic _____ and described it as a "transfusion". Josh explained _____ did not join their outing; however, since he purchased him a drink or two, he listed it on the same expense report as he normally would. (GS compared this information to the receipt and to the information another employee provided Ben and all information was corroborated).

Josh was asked about his back to back golf outing with a client in late August. Josh immediately stated that while not always frequent, often times he will have a back to back outings with a client. Josh voluntarily stated that he paid for expenses for the "____ family" at the same golfing venue _____ on both dates, 08/30/2023 and 08/31/2023. Josh advised he recorded everything in his expense report.

Josh explained he did not abuse any corporate expense reimbursement policy. Josh volunteered information about his personal situation _____ however, explained he did not use his corporate card at any time for personal reasons without reporting true and accurate information. Josh denied any and allegations of fraud and/or theft.

GS compared expense reports amongst his peers (Keith Wiley and Ben) and found similar patterns of expense activity. Similar expenses between his peers were identified as golf venues, travel, entertainment, concerts and alcohol. Most, if not all receipts list a business client, prospect client, prospect business client, spouse of business client and spouse of prospect client.

GS did not find any extreme differences in expense reports between Josh and his peers. Expense reports were fairly consistent for at least 12 months.

On 11/16/2023, GS communicated with Stephanie about comparable data used in this investigation. Stephanie explained she believed HR had enough reason to "term" Josh and wanted to ensure GS completed their investigation into the potential falsification issue before proceeding with termination. GS advised Stephanie that GS did not have access to "potential business clients" to validate falsification regarding the "guests" Josh noted on his expense report; however, GS had spoken with Josh who provided information about each outing Ben reported. Stephanie advised she would get with Ben and their management team to determine if there was any evidence to substantiate Josh falsified any information as it pertained to the four dates given or at any other time.

During the course of this investigation, GS was in receipt of two emails Josh provided as it pertained to JPMC and his role. They have been attached in ICM for reference.

As of 11/29/2023, GS was not in receipt of any evidence to substantiate the allegations.

Based on the totality of the information/investigation, GS determined there is no evidence to support the allegations of Theft from Firm/Expense Reimbursement.

JPMS000594

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT L.03
## Muraira Email to Huynh Oct23
## L.03-001

**Description:**  JPMS internal investigation or Global Security case-management record.

**Relevance:**  Tests JPMS's stated rationale against its own investigation record and supports the pretext / unsupported-allegation narrative.

**Source:**  CX-184; JPMS_00024952 – JPMS_00024953

**Petition Ref:**  App. A p. 53 ("Muraira EM to Huynh – expense investigation opening (Oct. 23, 2023)")

**Disclosures:**  None — reproduced as produced, no added markings

**Filing Status:**  Public - not sealed



L.3-001
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Message

| **From:** | Muraira, Nadia [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9AF9C792477A47E9AB8A7A07534D73E0-I780946] |
|---|---|
| **Sent:** | 10/23/2023 7:03:55 PM |
| **To:** | Huynh, Van T. [Van.T.Huynh@chase.com] |
| **Subject:** | Global Security Investigation-EC_NA_1020239740-CONFIDENTIAL |

Hello Van,

I am currently investigating a matter regarding Joshua Biering (I662283).  There are allegations of theft as it pertained to personal charges expensed and approved through the employee's corporate issued card.

I spoke to his direct supervisor (Ben Stewart/N682989) who provided me a vague weekly expense reported that had "approved purchases"; however, Ben believed these are personal charges to his corporate card.  It is alleged that between June 2023 and September 2023, he has accrued over $8,000 in personal charges that were paid back to the employee.

Can you assist me with detailed data (receipts/invoices, expense reports, authorized purchases, etc.)? Any and all information that could assist my investigation would greatly be appreciated.  If we need to connect, I have availability. Let me know when works best for you.  Thanks in advance.


**Nadia Muraira** | Investigator VP | Global Security | JP Morgan Chase & Co. | 712 Main Street, Houston, TX 77002 | T: 713-216-7247 |
nadia.muraira@jpmchase.com


Learn more at  go/besecure

☑ Be secure

L.3-001

JPMS_00024952

02_Series_L_Investigation_Close_Out.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-2

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT L.04
## Stewart Email to Muraira Oct25
## L.04-001 – 003

**Description:** JPMS internal investigation or Global Security case-management record.

**Relevance:** Tests JPMS's stated rationale against its own investigation record and supports the pretext / unsupported-allegation narrative.

