## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT M.01a

## Spindler Damages Analysis – Expert Report (PDF)

## M.01a-001 – M.01a-010

| | |
|---|---|
| **Description:** | Michael Spindler's forensic accounting damages analysis report in PDF format. |
| **Relevance:** | Quantifies economic damages arising from JPMS's misconduct, including lost compensation, benefits, and reputational harm. |
| **Source:** | Expert Report of Michael Spindler, CPA, CFE (B. Riley Advisory Services) |
| **Petition Cite:** | Dkt. 11 ¶¶ 130–140; App. A p. 16 ("Damages") |
| **Disclosures:** | None — reproduced as produced, no added markings |
| **Filing Status:** | Confidential – expert work product |

**Joshua David Sappi Biering vs. J.P. Morgan Securities, LLC, JPMorgan Chase & Co., and JPMorgan Chase Ban**
**Summary of Total Damages**

| | | | |
|---|---|---|---|
| DOB | 10/23/1989 | | As per counsel |
| Employment Start Date - JPM | 5/23/2016 | 26.58 | BIERING 917 |
| Employment End Date - JPM | 10/28/2023 | 34.01 | Second Amended Statement of Claim filed October 11, 2024 |
| U5 Date | 12/22/2023 | 34.16 | U5 BIERING 1259-63 |
| Biering Contacts Merrill Lynch After | 12/1/2023 | 34.11 | Second Amended Statement of Claim filed October 11, 2024 |
| Employment Start Date - RJ | 1/11/2024 | 34.22 | Offer Letter BIERING 1289-94 |
| Forecasted Retirement | 10/23/2056 | 67.00 | Retirement age assumed to be 67, see social security guidelines, ssa.gov. |
| Arbitration Date | 9/23/2025 | 35.92 | As per counsel |

| | | | | |
|---|---|---|---|---|
| **Lost Earnings** | $ | 22,719,882 | $ | 29,993,659 | *Schedule 2; Schedule 4* |
| **Less: Mitigation** | $ | 12,035,470 | $ | 12,035,470 | *Schedule 3* |
| **Total Damages** | $ | 10,684,413 | $ | 17,958,189 | |

Note: Calculations subject to change in anticipation of additional document production.

M.01a-001

03_Series_M_Damages.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_ECF_Exhibit_Filing_Batches_consolidated\03_PUBLIC_K-R\03_Series_M_Dam

**M.01a-002**
4:26-cv-00381-O
*Biering v. JPMS, et al.*

**Joshua David Sappi Biering vs. J.P. Morgan Securities, LLC, JPMorgan Chase & Co., and JPMorgan Chase Bank, N.A.**
**Total Lost Earnings Detail**

| | Date | | | | | CPI-U and CPI-U Medical for Benefits Growth | 3.00% [2] | | | G |
|---|---|---|---|---|---|---|---|---|---|---|
| [1] Date of Birth | 10/23/1989 | | | | | Benefits - Other | 1.45% [2] | | | |
| Date of U5 | 12/22/2023 | | | | | Discount Rate | 2.6% [3] | | | |
| Discount Period Start Date | 9/23/2025 | | | | | | | | | |

| Description | Mid-Point for PV and Mortality Factor<br>Year<br>(date range) | 7/1/2020<br>2020<br>1/1/2020–12/31/2020 | 7/2/2021<br>2021<br>1/1/2021–12/31/2021 | 7/2/2022<br>2022<br>1/1/2022–12/31/2022 | 11/29/2022<br>2023<br>1/1/2022–10/28/2023 | 11/25/2023<br>2023<br>10/29/2023–12/22/2023 | 12/27/2023<br>2023 | 7/1/2024<br>2024 | 7/2/2025<br>2025 | 7/2/2026<br>2026 | 7/2/2027<br>2027 | 7/1/2028<br>2028 | 7/2/2029<br>2029 | 7/2/2030<br>2030 | 7/2/2031<br>2031 | 7/1/2032<br>2032 | 7/2/2033<br>2033 | 7/2/2034<br>2034 | TOTAL<br>Sum of Forecasted Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [5] Earnings for Year | | 175,157 | 194,434 | 315,098 | 319,491 | - | - | 2,020,764 | 1,765,993 | 1,765,993 | 1,765,993 | 2,838,589 | 1,933,462 | 2,116,813 | 2,317,551 | 2,537,325 | 2,777,940 | 3,041,372 | $ 24,881,793 |
| Portion of Year | | | | | | | 0.02 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | |
| Total Gross Income for Portion of Year | | | | | | | - | 2,020,764 | 1,765,993 | 1,765,993 | 1,765,993 | 2,838,589 | 1,933,462 | 2,116,813 | 2,317,551 | 2,537,325 | 2,777,940 | 3,041,372 | 24,881,793 |
| [6] Lost Benefits - Health and GTL for Portion of Year | | | | | | | - | 6,823 | 7,028 | 7,239 | 7,239 | 14,912 | 15,359 | 15,820 | 16,294 | 16,783 | 17,287 | 17,805 | |
| Lost Benefits - Social Security | | | | | $ 9,932 | | | 10,453 | 10,918 | 11,359 | 11,818 | 12,296 | 12,793 | 13,310 | 13,848 | 14,407 | 14,989 | 15,595 | |
| Lost Benefits - Other | | | | | | | - | 29,301 | 25,607 | 25,607 | 25,607 | 41,160 | 28,035 | 30,694 | 33,604 | 36,791 | 40,280 | 44,100 | |
| Total Lost Benefits for Portion of Year | | | | | | | - | 46,577 | 43,553 | 44,205 | 44,664 | 68,367 | 56,187 | 59,823 | 63,746 | 67,981 | 72,556 | 77,500 | 645,160 |
| Total Earnings (Undiscounted)  a | | | | | | $ - | $ 2,067,341 | $ 1,809,545 | $ 1,810,197 | $ 1,810,657 | $ 2,906,956 | $ 1,989,649 | $ 2,176,636 | $ 2,381,297 | $ 2,605,306 | $ 2,850,496 | $ 3,118,873 | $ 25,526,953 |
| Discount Rate | | | | | | | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | |
| Discount Period (mid-period convention) | | | | | | | (1.7413) | (1.2279) | (0.2272) | 0.7721 | 1.7714 | 2.7721 | 3.7728 | 4.7721 | 5.7714 | 6.7721 | 7.7728 | 8.7721 | |
| Present Value Factor  b | | | | | | | 1.0000 | 1.0000 | 1.0000 | 0.9805 | 0.9559 | 0.9318 | 0.9084 | 0.8855 | 0.8633 | 0.8416 | 0.8204 | 0.7998 | |
| [7] Mortality Factor  c | | | | | | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 0.9979 | 0.9956 | 0.9933 | 0.9909 | 0.9885 | 0.9859 | 0.9833 | 0.9805 | |
| Present Value of Total Earnings  d = a * b *c | | | | | | $ - | $ 2,067,341 | $ 1,809,545 | $ 1,774,944 | $ 1,727,056 | $ 2,696,943 | $ 1,795,270 | $ 1,910,029 | $ 2,032,049 | $ 2,161,658 | $ 2,299,362 | $ 2,445,684 | | $ 22,719,882 |

[1] Relevant dates as per Schedule 1; discount period start date assumed to be arbitration date.
[2] See Schedule 2.1 for value of benefits as a percentage of income and Schedule 2.2 for CPI-U CAGR for benefits cost increase.
[3] See Schedule 2.2 for Series Rate Data. For the discount rate assumption, we analyzed the average 10-year treasury rate over the last 15 years.
[4] See Schedule 2.1 for wage information and CAGR. CAGR used is the 2021-2023 CAGR for JPM T12 Production.
[5] See Schedule 2.1 for wage information and CAGR. Earnings follow pro-forma calculation in Schedule 2.4 for years one to five, then grown annually (using compensation only from year five and not retention bonus) using growth rate described in note 4.
[6] See Schedule 2.1 for calculation of benefits.
[7] See Schedule 2.3 for life tables used to calculate mortality factor.

M.01a-002

03_Series_M_Damages.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_ECF_Exhibit_Filing_Batches_consolidated\03_PUBLIC_K-R\03_Series_M_Dam...

