## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT O.01
## SEC Reply March2025
## O.01-001 – 002

**Description:**      SEC / FINRA regulator correspondence.

**Relevance:**       Regulator-correspondence record bearing on the CRD / U5 public-record theory.

**Source:**           U.S. Securities and Exchange Commission – Reply (Mar. 25, 2025)

**Petition Ref:**     App. A p. 53 ("SEC Reply (Mar. 25, 2025)")

**Disclosures:**      None — reproduced as produced, no added markings

**Filing Status:**    Public - not sealed

CONFIDENTIAL

4:26-cv-00381-O
*Biering v. JPMS, et al.*

 **Outlook**

---

**Fw: From the U.S. Securities and Exchange Commission (Submission Number: 17377-231-067-602) Correction FINRA and not FinCen**

---

**From** JDSB <J████@bierfam.com>

**Date** Fri 2025-11-07 3:13 PM

**To**  JDSB <J████@bierfam.com>

---

**From:** outside.referral.liaison <outside.referral.liaison@sec.gov>

**Sent:** Tuesday, March 25, 2025 3:13 PM

**To:** j█████@gmail.com <j█████@gmail.com>

**Subject:** From the U.S. Securities and Exchange Commission (Submission Number: 17377-231-067-602) Correction FINRA and not FinCen

Dear Mr. Joshua Biering:

Thank you for the information that you submitted to the United States Securities and Exchange Commission ("Commission"). We are always interested in hearing from the public and want you to know that your submission will be given careful consideration in view of the Commission's responsibilities under the federal securities laws. Given the subject matter of your submission, however, we believe you should consider reporting your matter to the FINRA Investor Complaint Center, which can be reached as follows:

FINRA Investor Complaint Center
9509 Key West Avenue
Rockville, MD  20850-3329

Please note that the confidentiality protections afforded by other government agencies may not be the same as the Commission's confidentiality protections. Please see the Commission's Form 1662, which provides information concerning the submission of information to the Commission.

Additionally, please note that the Commission is only authorized to conduct investigations into possible violations of the federal securities laws. You should not expect the Commission to take any action to the extent your information relates to conduct outside of the scope of the federal securities laws.

It is the Commission's policy to conduct its investigations on a non-public basis to protect the integrity of the investigative process, as well as to protect the privacy of persons involved in our investigations. This means that we cannot confirm the existence or non-existence of an investigation, unless such information is made a matter of public record in proceedings brought before the Commission or in the courts.

Sincerely,

The Office of Market Intelligence
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-5631

O.01-001

CONFIDENTIAL

4:26-cv-00381-O
*Biering v. JPMS, et al.*

Please note that the confidentiality protections afforded by other government agencies n
same as the Commission's confidentiality protections. Please see the Commission's For
provides information concerning the submission of information to the Commission.

Additionally, please note that the Commission is only authorized to conduct investigations into possible violations of the federal securities laws. You should not expect the Commission to take any action to the extent your information relates to conduct outside of the scope of the federal securities laws.

It is the Commission's policy to conduct its investigations on a non-public basis to protect the integrity of the investigative process, as well as to protect the privacy of persons involved in our investigations. This means that we cannot confirm the existence or non-existence of an investigation, unless such information is made a matter of public record in proceedings brought before the Commission or in the courts.

Sincerely,

The Office of Market Intelligence
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-5631

O.01-002

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT O.2
## FINRA Investigator Emails
## O.2-001 – 003

**Description:**     SEC / FINRA regulator correspondence.

**Relevance:**     Regulator-correspondence record bearing on the CRD / U5 public-record theory.

**Source:**     FINRA investigator email chain dated January 30, 2025 – October 14, 2025

**Petition Cite:**     App. A p. 53 ("FINRA Investigator Emails (Nov. 9, 2025)")

**Disclosures:**     None — reproduced as produced, no added markings

**Filing Status:**     Public — not sealed

4:26-cv-00381-O
*Biering v. JPMS, et al.*

 Outlook

## Re: FINRA Inquiry

**From** Josh <j▮▮▮▮@gmail.com>
**Date** Tue 2025-10-14 8:32 PM
**To** Theotikos, Demetri <Demetri.Theotikos@finra.org>
**Bcc** Joshua Iacuone ("Icon") <josh@imcplaw.com>; Anna Richardson <anna@imcplaw.com>

Demetri-

I have yet to hear back from you or FINRA regarding my legitimate (and accurate) report regarding fraud on behalf of FINRA's largest member.

I have submitted an inquiry to my local Congresswomen to request a status update as I have been stonewalled despite my follow ups and time since my last follow up. Out of professional courtesy - I also welcome any such reply.

Given FINRA's status as a SRO within SEC's jurisdiction - I trust that falls within my Congresswoman's duty and jurisdiction.

I sincerely welcome any reply or response.

Regards-

Josh Biering

---

**From:** Josh <j▮▮▮▮@gmail.com>
**Sent:** Tuesday, March 18, 2025 11:40:46 PM
**To:** Theotikos, Demetri <Demetri.Theotikos@finra.org>
**Subject:** Re: FINRA Inquiry

Demetri -

JPMorgan continues to falsely and misleadingly communicate to the masses they donated 1$million to the museum which is not the case. Can you please provide an update?

---

**From:** Josh <j▮▮▮▮@gmail.com>
**Sent:** Saturday, March 15, 2025 10:12:10 PM
**To:** Theotikos, Demetri <Demetri.Theotikos@finra.org>
**Subject:** Re: FINRA Inquiry

Good Evening Demetri-

ollow back up via email. I left 2 voicemails late February and earlier this month but I haven't your office. I understand you are busy, particularly with your respective case loads, but I would

0026002
4:26-cv-00381-O
*Biering v. JPMS, et al.*

welcome and certainly appreciate an update on my original inquiry.

Can you please provide an update or point me in the right direction?

Thank you,

Josh Biering
M███████████

---

**From:** Josh <j██████@gmail.com>
**Sent:** Thursday, January 30, 2025 4:31 PM
**To:** Theotikos, Demetri <Demetri.Theotikos@finra.org>
**Subject:** Re: FINRA Inquiry

Thank you for your time, here are the documents I'm referencing.

JPMorgan Misrepresentation NMOHM Donation

---

**From:** Theotikos, Demetri <Demetri.Theotikos@finra.org>
**Sent:** Thursday, January 30, 2025 3:46 PM
**To:** j██████@gmail.com <j██████@gmail.com>
**Subject:** FINRA Inquiry

Mr. Biering,

I am reviewing the information you provided to FINRA regarding JP Morgan Securities Inc.

Please contact me at your convenience to discuss the matter. I'm located in Chicago, IL and I am available 9am – 5pm M-F CST.

I look forward to hearing from you.

Sincerely,
Demetri

Demetri G. Theotikos
Principal Investigator

FINRA - Chicago District Office
55 West Monroe Street
Suite 2700
Chicago,IL 60603-5052
Tel:  312 899-4647
Fax: 312 606-0742
demetri.theotikos@finra.org

Confidentiality Notice:: Information contained in or attached to this email may be non-public, confidential. Do not use, save, or copy any of that information, and do not share it with

05_Series_O_SEC_and_FINRA_Investigator_Communications.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\

CONFIDENTIAL

anyone else, unless you are the intended recipient. The sender has not authorized you use, or share any information provided to you in error. If the sender sent you this emai attachment by mistake, please let the sender know by replying to this email and then c

4:26-cv-00381-O
*Biering v. JPMS, et al.*

O.02-003

05_Series_O_SEC_and_FINRA_Investigator_Communications.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\