**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT Q.01
## Internal Client Redistribution Communications
## Q.01-001 – 002

| | |
|---|---|
| **Description:** | Internal client-redistribution communication. |
| **Relevance:** | Goes to the client-redistribution / book-of-business theory tied to the termination decision. |
| **Source:** | CX-144; JPMS_00028663 – JPMS_00028665 |
| **Petition Ref:** | App. A p. 54 ("Internal Client-Redistribution Communications") |
| **Disclosures:** | None — reproduced as produced, no added markings |
| **Filing Status:** | Public - not sealed |

**Q.1-001**
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Message
_____

| | |
|---|---|
| **From:** | Wang, Lan X [lan.x.wang@jpmorgan.com] |
| **Sent:** | 10/30/2023 8:21:27 PM |
| **To:** | Stewart, Ben [ben.stewart@jpmorgan.com] |
| **Subject:** | RE: Urgent Request: Josh Biering Book |
| **Attachments:** | Biering Book Analysis.xlsx |

Hi Ben,

I've split Josh's book into 3 categories:

- Investable Asset < $25MM (Keep): I believe SC should keep these clients as they are within the target population for our business. In the group, the YoY delta is +$135K.
- Investable Asset between $25MM and $100MM (Tier 1): This group has YoY delta of -$169K. One client is from Ohio which I think we should consider moving to local coverage. For the rest I think we should consider moving to PC as the wallet share is pretty high among this group.
- Investable Asset > $25MM (Tier 2): We should keep A▮▮ P▮▮▮ in SC since the total TCP is less than $10MM. The rest can be moved to PC when the timing is right.

Let me know if you need anything else.

Thank you!
Lan

_____

**Lan Wang** | Associate | Business Finance Manager | **J.P. Morgan Private Bank** | T: 972 324 6968 | lan.x.wang@jpmorgan.com | jpmorgan.com/privatebank

**J.P. Morgan Securities LLC** | **JPMorgan Chase Bank, N.A.**

JPMC Internal Use Only

**From:** Stewart, Ben (WM, USA) <ben.stewart@jpmorgan.com>
**Sent:** Sunday, October 29, 2023 2:07 PM
**To:** Wang, Lan X (WM, USA) <lan.x.wang@jpmorgan.com>
**Subject:** Urgent Request: Josh Biering Book
**Importance:** High

Lan,

Can you help me generate some sort of excel file with every client relationship that is in Josh Biering's book? Josh resigned over the weekend and we need to immediately start working on who will take over. Given the book he has, we need to look at who the current investor is as well.

Separately, I'd like for you and I to work through the revenue benefits and drags in his book as we have the opportunity to move some of these back to Partner Coverage.

Q.1-001

07_Series_Q_Internal_Client_Redistribution.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026



Q.1-002
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Thanks,

---

**Ben Stewart Jr.**, CFP® | Executive Director | Market Team Lead | **J.P. Morgan Private Bank**
420 Throckmorton St, Floor 03 | Fort Worth, TX 76102 | T: 817 884 4003 | M: 817 845 9676 |
ben.stewart@jpmorgan.com | privatebank.jpmorgan.com

Client Service Team: 877 576 2874

Click here to see the JPMorgan Chase Privacy Policy: https://www.jpmorgan.com/pages/privacy



J.P. Morgan Securities LLC | JPMorgan Chase Bank, N.A.

Our *Form CRS* (Client Relationship Summary) and *Guide to Investment Services and Brokerage Products* contain important information about the ways we can serve you, the different investment products and services we offer, their fees and costs, how we are compensated and potential conflicts of interest we may have.

**NOT AN OFFICIAL CONFIRMATION OR VALUATION OF ANY TRANSACTION. Trade instructions will not be accepted through Electronic Mail (E-mail).** For informational purposes only. This does not represent an official account of the holdings, balances, or transactions made in your account. Please refer to your monthly account statement for the official record of all of your account activities. For questions, please call your J.P. Morgan representative. JPMorgan Chase & Co. and its affiliates and employees do not provide tax, legal or accounting advice. You should consult your own tax, legal and accounting advisors before engaging in any financial transactions. Please submit personal information to J.P. Morgan through a secure manner (e.g., Secure Message Center, Client Exchange, postal mail, fax or in person). **Important risk considerations for certain investment products and asset classes can be found HERE.**

**INVESTMENT AND INSURANCE PRODUCTS: ● NOT A DEPOSIT ● NOT FDIC INSURED ● NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY ● NO BANK GUARANTEE ● MAY LOSE VALUE**

**JPMorgan Chase Bank, N.A.** and its affiliates (collectively "JPMCB") offer investment products, which may include bank-managed accounts and custody, as part of its trust and fiduciary services. Other investment products and services, such as brokerage and advisory accounts, are offered through **J.P. Morgan Securities LLC** ("JPMS"), a member of FINRA and SIPC. Annuities and insurance products are made available through Chase Insurance Agency, Inc. ("CIA"), a licensed insurance agency, doing business as Chase Insurance Agency Services, Inc. in Florida. JPMS and CIA are affiliated companies under the common control of JPMorgan Chase & Co. Products not available in all states.

