# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

---

# PUBLIC APPENDIX T-U
## Exhibits T-U
## T.01 - U.14 | 17 Attachments | 88 Pages

---

### PUBLIC FILING

This appendix batch is organized by exhibit series. Each row identifies the exhibit range, attachment count, page total, and a brief description of the series.

**T.**   T.01 - T.08   |   5 attachments   |   15 pages
EAP/FMLA, personnel-file, and related employment-record materials.

**U.**   U.02 - U.14   |   12 attachments   |   73 pages
Employee Relations and Jacobs investigation materials, with public/redacted or sealed treatment as applicable.

00_MAIN_NOTICE_04_PUBLIC_T-U.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29