## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT T.01
## HR Service Tickets
## T.01-001 – 004

**Description:**      HR service / personnel-file record.

**Relevance:**      Personnel-file / HR service-ticket record bearing on the termination sequence and personnel-record-request theory.

**Source:**      JPM Internal Record – HR Service Tickets

**Petition Ref:**      App. A p. 54 ("HR Service Tickets")

**Disclosures:**      None — reproduced as produced, no added markings

**Filing Status:**      Public - not sealed

# HR Talent Management Case Details

| | |
|---|---|
| Report Title | HR Talent Management Case Details |
| Run Date and Time | 2024-03-06 12:48:13 Argentine Time |
| Run by | Camila Alvarez |
| Table name | sn_hr_core_case_talent_management |

## HR Talent Management Case

| | | | |
|---|---|---|---|
| Number: | HRC0151920 | State: | Closed Complete |
| Transferred from: | | Resolution : | Education provided |
| Transferred to: | | Approval: | Not Yet Requested |
| Opened for: | Ben Stewart Jr. | Priority: | 3 - Moderate |
| Opened for contact: | | Source: | Self Service |
| Subject person: | Joshua Biering | Opened: | 2023-10-17 16:24:41 |
| Subject person contact: | | Opened by: | Ben Stewart Jr. |
| Stage: | | Skip auto assign: | false |
| Display order: | | Assignment group: | HR_NA_HRA_HRAnswers |
| HR service: | Career & Performance | Assigned to: | Arbs Bulaong |
| HR service subtype: | Career | Collaborators: | |
| HR service subtype topic: | I have a problem | Template: | Career & Performance |
| Restrict: | false | | |
| Parent: | | | |
| HR profile: | Ben Stewart Jr. | | |
| PDF Template: | | | |
| Skills: | | | |
| Related cases: | | | |

Short description:

Career & Performance case for Ben Stewart Jr.

Description:

The following fields have been provided:Are you submitting this for or about another employee?: YesSelect the employee: Joshua BieringWhat type of support do you need?: Career profileHow can we help you?: I have a problemPlease provide additional details or questions.: I have questions over an employees corporate card and spending activity. I have seen expense report totals and transactions that concerns me around abuse of the system. Can someone help me audit the expense reports related to          for Josh Biering.

Original Description:

The following fields have been provided:Are you submitting this for or about another employee?: YesSelect the employee: Joshua BieringWhat type of support do you need?: Career profileHow can we help you?: I have a problemPlease provide additional details or questions.: I have questions over an employees corporate card and spending activity. I have seen expense report totals and transactions that concerns me around abuse of the system. Can someone help me audit the expense reports related to          for Josh Biering.

Business justification:

Country travelling to:

Visa category:

## Background Check Details

| | | |
|---|---|---|
| Background check details: | Drug screening details: | |
| Background check order ID: | Drug screening provider reference ID: | |
| Background check provider reference ID: | Drug screening status: | |
| | Drug screening result: | |

**Exhibit**

**CX182**

01_Series_T_HR_and_Personnel.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC

T.01-002
4:26-cv-00381-O
*Biering v. JPMS, et al.*

| | |
|---|---|
| Background check status: | |
| Background check result: | |
| Background check percentage complete: | |

## Comments/Worknotes

**Additional comments:**

2023-10-18 18:54:49 - Arbs Bulaong (Additional comments)
Hello Ben,

My name is Arbs, thank you for contacting HR Answers. I appreciate you reaching out and I hope this response finds you well. I understand your query regarding one of your employee's use of the corporate credit card. Let me provide some information.

Upon checking, HR answers may only be able to provide assistance regarding regular payroll and others connected to it. For concerns regarding the Corporate Credit Card, I can give you a couple of ways to reach out to the proper team to assist.

First, you may send an email to Accounts_Payable_Americas@jpmchase.com for further information regarding the corporate card if they can assist. You may also go to this website go/AskGSS then at the middle part of the screen where you see the tiles for apps, please click "View More" until you find "Corporate Card and Expenses". There, you could find additional assistance.

I also strongly suggest for you to check on go/Code for the Code of Conduct concern if indeed there was an abuse of Corporate product. After verifying from the Code, you can call our Code Reporting Hotline to report the incident. You may call them through 1-855-576-2633 anytime since they are open 24/7.