**Source:** CX187-1 – CX187-4 [JPMS_00025211 – JPMS_00025214]

**Petition Ref:** App. A p. 53 ("Stewart EM to Muraira directing expense allegations (Oct. 25, 2023)")

**Disclosures:** None — reproduced as produced, no added markings

**Filing Status:** Public - not sealed

**L.4-001**
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Message

| | |
|---|---|
| **From**: | Stainback, Stephanie (WM, USA) [Stephanie.Stainback@jpmorgan.com] |
| **Sent**: | 10/25/2023 7:43:30 PM |
| **To**: | Stewart, Ben (WM, USA) [ben.stewart@jpmorgan.com]; Muraira, Nadia [nadia.muraira@jpmc |
| **Subject**: | RE: Expense Report Concerns: I662283 |
| **Attachments**: | J. B. Report of 10.10.pdf; Receipts            .pdf;          8.30 8.31.pdf; J. B. Report of 10.2b.pdf |

Thank you, Ben. I've added the attachments referenced below.

---

**From:** Stewart, Ben (WM, USA) <ben.stewart@jpmorgan.com>
**Sent:** Wednesday, October 25, 2023 2:31 PM
**To:** Muraira, Nadia <nadia.muraira@jpmchase.com>
**Cc:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Subject:** Expense Report Concerns: I662283

Nadia,

Below are the expenses that have brought the most concern after my review with explanations included. I'd appreciate further investigation into these matters so that we can assure no abuse of company funds is taking place. I have ordered the below from most concerning to lesser but still worth understanding further.

1. 9/17: Location of charges :              t Country Club            (club fees/charges that Josh submitted as company expenses and received repayment for)
   a. Receipt attached for reference is titled "J.B. Report of 10.10" and pictures of receipts entitled "Receipts            ."
   b. Within the report, please reference all five charges listed for 9/17.
      i. Amounts: $664.46 in total comprised of entries for $98.73, $98.71, $298.78, $72.74, $95.50
   c. All charges list attendees of J██, K███ W███ (ED Banker), and Prospective Client J███ M██████
   d. When discussing this outing with K███ W██, he confirmed that there were no clients present and this was just a team member outing to his knowledge. As a non-member K███ forwardly told Josh that he would be happy to pay his nonmember fee to which josh told K███, "ive got it covered". K███ was not under the assumption that the firm paid for this and he confirmed that J███ M██████ was seen in passing but they did not sit down and meet or share meals and drinks as the expense report outlines. To K███ knowledge, Josh had paid for everything as a personal expense given there were no clients present for this outing and only internal team members. In addition, J███ M██████ is a prospective client of K███ W███.
   e. This is not a meeting that was listed on Josh's calendar either which is not typical for this type of entertainment that would have been preplanned if legitimate.
2. 9/4 : Location of charges :              t Country Club            (club fees/charges that Josh submitted as company expenses and received repayment for)
   a. Receipt attached for reference is titled "J.B. Report of 10.10" and pictures of receipts entitled "Receipts            ."
   b. Within the report, please reference all five charges listed for 9/4.
      i. Amounts: $1,207.58 in total comprised of entries for $16.25, $453.58, $453.58, $99.03, $101.99, $83.15
   c. All charges are listed with two attorneys that the firm works with in the Fort Worth area, Ryan Heah and Chris Baker.
   d. The reason this charge and receipts have raised concern is due to the fact this was on a bank holiday where we typically don't see clients or centers of influence.
   e. Given the nature of the charges, "Jr Mac and Cheese" and excessive amounts of alcohol this appears to be a personal outing with friends that was then submitted to the firm to pay him back for.
   f. The amount of the transactions and the fact that they were broken into separate charges (assumingly to stay under the cost per head) is reflective of potential abuse _ the company limitations.



Exhibit
**CX187**

L.4-001

JPMS_00025211

**L.4-002**

4:26-cv-00381-O

*Biering v. JPMS, et al.*

    g.  This meeting is not listed on Josh's calendar and that day in general is marked as "of  given the holiday.

    h.  I believe this is a personal expense in nature that Josh has charged to the firm after t

3.  8/30 : Location of charges :      : Country Club    (club fees/charges that Josh sub expenses and received repayment for)

    a.  Receipt attached for reference is titled "J.B. Report of 10.2b" and pictures of receipts entitled    3.30 8.31"

    b.  Within the report for 8/30 Josh lists the attendees as himself, Clients: D█ L███, C███ L███, and B█ L█████

    c.  The issue here is that they did not visit the country club on two separate occasions that week.

    d.  The concern I have is that the charges for 8/30 totaling $311.38. The charges include one guest fee even though the 3 nonmembers listed on the expense report would account for 3 nonmember fees. I am confused how 3 people can only be charged for 1 nonmember fee. This leads me to believe Josh listed attendees for personal expenses on the 30 and business related on the 31st.

    e.  Also concerning on this report is the time of the charges as they range from 2pm in the afternoon to 7:05pm which feels like an unlikely time to be meeting with clients.

    f.  This meeting is also not on Josh's calendar as a pre scheduled meeting as per his usual activity.

    g.  I believe that this is a personal expense that Josh listed clients as attendees which produced personal gain.