Joshua David Sappi Biering vs. J.P. Morgan Securities, LLC, JPMorgan Chase & Co., and JPMorgan Chase Bank, N.A.
Summary of JPM Earnings

## W2s

| Begin | End | Year | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/1/2016 | 12/31/2016 | 2016 | 1.00 | $ 85,307 | $ | 21 | $ | 1,500 | $ 3,855 | $ 83,807 | $ | 85,307 | $ 85,307 | $ 85,307 |
| 1/1/2017 | 12/31/2017 | 2017 | 1.00 | $ 113,362 | $ | 36 | $ | 4,539 | $ 7,147 | $ 108,824 | $ | 113,362 | $ 113,362 | $ 113,362 |
| 1/1/2018 | 12/31/2018 | 2018 | 1.00 | $ 138,624 | $ | 36 | $ | 6,500 | $ 7,498 | $ 132,124 | $ | 128,400 | $ 138,624 | $ 138,624 |
| 1/1/2019 | 12/31/2019 | 2019 | 1.00 | $ 153,016 | $ | 48 | $ | 6,729 | $ 7,540 | $ 146,286 | $ | 153,016 | $ 153,016 | $ 153,016 |
| 1/1/2020 | 12/31/2020 | 2020 | 1.00 | $ 175,157 | $ | 48 | $ | 9,188 | $ 7,834 | $ 165,969 | $ | 137,700 | $ 175,157 | $ 175,157 |
| 1/1/2021 | 12/31/2021 | 2021 | 1.00 | $ 194,434 | $ | 48 | $ | 10,500 | $ 8,215 | $ 183,934 | $ | 142,800 | $ 194,434 | $ 194,434 |
| 1/1/2022 | 12/31/2022 | 2022 | 1.00 | $ 315,098 | $ | 48 | $ | 13,708 | $ 8,605 | $ 301,390 | $ | 147,000 | $ 315,098 | $ 315,098 |
| 1/1/2023 | 10/28/2023 | 2023 | 0.83 | $ 319,491 | $ | 46 | $ | 14,292 | $ 9,330 | $ 305,199 | $ | 160,200 | $ 319,491 | $ 387,262 |
| | | | 7.8 | $ 1,494,489 | $ | 331 | $ | 66,955 | $ 60,025 | $ 1,427,534 | $ | 1,067,785 | $ 1,494,489 | $ 1,562,260 |

| | | |
|---|---|---|
| CAGR 2016-2023 | 7 | 25% |
| CAGR 2016-2022 | 6 | 24% |
| CAGR 2019-2023 | 4 | 27% |
| | Average | 26% |

*Source: JPMS 30-41 for 2016-2022 W2s, BIERING 5053-5054 for 2023 W2.*

## JPM Paystubs

| Term Begin | 1/1/2023 | EARNINGS | YTD Amt | Annual Amt | TAXES | YTD Amt | Annual Amt | DEDUCTIONS | YTD Amt | Annual Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| Term End | 11/30/2023 | Paid Admin Leave | $ 37,500 | $ 41,033 | FIT Withheld | $ 54,293 | $ 59,409 | 401K Per Pay Contribution | $ 15,008 | $ 16,422 |
| Years | 0.9 | Regular Salary | $ 197,760 | $ 216,394 | Social Security Employee Withheld | $ 9,932 | $ 10,868 | Medical | $ 2,046 | $ 2,239 |
| BASE RATE | $ 225,000 | Annual Cash Incentive Award | $ 104,000 | $ 113,799 | Medicare Employee Withheld | $ 5,898 | $ 6,453 | PPO | $ 751 | $ 822 |
| SUMMARY | YTD Amt | Annual Amt | SCK Sick Entitlement Payment | $ 6,406 | $ 7,010 | Taxes Total | $ 70,123 | $ 76,731 | Vision Plan | $ 222.2 | $ 243 |
| Gross Pay | $ 331,865 | $ 363,135 | RSU 1 | $ 2,644 | $ 2,893 | | | | CECARE Child Elder Care Act | $ 1,848 | $ 2,022 |
| Total Taxes | $ 70,123 | $ 76,731 | SCK Sick Entitlement Retroactive | $ 2,180 | $ 2,386 | | | | 401K Loan Repayment | $ 8,389 | $ 9,180 |
| Total Deductions | $ 31,975 | $ 34,988 | LTIP Dividends US | $ 1,452 | $ 1,589 | | | | LTD Long Term Disability | $ 584 | $ 639 |
| Net Pay | $ 229,766 | $ 251,416 | Regular Salary Retroactive | $ (2,180) | $ (2,386) | | | | Group Legal | $ 124 | $ 135 |
| | | | UPD Unpaid Reduced Payment LOA | $ (17,898) | $ (19,584) | | | | RSU Net Value 1 | $ 1,670 | $ 1,827 |
| *Source: JPMS 814-815* | | | **Earnings Total** | $ 331,865 | $ 363,135 | | | | **Deductions Total** | $ 30,641 | $ 33,528 |

## JPM Comp Summaries

| 2022 Compensation | | | Effective February 1, 2023 | | Source: BIERING 917 | 11/20/2023 | 2022 | 2021 | 2023 Annualized | | 1/1/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Comp (Salary + Incentives) | $ | 330,000 | Recommended Salary | $ 225,000 | Base Pay: | $ 204,167 | $ 195,833 | $ 150,000 | $ 230,407 | |
| Salary (as of December 31, 2022) | $ | 200,000 | | 2021 | Overtime: | $ - | $ - | $ - | $ - | |
| Incentive Awards | $ | 130,000 | $ | 150,000 | Bonus: | $ 104,000 | $ 120,000 | $ 45,000 | $ 117,367 | |
| Cash Incentive | $ | 104,000 | $ | 120,000 | Commission: | $ - | $ - | $ - | $ - | |
| RSU | $ | 26,000 | $ | 30,000 | Stock: | $ 2,644 | $ - | $ - | $ 2,984 | |
| | | | | | Other: | $ 2,143 | $ 1,588 | $ 1,225 | $ 2,418 | |
| *Source: JPMS 821-822, BIERING 1079.* | | | | | **TOTAL** | $ 312,953 | $ 317,421 | $ 196,225 | $ 353,176 | |

## JPM RSUs

| Award Type | Award Date | # Granted | Number Outstanding | Outstanding Value |
|---|---|---|---|---|
| RSU 90 | 1/17/2023 | 186 | 186 | $ 27,322 |
| RSU 90 | 1/18/2022 | 196 | 196 | $ 28,790 |
| RSU 18-2005 LTIP | 1/19/2021 | 36 | 18 | $ 2,644 |
| RSU 18-2005 LTIP | 1/19/2021 | 1 | - | $ - |
| | | 419 | 400 | $ 58,756 |

As of 9/13/23
*Source: BIERING 905.*

## "Hot" Opportunities

| Name | Amount Rollup | AUM | AUM Potential |
|---|---|---|---|
| | $ 3,500,000,000 | $ 40,000,000 | $ 250,000,000 |
| XYZ Energy Partners | $ 1,500,000,000 | | $ 400,000,000 |

*Source: Second Amended Statement of Claim filed October 11, 2024, p. 7.*

## JPM Performance

| Term Begin | Term End | Year | Years | Total Revenue | Annualized Revenue | T12 | |
|---|---|---|---|---|---|---|---|
| 1/1/2020 | 12/31/2020 | 2020 | 1.00 | $ 3,281,500 | $ 3,281,500 | $ 3,281,500 | |
| 1/1/2021 | 9/30/2021 | 2021 | 0.75 | $ 2,826,900 | $ 3,783,212 | $ 3,755,700 | |
| 1/1/2021 | 12/31/2021 | 2021 | 1.00 | $ 4,262,200 | $ 4,262,200 | $ 4,262,200 | |
| 1/1/2022 | 9/30/2022 | 2022 | 0.75 | $ 3,551,300 | $ 4,752,669 | $ 4,726,400 | 11% |
| 1/1/2022 | 12/31/2022 | 2022 | 1.00 | $ 4,634,800 | $ 4,634,800 | $ 4,634,800 | -2% |
| 1/1/2023 | 9/30/2023 | 2023 | 0.75 | $ 4,011,500 | $ 5,368,550 | $ 5,108,900 | 10% |
| | | | | | | | |
| 1/1/2020 | 12/31/2020 | 2020 | 1.00 | $ 3,281,500 | YoY Growth | **T12 Growth** | |
| 1/1/2021 | 12/31/2021 | 2021 | 1.00 | $ 4,262,200 | 30% | T-12 CAGR 2020-2023 | 3 | 16% |
| 1/1/2022 | 12/31/2022 | 2022 | 1.00 | $ 4,634,800 | 9% | T-12 CAGR 2021-2023 | 2 | 9% |
| 1/1/2023 | 12/31/2023 | 2023 | 1.00 | $ 5,368,550 | 16% | T-12 CAGR 2020-2022 | 2 | 19% |