Q.1-002

JPMS_00028664

07_Series_Q_Internal_Client_Redistribution.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT Q.01b

## Wang ↔ Stewart Teams Messages – Biering Book / Production Growth Coordination (Oct. 30 – Nov. 2, 2023)

## Q.01b-001 – 004

**Description:** Microsoft Teams direct-message chains between Stewart and Lan X. Wang on the redistribution of Biering's book of business (CX-217, CX-218). Discusses team production metrics, growth attainment, and book-of-business handoff timing during the active investigation period.

**Relevance:** Companion to Q.1 (CX-144 Wang→Stewart "Urgent Request Josh Biering Book" email + Biering Book Analysis attachment). Goes to client-redistribution / book-of-business theory tied to the termination decision, with concrete production-growth metrics that frame the damages quantum.

**Source:** CX217-1 – CX218-2 [JPMS_00029363 – JPMS_00029369] (Wang/Stewart Teams; Biering Book / production growth)

**Petition Ref:** App. A p. 54 ("Internal Client-Redistribution Communications")

**Disclosures:** None — reproduced as produced, no added markings

**Filing Status:** Public - not sealed

Q.1b-001
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Message

| | |
|---|---|
| **From**: | lan.x.wang@jpmorgan.com [Teams:lan.x.wang@jpmorgan.com] |
| **Sent**: | 10/30/2023 1:16:59 PM |
| **To**: | ben.stewart@jpmorgan.com [Teams:ben.stewart@jpmorgan.com] |
| **Subject**: | DIRECT_CHAT-ben.stewart@jpmorgan.com,lan.x.wang@jpmorgan.com |

# Details: DIRECT_CHAT-ben.stewart@jpmorgan.com,lan.x.wang@jpmorgan.com

**Network**: Teams                                    **Channel**: Chat
**Cluster**: teams                                    **Participants**: 2
**Start-Time**: Oct 30 2023 13:16:59.464 +0000        **End-Time**: Oct 30 2023 19:18:56.462 +0000
**Full Meta Data**: See Attachment: snapshot-meta.html

lan.x.wang@jpmorgan.com (lan.x.wang@jpmorgan.com)   Oct 30 2023 13:16:59   **ID 313694095_43290548**

sure I am working on this

lan.x.wang@jpmorgan.com (lan.x.wang@jpmorgan.com)   Oct 30 2023 13:17:17   **ID 313694097_43290548**

will let you know some time today and we can discuss over the phone

ben.stewart@jpmorgan.com (ben.stewart@jpmorgan.com)   Oct 30 2023 13:18:55   **ID 313694937_43290548**
Thanks Lan, I think there's an opportunity for us to send pain points back to PC that we didn't necessarily want when josh came over. That being said I want to hang on to what we want and I need your help there. I've got a basic list but I'm not sure what to fight to keep

lan.x.wang@jpmorgan.com (lan.x.wang@jpmorgan.com)   Oct 30 2023 13:20:37   **ID 313694099_43290548**

I am thinking about combining the revenue and flows data with tcp, wallet share and net worth. also comparing josh's clients with other SC clients and some of our peer markets' SC clients

lan.x.wang@jpmorgan.com (lan.x.wang@jpmorgan.com)   Oct 30 2023 13:20:57   **ID 313694116_43290548**

so we can make an argument that we can keep those

ben.stewart@jpmorgan.com (ben.stewart@jpmorgan.com)   Oct 30 2023 13:21:38   **ID 313694933_43290548**
Perfect. Thanks Lan, I think there's ones we definitely want to push to PC too to get off our balances

lan.x.wang@jpmorgan.com (lan.x.wang@jpmorgan.com)   Oct 30 2023 13:22:51   **ID 313694113_43290548**

yep for the ones we want to push back we can also go in from those angles (maybe the client's position is to complicated for SC or it is a legacy PC relationship that Josh took over - no room to grow and just need to be back to PC)

ben.stewart@jpmorgan.com (ben.stewart@jpmorgan.com)   Oct 30 2023 13:24:28   **ID 313694934_43290548**
Perfect. Thanks for the extra help here Lan.



**Exhibit**

**CX217**

Q.1b-001

JPMS_00029363

07_Series_Q_Internal_Client_Redistribution.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026

Q.1b-002

4:26-cv-00381-O

*Biering v. JPMS, et al.*

Ian.x.wang@jpmorgan.com (Ian.x.wang@jpmorgan.com)    Oct 30 2023 19:25:16    ID 313694127_43290...

of course! I was planning to do it this week anyway. didn't expect that it happened so fast...

Ian.x.wang@jpmorgan.com (Ian.x.wang@jpmorgan.com)    Oct 30 2023 18:56:04    ID 313694135_43290548

got time?

ben.stewart@jpmorgan.com (ben.stewart@jpmorgan.com)    Oct 30 2023 19:11:32    ID 313694947_43290548

yes maam. Zoom?