If you are satisfied with the answers provided, kindly accept the resolution by clicking 'Yes' in the Actions button. Should you have other questions about a different topic, kindly create another inquiry.

Thanks,
Arbs
HR Answers
For general help and resources on HR related topics, visit me@jpmc.

2023-10-17 16:24:41 - Ben Stewart Jr. (Additional comments)
User Ben Stewart Jr. has initiated a Career & Performance request

**Work notes:**

| | |
|---|---|
| Related List Title | HR Case List |
| Table name | sn_hr_core_case |
| Query Condition | Sys ID in da53afd69372f9581718366d6cba1081, 3b06814e93fdb994a198fc0d6cba101c, 63ecfa99837d79503ac632347daad395 |
| Sort Order | Created in descending order |

3 HR Cases

| Number | State | Opened for | Subject person | HR service | Short description | Assignment group | Assigned to |
|---|---|---|---|---|---|---|---|
| HRC0422429 | Closed Complete | Ben Stewart Jr. | Joshua Biering | Leaving the Company Support | Leaving the Company Support case for Ben Stewart Jr. | HR_GLB_EDOServicing | Lydia Dsouza |
| HRC0098308 | Closed Complete | Ben Stewart Jr. | | Employee Behavior Assistance | Career & Performance case for Ben Stewart Jr. | HR_AM_ER_Onshore | Beth Wilson |

**JPMS000730**

T.01-002

01_Series_T_HR_and_Personnel.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT T.02
## EAP / FMLA Correspondence
## T.02-001

**Description:**    Employee Assistance Program (EAP) and FMLA-related correspondence between Biering and JP Morgan HR.

**Relevance:**    Documents Biering's use of protected leave and employer's responses; relevant to FMLA retaliation claims.

**Source:**    JPMS production / Petitioner's records

**Petition Ref:**    Dkt. 11 ¶¶ 38–45; App. A p. 6

**Disclosures:**    None — reproduced as produced, no added markings

**Filing Status:**    Confidential – medical / FMLA records

T.02-001
4:26-cv-00381-O
*Biering v. JPMS, et al.*



Stephanie >

iMessage
Sep 14, 2023 at 7:51 AM

Good Morning Stephanie- Josh Biering here!
If you don't mind- I would much appreciate a call from our local JPM EAP contact you referenced.

Hi Josh. I have sent your contact info to John Tuttle with JPM. I asked that he call you today or tomorrow.

Thank you!

Oct 6, 2023 at 10:34 AM

Hi Stephanie- do you have a few minutes for a call today? This is Josh Biering from Fort Worth. Sorry to bother you again

Hi Josh. I have a few minutes to

T.02-001
01_Series_T_HR_and_Personnel.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_ND

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT T.06a

## Biering Request for Personnel File (Dec. 2023)

## T.06a-001 – 002

| | |
|---|---|
| **Description:** | Claimant's written request to JPMS for his complete personnel file under applicable employee-records statutes. |
| **Relevance:** | Establishes the timely, written request that triggered JPMS's personnel-file production obligation; predicate for the denial in T.6b and the personnel-file claims. |
| **Source:** | CX167-1 – CX167-2 [JPMS_00027146 – JPMS_00027147] |
| **Petition Ref:** | App. A p. 54 ("Biering EM requesting personnel file (Nov. 29, 2023)") |
| **Disclosures:** | None — reproduced as produced, no added markings |
| **Filing Status:** | Public - not sealed |

**T.6a-001**
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Message

| | |
|---|---|
| **From:** | Stewart, Ben [ben.stewart@jpmorgan.com] |
| **Sent:** | 11/29/2023 11:09:44 PM |
| **To:** | Stainback, Stephanie [Stephanie.Stainback@jpmorgan.com] |
| **Subject:** | FW: [EXTERNAL]Garden Leave Terms & Conditions/ Employee Rights- J. Biering- I662283 |
| **Attachments:** | Resignation email for Josh Biering_10.28.2023.pdf; Statement_JPMorgan_Year End_2022_Biering.pdf; Resignation from JPMorgan for Joshua Biering- 10.28.2023.pdf |

---

**Ben Stewart Jr.**, CFP® | Executive Director | Market Team Lead | **J.P. Morgan Private Bank** |
420 Throckmorton St, Floor 03 | Fort Worth, TX 76102 | T: 817 884 4003 | M: 817 845 9676 |
ben.stewart@jpmorgan.com | privatebank.jpmorgan.com

**Client Service Team:** 877 576 2874

Click here to see the JPMorgan Chase Privacy Policy: https://www.jpmorgan.com/pages/privacy



J.P. Morgan Securities LLC | JPMorgan Chase Bank, N.A.