4.  8/31: 30 : Location of charges :      t Country Club    (club fees/charges that Josh submitted as company expenses and received repayment for)

    a.  Receipt attached for reference is titled "J.B. Report of 10.2b" and pictures of receipts entitled    3.30 8.31"

    b.  Within the report for 8/31 Josh again lists the attendees as himself, Clients: Da██ La███ C██ L██t, and B██ L████ (TWO DAYS IN A ROW IS EXTREMELY UNLIKELY)

    c.  The concern I have specific to this date is that the charges for this date would appropriately reflect charges for 2 nonmembers. Josh still listed 3 nonmembers which leads me to believe it is to keep charges under the allowable amount per person.

    d.  I believe Josh listed clients for two separate dates in order to cover up a personal outing on 8/30.

I appreciate all the help you have been as we look into this matter. Please let me know if you have any other questions as I am happy to discuss.

Thanks,

---

**Ben Stewart Jr.**, CFP® | Executive Director | Market Team Lead | **J.P. Morgan Private Bank** |
420 Throckmorton St, Floor 03 | Fort Worth, TX 76102 | T: 817 884 4003 | M: 817 845 9676 |
ben.stewart@jpmorgan.com | privatebank.jpmorgan.com

**Client Service Team**: 877 576 2874

Click here to see the JPMorgan Chase Privacy Policy: https://www.jpmorgan.com/pages/privacy



J.P. Morgan Securities LLC | JPMorgan Chase Bank, N.A.

Our *Form CRS* (Client Relationship Summary) and *Guide to Investment Services and Brokerage Products* contain important information about the ways we can serve you, the different investment products and services we offer, their fees and costs, how we are compensated and potential conflicts of interest we may have.

**NOT AN OFFICIAL CONFIRMATION OR VALUATION OF ANY TRANSACTION. Trade instructions will not be accepted through Electronic Mail (E-mail).** For informational purposes only. This does not represent an official account the holdings, balances, or transactions made in your account. Please refer to your monthly account statement for the official

02_Series_L_Investigation_Close_Out.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-2

# CONFIDENTIAL



record of all of your account activities. For questions, please call your J.P. Morgan representative. JPMor its affiliates and employees do not provide tax, legal or accounting advice. You should consult your own accounting advisors before engaging in any financial transactions. Please submit personal information to a secure manner (e.g., Secure Message Center, Client Exchange, postal mail, fax or in person). **Import considerations for certain investment products and asset classes can be found <u>HERE.</u>**

**INVESTMENT AND INSURANCE PRODUCTS: ● NOT A DEPOSIT ● NOT FDIC INSURED ● NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY ● NO BANK GUARANTEE ● MAY LOSE VALUE**

**JPMorgan Chase Bank, N.A.** and its affiliates (collectively □JPMCB□) offer investment products, which may include bank-managed accounts and custody, as part of its trust and fiduciary services. Other investment products and services, such as brokerage and advisory accounts, are offered through **J.P. Morgan Securities LLC** (□JPMS□), a member of FINRA and SIPC. Annuities and insurance products are made available through Chase Insurance Agency, Inc. (□CIA□), a licensed insurance agency, doing business as Chase Insurance Agency Services, Inc. in Florida. JPMS and CIA are affiliated companies under the common control of JPMorgan Chase & Co. Products not available in all states.

L.4-003

JPMS_00025213

02_Series_L_Investigation_Close_Out.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-2

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT L.05
## HR Talent Mgmt Case Details Oct17
## L.05-001 – 004

**Description:** JPMS internal investigation or Global Security case-management record.

**Relevance:** Tests JPMS's stated rationale against its own investigation record and supports the pretext / unsupported-allegation narrative.