*Source: JPMS 29293-5.*

## JPM Assets

| Assets Type ($) | Dec-20 | Dec-21 | Dec-22 | Sep-23 | | | | |
|---|---|---|---|---|---|---|---|---|
| AUM | 386,951,603 | 520,536,482 | 476,933,973 | 540,938,510 | | | | |
| Brkrg | 153,133,403 | 184,055,456 | 209,598,734 | 212,152,421 | | | | |
| Dep | 40,312,406 | 60,052,827 | 33,330,731 | 39,410,415 | | 2020 | | |
| Cust. | 0 | 2,662 | 4,616,447 | 4,791,521 | | 2021 | 39% | 30% | 9% |
| T&E Non Mgd | 2,248,671 | 14,542,268 | 13,839,847 | 25,918,145 | | 2022 | -1% | 9% | -10% |
| IRS Annuity Non Mgd | - | - | - | - | | 2023 | 9% | 10% | -1% |
| Oth | - | - | - | - | | | | |
| Lending | 32,573,426 | 64,206,329 | 91,123,619 | 82,307,961 | | | | |
| Mortg | 21,584,305 | 42,234,945 | 48,704,281 | 53,378,561 | | | | |
| Total Assets | 636,803,814 | 885,630,968 | 878,147,632 | 958,897,535 | | | | |
| T-12 | 3,281,500 | 4,262,200 | 4,634,800 | 5,108,900 | Average T-12/Assets | | | |
| T-12/Assets | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | | | |
| | | Assets CAGR 2021-2023 | 2 | 4% | | | | |

*Source: JPMS 29293-5.*

## Benefits from W2s

| Employer Portion of Benefits | | |
|---|---|---|
| Description | Employer Portion of Benefits 2020-2023 | |
| Healthcare | $ 25,148 | [1] |
| GTL | $ 190 | |
| Total Employer Portion | $ 25,338 | |
| Years | 3.8 | |
| Total Employer Portion | $ 6,624 | |
| **Other Benefits** | | |
| Medicare Tax | 1.45% | [2] |
| **Total Benefits - Other** | 1.45% | |

### Social Security Benefits [3]

| | Growth Factor | Tax Rate |
|---|---|---|
| | 4.04% | 6.2% |

| Year | Maximum Taxable Earnings | Social Security Tax | |
|---|---|---|---|
| 2015 | $ 118,500 | $ 7,347 | |
| 2016 | $ 118,500 | $ 7,347 | |
| 2017 | $ 127,200 | $ 7,886 | |
| 2018 | $ 128,400 | $ 7,961 | |
| 2019 | $ 132,900 | $ 8,240 | |
| 2020 | $ 137,700 | $ 8,537 | |
| 2021 | $ 142,800 | $ 8,854 | |
| 2022 | $ 147,000 | $ 9,114 | |
| 2023 | $ 160,200 | $ 9,932 | |
| 2024 | $ 168,600 | $ 10,453 | 5.24% |
| 2025 | $ 176,100 | $ 10,918 | 4.45% |
| 2026 | $ 183,216 | $ 11,359 | 4.04% |
| 2027 | $ 190,620 | $ 11,818 | 4.04% |
| 2028 | $ 198,322 | $ 12,296 | 4.04% |
| 2029 | $ 206,336 | $ 12,793 | 4.04% |
| 2030 | $ 214,674 | $ 13,310 | 4.04% |
| 2031 | $ 223,349 | $ 13,848 | 4.04% |
| 2032 | $ 232,374 | $ 14,407 | 4.04% |
| 2033 | $ 241,764 | $ 14,989 | 4.04% |
| 2034 | $ 251,534 | $ 15,595 | 4.04% |

| | CAGR for SSA Maximum Taxable Earnings | |
|---|---|---|
| 2015 | $ 118,500 | 4.04% |
| 2025 | $ 176,100 | |

[1] Medicare tax cost to employer is calculated at 1.45% of total wages, see https://www.irs.gov/taxtopics/tc751#:~:text=The%20current%20tax%20rate%20for,employee%2C%20or%202.9%25%20total.

[2] Social Security tax cost to employer is calculated at 6.2% of total wages, see https://www.irs.gov/taxtopics/tc751#:~:text=The%20current%20tax%20rate%20for,employee%2C%20or%202.9%25%20total;

[3] Social Security tax cost to employer is calculated at 6.2% of total wages, see https://www.irs.gov/taxtopics/tc751#:~:text=The%20current%20tax%20rate%20for,employee%2C%20or%202.9%25%20total; but capped at maximum taxable earnings amount per year, see https://www.ssa.gov/benefits/retirement/planner/maxtax.html. Maximum taxable earnings for year 2024 and on are not available yet, and so growth rate of 3.84% (the CAGR for the Maximum Taxable Earnings from 2015 to 2023) is used to project growth out to future.

M.01a-003

**Joshua David Sappi Biering vs. J.P. Morgan Securities, LLC, JPMorgan Chase & Co., and JPMorgan Chase Bank, N.A.**

Market and Industry Research

| DISCOUNT RATE | |
|---|---|
| Market yield on U.S. Treasury securities at 10-year constant maturity, quoted on investment basis | |
| **Year** | **Rate** |
| 12/31/2010 | 3.30% |
| 12/31/2011 | 1.89% |
| 12/31/2012 | 1.78% |
| 12/31/2013 | 3.04% |
| 12/31/2014 | 2.17% |
| 12/31/2015 | 2.27% |
| 12/31/2016 | 2.45% |
| 12/31/2017 | 2.40% |
| 12/31/2018 | 2.69% |
| 12/31/2019 | 1.92% |
| 12/31/2020 | 0.93% |
| 12/31/2021 | 1.52% |
| 12/31/2022 | 3.88% |
| 12/31/2023 | 3.88% |
| 12/31/2024 | 4.58% |
| **Average Rate** | **2.58%** |

Source:
Federal Reserve Bank of St. Louis, https://fred.stlouisfed.org
DGS10          Market Yield on U.S. Treasury Securities at 10-Year Constant Maturity,
Quoted on an Investment Basis
Frequency: Daily

| CPI-U Medical | |
|---|---|
| **Year** | **US** |
| 2014 | 464.811 |
| 2015 | 476.178 |
| 2016 | 494.770 |
| 2017 | 506.798 |
| 2018 | 517.802 |
| 2019 | 536.127 |
| 2020 | 562.618 |
| 2021 | 573.060 |
| 2022 | 597.682 |
| 2023 | 595.615 |
| 2024 | 612 |
| **CAGR** | **3%** |

Source:
Consumer Price Index for All Urban Consumers: Medical Care Services in U.S. City Average,

Index 1982-1984=100, Annual, Seasonally Adjusted
https://fred.stlouisfed.org/series/CUSR0000SAM2
Series Id:          CUSR0000SAM2
Units:
Index 1982-1984=100

| CPI-U | |
|---|---|
| **Year** | **US** |
| 2014 | 236.736 |
| 2015 | 237.017 |
| 2016 | 240.007 |
| 2017 | 245.120 |
| 2018 | 251.107 |
| 2019 | 255.657 |
| 2020 | 258.811 |
| 2021 | 270.970 |
| 2022 | 292.655 |
| 2023 | 304.702 |
| 2024 | 314 |
| **CAGR** | **3%** |

Source:
Consumer Price Index for All Urban Consumers: All Items in U.S. City Average
Index 1982-1984=100,
Seasonally Adjusted
Series Id:          CUUR0000SA0
Not Seasonally Adjusted
https://fred.stlouisfed.org/series/CPIAUCSL

Base Period:          1982-84=100
Years:          2014 to 2024

M.01a-004

Joshua David Sappi Biering vs. J.P. Morgan Securities, LLC, JPMorgan Chase & Co., and JPMorgan Chase Bank, N.A.