Ian.x.wang@jpmorgan.com (Ian.x.wang@jpmorgan.com)    Oct 30 2023 19:11:41    ID 313694166_43290548

sure

ben.stewart@jpmorgan.com (ben.stewart@jpmorgan.com)    Oct 30 2023 19:18:56    ID 313694955_43290548

Mike Colby is also the biggest risk to leave if he is elsewhere

Q.1b-002

JPMS_00029364

07_Series_Q_Internal_Client_Redistribution.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026

Q.1b-003
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Message

| | |
|---|---|
| **From:** | ben.stewart@jpmorgan.com [Teams:ben.stewart@jpmorgan.com] |
| **Sent:** | 11/2/2023 1:19:33 PM |
| **To:** | lan.x.wang@jpmorgan.com [Teams:lan.x.wang@jpmorgan.com] |
| **Subject:** | DIRECT_CHAT-ben.stewart@jpmorgan.com,lan.x.wang@jpmorgan.com |

# Details: DIRECT_CHAT-ben.stewart@jpmorgan.com,lan.x.wang@jpmorgan.com

**Network:** Teams                                    **Channel:** Chat
**Cluster:** teams                                     **Participants:** 2
**Start-Time:** Nov 02 2023 13:19:33.290 +0000         **End-Time:** Nov 02 2023 17:57:52.260 +0000
**Full Meta Data:** See Attachment: snapshot-meta.html

ben.stewart@jpmorgan.com (ben.stewart@jpmorgan.com)   Nov 02 2023 13:19:33   **ID 313695176_43290559**
Just to confirm, we don't have a finance plan for revenue for 2024 SC right?

ben.stewart@jpmorgan.com (ben.stewart@jpmorgan.com)   Nov 02 2023 13:39:34   **ID 313695182_43290559**

Also, given its comp planning time, are you able to help me with run rate revenues for our incumben advisors across the floor?

lan.x.wang@jpmorgan.com (lan.x.wang@jpmorgan.com)   Nov 02 2023 14:19:37   **ID 313694313_43290559**

No we do not have plan for 2024 revenue but I can give you the estimate of how it will look like with the flow plan

lan.x.wang@jpmorgan.com (lan.x.wang@jpmorgan.com)   Nov 02 2023 14:19:43   **ID 313694314_43290559**

yes running the run-rate now

lan.x.wang@jpmorgan.com (lan.x.wang@jpmorgan.com)   Nov 02 2023 14:36:21   **ID 313694315_43290559**

| Banker | 2022 FY | 2023 Run Rate | YoY |
|---|---|---|---|
| Allison M Westmoreland | 2,718,397 | 2,895,519 | 7% |
| Andrew D Lewis | 178,701 | 255,466 | 43% |
| Ben Stewart Jr. | 3,062,052 | 2,943,646 | -4% |
| Jason McMillan | 3,326,520 | 3,458,838 | 4% |
| Jeremiah M MacNamara | 1,007,877 | 1,103,380 | 9% |
| John M Bator | 145,277 | 255,668 | 76% |
| Joseph Monty | 2,976,888 | 3,056,318 | 3% |
| Joshua D Biering | 4,634,827 | 5,348,613 | 15% |
| Keith Wiley | 2,257,137 | 2,565,112 | 14% |
| Patrick Browning | - | 201 | N/A |
| Regan M Hasley | 288,554 | 407,548 | 41% |
| Samuel W Perry | - | 733 | N/A |

Exhibit
**CX218**

Q.1b-003

JPMS_00029368

07_Series_Q_Internal_Client_Redistribution.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026

Q.1b-004
4:26-cv-00381-O
*Biering v. JPMS, et al.*

| | | |
|---|---|---|
| Shay Boitmann | 96,214 | 140,272 |
| William L Brawley | 2,986,057 | 2,786,481 |
| Grand Total | 23,678,501 | 25,217,794 |

Ian.x.wang@jpmorgan.com (Ian.x.wang@jpmorgan.com)  Nov 02 2023 14:36:26  **ID 313694316_43290559**

here you go

ben.stewart@jpmorgan.com (ben.stewart@jpmorgan.com)  Nov 02 2023 17:57:18  **ID 320787821_43290559**

Got another question, you have a second?

Ian.x.wang@jpmorgan.com (Ian.x.wang@jpmorgan.com)  Nov 02 2023 17:57:39  **ID 320787820_43290559**

Sure

ben.stewart@jpmorgan.com (ben.stewart@jpmorgan.com)  Nov 02 2023 17:57:45  **ID 320787823_43290559**

office line?

ben.stewart@jpmorgan.com (ben.stewart@jpmorgan.com)  Nov 02 2023 17:57:52  **ID 320787832_43290559**

or you can call me 817 884 4442

Q.1b-004

07_Series_Q_Internal_Client_Redistribution.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026

JPMS_00029369