Our *Form CRS* (Client Relationship Summary) and *Guide to Investment Services and Brokerage Products* contain important information about the ways we can serve you, the different investment products and services we offer, their fees and costs, how we are compensated and potential conflicts of interest we may have.

**NOT AN OFFICIAL CONFIRMATION OR VALUATION OF ANY TRANSACTION. Trade instructions will not be accepted through Electronic Mail (E-mail).** For informational purposes only. This does not represent an official account of the holdings, balances, or transactions made in your account. Please refer to your monthly account statement for the official record of all of your account activities. For questions, please call your J.P. Morgan representative. JPMorgan Chase & Co. and its affiliates and employees do not provide tax, legal or accounting advice. You should consult your own tax, legal and accounting advisors before engaging in any financial transactions. Please submit personal information to J.P. Morgan through a secure manner (e.g., Secure Message Center, Client Exchange, postal mail, fax or in person). **Important risk considerations for certain investment products and asset classes can be found HERE.**

**INVESTMENT AND INSURANCE PRODUCTS: ● NOT A DEPOSIT ● NOT FDIC INSURED ● NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY ● NO BANK GUARANTEE ● MAY LOSE VALUE**

**JPMorgan Chase Bank, N.A.** and its affiliates (collectively "JPMCB") offer investment products, which may include bank-managed accounts and custody, as part of its trust and fiduciary services. Other investment products and services, such as brokerage and advisory accounts, are offered through **J.P. Morgan Securities LLC** ("JPMS"), a member of FINRA and SIPC. Annuities and insurance products are made available through Chase Insurance Agency, Inc. ("CIA"), a licensed insurance agency, doing business as Chase Insurance Agency Services, Inc. in Florida. JPMS and CIA are affiliated companies under the common control of JPMorgan Chase & Co. Products not available in all states.

---

**From:** Josh Biering <josh.biering@gmail.com>
**Sent:** Wednesday, November 29, 2023 5:00 PM
**To:** Employee Records <employee.records@chase.com>
**Cc:** Josh Iacuone <iacuone@roggedunngroup.com>; Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>; Aughinbaugh, John T (WM, USA) <john.t.aughinbaugh@jpmorgan.com>; Stewart, Ben (WM, USA) <ben.stewart@jpmorgan.com>; Hitchcock, Kyle E (WM, USA) <kyle.e.hitchcock@jpmorgan.com>
**Subject:** [EXTERNAL]Garden Leave Terms & Conditions/ Employee Rights- J. Biering- I662283

To Whom It May Concern-

I tried contacting ask HR this morning and afternoon, requesting a copy of the details and Terms/Conditions outlined in a Garden Leave policy I have never been provided nor prompted to sign.

**Exhibit**

**CX167**

01_Series_T_HR_and_Personnel.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC



I spoke with a contact from the JPMorgan Chase HR Manager Escalations Team named Britt
me that she was not at liberty to share this information.  Per the guidance I received from ask
was instructed to contact this email address while also contacting my Manager(s). Given the
circumstances- I welcome any additional guidance as communication has been incredibly limited.

After being told at 4:00pm CST on Friday, 10/27/2023, I was being placed on an "Involuntary Paid
Administrative Leave" and no further information was provided/shared. My initial thought was this was in
retaliation/response to my concerns I have escalated to my management/leadership on multiple occasions
related to my dissatisfaction with the workplace toxicity and my desire to seek employment elsewhere.

Due to the lack of communication and continued toxicity, I resigned on 10/28/2023- a copy of my resignation
submitted through me@JPMC along with a copy of the email notice I circulated to leadership attached.

All I could find related to terms and conditions for my Garden Leave Policy are embedded in a hyperlink in the
attached Year end 2022 JPMorgan Statement. This is a document/ hyperlink I do not have access to as
JPMorgan revoked all of my entitlements and access to JPMorgan systems.