**Source:** CX-182; JPMS_00000729 – JPMS_00000733

**Petition Ref:** App. A p. 53 ("HR Talent Management Case Details (Oct. 17, 2023 – 9 days before "formal" opening)")

**Disclosures:** None — reproduced as produced, no added markings

**Filing Status:** Public - not sealed

4:26-cv-00381-O
*Biering v. JPMS, et al.*

| | | | |
|---|---|---|---|
| Report Title | HR Talent Management Case Details | | |
| Run Date and Time | 2024-03-06 12:48:13 Argentine Time | | |
| Run by | Camila Alvarez | | |
| Table name | sn_hr_core_case_talent_management | | |

## HR Talent Management Case

| | | | |
|---|---|---|---|
| Number: | HRC0151920 | State: | Closed Complete |
| Transferred from: | | Resolution : | Education provided |
| Transferred to: | | Approval: | Not Yet Requested |
| Opened for: | Ben Stewart Jr. | Priority: | 3 - Moderate |
| Opened for contact: | | Source: | Self Service |
| Subject person: | Joshua Biering | Opened: | 2023-10-17 16:24:41 |
| Subject person contact: | | Opened by: | Ben Stewart Jr. |
| Stage: | | Skip auto assign: | false |
| Display order: | | Assignment group: | HR_NA_HRA_HRAnswers |
| HR service: | Career & Performance | Assigned to: | Arbs Bulaong |
| HR service subtype: | Career | Collaborators: | |
| HR service subtype topic: | I have a problem | Template: | Career & Performance |
| Restrict: | false | | |
| Parent: | | | |
| HR profile: | Ben Stewart Jr. | | |
| PDF Template: | | | |
| Skills: | | | |
| Related cases: | | | |

Short description:

Career & Performance case for Ben Stewart Jr.

Description:

The following fields have been provided:Are you submitting this for or about another employee?: YesSelect the employee: Joshua BieringWhat type of support do you need?: Career profileHow can we help you?: I have a problemPlease provide additional details or questions.: I have questions over an employees corporate card and spending activity. I have seen expense report totals and transactions that concerns me around abuse of the system. Can someone help me audit the expense reports related to        for Josh Biering.

Original Description:

The following fields have been provided:Are you submitting this for or about another employee?: YesSelect the employee: Joshua BieringWhat type of support do you need?: Career profileHow can we help you?: I have a problemPlease provide additional details or questions.: I have questions over an employees corporate card and spending activity. I have seen expense report totals and transactions that concerns me around abuse of the system. Can someone help me audit the expense reports related to        for Josh Biering.

Business justification:

Country travelling to:

Visa category:

## Background Check Details

| | | |
|---|---|---|
| Background check details: | Drug screening details: | |
| Background check order ID: | Drug screening provider reference ID: | |
| Background check provider reference ID: | Drug screening status: | |
| | Drug screening result: | |

**Exhibit**

**CX182**

2024-03-06 12:48:13 Argentine Time    **JPMS000729**

L.05-001

02_Series_L_Investigation_Close_Out.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-2

HR Talent Management Case Details

ID. 0902
4:26-cv-00381-O
*Biering v. JPMS, et al.*

| | |
|---|---|
| Background check status: | |
| Background check result: | |
| Background check percentage complete: | |

## Comments/Worknotes

**Additional comments:**

2023-10-18 18:54:49 - Arbs Bulaong (Additional comments)
Hello Ben,

My name is Arbs, thank you for contacting HR Answers. I appreciate you reaching out and I hope this response finds you well. I understand your query regarding one of your employee's use of the corporate credit card. Let me provide some information.

Upon checking, HR answers may only be able to provide assistance regarding regular payroll and others connected to it. For concerns regarding the Corporate Credit Card, I can give you a couple of ways to reach out to the proper team to assist.

First, you may send an email to Accounts_Payable_Americas@jpmchase.com for further information regarding the corporate card if they can assist. You may also go to this website go/AskGSS then at the middle part of the screen where you see the tiles for apps, please click "View More" until you find "Corporate Card and Expenses". There, you could find additional assistance.

I also strongly suggest for you to check on go/Code for the Code of Conduct concern if indeed there was an abuse of Corporate product. After verifying from the Code, you can call our Code Reporting Hotline to report the incident. You may call them through 1-855-576-2633 anytime since they are open 24/7.

If you are satisfied with the answers provided, kindly accept the resolution by clicking 'Yes' in the Actions button. Should you have other questions about a different topic, kindly create another inquiry.

Thanks,
Arbs
HR Answers
For general help and resources on HR related topics, visit me@jpmc.