ML Pro Forma
Source: BIERING 5416



### ML Pro Forma

**Annual Comp Package**

| Annual Comp | | | | |
|---|---|---|---|---|
| $ 33,333 | a | $ 2,750,000 | 250% | of T-12 |
| $ 1,500,000 | | Salary for months 1-2 | | |
| $ 1,216,667 | | In a 5 year Salary | | |
| $ 2,750,000 | | in Long Term Cash - Contingent Comp (5 Year Cliff Vest) | | |
| | b | $ 78,384 | | |
| | | $ 43,870 | Long Term Cash - Contingent Comp (3 Year Annual Vest) | |
| | | $ 34,514 | Lump Sum Cash | |

| Retention Award | c | $ 330,000 | 30% | of T-12 |
|---|---|---|---|---|

| Total Program Package | d = a + b + c | $ 3,158,384 | | |
|---|---|---|---|---|

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total |
|---|---|---|---|---|---|---|
| Projected NNAL (%) | 50% | 75% | 100% | 125% | 150% | |
| Projected NNAL ($M) | 100 | 150 | 200 | 250 | 300 | |
| Projected T-12 | $ 550,000 | $ 825,000 | $ 1,100,000 | $ 1,377,500 | $ 1,650,000 | |
| Retention Award (%) | | | | | 0.2 | |
| Retention Award ($) | | | | | $ 330,000 | |
| Salary | $ 300,000 | $ 300,000 | $ 300,000 | $ 300,000 | $ 300,000 | $ 1,500,000 |
| Long Term Cash | $ 243,333 | $ 243,333 | $ 243,333 | $ 243,333 | $ 243,333 | $ 1,216,667 |
| Matched Deffered Comp | $ 78,384 | | | | | $ 78,384 |
| Retention Award | | | | | $ 330,000 | $ 330,000 |
| Yearly Program Compensation | $ 621,717 | $ 543,333 | $ 543,333 | $ 543,333 | $ 873,333 | $ 3,125,051 |

**Advisor Profile**

| Prior Firm A/L | $ 200,000,000 | |
|---|---|---|
| Prior Firm T-12 | $ 1,100,000 | |

| Minimum Performance | NNAL (5) | NNAL ($) | HH |
|---|---|---|---|
| Year 1 | 20% | $ 40,000,000 | 5 |
| Year 2 | 40% | $ 80,000,000 | 5 |
| Year 3 | 60% | $ 120,000,000 | 5 |
| Year 4 | 80% | $ 160,000,000 | 5 |
| Year 5 | 100% | $ 200,000,000 | 5 |

**(% of the Pro-Forma)**

| Prior Firm A/ | |
|---|---|
| Prior Firm T-12 | |

| Annual Comp | a | 250% | 250% | of T-12 |
|---|---|---|---|---|
| 3% | | Salary for months 1-2 | | |
| 136% | | In a 5 year Salary | | |
| 111% | | in Long Term Cash - Contingent Comp (5 Year Cliff Vest) | | |
| 250% | | | | |
| | b | 7% | | |
| | | 4% | Long Term Cash - Contingent Comp (3 Year Annual Vest) | |
| | | 3% | Lump Sum Cash | |

| Retention Award | c | 30% | 30% | of T-12 |
|---|---|---|---|---|

| Total Program Package | d = a + b + c | 287% | |
|---|---|---|---|

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total |
|---|---|---|---|---|---|---|
| Projected NNAL (%) | 50% | 75% | 100% | 125% | 150% | |
| Projected NNAL ($M) | 100 | 150 | 200 | 250 | 300 | |
| Projected T-12 | 50% | 75% | 100% | 125% | 150% | |
| Retention Award (%) | | | | | 0.2 | |
| Retention Award ($) | | | | | $ 0 | |
| Salary | 27% | 27% | 27% | 27% | 27% | 136% |
| Long Term Cash | 22% | 22% | 22% | 22% | 22% | 111% |
| Matched Deffered Comp | 7% | 0% | 0% | 0% | 0% | 7% |
| Retention Award | 0% | 0% | 0% | 0% | 30% | 30% |
| Yearly Program Compensation | 57% | 49% | 49% | 49% | 79% | 284% |

| Minimum Perf | NNAL (5) | NNAL ($) | HH |
|---|---|---|---|
| Year 1 | 20% | $ 40,000,000 | 5 |
| Year 2 | 40% | $ 80,000,000 | 5 |
| Year 3 | 60% | $ 120,000,000 | 5 |
| Year 4 | 80% | $ 160,000,000 | 5 |
| Year 5 | 100% | $ 200,000,000 | 5 |

### Biering

**Annual Comp Package**

| Annual Comp | | | | |
|---|---|---|---|---|
| $ 108,342 | a | $ 8,938,305 | 250% | of T-12 |
| $ 4,875,439 | | Salary for months 1-2 | | |
| $ 3,954,524 | | In a 5 year Salary | | |
| $ 8,938,305 | | in Long Term Cash - Contingent Comp (5 Year Cliff Vest) | | |
| | b | $ 254,771 | | |
| | | $ 142,590 | Long Term Cash - Contingent Comp (3 Year Annual Vest) | |
| | | $ 112,181 | Lump Sum Cash | |

| Retention Award | c | $ 1,072,597 | 30% | of T-12 |
|---|---|---|---|---|

| Total Program Package | d = a + b + c | $ 10,265,673 | | |
|---|---|---|---|---|

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total |
|---|---|---|---|---|---|---|
| Projected NNAL (%) | 50% | 75% | 100% | 125% | 150% | |
| Projected NNAL ($M) | 100 | 150 | 200 | 250 | 300 | |
| Projected T-12 | $ 1,787,661 | $ 2,681,492 | $ 3,575,322 | $ 4,477,278 | $ 5,362,983 | |
| Retention Award (%) | | | | | 0.2 | |
| Retention Award ($) | | | | | $ 1,072,597 | |
| Salary | $ 975,088 | $ 975,088 | $ 975,088 | $ 975,088 | $ 975,088 | $ 4,875,439 |
| Long Term Cash | $ 790,905 | $ 790,905 | $ 790,905 | $ 790,905 | $ 790,905 | $ 3,954,524 |
| Matched Deferred Comp | $ 254,771 | | | | | $ 254,771 |
| Retention Award | | | | | $ 1,072,597 | $ 1,072,597 |
| Yearly Program Compensation | $ 2,020,764 | $ 1,765,993 | $ 1,765,993 | $ 1,765,993 | $ 2,838,589 | $ 10,157,331 |

**Advisor Profile**

| Prior Firm A/L | $ 200,000,000 | Assume same as |
|---|---|---|
| Prior Firm T-12 | $ 3,575,322 | [1] |

| Minimum Performanc | NNAL (5) | NNAL ($) | HH |
|---|---|---|---|
| Year 1 | 20% | $ 40,000,000 | 5 |
| Year 2 | 40% | $ 80,000,000 | 5 |
| Year 3 | 60% | $ 120,000,000 | 5 |
| Year 4 | 80% | $ 160,000,000 | 5 |
| Year 5 | 100% | $ 200,000,000 | 5 |

**[1] T-12 ML "But-For":**

| a: Actual JPM T-12 as of 9.30.23 (see Schedule 2.1) | $ 5,108,900 |
|---|---|
| b : Actual RJ 2024 Production (see Schedule 3.1) | $ 2,041,744 |
| c = a - b | $ 3,067,156 |
| d = c / 2 | $ 1,533,578 |
| e = b + d | $ 3,575,322 |

### Biering Assuming Additional Investment from Identified Investors

**Annual Comp Package**

| Annual Comp | | | | |
|---|---|---|---|---|
| $ 143,416 | a | $ - | 250% | of T-12 |
| $ 6,453,796 | | Salary for months 1-2 | | |
| $ 5,234,747 | | In a 5 year Salary | | |
| $ 11,831,959 | | in Long Term Cash - Contingent Comp (5 Year Cliff Vest) | | |
| | b | $ 337,250 | | |
| | | $ 188,752 | Long Term Cash - Contingent Comp (3 Year Annual Vest) | |
| | | $ 148,498 | Lump Sum Cash | |

| Retention Award | c | $ 1,419,835 | 30% | of T-12 |
|---|---|---|---|---|

| Total Program Package | d = a + b + c | $ 1,757,085 | | |
|---|---|---|---|---|