**Can you please provide me with a copy of the Terms and Conditions of my Garden Leave Policy, Notice
Period and overall Employment Contact?**

**Furthermore, please advise how I should submit my 2023 Year End Self-Assessment as I do not want to
forfeit any earned incentives/compensation tied to my nationally recognized Gold performance for metric
year ending September 30, 2023.**

The timing and/or delayed response and communication/notification to me is starting to make me very
concerned with my general rights as a former(?) or current(?) employee given the fact that the brand-new clients
I brought into the bank are actively being courted by multiple members of the JPMorgan Team today.  Purely
speculation backed by several supporting facts, however, leads me to believe this is structured and orchestrated
as a form of weaponizing my transition to a new Employer.

I welcome any and all information.

Many thanks,

Josh

01_Series_T_HR_and_Personnel.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC

## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
|    *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
|    *Respondents.* | § | |

# EXHIBIT T.06b
## JPM Personnel File Denial (Dec. 22, 2023)
## T.06b-001

**Description:**   JPM's December 22, 2023 letter denying or limiting Claimant's personnel-file request.

**Relevance:**   Operative denial document for the personnel-file claim; pairs with T.6a (Claimant's request) to establish the request-and-denial sequence.

**Source:**   JPM HR correspondence – personnel-file denial letter (Dec. 22, 2023)

**Petition Ref:**   App. A p. 54 ("Biering EM requesting personnel file (Nov. 29, 2023)")

**Disclosures:**   None — reproduced as produced, no added markings

**Filing Status:**   Public - not sealed



JPMorgan Ch.

December 22, 2023

Joshua Biering
3900 Bent Elm Ln
Fort Worth, TX 76109

Re: **Request for Personnel Records**

Dear Joshua Biering:

JPMorgan Chase respectfully denies your request to release personnel records.

Should you wish to subpoena these records, please address it to the corresponding entity/entities:

    __X__ JPMorgan Chase Bank, N.A. (credit cards, depository, checking, savings, mortgage, loans, and employment records)

    _____ JPMorgan Securities LLC (for securities and investment-related records)

Then, please send the request to the following address:

        Attn:  JPMorgan Chase
               RCO Centralized Mail
               Mail Code: LA4-7300
               700 Kansas Lane
               Monroe, LA. 71203-4774

Sincerely,

JPMorgan Chase, Employee Records Department
4041 Ogletown Road
Newark, DE 19713

01_Series_T_HR_and_Personnel.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT T.08
## HR System Notes
## T.08-001 – 004

**Description:**     HR service / personnel-file record.

**Relevance:**       Personnel-file / HR service-ticket record bearing on the termination sequence and personnel-record-request theory.

**Source:**          CX-189; JPMS_00000792 – JPMS_00000796

**Petition Ref:**    App. A p. 54 ("HR System Notes (Dec. 3, 2023)")

**Disclosures:**     None — reproduced as produced, no added markings

**Filing Status:**   Public - not sealed

**CONFIDENTIAL**

# Employee Relations Case Details

T.08-001
4:26-cv-00381-O
*Biering v. JPMS, et al.*

| | |
|---|---|
| Report Title | Employee Relations Case Details |
| Run Date and Time | 2024-03-06 12:56:49 Argentine Time |
| Run by | Camila Alvarez |
| Table name | sn_hr_er_case |

## Employee Relations Case

| | | | |
|---|---|---|---|
| Number: | HRC0426680 | State: | Closed Complete |
| Parent: | | Resolution : | Duplicate |
| Transferred from: | HRC0445952 | Approval: | Not Yet Requested |
| External opened for: | false | Priority: | 3 - Moderate |
| Opened for: | Joshua Biering | Source: | Self Service |
| Opened for contact: | | Opened: | 2023-12-03 13:04:22 |
| Subject person: | Joshua Biering | Opened by: | Joshua Biering |
| Subject person contact: | | Skip auto assign: | true |
| Stage: | | Assignment group: | HR_AM_ER_Onshore |
| Display order: | | Assigned to: | Linda Padilla |
| Preferred contact method: | Not Specified | Collaborators: | |
| HR service: | Dispute or Appeal Assistance | Template: | Dispute or Appeal Assistance |
| HR service subtype: | Dispute or appeal | | |
| HR service subtype topic: | I want to dispute my position elimination/redundancy | | |
| HR profile: | Joshua Biering | | |
| PDF Template: | | | |
| Incident date: | | | |
| Skills: | | | |
| Exclude: | false | | |
| Related cases: | | | |