2023-10-17 16:24:41 - Ben Stewart Jr. (Additional comments)
User Ben Stewart Jr. has initiated a Career & Performance request

**Work notes:**

| | |
|---|---|
| Related List Title | HR Case List |
| Table name | sn_hr_core_case |
| Query Condition | Sys ID in da53afd69372f9581718366d6cba1081, 3b06814e93fdb994a198fc0d6cba101c, 63ecfa99837d79503ac632347daad395 |
| Sort Order | Created in descending order |

3 HR Cases

| Number | State | Opened for | Subject person | HR service | Short description | Assignment group | Assigned to |
|---|---|---|---|---|---|---|---|
| HRC0422429 | Closed Complete | Ben Stewart Jr. | Joshua Biering | Leaving the Company Support | Leaving the Company Support case for Ben Stewart Jr. | HR_GLB_EDOServicing | Lydia Dsouza |
| HRC0098308 | Closed Complete | Ben Stewart Jr. | | Employee Behavior Assistance | Career & Performance case for Ben Stewart Jr. | HR_AM_ER_Onshore | Beth Wilson |

JPMS000730
2024-05-06 12:48:13 Argentine Time

L.05-002

02_Series_L_Investigation_Close_Out.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-2

ID. 0903
4:26-cv-00381-O
*Biering v. JPMS, et al.*

| Number | State | Opened for | Subject person | HR service | Short description | Assign p |
|---|---|---|---|---|---|---|
| HRC0115347 | Cancelled | Ben Stewart Jr. | Joshua Biering | Career & Performance | | |

| | |
|---|---|
| Related List Title | Interaction List |
| Table name | interaction |
| Query Condition | Sys ID in |
| Sort Order | Number in ascending order |

None

| | |
|---|---|
| Related List Title | Interaction List |
| Table name | interaction |
| Query Condition | Opened for = Joshua Biering |
| Sort Order | Created in descending order |

5 Interactions

| Number | Opened | Short description | Opened for | State | Type | Assigned to | Updated | Updated by |
|---|---|---|---|---|---|---|---|---|
| IMS0105283 | 2023-11-29 14:37:31 | Pay & Tax Assistance (US) interaction created for Joshua Biering | Joshua Biering | Closed Complete | Phone | Tyk Williams | 2023-11-29 15:05:35 | E778734 |
| IMS0102403 | 2023-11-28 12:03:53 | General Inquiry interaction created for Joshua Biering | Joshua Biering | Closed Complete | Phone | Mark Magtangol Gimenez | 2023-11-28 12:15:23 | D566310 |
| IMS0090500 | 2023-11-17 11:37:07 | Pay & Tax Assistance (US) interaction created for Joshua Biering | Joshua Biering | Closed Complete | Phone | Pamela Nelson | 2023-11-17 11:40:31 | N604018 |
| IMS0068112 | 2023-11-02 18:18:18 | | Joshua Biering | Closed Complete | Phone | Kane Victoria | 2023-11-02 18:24:30 | V749410 |
| IMS0059925 | 2023-10-30 11:38:39 | General Inquiry interaction created for Joshua Biering | Joshua Biering | Closed Complete | Phone | Eli Candelaria | 2023-10-30 11:48:42 | N636764 |

| | |
|---|---|
| Related List Title | Task SLA List |
| Table name | task_sla |
| Query Condition | Task = HRC0151920 |
| Sort Order | None |

L.05-003

Case 4:26-cv-00381-O-BP   Document 22-2   Filed 04/29/26   Page 18 of 26   PageID 09004

4:26-cv-00381-O
*Biering v. JPMS, et al.*

| SLA definition | Type | Target | Stage | Business time left | Business elapsed time | Business elapsed percentage | Sta | | |
|---|---|---|---|---|---|---|---|---|---|
| 2 Day | SLA | Resolution | Completed | 6 Hours 29 Minutes | 11 Hours 30 Minutes | 63.92 | | 2023-10-17 16:24:41 | 2023-10-25 18:55:04 |

| Related List Title | Attachment List |
|---|---|
| Table name | sys_attachment |
| Query Condition | Table name = sn_hr_core_case_talent_management AND Table sys ID = fbfd08c8478af15806b0c43d026d4362 |
| Sort Order | Created in descending order |

None

| Related List Title | HR Case List |
|---|---|
| Table name | sn_hr_core_case |
| Query Condition | Sys ID = 63ecfa99837d79503ac632347daad395 |
| Sort Order | Created in descending order |

1 HR Cases

| Number | State | Opened for | Subject person | HR service | Short description | Assignment group | Assigned to |
|---|---|---|---|---|---|---|---|
| HRC0115347 | Cancelled | Ben Stewart Jr. | Joshua Biering | Career & Performance | Career & Performance case for Ben Stewart Jr. | HR_GLB_ER_AdminIntake | Delle Arciaga |

| Related List Title | Knowledge Use List |
|---|---|
| Table name | kb_use |
| Query Condition | Sys ID in 160d8423472442908da68bda436d430b, 6929bbd7c3a44690668cbe0fb001319f, 767f9a8747a48a50f3102efd046d4394, |
| Sort Order | Created in descending order |

2024-03-06 12:48:10 Argentine Time

JPMS000732

L.05-004
02_Series_L_Investigation_Close_Out.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-2

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT L.06

## Expense Investigation Details Oct20
## L.06-001 – 007

**Description:**   JPMS internal investigation or Global Security case-management record.

**Relevance:**    Tests JPMS's stated rationale against its own investigation record and supports the pretext / unsupported-allegation narrative.