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total |
|---|---|---|---|---|---|---|
| Projected NNAL (%) | 50% | 75% | 100% | 125% | 150% | |
| Projected NNAL ($M) | 100 | 150 | 200 | 250 | 300 | |
| Projected T-12 | $ 2,366,392 | $ 3,549,588 | $ 4,732,783 | $ 5,926,736 | $ 7,099,175 | |
| Retention Award (%) | | | | | 0.2 | |
| Retention Award ($) | | | | | $ 1,419,835 | |
| Salary | $ 1,290,759 | $ 1,290,759 | $ 1,290,759 | $ 1,290,759 | $ 1,290,759 | $ 6,453,796 |
| Long Term Cash | $ 1,046,949 | $ 1,046,949 | $ 1,046,949 | $ 1,046,949 | $ 1,046,949 | $ 5,234,747 |
| Matched Deferred Comp | $ 337,250 | | | | | $ 337,250 |
| Retention Award | | | | | $ 1,419,835 | $ 1,419,835 |
| Yearly Program Compensation | $ 2,674,958 | $ 2,337,708 | $ 2,337,708 | $ 2,337,708 | $ 3,757,543 | $ 13,445,627 |

**Advisor Profile**

| Prior Firm A/L | $ 200,000,000 | Assume same as |
|---|---|---|
| Prior Firm T-12 | $ 4,732,783 | [1] |

| Minimum Performanc | NNAL (5) | NNAL ($) | HH |
|---|---|---|---|
| Year 1 | 20% | $ 40,000,000 | 5 |
| Year 2 | 40% | $ 80,000,000 | 5 |
| Year 3 | 60% | $ 120,000,000 | 5 |
| Year 4 | 80% | $ 160,000,000 | 5 |
| Year 5 | 100% | $ 200,000,000 | 5 |

**[1] T-12 ML "But-For":**

| a: Actual JPM T-12 as of 9.30.23 (see Schedule 2.1) | $ 5,108,900 |
|---|---|
| b : Actual RJ 2024 Production (see Schedule 3.1) | $ 2,041,744 |
| c = a - b | $ 3,067,156 |
| d = c / 2 | $ 1,533,578 |
| e = b + d | $ 3,575,322 |
| f: Anticipated Additional Production (see Schedule 4.1) | $ 1,157,461 |
| g = e + f | $ 4,732,783 |

M.01a-005

M.01a-006
4:26-cv-00381-O
*Biering v. JPMS, et al.*

**Joshua David Sappi Biering vs. J.P. Morgan Securities, LLC, JPMorgan Chase & Co., and JPMorgan Chase Bank, N.A.**
**Total Mitigating Earnings Detail**

|  | Date |  |  |
|---|---|---|---|
| [1] Date of Birth | 10/23/1989 | CPI-U and CPI-U Medical for Benefits Growth | 3.00% [2] |
| Date of Termination | 12/22/2023 | Benefits - Other | 1.45% [2] |
| Discount Period Start Date | 9/23/2025 | Discount Rate | 2.6% [3] |

| Description |  | 12/27/2023 | 7/1/2024 | 7/2/2025 | 7/2/2026 | 7/2/2027 | 7/1/2028 | 7/2/2029 | 7/2/2030 | 7/2/2031 | 7/1/2032 | 7/2/2033 | 7/2/2034 | TOTAL Sum of Forecasted Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mid-Point for PV and Mortality Factor / Year | | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | |
| [4] Earnings for Year | | - | 2,487,376 | 970,112 | 939,329 | 1,058,938 | 1,110,195 | 885,492 | 928,701 | 974,071 | 1,021,710 | 1,071,730 | 1,299,880 | $ 12,747,534 |
| Portion of Year | | 0.02 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | |
| Total Gross Income for Portion of Year | | - | 2,487,376 | 970,112 | 939,329 | 1,058,938 | 1,110,195 | 885,492 | 928,701 | 974,071 | 1,021,710 | 1,071,730 | 1,299,880 | 12,747,534 |
| [5] Lost Benefits - Health, GTL, etc for Portion of Year | | - | 7,936 | 8,174 | 8,420 | 8,420 | 17,344 | 17,865 | 18,401 | 18,953 | 19,521 | 20,107 | 20,710 | |
| Lost Benefits - Social Security | | | 10,453 | 10,918 | 11,359 | 11,818 | 12,296 | 12,793 | 13,310 | 13,848 | 14,407 | 14,989 | 15,595 | |
| Lost Benefits - Other | | - | 36,067 | 14,067 | 13,620 | 15,355 | 16,098 | 12,840 | 13,466 | 14,124 | 14,815 | 15,540 | 18,848 | |
| Total Lost Benefits for Portion of Year | | - | 54,456 | 33,159 | 33,399 | 35,593 | 45,738 | 43,497 | 45,177 | 46,924 | 48,743 | 50,636 | 55,153 | 492,476 |
| Total Earnings (Undiscounted) | a | $ - | $ 2,541,832 | $ 1,003,271 | $ 972,728 | $ 1,094,530 | $ 1,155,933 | $ 928,989 | $ 973,877 | $ 1,020,995 | $ 1,070,453 | $ 1,122,367 | $ 1,355,033 | $ 13,240,010 |
| Discount Rate | | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | |
| Discount Period (mid-period convention) | | (1.7413) | (1.2279) | (0.2272) | 0.7721 | 1.7714 | 2.7721 | 3.7728 | 4.7721 | 5.7714 | 6.7721 | 7.7728 | 8.7721 | |
| Present Value Factor | b | 1.0000 | 1.0000 | 1.0000 | 0.9805 | 0.9559 | 0.9318 | 0.9084 | 0.8855 | 0.8633 | 0.8416 | 0.8204 | 0.7998 | |
| [6] Mortality Factor | c | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 0.9979 | 0.9956 | 0.9933 | 0.9909 | 0.9885 | 0.9859 | 0.9833 | 0.9805 | |
| Present Value of Total Earnings | d = a * b *c | $ - | $ 2,541,832 | $ 1,003,271 | $ 953,785 | $ 1,043,995 | $ 1,072,422 | $ 838,231 | $ 854,591 | $ 871,253 | $ 888,169 | $ 905,361 | $ 1,062,558 | $ 12,035,470 |

[1] Relevant dates as per Schedule 1; discount period start date assumed to be arbitration date.

[2] See Schedule 2.1 for value of benefits as a percentage of income and Schedule 2.2 for CPI-U CAGR for benefits cost increase.

[3] See Schedule 2.2 for Series Rate Data. For the discount rate assumption, we analyzed the average 10-year treasury rate over the last 15 years.

[4] See Schedule 3.2 for RJ Pro-forma with actual production from 3.1.

[5] See Schedule 2.1 and 3.1 for calculation of benefits.

[6] See Schedule 2.3 for life tables used to calculate mortality factor.

M.01a-006

**M.01a-007**
4:26-cv-00381-O
*Biering v. JPMS, et al.*

**Joshua David Sappi Biering vs. J.P. Morgan Securities, LLC, JPMorgan Chase & Co., and JPMorgan Chase Bank, N.A.**
Summary of Post-Termination Earnings - Mitigation

**W-2s**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/11/2024 | 12/31/2024 | 2024 | 0.97 | $ 1,070,841 | $ 108 | $ 23,000 | $ 7,409 | $ 1,070,949 | $ 168,600 | $ 1,093,949 | $ 1,101,437 |

*Source: BIERING 5055.*

**Paystub**

**Raymond James Paystub (7.31.25)**

| | | EARNINGS | YTD Amt | Annual Amt | | Employer Paid Benefits | YTD Amt | Annual Amt |
|---|---|---|---|---|---|---|---|---|
| Term Begin | 1/1/2025 | | | | | | | |
| Term End | 7/31/2025 | Bonus- Retail | $ 96,624 | $ 165,640 | | Basic AD&D | $ 11 | $ 18 |
| Years | 0.6 | Bonus- Retail 2 | $ 45,730 | $ 78,394 | | ▮▮▮ Plan | $ 84 | $ 144 |
| | | Bonus- Retail 3 | $ 10,586 | $ 18,147 | | Employer Funding | $ 146 | $ 250 |
| | | Commission 06/21/2025 - 07/18/2025 | $ 336,380 | $ 576,652 | | GTL | $ 81 | $ 139 |
| | | FA Salary 07/16/2025 - 07/31/2025 | $ 70,000 | $ 120,000 | | Health - Base Before Tax | $ 4,308 | $ 7,385 |
| | | GTL-Taxable Port 07/16/2025 - 07/31/2025 | $ 63 | $ 108 | | | | |
| | | **Earnings Total** | $ 559,382 | $ 958,941 | | **Employer Paid Benefits Total** $ | 4,629 | $ 7,936 |