Short description:

Career & Performance case for Joshua Biering

Description:

The following fields have been provided:Are you submitting this for or about another employee?: NoWhat type of support do you need?: CareerHow can we help you?: I have a problemPlease provide additional details or questions.: I was informed I was terminated on 12/1/2023 for violation of the JPMorgan Code of Conduct. I submitted my Voluntary Resignation due to my dissatisfaction with workplace conditions on 10/28/2023. At the time of my voluntary resignation that was accepted by JPMorgan's HR, I was informed that my notice period was 60 days, and my effective termination date would be 12/26/2023. Given the recent news, I need help with the following: 1. I feel that the workplace investigation that was completed was partial, biased, incomplete, and did not interview several material witnesses. I would like to formally request documentation, evidence, and the overall claims for the findings that were made without an opportunity for me to review or submit a response. I feel these are all factors that developed and support my claim that a wrongful termination and constructive termination took place. 2. I requested, on multiple occasions, the privacy policy in which I'm concerned because JPMorgan, per terms of a privacy policy I do not have access to, can try and claim they have access to my personal mobile devices. 3. I requested, on multiple occasions, the terms and conditions of my Garden Leave Policy/Notice Period that outlines what is or is not permissible during my Garden Leave. I still, am actively requesting this documentation and have not received anything. 4. I am now requesting a copy of my Termination agreement/provisions as to review what JPMorgan alleges are their rights/ my rights, particularly towards contacting former colleagues/employees and/or alleged clients. 5. I would like to review the Self Assessment/official performance review I submitted to my manager for performance/metric year 2023. I feel that I am still entitled to incentive compensation for my performance in 2023. 6. I would like to formally request that my Peer Reviews/Feedback since my employment with JPMorgan are shared with me. If they cannot be shared via this medium without formal legal action- I request, that JPMorgan makes a meaningful effort to preserve that documentation and feedback.

Original Description:

**Exhibit**
**CX189**

**JPMS000792**

T.08-001

T.08-002
4:26-cv-00381-O
*Biering v. JPMS, et al.*

# Employee Relations Case Details

The following fields have been provided:Are you submitting this for or about another employee?: NoWhat type of support do you n
you?: I have a problemPlease provide additional details or questions.: I was informed I was terminated on 12/1/2023 for violation o
Conduct. I submitted my Voluntary Resignation due to my dissatisfaction with workplace conditions on 10/28/2023. At the time of
was accepted by JPMorgan's HR, I was informed that my notice period was 60 days, and my effective termination date would be 12/
news, I need help with the following: 1. I feel that the workplace investigation that was completed was partial, biased, incomplete, and did not interview several
material witnesses. I would like to formally request documentation, evidence, and the overall claims for the findings that were made without an opportunity for
me to review or submit a response. I feel these are all factors that developed and support my claim that a wrongful termination and constructive termination took
place. 2. I requested, on multiple occasions, the privacy policy in which I'm concerned because JPMorgan, per terms of a privacy policy I do not have access to,
can try and claim they have access to my personal mobile devices. 3. I requested, on multiple occasions, the terms and conditions of my Garden Leave
Policy/Notice Period that outlines what is or is not permissible during my Garden Leave. I still, am actively requesting this documentation and have not received
anything. 4. I am now requesting a copy of my Termination agreement/provisions as to review what JPMorgan alleges are their rights/ my rights, particularly
towards contacting former colleagues/employees and/or alleged clients. 5. I would like to review the Self Assessment/official performance review I submitted to
my manager for performance/metric year 2023. I feel that I am still entitled to incentive compensation for my performance in 2023. 6. I would like to formally
request that my Peer Reviews/Feedback since my employment with JPMorgan are shared with me. If they cannot be shared via this medium without formal
legal action- I request, that JPMorgan makes a meaningful effort to preserve that documentation and feedback.