**Source:**     CX-220

**Petition Ref:**   App. A p. 53 ("Expense Investigation Details (Oct. 20, 2023 – 6 days before formal case)")

**Disclosures:**   None — reproduced as produced, no added markings

**Filing Status:**  Public - not sealed

4:26-cv-00381-O
*Biering v. JPMS, et al.*

Integrated Case Manager

Exported

Item Id:  EC_NA_1020239740

| | | |
|---|---|---|
| **Workflow Status**<br>Investigation in Process | **Date Open**<br>10/20/2023, 19:11:59 | **Investigation Owner**<br>Muraira, Nadia |
| **Assigned Date**<br>10/23/2023, 10:26:25 | **Created By**<br>NAVEX | **Disposition Owner** |
| **Subject**<br>Biering,Joshua(I662283) | **Tags** | |

Item Details

| | | |
|---|---|---|
| **Workgroup**<br>GS Investigations 5 | **Type**<br>Theft from Firm | **Subtype**<br>Expense Reimbursement |
| **LOB**<br>ASSET & WEALTH MANAGEMENT | **Sub-LOB**<br>GLOBAL PRIVATE BANK | **Legal Entity**<br>0802 JPMORGAN CHASE BANK, N. A. |
| **Country**<br>US | **Region**<br>NA | |

Incident Information

**Incident Date**

**Incident Location**
   US

**Aware of Incident Date**

**Incident Description**
I am an HR Business Advisor. One of the managers who I support, Ben Stewart, reported to me that he thinks his employee, Joshua Biering, has been repeatedly charging and expensing personal charges to JPM. The manager became concerned after he received details on prior expense report(s) with no known reason for these charges. The repeated charges are at a country club and include alcohol, golf fees and meals and total approx

**Is a Customer Involved?**

Referring & Submitting Party Information

| | | |
|---|---|---|
| **Referring Party**<br>Stephanie Stainback | **Anonymous Request**<br>N | **Refe**<br>10003 |
| **Referral Channel**<br>NAVEX | | |

L.06-001

4:26-cv-00381-O
*Biering v. JPMS, et al.*

**Submitting Party**                    **Submitting Party Phone Number**

**Alternate**
713-216-8773

Notes
_____

**Recent Notes**

10/31/2023, 18:36:55 Updated by Muraira, Nadia

original -10/31/2023, 18:36:55

Notified Legal-Jody Gilzene about matter due to EE retaining attorney who is persistent in speaking with JPMC

10/31/2023, 18:36:29 Updated by Muraira, Nadia

original -10/31/2023, 18:36:29

Contacted via email from LOB HR-Jonathan Jacobs about EE resigned and has retained counsel. Scheduled meeting with Jacobs for Wednesday 11/01/2023.

10/23/2023, 17:32:13 Updated by Muraira, Nadia

original -10/23/2023, 17:28:34

Vendor: ▮▮▮▮▮▮▮▮▮▮▮ (aggregate of $8,061.36) 06/02/2023 @ $1,040.08 06/07/2023 @ $518.97 ▮▮▮▮▮/2023 @ $132.65 08/11/2023 @ $382.44 08/30/2023 @ $311.56 08/31 /2023 @ $551.45 09/04/2023 @ $754 09/07/2023 @ $1,242.18 09/08/2023 @ $226.36 09/13/2023 @ $580.35 09/17/2023 @ $664.46 09/22/2023 @ $1,651.00

10/23/2023, 17:27:58 Updated by Muraira, Nadia

original -10/23/2023, 17:27:58

ED provided receipts between June 2, 2023 to September 22, 2023. Aggregate amount: $8,061.36

10/20/2023, 20:29:24 Updated by Butsko, Melissa C

original -10/20/2023, 20:29:24

On 10/20/2023, Global Security Investigations received a web referral involving a potential internal matter. Transferring to the region for further Investigation.