*Source: BIERING 5057.*

**Stats**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/2/2024 | 12/6/2024 | 2024 | 0.93 | $ 2,027,119 | $ 2,169,791 | $ 2,027,119 | $ 90,875,351 |
| 1/2/2025 | 1/3/2025 | 2025 | 0.00 | $ 14,625 | $ 1,779,375 | $ 2,157,514 | $ 88,770,425 |
| 1/2/2025 | 8/1/2025 | 2025 | 0.58 | $ 822,959 | $ 1,410,235 | $ 1,846,915 | $ 85,585,747 |
| 1/1/2024 | 8/15/2025 | 2025 | 1.62 | $ 2,977,786 | $ 1,835,622 | $ | $ 86,677,904 |
| | | 2024 Production | | $ 2,041,744 | | | |
| | | Jan 4 - Aug 15 2025 Production | | $ 936,042 | | | |
| | | 2025 Production | | $ 1,504,353 | | | |

*Source: RJA-Biering 000001-000067.*

03_Series_M_Damages.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_ECF_Exhibit_Filing_Batches_consolidated\03_PUBLIC_K-R\03_Series_M_Dam

M.01a-008
4:26-cv-00381-O
*Biering v. JPMS, et al.*

**Joshua David Sappi Biering vs. J.P. Morgan Securities, LLC, JPMorgan Chase & Co., and JPMorgan Chase Ba**

Raymond James Pro-forma
Source: BIERING 1314-1328

### RJ Pro-forma from BIERING 1314-1328

| | | | | | | -25% | 5% | 5% | 5% | 5% | 26% | |
| | | 12% | 11% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | |
| Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | |
| Gross Production | $ 1,062,500 | $ 1,187,500 | $ 1,312,500 | $ 1,375,000 | $ 1,443,750 | $ 1,515,938 | $ 1,591,734 | $ 1,671,321 | $ 1,754,887 | $ 1,842,632 | $ 1,934,763 | $ 16,692,525 |
| 45% Grid Payout | $ 472,813 | $ 528,438 | $ 584,063 | $ 611,875 | $ 642,469 | $ 682,172 | $ 716,280 | $ 752,094 | $ 789,699 | $ 829,184 | $ 870,643 | $ 7,479,730 |
| Payout Rate | 44.5% | 44.5% | 44.5% | 44.5% | 44.5% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 44.8% |
| **Additional Compensation** | | | | | | | | | | | | |
| Transition Assistance (Loan) | $ 1,437,500 | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $ 1,437,500 |
| Transition Assistance (AUM Backend Loan) | $   - | $ 159,375 | $ 178,125 | $ 262,500 | $ 275,000 | $   - | $   - | $   - | $   - | $   - | $   - | $ 875,000 |
| Salary | $ 120,000 | $ 120,000 | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $ 240,000 |
| RJ Retention Bonus | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $ 175,628 | $ 175,628 |
| 401 K Match/PSP/ESOP | $ 21,300 | $ 21,300 | $ 21,300 | $ 21,300 | $ 21,300 | $ 21,300 | $ 21,300 | $ 21,300 | $ 21,300 | $ 21,300 | $ 21,300 | $ 234,300 |
| **Additional Compensation Total** | $ 1,578,800 | $ 300,675 | $ 199,425 | $ 283,800 | $ 296,300 | $ 21,300 | $ 21,300 | $ 21,300 | $ 21,300 | $ 21,300 | $ 196,928 | $ 2,962,428 |
| **TOTAL COMPENSATION** | $ 2,051,613 | $ 829,113 | $ 783,488 | $ 895,675 | $ 938,769 | $ 703,472 | $ 737,580 | $ 773,394 | $ 810,999 | $ 850,484 | $ 1,067,571 | $ 10,442,158 |
| **Total Compensation as a % of Revenue** | 193.1% | 69.8% | 59.7% | 65.1% | 65.0% | 46.4% | 46.3% | 46.3% | 46.2% | 46.2% | 55.2% | |
| **TOTAL AGGREGATE COMPENSATION** | $ 2,051,613 | $ 2,880,725 | $ 3,664,213 | $ 4,559,888 | $ 5,498,656 | $ 6,202,128 | $ 6,939,709 | $ 7,713,103 | $ 8,524,102 | $ 9,374,587 | $ 10,442,158 | |
| Club Level | $   - | LC 2 | LC 2 | LC 2 | LC 2 | LC 2 | LC 2 | LC 2 | LC 2 | LC 2 | LC 2 | |
| Marketing Allowance | $ 25,000 | $ 11,875 | $ 13,125 | $ 13,750 | $ 14,438 | $ 15,159 | $ 15,917 | $ 16,713 | $ 17,549 | $ 18,426 | $ 19,348 | $ 181,300 |
| Marketing Allowance as a % of Revenue | 2.4% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.1% |

TA Backend: Each backend earned will have its own 10 year note. Bonuses are calculated using prior year production. Backend o/os are 15%115%/20%/20%
- Marketing Allowance: Year 1 is a % o f T 1 2 @ Hire.
-Anytime in first 12 months, if Josh hits 50% AUM, he would be paid 55% T12@Hire - no reduction for salary paid. Anytime in first 12 months, if he hits 75% AUM he would be paid 60% of T12@Hire - no reduction for salary paid.

### RJ Pro-forma with actual RJ 2024 and 2025 (annualized) production from Schedule 3.1

| | | -26% | 11% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | |
| Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | |
| Gross Production | $ 2,041,744 | $ 1,504,353 | $ 1,662,706 | $ 1,741,883 | $ 1,828,977 | $ 1,920,426 | $ 2,016,446 | $ 2,117,269 | $ 2,223,133 | $ 2,334,290 | $ 2,451,004 | $ 21,842,231 |
| 45% Grid Payout | $ 908,576 | $ 669,437 | $ 739,904 | $ 775,138 | $ 813,895 | $ 864,192 | $ 907,401 | $ 952,771 | $ 1,000,410 | $ 1,050,430 | $ 1,102,952 | $ 9,785,106 |
| Payout Rate | 44.5% | 44.5% | 44.5% | 44.5% | 44.5% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% | 44.8% |
| **Additional Compensation** | | | | | | | | | | | | |
| Transition Assistance (Loan) | $ 1,437,500 | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $ 1,437,500 |
| Transition Assistance (AUM Backend Loan) | $   - | $ 159,375 | $ 178,125 | $ 262,500 | $ 275,000 | $   - | $   - | $   - | $   - | $   - | $   - | $ 875,000 |
| Salary | $ 120,000 | $ 120,000 | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $ 240,000 |
| RJ Retention Bonus | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $   - | $ 175,628 | $ 175,628 |
| 401 K Match/PSP/ESOP | $ 21,300 | $ 21,300 | $ 21,300 | $ 21,300 | $ 21,300 | $ 21,300 | $ 21,300 | $ 21,300 | $ 21,300 | $ 21,300 | | |
| **Additional Compensation Total** | $ 1,578,800 | $ 300,675 | $ 199,425 | $ 283,800 | $ 296,300 | $ 21,300 | $ 21,300 | $ 21,300 | $ 21,300 | $ 21,300 | | |
| **TOTAL COMPENSATION** | $ 2,487,376 | $ 970,112 | $ 939,329 | $ 1,058,938 | $ 1,110,195 | $ 885,492 | $ 928,701 | $ 974,071 | $ 1,021,710 | $ 1,071,730 | | |
| **Total Compensation as a % of Revenue** | 121.8% | 64.5% | 56.5% | 60.8% | 60.7% | 46.1% | 46.1% | 46.0% | 46.0% | 45.9% | | |
| **TOTAL AGGREGATE COMPENSATION** | $ 2,487,376 | $ 3,457,488 | $ 4,396,818 | $ 5,455,755 | $ 6,565,950 | $ 7,451,442 | $ 8,380,143 | $ 9,354,214 | $ 10,375,923 | $ 11,447,654 | | |
| Club Level | $   - | LC 2 | LC 2 | LC 2 | LC 2 | LC 2 | LC 2 | LC 2 | LC 2 | LC 2 | | |
| Marketing Allowance | $ 25,000 | $ 11,875 | $ 13,125 | $ 13,750 | $ 14,438 | $ 15,159 | $ 15,917 | $ 16,713 | $ 17,549 | $ 18,426 | | |
| Marketing Allowance as a % of Revenue | 1.2% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | | |

TA Backend: Each backend earned will have its own 10 year note. Bonuses are calculated using prior year production. Backend o/os are 15%115%/20%/20%
- Marketing Allowance: Year 1 is a % o f T 1 2 @ Hire.
-Anytime in first 12 months, if Josh hits 50% AUM, he would be paid 55% T12@Hire - no reduction for salary paid. Anytime in first 12 months, if he hits 75% AUM he would be paid 60% of T12@Hire - no

M.01a-008

M.01a-009
4:26-cv-00381-O
*Biering v. JPMS, et al.*

**Joshua David Sappi Biering vs. J.P. Morgan Securities, LLC, JPMorgan Chase & Co., and JPMorgan Chase Bank, N.A.**
**Total Lost Earnings Detail - Assuming Additional Investment from Identified Investors**

| | Date | | | | | | | | | | | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [1] Date of Birth | 10/23/1989 | | | CPI-U and CPI-U Medical for Benefits Growth | | 3.00% [2] | | | | Gro | | | | | | | | | |
| Date of Termination | 12/22/2023 | | | Benefits - Other | | 1.45% [2] | | | | | | | | | | | | | |
| Discount Period Start Date | 9/23/2025 | | | Discount Rate | | 2.6% [3] | | | | | | | | | | | | | |

| | | 7/1/2020 | 7/2/2021 | 7/2/2022 | 11/29/2022 | 11/25/2023 | 12/27/2023 | 7/1/2024 | 7/2/2025 | 7/2/2026 | 7/2/2027 | 7/1/2028 | 7/2/2029 | 7/2/2030 | 7/2/2031 | 7/1/2032 | 7/2/2033 | 7/2/2034 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mid-Point for PV and Mortality Factor | | | | | | | | | | | | | | | | | | | |
| Year | | 2020 | 2021 | 2022 | 2023 | 2023 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | TOTAL |
| | | 1/1/2020 | 1/1/2021 | 1/1/2022 | 1/1/2022 | 10/29/2023 | | | | | | | | | | | | | Sum of Forecasted Period |
| Description | | 12/31/2020 | 12/31/2021 | 12/31/2022 | 10/28/2023 | 12/22/2023 | | | | | | | | | | | | | |
| [5] Earnings for Year | | 175,157 | 194,434 | 315,098 | 319,491 | - | - | 2,674,958 | 2,337,708 | 2,337,708 | 2,337,708 | 3,757,543 | 2,559,394 | 2,802,102 | 3,067,826 | 3,358,749 | 3,677,260 | 4,025,975 | $ 32,936,932 |
| Portion of Year | | | | | | | 0.02 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | |
| Total Gross Income for Portion of Year | | | | | | | - | 2,674,958 | 2,337,708 | 2,337,708 | 2,337,708 | 3,757,543 | 2,559,394 | 2,802,102 | 3,067,826 | 3,358,749 | 3,677,260 | 4,025,975 | 32,936,932 |
| [6] Lost Benefits - Health and GTL for Portion of Year | | | | | | | - | 6,823 | 7,028 | 7,239 | 7,239 | 14,912 | 15,359 | 15,820 | 16,294 | 16,783 | 17,287 | 17,805 | |
| Lost Benefits - Social Security | | | | | $ 9,932 | | | 10,453 | 10,918 | 11,359 | 11,818 | 12,296 | 12,793 | 13,310 | 13,848 | 14,407 | 14,989 | 15,595 | |
| Lost Benefits - Other | | | | | | | - | 38,787 | 33,897 | 33,897 | 33,897 | 54,484 | 37,111 | 40,630 | 44,483 | 48,702 | 53,320 | 58,377 | |
| Total Lost Benefits for Portion of Year | | | | | | | - | 56,063 | 51,843 | 52,495 | 52,954 | 81,692 | 65,263 | 69,760 | 74,625 | 79,892 | 85,596 | 91,777 | 761,960 |
| Total Earnings (Undiscounted)  a | | | | | | | $ - | $ 2,731,021 | $ 2,389,551 | $ 2,390,203 | $ 2,390,662 | $ 3,839,235 | $ 2,624,657 | $ 2,871,862 | $ 3,142,451 | $ 3,438,641 | $ 3,762,856 | $ 4,117,752 | $ 33,698,892 |
| Discount Rate | | | | | | | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | 2.6% | |
| Discount Period (mid-period convention) | | | | | | | (1.7413) | (1.2279) | (0.2272) | 0.7721 | 1.7714 | 2.7721 | 3.7728 | 4.7721 | 5.7714 | 6.7721 | 7.7728 | 8.7721 | |
| Present Value Factor  b | | | | | | | 1.0000 | 1.0000 | 1.0000 | 0.9805 | 0.9559 | 0.9318 | 0.9084 | 0.8855 | 0.8633 | 0.8416 | 0.8204 | 0.7998 | |
| [7] Mortality Factor  c | | | | | | | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 0.9979 | 0.9956 | 0.9933 | 0.9909 | 0.9885 | 0.9859 | 0.9833 | 0.9805 | |
| Present Value of Total Earnings  d = a * b *c | | | | | | | $ - | $ 2,731,021 | $ 2,389,551 | $ 2,343,655 | $ 2,280,283 | $ 3,561,870 | $ 2,368,240 | $ 2,520,099 | $ 2,681,570 | $ 2,853,087 | $ 3,035,321 | $ 3,228,962 | $ 29,993,659 |

[1] Relevant dates as per Schedule 1; discount period start date assumed to be arbitration date.
[2] See Schedule 2.1 for value of benefits as a percentage of income and Schedule 2.2 for CPI-U CAGR for benefits cost increase.
[3] See Schedule 2.2 for Series Rate Data. For the discount rate assumption, we analyzed the average 10-year treasury rate over the last 15 years.
[4] See Schedule 2.1 for wage information and CAGR. CAGR used is the 2021-2023 CAGR for JPM T12 Production.
[5] See Schedule 2.1 for wage information and CAGR. Earnings follow pro-forma calculation in Schedule 2.4 for years one to five, then grown annually (using compensation only from year five and not retention bonus) using growth rate described in note 4.
[6] See Schedule 2.1 for calculation of benefits.
[7] See Schedule 2.3 for life tables used to calculate mortality factor.

M.01a-009

M.01a-010
4:26-cv-00381-O
*Biering v. JPMS, et al.*

**Joshua David Sappi Biering vs. J.P. Morgan Securities, LLC, JPMorgan Chase & Co., and JPMorgan Chase Ba**
**Additional Investment from Identified Investors**
ce: BIERING 5109-5117
█ **Cap Table**