## Comments/Worknotes

**Additional comments:**

2023-12-06 11:14:22 - Neil Franccini Cortezano (Additional comments)
2023-12-04 00:04:22 - Joshua Biering (Additional comments)
User Joshua Biering has initiated a Career & Performance request

**Work notes:**

2024-01-19 13:20:16 - Linda Padilla (Work notes)
This inquiry is being closed as a duplicate matter as the former employee also raised allegations of retaliation against his manager for raising concerns as well
allegations of inappropriate conduct - behavioral misconduct.   Dispute / Appeal is being reviewed as part of case # EC_NA_1207234613 - ER Investigator Julie
Sanchez

2023-12-06 11:16:11 - Neil Franccini Cortezano (Work notes)
Directing case as a Dispute/Appeal of Termination for Conduct in related case #EC_NA_1026230312

As this inquiry is from a now "Former Employee", no ServiceNow email acknowledgment was sent to the Submitter.

2023-12-06 11:14:22 - Neil Franccini Cortezano (Work notes)
2023-12-05 04:41:57 - Mel Teope (Work notes)
received call from ee following up on this case. forwarding to ER. ee is requesting to be contacted at ████████asap.
kindly assist

| | |
|---|---|
| Related List Title | Task SLA List |
| Table name | task_sla |
| Query Condition | Task = HRC0426680 |
| Sort Order | None |

2024-03-06 12:36:43 Argentine Time

T.08-002

01_Series_T_HR_and_Personnel.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC

JPMS000793

T.08-053
4:26-cv-00381-O
*Biering v. JPMS, et al.*

| Task | SLA definition | Stage | Type | Target | Business time left | Business elapsed time | Business elapsed percentage | | |
|---|---|---|---|---|---|---|---|---|---|
| HRC0426680 | ER - 30 day | Completed | | | 0 Seconds | 12 Days 1 Hour 25 Minutes | 107.19 | 2023-12-06 11:14:21 | 2024-01-19 13:25:30 |

| | |
|---|---|
| Related List Title | Involved Party List |
| Table name | sn_hr_er_involved_party |
| Query Condition | HR case = HRC0426680 |
| Sort Order | Name in ascending order |

1 Involved Parties

| HR case | Display name | Type |
|---|---|---|
| HRC0426680 | Joshua Biering | Reporting party |

| | |
|---|---|
| Related List Title | Evidence List |
| Table name | sn_em_evidence |
| Query Condition | Parent = 0ac6e0c44703f99806b0c43d026d43e0 |
| Sort Order | Number in ascending order |

None

| | |
|---|---|
| Related List Title | Employee Relations Case List |
| Table name | sn_hr_er_case |
| Query Condition | Sys ID in 3b06814e93fdb994a198fc0d6cba101c, 6a708d62474ab190a6ec9915126d437f, 141744f4934b3dd8a2f833db5cba107b |
| Sort Order | in ascending order |

3 Employee Relations Cases

| Number ▲ | Short description | HR service subtype | State | User ID | Subject person | Opened for | Assignment group | Assigned to | Created |
|---|---|---|---|---|---|---|---|---|---|
| HRC0098308 | Career & Performance case for Ben Stewart Jr. | Behavioral | Closed Complete | | | Ben Stewart Jr. | HR_AM_ER_Onshore | Beth Wilson | 2023-10-09 16:08:35 |
| HRC0202694 | Employee Behavior Assistance case for Stephanie Stainback | Behavioral | Closed Complete | | | Stephanie Stainback | HR_GLB_ER_AdminIntake | Kita Dytiapco-Purcia | 2023-10-25 14:34:46 |

JPMS000794

T.08-003

01_Series_T_HR_and_Personnel.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC

Employee Relations Case Details

| Number ▲ | Short description | HR service subtype | State | User ID | Subject person | Opened for | Assignment group |
|---|---|---|---|---|---|---|---|
| HRC0426682 | Leaving the Company Support case for Joshua Biering | General question | Closed Complete | I662283.TERM | Joshua Biering | Joshua Biering | HR_GLB_ER_AdminIntake |

| | |
|---|---|
| Related List Title | Associated Allegation List |
| Table name | sn_hr_er_m2m_allegation_party |
| Query Condition | Subject of allegation HR case = HRC0426680 |
| Sort Order | None |

None

| | |
|---|---|
| Related List Title | Accommodation List |
| Table name | sn_hr_er_accommodation |
| Query Condition | Employee User = Joshua Biering |
| Sort Order | None |

None

2024-06-06 12:36:43 Argentine Time

JPMS000795

T.08-004

01_Series_T_HR_and_Personnel.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-04-29_EC