10/20/2023, 19:11:59 Updated by NAVEX

original -10/20/2023, 19:11:59

CaseNote = Primary Issue Type:Fraud Date Submitted = Org Name = JPMorg = 2023-10-20T11:55:25 EthicsPoint Case ID = 7135488 Participant[0]: Partici Participant Last Name = Stainback Participant Role = Reporter Intake Questio Answer Provided = u729056 Intake Question[1]: Question Text = What is you Chase? Answer Provided = Employee Intake Question[2]: Question Text = Fir Joshua Intake Question[3]: Question Text = Last Name Answer Provided = Bi Question Text = Title Answer Provided = Executive Director Intake Question[ the SID of the employee you are reporting about (if known)? Answer Provide

Tags

02_Series_L_Investigation_Close_Out.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-2

4:26-cv-00381-O
*Biering v. JPMS, et al.*

No data in Tags

## Related Subject Alerts & Cases

**Jonathan Jacobs (D639971) (E)**

EC_NA_0710238429 - 2023-07-10 - DispositionInProcess (Fleming, Shannon / E929809)

EC_NA_0718239275 - 2023-07-18 - CaseClosed (Goldblum, Andrea / O777050)

**Ben Stewart Jr. (N682989) (E)**

EC_NA_1026230312 - 2023-10-26 - InvestigationInProcess (Jacobs, Jonathan / D639971)

EC_NA_0630229920 - 2022-06-30 - CaseClosed (Cadyma-Renard, Zadina / W599216)

**Joshua Biering (I662283) (E)**

EC_NA_1026230312 - 2023-10-26T15:46:31Z - InvestigationInProcess (Jacobs, Jonathan / D639971)

**Stephanie Stainback (U729056) (E)**

EC_NA_1026230312 - 2023-10-26 - InvestigationInProcess (Jacobs, Jonathan / D639971)

EC_NA_0913235248 - 2023-09-13 - InvestigationInProcess (Niswonger, Cherie L / V031290)

EC_NA_0817232513 - 2023-08-17 - CaseClosed (Niswonger, Cherie L / V031290)

EC_NA_0810231854 - 2023-08-10 - CaseClosed (Halterman, Ryan / E920608)

EC_NA_0804231265 - 2023-08-04 - CaseClosed (Sanchez, Julie / V689725)

EC_NA_0804231249 - 2023-08-04 - CaseClosed (Niswonger, Cherie L / V031290)

EC_NA_0327232987 - 2023-03-27 - CaseClosed (Grinshteyn, Eleonora / N728035)

EC_NA_0323232726 - 2023-03-23 - CaseClosed (Bentsen, Jennifer R / E058304)

EC_NA_0322232559 - 2023-03-22 - CaseClosed (Niswonger, Cherie L / V031290)

L.06-003

L.06-004
4:26-cv-00381-O
*Biering v. JPMS, et al.*

EC_NA_0214239284 - 2023-02-14 - CaseClosed (Ellington, Patricia G / I513174)

EC_NA_0211239066 - 2023-02-11 - CaseClosed (Sanchez, Julie / V689725)

EC_NA_0120237023 - 2023-01-20 - CaseClosed (Ellington, Patricia G / I513174)

EC_NA_1103221016 - 2022-11-03 - Close (Bono, Jorj S / O403268)

EC_NA_1027220458 - 2022-10-27 - CaseClosed (Toppins, Allen / E709469)

EC_NA_1005228200 - 2022-10-05 - CaseClosed (Padilla, Linda / U231503)

EC_NA_0824224631 - 2022-08-24 - CaseClosed (Wayans, Ryan O / D439501)

EC_NA_0707220386 - 2022-07-07 - CaseClosed (Cota, C. D / Z244274)

EC_NA_0607227980 - 2022-06-07 - CaseClosed (Coleman, Marilyn / Z106661)

EC_NA_0428224615 - 2022-04-28 - CaseClosed (Ayala, Neoma M / R681177)

EC_NA_0408221875 - 2022-04-08 - CaseClosed (Vogel, David R / V627039)

EC_NA_0216227763 - 2022-02-16 - CaseClosed (Elias, Jose / Z210401)

EC_NA_0125226096 - 2022-01-25 - CaseClosed (Ayala, Neoma M / R681177)

EC_NA_0118225602 - 2022-01-18 - CaseClosed (Ayala, Neoma M / R681177)

EC_NA_1206212820 - 2021-12-06 - CaseClosed (Wayans, Ryan O / D439501)

EC_NA_1112211426 - 2021-11-12 - CaseClosed (Wayans, Ryan O / D439501)

EC_NA_1028210495 - 2021-10-28 - CaseClosed (Wayans, Ryan O / D439501)