$2.50 shareprice

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| N | 283,166,758.33 | $ | 283,166,758.33 | 283,166,758.33 | 45.4% | 283,166,758.33 | 39.0% | $ 707,916,895.83 |
| N | 22,672,891.48 | $ | 22,672,891.48 | 22,672,891.48 | 3.6% | 22,672,891.48 | 3.1% | $ 56,682,228.70 |
| N | 1,000,000.00 | $ | 1,000,000.00 | 1,000,000.00 | 0.2% | 1,000,000.00 | 0.1% | $ 2,500,000.00 |
| N | 300,000.00 | $ | 300,000.00 | 300,000.00 | 0.0% | 300,000.00 | 0.0% | $ 750,000.00 |
| N | 200,000.00 | $ | 200,000.00 | 200,000.00 | 0.0% | 200,000.00 | 0.0% | $ 500,000.00 |
| Y | 74,709,083.00 | $ | 74,709,083.00 | 74,709,083.00 | 12.0% | 114,528,523.63 | 15.8% | $ 286,321,309.08 |
| Y | 5,290,917.00 | $ | 5,290,917.00 | 5,290,917.00 | 0.8% | 5,290,917.00 | 0.7% | $ 13,227,292.50 |
| Y | - | $ | 2,443,271.00 | 2,443,271.00 | 0.4% | 14,057,274.52 | 1.9% | $ 35,143,186.30 |
| Y | - | $ | 2,429,314.00 | 2,429,314.00 | 0.4% | 14,043,317.52 | 1.9% | $ 35,108,293.80 |
| Y | - | $ | (5,000.00) | (5,000.00) | 0.0% | (5,000.00) | 0.0% | $ (12,500.00) |
| Y | - | $ | 5,000.00 | 5,000.00 | 0.0% | 3,323,286.72 | 0.5% | $ 8,308,216.80 |
| Y | - | $ | 1,181,666.00 | 1,181,666.00 | 0.2% | 7,818,239.44 | 1.1% | $ 19,545,598.60 |
| Y | - | $ | 590,833.00 | 590,833.00 | 0.1% | 3,909,119.72 | 0.5% | $ 9,772,799.30 |
| Y | - | $ | 555,939.00 | 555,939.00 | 0.1% | 3,874,225.72 | 0.5% | $ 9,685,564.30 |
| Y | - | $ | 426,168.00 | 426,168.00 | 0.1% | 3,744,454.72 | 0.5% | $ 9,361,136.80 |
| Y | - | $ | 201,676.00 | 201,676.00 | 0.0% | 533,504.67 | 0.1% | $ 1,333,761.68 |
| Y | - | $ | - | - | 0.0% | 331,828.67 | 0.0% | $ 829,571.68 |
| Y | - | $ | - | - | 0.0% | 331,828.67 | 0.0% | $ 829,571.68 |
| N | - | $ | - | - | 0.0% | 3,484,199.00 | 0.5% | $ 8,710,497.50 |
| N | - | $ | - | - | 0.0% | 5,043,795.84 | 0.7% | $ 12,609,489.60 |
| N | - | $ | - | - | 0.0% | 879,346.06 | 0.1% | $ 2,198,365.15 |
| N | - | $ | - | - | 0.0% | 1,239,571.35 | 0.2% | $ 3,098,928.38 |
| Y | - | $ | - | - | 0.0% | 4,949,035.34 | 0.7% | $ 12,372,588.35 |
| Y | - | $ | - | - | 0.0% | 3,318,286.72 | 0.5% | $ 8,295,716.80 |
| N | - | $ | 283,349,001.99 | 228,818,282.38 | 36.7% | 228,818,282.38 | 31.5% | $ 572,045,705.95 |
| | **387,339,649.81** | $ | **678,517,518.80** | **623,986,799.19** | **100.0%** | **726,853,687.50** | **100.0%** | $ **1,817,134,218.75** |

| | | |
|---|---|---|
| | **Email Domain Total Estimated CMV** | $ 450,122,108 |
| 50% | **Email Domain Total Estimated CMV** | $ 225,061,054 |
| | **Average JPM T-12/ Assets Ratio** | 0.5% |
| | **Add'l T-12 from Add'l Investment** | $ 1,157,461 |

M.01a-010

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT M.01b
## Spindler Damages Analysis – Native Excel Workbook
## N/A (native file)

**Description:**   Native Excel workbook (.xlsx) containing Michael Spindler's damages model, supporting calculations, and source data.

**Relevance:**   Provides the underlying calculation model and data supporting the damages figures in the PDF report (M.01a).

**Source:**   Expert Report of Michael Spindler, CPA, CFE (B. Riley Advisory Services)

**Petition Cite:**   Dkt. 11 ¶¶ 130–140; App. A p. 16 ("Damages")

**Disclosures:**   None — reproduced as produced, no added markings

**Filing Status:**   Confidential – expert work product

M.01b-001
4:26-cv-00381-O
*Biering v. JPMS, et al.*

THIS EXHIBIT IS A NATIVE ELECTRONIC FILE

Format: Microsoft Excel Workbook (.xlsx)

The native file is filed separately as required
by the tribunal?s electronic filing procedures.

See Exhibit M.01a for the PDF rendering of
this workbook.

M.01b-001

03_Series_M_Damages.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_ECF_Exhibi

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT M.02
## Spindler CV
## M.02-001 – 002

**Description:**     Spindler damages-analysis / expert submission.

**Relevance:**      Expert damages analysis presented to the Panel; relevant to quantum under FAA review.

**Source:**        CX-029

**Petition Ref:**    App. A p. 53 ("Spindler Curriculum Vitae")

**Disclosures:**     None — reproduced as produced, no added markings

**Filing Status:**    Public - not sealed



M.02-001
4:26-cv-00381-O
*Biering v. JPMS, et al.*

# MICHAEL SPINDLER

## SENIOR MANAGING DIRECTOR

**CPA, CFF, CFE, ABV, CAMS**

mspindler@glassratner.com
(213) 409-6230
vCard

### Prominent Matters

- Expert witness on behalf of Mr. Depp in the Depp v. Heard trial. Testified on the damages incurred by Mr. Depp and in rebuttal to the damages testimony of Ms. Heard's expert.

- Expert Witness on behalf of the SEC in a successful disgorgement proceeding against promoters of oil & gas partnerships

- Witness on behalf of the State of Arizona in a criminal matter alleging an embezzlement at a Fortune 500 company

- Expert witness on damages in a large award related to the mismanagement of a casino

- Expert witness on alter ego on behalf of a writer/director against a film producer, successfully piercing through the corporate veil

- Expert Witness on behalf of successful plaintiff Chevron U.S.A. in litigation alleging violations of the Petroleum Marketing Practices Act

**Specialties:**
Accounting
Alter Ego
Damages & Lost Profit Analysis
Expert Witness
Forensic Accounting
Fraud Investigation
Intellectual Property
Internal Investigations
Litigation Support
Ponzi Schemes
White Collar Crime

**Industries:**
Financial Institution
Manufacturing
Media & Entertainment
Real Estate
Retail

Michael Spindler is a CPA and Certified Fraud Examiner who brings over 40 years of experience to complex disputes including matters related to forensic accounting and business fraud investigations across a wide range of industries. He has provided expert testimony on dozens of occasions in bench trials, jury trials and arbitration proceedings. He has provided Foreign Corrupt Practices Act investigations and training services in various countries around the world, including China, Russia, India and Saudi Arabia. Having conducted numerous high-profile investigations of public company financial statement fraud and other matters, Mr. Spindler has presented his findings to special committees and various government agencies on behalf of clients, including the Department of Justice, Federal Bureau of Investigation, Internal Revenue Service and the Office of Thrift Supervision.

Michael's clients include law firms, corporations, individuals, government agencies and non-profit organizations.

Prior to joining GlassRatner, Michael held senior leadership positions with several forensic accounting firms and was a Partner at two national public accounting firms. An experienced public speaker, Michael has authored or co-authored a number of publications on fraud-related topics and developed and presented seminars and courses on forensic accounting and litigation support issues. He is a past President of the Los Angeles Chapter of CALCPA and of the Los Angeles Chapter of the Association of Certified Fraud Examiners. He is also a past member of the Board of Trustees of the CALCPA Education Foundation and of CALCPA Council.

Representative assignments on which Mr. Spindler has worked include:

- Lost Profits/Economic Damage Assessments on behalf of Plaintiffs and Defendants

- Joint venture and shareholder disputes

- Earn-out and compensation disputes

- Fraud Investigations

- Royalty Inspections

**Exhibit**

**CX29**

CONFIDENTIAL

BIERING_0005193

www.glassratner.com



CONFIDENTIAL
M.02-001

M.02-001

M.02-002
4:26-cv-00381-O
*Biering v. JPMS, et al.*

# MICHAEL SPINDLER

## CPA, CFF, CFE, ABV, CAMS

mspind

- Film and participation audits
- Business manager reviews
- Internal Corporate Investigations in connection with allegations of management fraud, financial statement fraud and internal embezzlements
- Alter ego assessments
- Ponzi scheme investigations
- FCPA investigations and consulting

Michael is a Certified Public Accountant (licensed in California, Tennessee, New York, Nevada, Arizona, Utah and Hawaii), is Certified in Financial Forensics, is Accredited in Business Valuation (both issued by the AICPA), is a Certified Fraud Examiner (issued by the Association of Certified Fraud Examiners) and is a Certified Anti-Money Laundering Specialist ("CAMS"). Mr. Spindler graduated from the State University of New York at Albany in 1981 with a Bachelor of Science degree in Accounting and a minor degree in Economics.

CONFIDENTIAL

BIERING_0005194

www.glassratner.com



M.02-002

03_Series_M_Damages.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_ECF_Exhibi