## Related Parties

| Name | Party Type | SID | Association | ECI | Rela |
|---|---|---|---|---|---|
| Jonathan Jacobs | Employee | D639971 | Relevant Partner | | PRT |
| Ben Stewart Jr. | Employee | N682989 | Subject Manager | | PRT |
| Joshua Biering | Employee | I662283 | Subject (Primary) | | PRT |
| Stephanie Stainback | Employee | U729056 | Relevant Partner | | PRT |

## Attachments

| File Name | File Descriptio |
|---|---|
| JPMC Internal Phonebook.JPG | JPMC Internal P |
| Receipts          .pdf | Receipt |

L.06-004

4:26-cv-00381-O
*Biering v. JPMS, et al.*

| | |
|---|---|
| Receipts .pdf | Receipt 2 |
| Receipts .pdf | Receipt 3 |
| Receipts .pdf | Receipt 4 |
| Email MGR detail .pdf | Email MGR detail |
| Copy of Expense Details by Employee - JOSHUA D BIERING I662283.xlsx | Copy of Expense Details | 0.236 | 10/31/2023 |
| Email from HR Jonathan Jacobs.pdf | Email from HR Jonathan Jacobs | 0.142 | 10/31/2023 |
| Email Employee Weekly Expense Report 1.pdf | Expense Report 1 | 0.243 | 10/31/2023 |
| Email Employee Weekly Expense Report 2.pdf | Expense Report 2 | 0.229 | 10/31/2023 |
| Email Employee Weekly Expense Report 3.pdf | Expense Report 3 | 0.288 | 10/31/2023 |

## Facilities

| Building Id | Location | Name | Type | Bank | Branch | DND# | Cost Centre | Status | Facility Id |
|---|---|---|---|---|---|---|---|---|---|
| 510232 | 420 Throckmorton St USA TX Fort Worth 76102 | | Commercial Office | 0201 | Downtown Fort Worth | 3089 | 590600 | Active | FCLY_NA_1020231544 |

## Associated Work Item

No data in Associated Work Item

## Notifications

| Type | Recipient | Method | Date Notified | Updated By | Date Added | Notification Id |
|---|---|---|---|---|---|---|
| Legal | Jody Gilzene (E898305) | Email | Oct 31,2023 | Muraira, Nadia (I780946) | 10/31/2023, 18:34:54 | NTFY_NA_1031239587 |
| Initial Stakeholder Notification | Ben Steward Jr. (N682989) | Email | Oct 23,2023 | Muraira, Nadia (I780946) | 10/23/2023, 12:30:49 | NTFY_NA_1023238758 |

## Financials

**Total Potential Losses**
$8061.36

**Total Averted Losses**
$0

**Total Original Net Losses**
$8061.36

**Total Recovered Amounts**
$0

| Item Type | Item Name | Total Potential loss | Averted Loss | Original Net Loss | Recovered Amount | Created By | Date Created | Financial Id |
|---|---|---|---|---|---|---|---|---|
| Non-Check | Cash | $8061.36 | $0 | $8061.36 | $0 | I780946 | | |

## Associated Accounts

| Account Number | Customer Name | Account Type | SSN | Tax Id | ECI | Account Identifier | Account Status | Customer Type | Co Do |
|---|---|---|---|---|---|---|---|---|---|
| ███████ | | UNKNOWN | | A | US | FCTM | | | 812 |

## Forensics

No data in forensics

L.06-005

L.06-006

4:26-cv-00381-O

*Biering v. JPMS, et al.*

Investigation Scope

Allegations

## Primary Statement of Allegation

I am an HR Business Advisor. One of the managers who I support, Ben Stewart, reported to me that he thinks his employee, Joshua Biering, has been repeatedly charging and expensing personal charges to JPM. The manager became concerned after he received details on prior expense report(s) with no known reason for these charges. The repeated charges are at a country club and include alcohol, golf fees and meals and total approximately $3500.

## Allegation Id
ALLG_NA_1023238626

## Type
Theft from Firm

## Subtype
Expense Reimbursement

## Code of Conduct Policies
[2.2.3 Using Firm Assets, 2.2 Managing Information]

## Associated Subjects
[Biering,Joshua-I662283]

Related Issues

No Related Issues Present

Determination

| **Joshua Biering (I662283)** | **Disciplinary Outcome:** |
|---|---|
| **Primary Allegation ALLG_NA_1023238626** | Theft from Firm : Expense Reimbursement Determination Pending |

Investigation Details & Methodology

Case Summary

**Outline of Findings**

**Preliminary Conclusion**

Interviews

No data in interview

Disposition

No Data in disposition

L.06-006

L.06-007
4:26-cv-00381-O
*Biering v. JPMS, et al.*

L.06-007