# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT U.02
## Jacobs Investigation Summary s
## U.02-001 – U.02-027

| | |
|---|---|
| **Description:** | Jacobs / Sanchez internal HR-investigation record. |
| **Relevance:** | Investigation-file record; central to Stewart-credibility and termination-rationale arguments. |
| **Source:** | CX-120 |
| **Petition Ref:** | App. A p. 54 ("Jacobs Investigation Summary") |
| **Disclosures:** | None — reproduced as produced, no added markings |
| **Filing Status:** | Public – not sealed |

U.02-001
4:26-cv-00381-O
*Biering v. JPMS, et al.*

-001124

U.02-001

02_Series_U_ER_Investigation_Materials.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0

**Referral Channel**
HR Business Partner

**Submitting Party**
I106272

**Submitting Party Phone Number**

**Alternate**
9999999999

Notes

**Recent Notes**

01/02/2024, 19:58:00 Updated by Jacobs, Jonathan
original -01/02/2024, 19:58:00

███████████████████████████████████

01/02/2024, 19:55:11 Updated by Jacobs, Jonathan
original -01/02/2024, 19:55:11
Attachment removed by Srikanth Javvadi. Case re-recommended to conclude.

01/02/2024, 16:01:33 Updated by Jacobs, Jonathan
original -01/02/2024, 16:01:33
ERP submitted techhub ticket to help remove the attachment that does not have a hyperlink. ERP contacted by Ayelen Samarra and Michael Lunsford to help with issue.

12/22/2023, 14:42:16 Updated by Custodio, Cozy P
original -12/22/2023, 14:42:16
Justification comments: Connected with ERP.

12/22/2023, 00:11:12 Updated by Padilla, Linda
original -12/22/2023, 00:11:12
Justification comments: approved to adjust statements made in preliminary conclusion

12/21/2023, 18:56:06 Updated by Jacobs, Jonathan
original -12/21/2023, 18:56:06

████████████████████████████████

12/05/2023, 17:49:58 Updated by Jacobs, Jonathan
original -12/05/2023, 17:47:25
Per Aileen Marilla (SID: R625885), "As I checked this again it seems that everything is okay now, as the termination reason of the employee shows as Misconduct."

12/01/2023, 19:04:32

-001125

U.02-002

U.02-003
126-cv-00381-O
*Biering v. JPMS, et al.*

original -12/01/2023, 19:04:32

Subject's manager advised ERP that he has processed the termination.

11/29/2023, 19:55:23 Updated by Jacobs, Jonathan

original -11/29/2023, 19:55:23

Subject's manager and skip-level manager both approved the Recommendation for Termination ("RFT") draft. See attachments for email approval.

11/27/2023, 16:45:30 Updated by Jacobs, Jonathan

original -11/27/2023, 15:37:44

███████████████████████████████████████████████████████

11/27/2023, 21:06:35 Updated by Jacobs, Jonathan

original -11/20/2023, 19:00:27

HRBA Stephanie Stainback sent an email (attached hereto) that says that someone such as Subject needs approval to stay/lodge with clients. See attached email.

11/20/2023, 18:51:08 Updated by Jacobs, Jonathan

original -11/20/2023, 18:51:08

HRBA Stephanie Stainbeck said that Global Security matter did not result in a found violation of the code of conduct. Therefore, ERP scheduled meeting with Stainbeck and                              for 11/27 to discuss next steps.

11/29/2023, 20:05:31 Updated by Jacobs, Jonathan

original -11/16/2023, 20:15:20

HR Supervision ("HRS") check performed - Subject is not eligible for HRS. Update: ERP ran HRS check again on November 29, 2023, and Subject is still not eligible for HRS.

11/14/2023, 13:25:12 Updated by Jacobs, Jonathan

original -11/14/2023, 13:25:12

ERP waiting to disposition until conclusion of Global Security investigation related hereto, so that both cases can be dispositioned at the same time.

11/10/2023, 17:21:53 Updated by Jacobs, Jonathan

original -11/10/2023, 17:21:53

Related case is linked hereto because it is a concurrent investigation into Subject, and both cases will be dispositioned at the same time, per guidance from Legal.

11/09/2023, 22:48:34 Updated by Padilla, Linda

original -11/09/2023, 22:46:14

ERP & Manager discussed the case and agreed case is ███████████████████ - Outcome Termination. Subject resigned from the firm so the term code once processed will note Misconduct Later Determined.

-001126

U.02-003

U.02-004
4:26-cv-00381-O
*Biering v. JPMS, et al.*

11/09/2023, 22:45:32 Updated by Padilla, Linda

original -11/09/2023, 22:45:32

ERP & Manager discussed the case; thororugh review conducted. ok to move to dispositio with the GS matter

11/06/2023, 16:21:49 Updated by Jacobs, Jonathan

original -11/06/2023, 16:21:49

ERP scheduled interview with Subject for November 7, 2023 at 2:30 p.m. EST, with Threat Management partner Chris Magee also attending.

11/01/2023, 19:34:59 Updated by Jacobs, Jonathan

original -11/01/2023, 19:34:59

ERP connected with HRBA Stephanie Stainback and Global Security ("GS") Nadia Mauraira to discuss GS case. Mauraira said that, upon advice from GS counsel, any interview by ERP should be separate from the GS interview. GS and ERP will endeavor to disposition cases at the same time.

10/30/2023, 19:12:43 Updated by Jacobs, Jonathan

original -10/30/2023, 19:12:43

ERP was advised that Subject resigned on October 28, 2023.

10/30/2023, 19:11:48 Updated by Jacobs, Jonathan

original -10/30/2023, 19:11:48

10/27/2023, 21:22:54 Updated by Jacobs, Jonathan

original -10/27/2023, 21:10:02

ERC requested to be placed on paid administrative leave, as per ERP's offer. ██████████████

10/27/2023, 21:09:41 Updated by Jacobs, Jonathan

original -10/27/2023, 21:09:41



nd told him about

-001127

U.02-004



U.02-005
4:26-cv-00381-O
Biering v. JPMS, et al.

-001128

U.02-005

02_Series_U_ER_Investigation_Materials.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0

U.02-006

4:26-cv-00381-O

*Biering v. JPMS, et al.*

-001129

U.02-006

U.02-020
126-cv-00381-O
*Biering v. JPMS, et al.*

| Kelly Ann Kimball | Employee | V817686 | Employee Raising Complaint | | PRTY_REL_ |
| Ben Stewart Jr. | Employee | N682989 | Subject Manager | | PRTY_REL_ |
| ███████████ | | ███████████ | | | |
| Stephanie Stainback | Employee | U729056 | HR Business Advisor | | PRTY_REL_ |
| Joshua Biering | Employee | I662283 | Subject (Primary) | | PRTY_REL_NA_1026232749 |
| Nadia Muraira | Employee | I780946 | Relevant Partner | | PRTY_REL_NA_1109238702 |

## Attachments

| File Name | File Description | File Size | Date Added |
|---|---|---|---|
| Joshua Biering.pdf | HRC0202694 | 0.02 | 10/26/2023 |
| Acronym Explanation list.docx | List of acronyms used | 0.013 | 11/09/2023 |
| FW__EXTERNAL_Josh Biering Resignation.msg | Email notifying that Subject resigned | 0.087 | 10/30/2023 |
| Rapid Response Opening Memo--J_Biering I662283.msg | Rapid Response Opening Memo email | 0.117 | 10/30/2023 |
| FW_ Business Hospitality.msg | Email from Stephanie Stainback on 11 20 2023 | 0.09 | 11/20/2023 |
| RFT approvals.pdf | Approval of Recommendation for Termination from manager and next-level manager | 0.932 | 11/29/2023 |
| HRS_Eligibility_Template1.xlsx | HR Supervision Results | 0.017 | 11/29/2023 |
| HRS Eligibility Results.msg | HR Supervision Results email | 0.104 | 11/29/2023 |
| RFT - Biering.pdf | Recommendation for Termination | 0.249 | 11/30/2023 |
| RR Closing Memo.pdf | Rapid Response Closing Memo - email | 0.823 | 11/30/2023 |

## Facilities

No data in Facilities

## Associated Work Item

| Item ID | Relationship | Type | Subtype | Status | Owner |
|---|---|---|---|---|---|
| EC_NA_1020239740 | Reference Only | Theft from Firm | Expense Reimbursement | Case Closed | Muraira, Nadia/I780946 |
| EC_NA_1207234613 | Reference Only | Retaliation | Complaint/Allegation | Case Closed | Sanchez, Julie/V689725 |

## Notifications

| Type | Recipient | Method | Date Notified | Updated By | Date Added | Notification Id |
|---|---|---|---|---|---|---|
| Initial Stakeholder Notification | Stephanie Stainback, HRBA | Phone | Oct 27,2023 | Jacobs, Jonathan (D639971) | 10/27/2023, 17:09:17 | NTFY_NA_1027239290 |

## Financials

No data in financials

-001143

U.02-020

02_Series_U_ER_Investigation_Materials.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0

U.02-021
4:26-cv-00381-O
*Biering v. JPMS, et al.*

U.02-021

-001144

U.02-022

4:26-cv-00381-O

*Biering v. JPMS, et al.*



-001145

U.02-022

02_Series_U_ER_Investigation_Materials.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0





-001146

U.02-023





U.02-024

02_Series_U_ER_Investigation_Materials.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0-

U.02-025
4:26-cv-00381-O
Biering v. JPMS, et al.



-001148

U.02-025

02_Series_U_ER_Investigation_Materials.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0

U.02-026
4:26-cv-00381-O
Biering v. JPMS, et al.

-001149

U.02-026

02_Series_U_ER_Investigation_Materials.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0

U.02-027
4:26-cv-00381-O
Biering v. JPMS, et al.



U.02-027

02_Series_U_ER_Investigation_Materials.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT U.03r
## Jacobs Opening Memo (Redacted)
## U.03r-001 – 002

**Description:**    Jacobs / Sanchez internal HR-investigation record.

**Relevance:**    Investigation-file record; central to Stewart-credibility and termination-rationale arguments.

**Source:**    CX-129; JPMS_00029307 – JPMS_00029309

**Petition Ref:**    App. A p. 54 ("Jacobs Opening Memo – REDACTED")

**Disclosures:**    Redactions: As produced from FINRA filing (party-redacted).

**Filing Status:**    Public - not sealed



U.3r-001
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Message

**Sent:**     11/2/2023 2:33:43 PM
**To:**        Ginzburg, Natalie (HR, USA) [natalie.ginzburg@jpmorgan.com]
**Subject:**   FW: Rapid Response Opening Memo--J. Biering I662283

**Jonathan A. Jacobs** | Vice President | Employee Relations, HR Special Investigations | JPMorgan Chase & Co. | 545 Washington Blvd, Floor 12, Jersey City, New Jersey 07310|
(t) 551-205-4056| jonathan.jacobs@jpmchase.com | Pronouns: he/him/his

**From:** Jacobs, Jonathan (HR, USA)
**Sent:** Friday, October 27, 2023 6:05 PM
**To:** Broda, Reid R (Legal, USA) <reid.r.broda@jpmchase.com>; Press, Patrick (HR, USA) <patrick.press@chase.com>; Koch, Scott R (Legal, USA) <scott.r.koch@jpmchase.com>; Williams, Tara S (HR, USA) <tara.s.williams@jpmchase.com>; Padilla, Linda (HR, USA) <linda.padilla@jpmchase.com>; Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>; Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>
**Cc:** Magee, Christopher J <christopher.j.magee@jpmorgan.com>
**Subject:** Rapid Response Opening Memo--J. Biering I662283

Good Afternoon,

We recently became aware of a complaint by ███████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████

**Alleged Actions/Comments**

Today, Global Security/Threat Management Partner Christopher Magee and I spoke with ████████████ ████

Inappropriate ████████████

▪ ████████████████████████████████████████
  ████████████████████████████
▪ ████████████████████████████████████████
  ████████████████████████████████
▪ ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████
▪ ████████████████████████████████████████
  ████████████████
▪ ████████████████████████████████████████
  ████████████████████████████████████

**Inappropriate Conduct**

• ████████████████████████████████████████
  ██████████████████████
▪ ████████████████████████████████████
▪ ████████████████████████████████████████
  ████████████

**Rapid Response Review**

Exhibit

**CX129**

U.3r-001

02_Series_U_ER_Investigation_Materials.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0



- ████████████████████████████████████████████████████████

- Subject's manager and the HRBA have been engaged, and are in alignment that Subject shou██ paid administrative leave effective end of day today. Subject was notified of this leave within the last 20 minutes. He has been provided standard talking points, including the phone number for EAP.
- ER and Global Security are continuing to review this matter. Notably, Subject is also the subject in a separate Global Security investigation, unrelated to the instant allegation.
- Besides that other investigation, Subject has no notable conduct or performance history.
- Subject has a hire date of May 23, 2016 and has worked as a SC Banker since February 16, 2023. He received performance review ratings of O/S/S/ in 2022, and S/S/O in 2021.

## Next Steps

- As noted, Subject will be placed on a paid administrative leave effective end of day.
- ERC will begin her paid administrative leave on October 30.
- ER and Global Security will interview Subject and any other relevant parties.
- ER to determine if review of any documents is necessary to the outcome in the investigation.

Please let me know if you have any questions or would like further information.

Thank you,

Jonathan

**Jonathan A. Jacobs** | Vice President | Employee Relations, HR Special Investigations | JPMorgan Chase & Co. | 545 Washington Blvd, Floor 12, Jersey City, New Jersey 07310|
(t) 551-205-4056| jonathan.jacobs@jpmchase.com | Pronouns: he/him/his

U.3r-002

JPMS_00029308

02_Series_U_ER_Investigation_Materials.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0█

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT U.04r
Jacobs Closing Memo (Redacted)
U.04r-001 – 003

**Description:**   Jacobs / Sanchez internal HR-investigation record.

**Relevance:**   Investigation-file record; central to Stewart-credibility and termination-rationale arguments.

**Source:**   CX-172; JPMS_00029313 – JPMS_00029316

**Petition Ref:**   App. A p. 54 ("Jacobs Closing Memo – REDACTED")

**Disclosures:**   Redactions: As produced from FINRA filing (party-redacted).

**Filing Status:**   Public - not sealed

Message

| | |
|---|---|
| **From:** | Cohen, Jena B [jena.b.cohen@jpmorgan.com] |
| **Sent:** | 12/1/2023 12:04:55 AM |
| **To:** | Stainback, Stephanie [Stephanie.Stainback@jpmorgan.com] |
| **Subject:** | RE: Rapid Response Closing Memo--J. Biering I662283 |

Thank you

**From:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Date:** Thursday, Nov 30, 2023 at 1:23 PM
**To:** Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>
**Subject:** FW: Rapid Response Closing Memo--J. Biering I662283

**From:** Jacobs, Jonathan (HR, USA) <jonathan.jacobs@jpmchase.com>
**Sent:** Thursday, November 30, 2023 12:21 PM
**To:** Broda, Reid R (Legal, USA) <reid.r.broda@jpmchase.com>; Press, Patrick (HR, USA) <patrick.press@chase.com>; Koch, Scott R (Legal, USA) <scott.r.koch@jpmchase.com>; Williams, Tara S (HR, USA) <tara.s.williams@jpmchase.com>; Padilla, Linda (HR, USA) <linda.padilla@jpmchase.com>; Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>; Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>
**Subject:** Rapid Response Closing Memo--J. Biering I662283

Confidential

J. Biering – Rapid Response – Closing Memo

As noted in the Rapid Response Opening Memo, a matter was referred to Employee Relations and Global Security ("GS") regarding alleged sexual harassment by Joshua "Josh" Biering ("Subject"), SID I662283.

Investigation:

- As detailed below, ERP and Christopher Magee from Global Security/Threat Management ██████████ ███████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████ ███████████ ███████████████████████████████████████████████████████████████████ ███████████████████████████ ▌███████████████████████████████████████████████████████████████████ ███████

- Subject was placed on paid administrative leave on October 27, 2023, following the ERP/GS interview of ERC.

- Subject resigned from the firm on October 28, 2023. His "garden leave" notice period was scheduled to run until December 26, 2023.

- ERP and GS interviewed Subject on November 7, 2023. ████████████████████████ ███████████████████████████████████████████████████████████████████ ██████████████████████████ (Subject denied the physical allegations that ERC credibly detailed.)



**Exhibit**
**CX172**

JPMS_00029313

U.4r-001



**U.4r-002**
4:26-cv-00381-O
*Biering v. JPMS, et al.*

- As noted below, Subject was also the subject in a separate GS investigation. That investigati⟨ with no supported allegations.

As a result of the ER investigation, it was found that Subject violated the Code of Conduct and Anti-H and that the allegation of Sexual Harassment is Supported. This is due especially to Subject being in a ⟨ role over ERC. The Recommended Outcome is Termination. ER has communicated these findings to HR Legal, who has reviewed the Recommendation for Termination ("RFT"). The RFT has also been approved by Subject's manager and next-level manager, and the HR Supervision check has been duly run. Subject's termination will be communicated to him on December 1, 2023.

Please let me know if you have any questions, or would like any further information.

Thank you,

Jonathan

**Jonathan A. Jacobs** | Vice President | Employee Relations, HR Special Investigations | JPMorgan Chase & Co. | 545 Washington Blvd, Floor 12, Jersey City, New Jersey 07310|
(t) 551-205-4056| jonathan.jacobs@jpmchase.com | Pronouns: he/him/his

---

**From:** Jacobs, Jonathan (HR, USA)
**Sent:** Friday, October 27, 2023 6:05 PM
**To:** Broda, Reid R (Legal, USA) <reid.r.broda@jpmchase.com>; Press, Patrick (HR, USA) <patrick.press@chase.com>; Koch, Scott R (Legal, USA) <scott.r.koch@jpmchase.com>; Williams, Tara S (HR, USA) <tara.s.williams@jpmchase.com>; Padilla, Linda (HR, USA) <linda.padilla@jpmchase.com>; Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>; Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>
**Cc:** Magee, Christopher J <christopher.j.magee@jpmorgan.com>
**Subject:** Rapid Response Opening Memo--J. Biering I662283

Good Afternoon,

██████████████████████████████████████████████████
██████████████████████████████████████████
████████████████████████████

**Alleged Actions/Comments**

Today, Global Security/Threat Management Partner Christopher Magee and I spoke with ███████████████
█████

**Inappropriate Physical Contact**

- ████████████████████████████████████████
  ████████████████████████

- ████████████████████████████████████████
  ████████████████████████

- ████████████████████████████████████████
  ████████████████████████████████████
  ██████████████████████████████████
  ████████████████████████████████████
  ██████████████████████

- ████████████████████████████████████████
  ████████████████████

U.4r-002

JPMS_00029314

02_Series_U_ER_Investigation_Materials.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0⟨



U.4r-003
4:26-cv-00381-O
*Biering v. JPMS, et al.*

████████████████████████████

**Inappropriate Conduct**
- ERC said that, since the golf outing, Subject has texted her – sometimes using the encrypted ap̶ daily. She has recently blocked his text messages.

- ████████████████████████████

█ ████████████████████████████
████████████

**Rapid Response Review**
- As noted, ERC spoke with ERP and Chris Magee this afternoon. Magee provided ERC with Global Security resources. ER advised her of the opportunity to take a paid administrative leave. ████████████
████████████████

- Subject's manager and the HRBA have been engaged, and are in alignment that Subject should be placed on a paid administrative leave effective end of day today. Subject was notified of this leave within the last 20 minutes. He has been provided standard talking points, including the phone number for EAP.

- ER and Global Security are continuing to review this matter. Notably, Subject is also the subject in a separate Global Security investigation, unrelated to the instant allegation.

- Besides that other investigation, Subject has no notable conduct or performance history.

- Subject has a hire date of May 23, 2016 and has worked as a SC Banker since February 16, 2023. He received performance review ratings of O/S/S/ in 2022, and S/S/O in 2021.

**Next Steps**
- As noted, Subject will be placed on a paid administrative leave effective end of day.

- ERC will begin her paid administrative leave on October 30.

- ER and Global Security will interview Subject and any other relevant parties.

- ER to determine if review of any documents is necessary to the outcome in the investigation.

Please let me know if you have any questions or would like further information.

Thank you,

Jonathan

**Jonathan A. Jacobs** | Vice President | Employee Relations, HR Special Investigations | JPMorgan Chase & Co. | 545 Washington Blvd, Floor 12, Jersey City, New Jersey 07310|
(t) 551-205-4056| jonathan.jacobs@jpmchase.com | Pronouns: he/him/his

U.4r-003

JPMS_00029315

02_Series_U_ER_Investigation_Materials.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0-

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT U.5

## Sanchez Interview Pages – Stewart's Denial (Impeachment)
## U.5-001 – 015

**Description:** Interview pages from HR investigator Sanchez capturing Stewart's denials of having received the Sept. 27, 2023 draft self-assessment (V.5a) and the Oct. 27, 2023 PTO / OOO-sick email thread (W.1).

**Relevance:** Direct impeachment of Stewart: denies receipt of emails on which he was a named To: recipient. Cross-reference V.5a (Sept. 27 draft assessment) and W.1 (Oct. 25–27 PTO / OOO-sick thread – Stewart himself replied on Oct. 27 at 8:11 AM) for primary proof of actual receipt.

**Source:** CX-188 [JPMS_00029151 – JPMS_00029165 (curated impeachment subset)]

**Petition Cite:** App. A p. 54 ("Sanchez Interview Pages")

**Disclosures:** Redactions: Client name redacted on pp. 5–6 where interviewee refers to MB2 Dental (burned black boxes; unredacted preserved in SEALED packet).

**Filing Status:** Public — not sealed

U.5-001
4:26-cv-00381-O
*Biering v. JPMS, et al.*

**Interview Summary**
On 12/20, ERP Julie Sanchez and Rache

**Interviewed Party**
Rachel Tidwell-Neal (Relevant Partner)

**Interview Date**
Dec 20,2023

**Interview Id**
INTVW_NA_1220235330

**Interview Summary**

Jonathan Jacobs shared the following on 12/21 at 11:30am CT -He was assigned the case on 10/27, he and Global Security spoke to ERC ███████████ that day, and he worked with Ben Stewart to place Joshua on a paid administrative leave that day. The following day, Joshua submitted his resignation. -Other than being Joshua's managers, Ben and John Aughinbaugh did not have any influence and did not share their own opinions on the investigation or outcome. HRBA Stephanie Stainback reported the allegations to ER after Kyle Hitchcock told Stephanie about it. Kyle is Kelly's mentor and noticed she seemed withdrawn, and Kelly eventually confided in Kyle ███████████ Jonathan vaguely remembers Joshua mentioning something about texts that both he and ███ exchanged ██████████████████████ ██████████████████████ -The main issue is even if ████ texted Joshua, there was a ████████████████ did not technically ████ Joshua, the ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ direct manager does not have day-to-day interaction with Kelly ██████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████

**Interviewed Party**
Jonathan Jacobs (Relevant Partner)

**Interview Date**
Dec 21,2023

**Interview Id**
INTVW_NA_1221235547

**Interview Summary**

Joshua (goes by Josh) Biering shared the following on 1/9 at 4:29pm CT (Julie called Josh on his cell phone and the call lasted for 21 minutes) -ERP Julie Sanchez let Josh know that

U.5-001



U.5-002



U.5-002



U.5-003

U.5-003

02_Series_U_ER_Investigation_Materials.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0-



U.5-004
4:26-cv-00381-O
*Biering v. JPMS, et al.*

U.5-004



U.5-004

02_Series_U_ER_Investigation_Materials.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0



U.5-005

02_Series_U_ER_Investigation_Materials.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0



U.5-006
4:26-cv-00381-O
*Biering v. JPMS, et al.*

U.5-006

U.5-006

02_Series_U_ER_Investigation_Materials.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0



U.5-007

U.5-007

02_Series_U_ER_Investigation_Materials.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0-



U.5-008

4:26-cv-00381-O

*Biering v. JPMS, et al.*

U.5-008

02_Series_U_ER_Investigation_Materials.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0



U.5-009





U.5-009

02_Series_U_ER_Investigation_Materials.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0

**U.5-010**

4:26-cv-00381-O

*Biering v. JPMS, et al.*





U.5-010

02_Series_U_ER_Investigation_Materials.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0

**U.5-011**
4:26-cv-00381-O
*Biering v. JPMS, et al.*

U.5-011

U.5-011

02_Series_U_ER_Investigation_Materials.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0



U.5-012
4:26-cv-00381-O
*Biering v. JPMS, et al.*

U.5-012



U.5-013

U.5-013

02_Series_U_ER_Investigation_Materials.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0-



U.5-014
4:26-cv-00381-O
*Biering v. JPMS, et al.*

U.5-014



**U.5-015**
4:26-cv-00381-O
*Biering v. JPMS, et al.*

U.5-015

U.5-015

02_Series_U_ER_Investigation_Materials.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT U.06r
## ER Case Opening Oct26 (Redacted)
## U.06r-001 – 003

**Description:**     Jacobs / Sanchez internal HR-investigation record.

**Relevance:**     Investigation-file record; central to Stewart-credibility and termination-rationale arguments.

**Source:**     CX-122; JPMS_00001303 – JPMS_00001306

**Petition Ref:**     ¶¶ 65, 66 (Dkt. 11); App. A p. 54 ("ER Case Opening – REDACTED")

**Disclosures:**     Redactions: As produced from FINRA filing (party-redacted).

**Filing Status:**     Public - not sealed



U.6r-001
4:26-cv-00381-O
*Biering v. JPMS, et al.*

# Employee Relations Case Details

| | |
|---|---|
| Report Title | Employee Relations Case Details |
| Run Date and Time | 2023-10-26 23:43:31 Philippines Standard Time |
| Run by | Kita Dytiapco- Purcia |
| Table name | sn_hr_er_case |

## Employee Relations Case

| | | | |
|---|---|---|---|
| Number: | HRC0202694 | State: | Ready |
| Parent: | | Resolution : | |
| Transferred from: | | Approval: | Not Yet Requested |
| External opened for: | false | Priority: | 3 - Moderate |
| Opened for: | Stephanie Stainback | Source: | Self Service |
| Opened for contact: | | Opened: | 2023-10-26 01:34:46 |
| Subject person: | | Opened by: | Stephanie Stainback |
| Subject person contact: | | Skip auto assign: | false |
| Stage: | | Assignment group: | HR_GLB_ER_AdminIntake |
| Display order: | | Assigned to: | Kita Dytiapco- Purcia |
| Preferred contact method: | Not Specified | Collaborators: | |
| HR service: | Employee Behavior Assistance | Template: | Employee Behavior Assistance |
| HR service subtype: | Behavioral | | |
| HR service subtype topic: | I want to address an individual's behavior | | |
| HR profile: | Stephanie Stainback | | |
| PDF Template: | | | |
| Incident date: | | | |
| Skills: | | | |
| Case update: | false | | |
| Related cases: | | | |

**Short description:**

Employee Behavior Assistance case for Stephanie Stainback

**Description:**

The following fields have been provided:How can we help you?: I want to address an individual's behaviorUser: Joshua BieringInvolved Party Type: respondentWhat have you done to address the behavior with the person(s) in question?: I am escalating a concern raised by a manager related to potential inappropriate behavior by an Executive Director (I662283) and his female analyst.  I am the HRBA and can provide details to the ER case manager once assigned.Please describe the specific behavioral concerns.: We believe the employee above may have made inappropriate sexual advances toward his female analyst.

**Original Description:**

The following fields have been provided:How can we help you?: I want to address an individual's behaviorUser: Joshua BieringInvolved Party Type: respondentWhat have you done to address the behavior with the person(s) in question?: I am escalating a concern raised by a manager related to potential inappropriate behavior by an Executive Director (I662283) ▮▮▮▮▮▮▮▮▮  I am the HRBA and can provide details to the ER case manager once assigned.Please describe the specific behavioral concerns.: We believe the employee above may have made in▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮

## Comments/Worknotes

**Additional comments:**

2023-10-26 01:34:46 - Stephanie Stainback (Additional comments)
User Stephanie Stainback has initiated a Employee Behavior Assistance request

**Exhibit CX122**

IAL

JPMS001303

2023-10-26 23:43:31 Philippines Standard Time

U.6r-001

02_Series_U_ER_Investigation_Materials.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0-

CONFIDENTIAL



U.6r-002

4:26-cv-00381-O

*Biering v. JPMS, et al.*

Related List Title

Table name

Query Condition

Sort Order

1 Task SLAs

| Task | SLA definition | Stage | Type | Target | Business time left | Business elapsed time | Business elapsed percentage | Start time | Stop time |
|------|----------------|-------|------|--------|--------------------|-----------------------|-----------------------------|------------|-----------|
| HRC0202694 | ER - 30 day | In progress | | | 10 Days 23 Hours 22 Minutes | 6 Hours 37 Minutes | 2.46 | 2023-10-26 01:34:46 | |

Related List Title

Table name

Query Condition

Sort Order

2 Involved Parties

| HR case | Display name ▼ | Type |
|---------|----------------|------|
| HRC0202694 | Stephanie Stainback | Submitting party |
| HRC0202694 | Joshua Biering | Subject of incident |

Related List Title

Table name

Query Condition

Sort Order

Related List Title

Table name

Query Condition

Sort Order

U.6r-002

U.6r-003
4:26-cv-00381-O
*Biering v. JPMS, et al.*

| Number ▲ | State | Opened for | HR service | Short description | |
|---|---|---|---|---|---|
| HRC0015275 | Closed Complete | Employee Relations Anonymous NAMR | Employee Behavior Assistance | | |
| HRC0098308 | Work in Progress | Ben Stewart Jr. | Employee Behavior Assistance | Career & Performance case for Ben Stewart Jr. | |
| HRC0116576 | Closed Complete | Employee Relations Anonymous NAMR | Employee Behavior Assistance | Employee Behavior Assistance request for Employee Relations Anonymous NAMR | |
| HRC0162502 | Work in Progress | Patrick Minnick | Performance Management Assistance | Performance Management Assistance case for Patrick Minnick | Madison Kovach |

Related List Title

Table name

Query Condition

Sort Order

None

Related List Title

Table name

Query Condition

Sort Order

None

U.6r-003

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT U.07

## Jacobs Email to Biering investigation questioning
## U.07-001

**Description:**     Jacobs / Sanchez internal HR-investigation record.

**Relevance:**     Investigation-file record; central to Stewart-credibility and termination-rationale arguments.

**Source:**     CX-152; JPMS_00023429 – JPMS_00023430

**Petition Ref:**     App. A p. 54 ("Jacobs EM to Biering – investigation questioning (Nov. 2, 2023) 55")

**Disclosures:**     None — reproduced as produced, no added markings

**Filing Status:**     Public - not sealed

U.07-001
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Appointment

| | |
|---|---|
| **From:** | Jacobs, Jonathan (HR, USA) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0DA06F12967A49D88BF7186AAF76FD60-764AC4D3 |
| **Sent:** | 11/2/2023 8:13:16 PM |
| **To:** | j███████g@gmail.com |
| **Subject:** | Confidential Investigation |
| **Location:** | https://jpmchase.zoom.us/j/3277583727 |
| **Start:** | 11/6/2023 3:30:00 PM |
| **End:** | 11/6/2023 4:00:00 PM |
| **Show Time As:** | Tentative |
| **Required Attendees:** | j███████g@gmail.com |

When: Monday, November 06, 2023 10:30 AM-11:00 AM (UTC-05:00) Eastern Time (US & Canada).
Where: https://jpmchase.zoom.us/j/3277583727

Note: The GMT offset above does not reflect daylight saving time adjustments.

*~*~*~*~*~*~*~*~*

Hello Josh,

I'm an employee relations partner with ER's Investigations and Conduct group. ER works on a variety of workplace issues affecting employees. I would like to have a confidential meeting with you about an investigation.

This is time sensitive. Please use the accept option at the top of this invitation to let me know you're attending. If you can't make it at the time I've suggested please reply and give me some other options for when you can meet.

1.      Using the Zoom app on a computer or smart device (for video & audio). To join by app, launch Zoom and press "join" then enter my meeting ID: 327 758 3727.
2.      Calling in by phone (for audio only). Dial 888-475-4499, then enter my meeting ID: 327 758 3727 and #. There is no participant ID needed.
When you join, please be in a private location where you can talk without being overheard.

This invitation is marked as private; please do not forward this invitation or discuss it with others.

Thank you in advance for your cooperation. I look forward to talking with you.

Best,

Jonathan

**Jonathan A. Jacobs** | Vice President | Employee Relations, HR Special Investigations | JPMorgan Chase & Co. | 545 Washington Blvd, Floor 12, Jersey City, New Jersey 07310|
(t) 551-205-4056| jonathan.jacobs@jpmchase.com | Pronouns: he/him/his

JPMS_00023429

02_Series_U_ER_Investigation_Materials.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

---

# EXHIBIT U.08

## Jacobs Biering EMs investigation follow up U.08-001 – 005

---

**Description:**     Jacobs / Sanchez internal HR-investigation record.

**Relevance:**       Investigation-file record; central to Stewart-credibility and termination-rationale arguments.

**Source:**          CX-155; JPMS_00023489 – JPMS_00023494

**Petition Ref:**    App. A p. 55 ("Jacobs & Biering EMs – investigation follow-up (Nov. 6, 2023)")

**Disclosures:**     None — reproduced as produced, no added markings

**Filing Status:**   Public - not sealed

U.08-001
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Message

| | |
|---|---|
| **From:** | Jacobs, Jonathan (HR, USA) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0DA06F12967A49D88BF7186AAF76FD60-764AC4D3 |
| **Sent:** | 11/6/2023 2:24:21 PM |
| **To:** | Josh Biering [j████████@gmail.com] |
| **Subject:** | RE: [EXTERNAL]Re: Biering/JPMS. RE: Confidential Investigation |
| **Sensitivity:** | Private |

Hi Josh,

Yes, the meeting will take place over Zoom. As noted in the calendar invitation, you can join the Zoom or dial-in for audio only. Please let me know if you have any further questions.

Regards,

Jonathan

Jonathan A. Jacobs | Vice President | Employee Relations, HR Special Investigations | JPMorgan Chase & Co. | 545 Washington Blvd, Floor 12, Jersey City, New Jersey 07310|
(t) 551-205-4056| jonathan.jacobs@jpmchase.com | Pronouns: he/him/his

**From:** Josh Biering <j████████@gmail.com>
**Sent:** Monday, November 06, 2023 9:22 AM
**To:** Jacobs, Jonathan (HR, USA) <jonathan.jacobs@jpmchase.com>
**Subject:** Re: [EXTERNAL]Re: Biering/JPMS. RE: Confidential Investigation
**Sensitivity:** Private

Excellent- thank you. Likewise- talk tomorrow.

Confirming will this be audio or visual.

Get Outlook for iOS

**From:** jonathan.jacobs@jpmchase.com <jonathan.jacobs@jpmchase.com>
**Sent:** Monday, November 6, 2023 8:17:05 AM
**To:** Josh Biering <josh.biering@gmail.com>
**Subject:** RE: [EXTERNAL]Re: Biering/JPMS. RE: Confidential Investigation

Hi Josh,

Thank you for letting me know. I moved the meeting time to 230 p.m. eastern/130 pm central, given your email. I look forward to speaking with you tomorrow.

Regards,

Jonathan

Jonathan A. Jacobs | Vice President | Employee Relations, HR Special Investigations | JPMorgan Chase & Co. | 545 Washington Blvd, Floor 12, Jersey City, New Jersey 07310|
(t) 551-205-4056| jonathan.jacobs@jpmchase.com | Pronouns: he/him/his

**From:** Josh Biering <josh.biering@gmail.com>
**Sent:** Monday, November 06, 2023 9:03 AM

U.08-001

JPMS_00023489

02_Series_U_ER_Investigation_Materials.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0

U.08-002
4:26-cv-00381-O
*Biering v. JPMS, et al.*

**To:** Jacobs, Jonathan (HR, USA) <jonathan.jacobs@jpmchase.com>
**Subject:** Re: [EXTERNAL]Re: Biering/JPMS. RE: Confidential Investigation
**Sensitivity:** Private

Jonathan-

My Tuesday afternoon opened up so I'm available anytime after 1:00pm CST if you'd like to schedule earlier.

Get Outlook for iOS

---

**From:** Josh Biering <josh.biering@gmail.com>
**Sent:** Friday, November 3, 2023 2:55:26 PM
**To:** jonathan.jacobs@jpmchase.com <jonathan.jacobs@jpmchase.com>
**Subject:** Re: [EXTERNAL]Re: Biering/JPMS. RE: Confidential Investigation

I can do 2:30pm cst or later? Alternatively- Wednesday?

Get Outlook for iOS

---

**From:** jonathan.jacobs@jpmchase.com <jonathan.jacobs@jpmchase.com>
**Sent:** Friday, November 3, 2023 2:49:05 PM
**To:** Josh Biering <josh.biering@gmail.com>
**Subject:** RE: [EXTERNAL]Re: Biering/JPMS. RE: Confidential Investigation

Hi Josh,

I do not have availability after 3:30 p.m. CST (the parameter you mentioned in your earlier email). I could meet on Wednesday, November 8, if you have time that day. I am available anytime after 11 am CST. Please let me know if that works better than Tuesday for you.

Best,

Jonathan

Jonathan A. Jacobs | Vice President | Employee Relations, HR Special Investigations | JPMorgan Chase & Co. | 545 Washington Blvd, Floor 12, Jersey City, New Jersey 07310|
(t) 551-205-4056| jonathan.jacobs@jpmchase.com | Pronouns: he/him/his

---

**From:** Josh Biering <josh.biering@gmail.com>
**Sent:** Friday, November 03, 2023 3:46 PM
**To:** Jacobs, Jonathan (HR, USA) <jonathan.jacobs@jpmchase.com>
**Subject:** Re: [EXTERNAL]Re: Biering/JPMS. RE: Confidential Investigation
**Sensitivity:** Private

Can you do the afternoon?

Get Outlook for iOS

---

**From:** jonathan.jacobs@jpmchase.com <jonathan.jacobs@jpmchase.com>
**Sent:** Friday, November 3, 2023 2:40:39 PM
**To:** Josh Biering <josh.biering@gmail.com>
**Subject:** RE: [EXTERNAL]Re:                          n

U.08-002

JPMS_00023490

02_Series_U_ER_Investigation_Materials.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0

U.08-003
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Hi Josh,

Would Tuesday, November 7, 2023 at 10:00 a.m. Central (11:00 a.m. Eastern) be convenient for you
my previously-sent calendar invitation.

Best,

Jonathan

Jonathan A. Jacobs | Vice President | Employee Relations, HR Special Investigations | JPMorgan Chase & Co. | 545 Washington Blvd,
Floor 12, Jersey City, New Jersey 07310 |
(t) 551-205-4056 | jonathan.jacobs@jpmchase.com | Pronouns: he/him/his

**From:** Josh Biering <josh.biering@gmail.com>
**Sent:** Friday, November 03, 2023 3:28 PM
**To:** Josh Iacuone <iacuone@roggedunngroup.com>; Jacobs, Jonathan (HR, USA) <jonathan.jacobs@jpmchase.com>
**Cc:** Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>
**Subject:** [EXTERNAL]Re: Biering/JPMS. RE: Confidential Investigation
**Sensitivity:** Private

Jonathan-

I tried calling you to confirm a time but did not have an option to leave a voicemail. Please let me know your availability
for Tuesday.

Many thanks,

Josh B.

Get Outlook for iOS

**From:** Josh Biering <josh.biering@gmail.com>
**Sent:** Thursday, November 2, 2023 5:49:56 PM
**To:** Josh Iacuone <iacuone@roggedunngroup.com>; jonathan.jacobs@jpmchase.com
<jonathan.jacobs@jpmchase.com>
**Cc:** Tidwell-Neal, Rachel L <rachel.l.tidwell-neal@jpmchase.com>
**Subject:** Re: Biering/JPMS. RE: Confidential Investigation

Correction- can we please look to Tuesday, 11/7 before 11:00am CST or after 3:30pm CST?

Get Outlook for iOS

**From:** Josh Biering <josh.biering@gmail.com>
**Sent:** Thursday, November 2, 2023 5:03:35 PM
**To:** Josh Iacuone <iacuone@roggedunngroup.com>; jonathan.jacobs@jpmchase.com
<jonathan.jacobs@jpmchase.com>
**Cc:** Tidwell-Neal, Rachel L <rachel.l.tidwell-neal@jpmchase.com>
n

Thank you- I welcome the opportunity to visit as soon as possible and will make myself available.

Please let me know about availability this Friday.

U.08-003

JPMS_00023491

02_Series_U_ER_Investigation_Materials.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0

U.08-054
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Thanks all,

JB

Get Outlook for iOS

**From:** Josh Iacuone <iacuone@roggedunngroup.com>
**Sent:** Thursday, November 2, 2023 3:43:14 PM
**To:** Josh Biering <josh.biering@gmail.com>; jonathan.jacobs@jpmchase.com <jonathan.jacobs@jpmchase.com>
**Cc:** Tidwell-Neal, Rachel L <rachel.l.tidwell-neal@jpmchase.com>
**Subject:** Biering/JPMS. RE: Confidential Investigation

Copying Rachel

Joshua J. Iacuone
**Rogge Dunn Group P.C.**
500 N. Akard, Ste. 1900
Dallas, Texas 75201
DD: 214-239-2763
Cell: 214-274-8393

**From:** Josh Biering <josh.biering@gmail.com>
**Sent:** Thursday, November 2, 2023 3:40 PM
**To:** jonathan.jacobs@jpmchase.com
**Cc:** Josh Iacuone <iacuone@roggedunngroup.com>
**Subject:** Re: Confidential Investigation
**Sensitivity:** Private

Jonathan,

I am copying my attorney and legal representation who I have retained, Josh Iacuone. Mr. Iacuone has also briefly connected with JPMorgan Counsel- Rachel Tidwell Neal.

I'd like to confirm with Counsel regarding his availability as well. Secondly- do you have any availability Friday, 11/3?

Get Outlook for iOS

**From:** jonathan.jacobs@jpmchase.com <jonathan.jacobs@jpmchase.com>
**Sent:** Thursday, November 2, 2023 3:13:16 PM
**To:** josh.biering@gmail.com <josh.biering@gmail.com>
**Subject:** Confidential Investigation
**When:** Monday, November 6, 2023 9:30 AM-10:00 AM.
**Where:** https://jpmchase.zoom.us/j/3277583727

When: Monday, November 06, 2023 10:30 AM-11:00 AM (UTC-05:00) Eastern Time (US & Canada).
Where: https://jpmchase.zoom.us/j/3277583727

Note: The GMT offset above does not reflect daylight saving time adjustments.

*~*~*~*~*~*~*~*~*

Hello Josh,

U.08-004

02_Series_U_ER_Investigation_Materials.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0

U.08-005
4:26-cv-00381-O
*Biering v. JPMS, et al.*

I'm an employee relations partner with ER's Investigations and Conduct group. ER works on a variety [...] affecting employees. I would like to have a confidential meeting with you about an investigation.

This is time sensitive. Please use the accept option at the top of this invitation to let me know you're ... can't make it at the time I've suggested please reply and give me some other options for when you can meet.

1.    Using the Zoom app on a computer or smart device (for video & audio). To join by app, launch Zoom and press "join" then enter my meeting ID: 327 758 3727.
2.    Calling in by phone (for audio only). Dial 888-475-4499, then enter my meeting ID: 327 758 3727 and #. There is no participant ID needed.
When you join, please be in a private location where you can talk without being overheard.

This invitation is marked as private; please do not forward this invitation or discuss it with others.

Thank you in advance for your cooperation. I look forward to talking with you.

Best,

Jonathan

Jonathan A. Jacobs | Vice President | Employee Relations, HR Special Investigations | JPMorgan Chase & Co. | 545 Washington Blvd, Floor 12, Jersey City, New Jersey 07310|
(t) 551-205-4056| jonathan.jacobs@jpmchase.com | Pronouns: he/him/his

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

U.08-005

JPMS_00023493

02_Series_U_ER_Investigation_Materials.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT U.09

## Jacobs Muraira EMs cross investigation coordination
## U.09-001 – 002

**Description:**      Jacobs / Sanchez internal HR-investigation record.

**Relevance:**      Investigation-file record; central to Stewart-credibility and termination-rationale arguments.

**Source:**      CX-156

**Petition Ref:**      App. A p. 55 ("Jacobs & Muraira EMs – cross-investigation coordination (Nov. 8, 2023)")

**Disclosures:**      None — reproduced as produced, no added markings

**Filing Status:**      Public - not sealed

U.9-001
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Message
___

**From**: Jacobs, Jonathan (HR, USA) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0DA06F12967A49D88BF7186AAF76FD60-764AC4D3·

**Sent**: 11/8/2023 5:45:09 PM

**To**: Muraira, Nadia [nadia.muraira@jpmchase.com]

**Subject**: RE: Josh Biering

Hi Nadia,

Yes, I spoke with him yesterday from 2:30 p.m. – 3:20 p.m.

Best,

Jonathan

**Jonathan A. Jacobs** | Vice President | Employee Relations, HR Special Investigations | JPMorgan Chase & Co. | 545 Washington Blvd, Floor 12, Jersey City, New Jersey 07310|
(t) 551-205-4056| jonathan.jacobs@jpmchase.com | Pronouns: he/him/his

___

**From:** Muraira, Nadia <nadia.muraira@jpmchase.com>
**Sent:** Wednesday, November 08, 2023 12:45 PM
**To:** Jacobs, Jonathan (HR, USA) <jonathan.jacobs@jpmchase.com>
**Subject:** RE: Josh Biering

Hello Jonathan,

Were you able to get him to speak with you about the matter?

___

**From:** Jacobs, Jonathan (HR, USA) <jonathan.jacobs@jpmchase.com>
**Sent:** Wednesday, November 08, 2023 11:44 AM
**To:** Muraira, Nadia <nadia.muraira@jpmchase.com>; Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>
**Cc:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Subject:** RE: Josh Biering

Hi Nadia,

The ER investigation into the sexual harassment allegation is concluded, and I am working on closing up to the point of disposition. I just wanted to check in to see the status of your investigation, so that we can disposition simultaneously.

Best,

Jonathan

**Jonathan A. Jacobs** | Vice President | Employee Relations, HR Special Investigations | JPMorgan Chase & Co. | 545 Washington Blvd, Floor 12, Jersey City, New Jersey 07310|
(t) 551-205-4056| jonathan.jacobs@jpmchase.com | Pronouns: he/him/his

___

**From:** Muraira, Nadia <nadia.muraira@jpmchase.com>
**Sent:** Tuesday, October 31, 2023 1:57 PM
**To:** Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>; Jacobs, Jonathan (HR, USA) <jonathan.jacobs@jpmchase.com>

U.9-001

JPMS_00029150

02_Series_U_ER_Investigation_Materials.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0·

**U.9-002**
4:26-cv-00381-O
*Biering v. JPMS, et al.*

**Cc:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Subject:** RE: Josh Biering

Hello Jacob,

Redacted

**From:** Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>
**Sent:** Tuesday, October 31, 2023 12:34 PM
**To:** Muraira, Nadia <nadia.muraira@jpmchase.com>; Jacobs, Jonathan (HR, USA) <jonathan.jacobs@jpmchase.com>
**Cc:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Subject:** Josh Biering

Hi,

Redacted

Thanks,
Rachel

Privileged/confidential

**Rachel Tidwell-Neal** | Assistant General Counsel | **JPMorgan Chase** | 10 S. Dearborn, 6th Floor, Chicago, IL 60603 | P: (312) 732-6517 | rachel.l.tidwell-neal@jpmchase.com

U.9-002

JPMS_00029151

02_Series_U_ER_Investigation_Materials.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0-

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT U.10
## Biering Jacobs Investigation Concluded Nov13
## U.10-001

| | |
|---|---|
| **Description:** | Jacobs / Sanchez internal HR-investigation record. |
| **Relevance:** | Investigation-file record; central to Stewart-credibility and termination-rationale arguments. |
| **Source:** | CX-157 |
| **Petition Ref:** | ¶ 68 (Dkt. 11); App. A p. 55 ("Biering & Jacobs EMs – investigation "concluded" (Nov. 13, 2023)") |
| **Disclosures:** | None — reproduced as produced, no added markings |
| **Filing Status:** | Public - not sealed |



**U.10-001**
4:26-cv-00381-O
*Biering v. JPMS, et al.*

# JPMorgan Chase & Co.

## RECOMMENDATION FOR TERMINATION

| | |
|---|---|
| Prepared by:    Jonathan Jacobs, Employee Relations – D639971 | Date: November 30, 2023 |
| On behalf of: Ben Stewart, Executive Director - N682989 | |

**Recommendation for Termination of Employment of:**
Joshua Biering, Executive Director - I662283

I am recommending that Joshua Biering be terminated from employment for misconduct.

JPMC's annual Code of Conduct reinforces to employees our commitment to integrity in work dealings and our expectations of employees with regard to their personal and professional conduct. The firm also has in place its Equal Opportunity, Anti-Discrimination, and Anti-Harassment Policy ("the Policy," effective March 3, 2023)

Following an Employee Relations ("ER") review, it was found that Biering engaged in inappropriate conduct in violation of the Code of Conduct and the Policy.

Biering's actions violate the JPMC Code of Conduct and the Policy, expose the bank to risk, and negatively impact our customer and work experience.  Therefore, I am recommending termination of employment.

| | |
|---|---|
| HR/ER Representative's Signature: /s Jonathan Jacobs | Date:  November 30, 2023 |

**Exhibit**

_____

Copies to: HRBP or HR Support Team and Employee Records: Employee.Records@Chase.com

Revised 1/19

U.10-001

5

02_Series_U_ER_Investigation_Materials.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT U.11

## Biering Jacobs Investigation Status Inquiry Nov2023

## U.11-001 – 006

**Description:** Jacobs / Sanchez internal HR-investigation record.

**Relevance:** Investigation-file record; central to Stewart-credibility and termination-rationale arguments.

**Source:** CX157-1 – CX157-6 [JPMS_00023511 – JPMS_00023516]

**Petition Ref:** App. A p. 55 ("Jacobs Full Investigation File – complete Kimball record")

**Disclosures:** None — reproduced as produced, no added markings

**Filing Status:** Public - not sealed

U.11-081
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Message
_____

| | |
|---|---|
| **From:** | Jacobs, Jonathan (HR, USA) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0DA06F12967A49D88BF7186AAF76FD60-764AC4D3 |
| **Sent:** | 11/13/2023 3:46:15 PM |
| **To:** | Josh Biering [j███████@gmail.com] |
| **Subject:** | RE: [EXTERNAL]Re: Biering/JPMS. RE: Confidential Investigation |
| **Sensitivity:** | Private |

Good morning, Josh,

Thank you for your email. The investigation remains open. We will surely be in contact to let you know once it has closed, as well as a determination.

Thank you,

Jonathan

**Jonathan A. Jacobs** | Vice President | Employee Relations, HR Special Investigations | JPMorgan Chase & Co. | 545 Washington Blvd, Floor 12, Jersey City, New Jersey 07310 |
(t) 551-205-4056| jonathan.jacobs@jpmchase.com | Pronouns: he/him/his

---

**From:** Josh Biering <j█████████g@gmail.com>
**Sent:** Monday, November 13, 2023 10:38 AM
**To:** Jacobs, Jonathan (HR, USA) <jonathan.jacobs@jpmchase.com>
**Subject:** Re: [EXTERNAL]Re: Biering/JPMS. RE: Confidential Investigation
**Sensitivity:** Private

Good Morning Jonathan-

Just wanted to check in on a status of the investigation? As you can imagine- with the holidays coming up- I have several administrative items I need to prepare for- including a new potential employer so I can sure I have income to support my family. Employers will not entertain my inquiries with this pending.

Thank you for your assistance and response-

Josh

Many thanks,

Josh Biering

---

**From:** jonathan.jacobs@jpmchase.com <jonathan.jacobs@jpmchase.com>
**Sent:** Monday, November 6, 2023 8:17:05 AM
**To:** Josh Biering ██████████@gmail.com>
**Subject:** RE: [EXTERNAL]Re: Biering/JPMS. RE: Confidential Investigation

Hi Josh,

Thank you for letting me know. I moved the meeting time to 230 p.m. eastern/130 pm central, given your email. I look forward to speaking with you tomorrow.

Regards,

Exhibit
**CX157**

JPMS_00023511

U.11-042
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Jonathan

**Jonathan A. Jacobs** | Vice President | Employee Relations, HR Special Investigations | JPMorgan Chase & Co. | 5 Floor 12, Jersey City, New Jersey 07310|
(t) 551-205-4056| jonathan.jacobs@jpmchase.com | Pronouns: he/him/his

---

**From:** Josh Biering <jo██████████mail.com>
**Sent:** Monday, November 06, 2023 9:03 AM
**To:** Jacobs, Jonathan (HR, USA) <jonathan.jacobs@jpmchase.com>
**Subject:** Re: [EXTERNAL]Re: Biering/JPMS. RE: Confidential Investigation
**Sensitivity:** Private

Jonathan-

My Tuesday afternoon opened up so I'm available anytime after 1:00pm CST if you'd like to schedule earlier.

Get Outlook for iOS

---

**From:** Josh Biering ██████████gmail.com>
**Sent:** Friday, November 3, 2023 2:55:26 PM
**To:** jonathan.jacobs@jpmchase.com <jonathan.jacobs@jpmchase.com>
**Subject:** Re: [EXTERNAL]Re: Biering/JPMS. RE: Confidential Investigation

I can do 2:30pm cst or later? Alternatively- Wednesday?

Get Outlook for iOS

---

**From:** jonathan.jacobs@jpmchase.com <jonathan.jacobs@jpmchase.com>
**Sent:** Friday, November 3, 2023 2:49:05 PM
**To:** Josh Biering ██████████gmail.com>
**Subject:** RE: [EXTERNAL]Re: Biering/JPMS. RE: Confidential Investigation

Hi Josh,

I do not have availability after 3:30 p.m. CST (the parameter you mentioned in your earlier email). I could meet on Wednesday, November 8, if you have time that day. I am available anytime after 11 am CST. Please let me know if that works better than Tuesday for you.

Best,

Jonathan

**Jonathan A. Jacobs** | Vice President | Employee Relations, HR Special Investigations | JPMorgan Chase & Co. | 545 Washington Blvd, Floor 12, Jersey City, New Jersey 07310|
(t) 551-205-4056| jonathan.jacobs@jpmchase.com | Pronouns: he/him/his

---

**From:** Josh Biering <██████████mail.com>
**Sent:** Friday, November 03, 2023 3:46 PM
**To:** Jacobs, Jonathan (HR, USA) <jonathan.jacobs@jpmchase.com>
**Subject:** Re: [EXTERNAL]Re: Biering/JPMS. RE: Confidential Investigation
**Sensitivity:** Private

Can you do the afternoon?

U.11-002

JPMS_00023512

02_Series_U_ER_Investigation_Materials.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0

4:26-cv-00381-O
*Biering v. JPMS, et al.*

Get Outlook for iOS

**From:** jonathan.jacobs@jpmchase.com <jonathan.jacobs@jpmchase.com>
**Sent:** Friday, November 3, 2023 2:40:39 PM
**To:** Josh Biering ████████gmail.com>
**Subject:** RE: [EXTERNAL]Re: Biering/JPMS. RE: Confidential Investigation

Hi Josh,

Would Tuesday, November 7, 2023 at 10:00 a.m. Central (11:00 a.m. Eastern) be convenient for you? If so, I will update my previously-sent calendar invitation.

Best,

Jonathan

Jonathan A. Jacobs | Vice President | Employee Relations, HR Special Investigations | JPMorgan Chase & Co. | 545 Washington Blvd, Floor 12, Jersey City, New Jersey 07310 |
(t) 551-205-4056| jonathan.jacobs@jpmchase.com | Pronouns: he/him/his

**From:** Josh Biering <j████████@gmail.com>
**Sent:** Friday, November 03, 2023 3:28 PM
**To:** Josh Iacuone <iacuone@roggedunngroup.com>; Jacobs, Jonathan (HR, USA) <jonathan.jacobs@jpmchase.com>
**Cc:** Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>
**Subject:** [EXTERNAL]Re: Biering/JPMS. RE: Confidential Investigation
**Sensitivity:** Private

Jonathan-

I tried calling you to confirm a time but did not have an option to leave a voicemail. Please let me know your availability for Tuesday.

Many thanks,

Josh B.

Get Outlook for iOS

**From:** Josh Biering ████████mail.com>
**Sent:** Thursday, November 2, 2023 5:49:56 PM
**To:** Josh Iacuone <iacuone@roggedunngroup.com>; jonathan.jacobs@jpmchase.com <jonathan.jacobs@jpmchase.com>
**Cc:** Tidwell-Neal, Rachel L <rachel.l.tidwell-neal@jpmchase.com>
**Subject:** Re: Biering/JPMS. RE: Confidential Investigation

Correction- can we please look to Tuesday, 11/7 before 11:00am CST or after 3:30pm CST?

Get Outlook for iOS

**From:** Josh Biering <j████████@gmail.com>
**Sent:** Thursday, November 2, 2023 5:03:35 PM
**To:** Josh Iacuone <iacuone@roggedunngroup.com>; jonathan.jacobs@jpmchase.com

U.11-003

U.11-004
4:26-cv-00381-O
*Biering v. JPMS, et al.*

<jonathan.jacobs@jpmchase.com>
Cc: Tidwell-Neal, Rachel L <rachel.l.tidwell-neal@jpmchase.com>
Subject: Re: Biering/JPMS. RE: Confidential Investigation

Thank you- I welcome the opportunity to visit as soon as possible and will make myself available.

Please let me know about availability this Friday.

Thanks all,

JB

Get Outlook for iOS

---

From: Josh Iacuone <iacuone@roggedunngroup.com>
Sent: Thursday, November 2, 2023 3:43:14 PM
To: Josh Biering <j██████g@gmail.com>; jonathan.jacobs@jpmchase.com <jonathan.jacobs@jpmchase.com>
Cc: Tidwell-Neal, Rachel L <rachel.l.tidwell-neal@jpmchase.com>
Subject: Biering/JPMS. RE: Confidential Investigation

Copying Rachel

Joshua J. Iacuone
**Rogge Dunn Group P.C.**
500 N. Akard, Ste. 1900
Dallas, Texas 75201
DD: 214-239-2763
Cell: 214-274-8393

From: Josh Biering <j██████g@gmail.com>
Sent: Thursday, November 2, 2023 3:40 PM
To: jonathan.jacobs@jpmchase.com
Cc: Josh Iacuone <iacuone@roggedunngroup.com>
Subject: Re: Confidential Investigation
Sensitivity: Private

Jonathan,

I am copying my attorney and legal representation who I have retained, Josh Iacuone. Mr. Iacuone has also briefly connected with JPMorgan Counsel- Rachel Tidwell Neal.

I'd like to confirm with Counsel regarding his availability as well. Secondly- do you have any availability Friday, 11/3?

Get Outlook for iOS

---

From: jonathan.jacobs@jpmchase.com <jonathan.jacobs@jpmchase.com>
Sent: Thursday, November 2, 2023 3:13:16 PM
To: ██████@gmail.com <██████@gmail.com>
Subject: Confidential Investigation
When: Monday, November 6, 2023 9:30 AM-10:00 AM.
Where: https://jpmchase.zoom.us/j/3277583727

When: Monday, November 06, 2023 10:30 AM-11:00 AM (UTC-05:00) Eastern Time (US & Canada).

JPMS_00023514

U.11-005
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Where: https://jpmchase.zoom.us/j/3277583727

Note: The GMT offset above does not reflect daylight saving time adjustments.

*~*~*~*~*~*~*~*~*

Hello Josh,

I'm an employee relations partner with ER's Investigations and Conduct group. ER works on a variety of workplace issues affecting employees. I would like to have a confidential meeting with you about an investigation.

This is time sensitive. Please use the accept option at the top of this invitation to let me know you're attending. If you can't make it at the time I've suggested please reply and give me some other options for when you can meet.

1.      Using the Zoom app on a computer or smart device (for video & audio). To join by app, launch Zoom and press "join" then enter my meeting ID: 327 758 3727.
2.      Calling in by phone (for audio only). Dial 888-475-4499, then enter my meeting ID: 327 758 3727 and #. There is no participant ID needed.
When you join, please be in a private location where you can talk without being overheard.

This invitation is marked as private; please do not forward this invitation or discuss it with others.

Thank you in advance for your cooperation. I look forward to talking with you.

Best,

Jonathan

Jonathan A. Jacobs | Vice President | Employee Relations, HR Special Investigations | JPMorgan Chase & Co. | 545 Washington Blvd, Floor 12, Jersey City, New Jersey 07310|
(t) 551-205-4056| jonathan.jacobs@jpmchase.com | Pronouns: he/him/his

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring    electronic messages. If

JPMS_00023515

you are not the intended recipient, please delete this message and notify the sender immediate
unauthorized use is strictly prohibited.

U.11-006

4:26-cv-00381-O

Biering v. JPMS, et al.

U.11-006

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT U.13

# Recommendation for Termination Nov. 30, 2023

# U.13-001 – 003

| | |
|---|---|
| **Description:** | Jacobs / Sanchez internal HR-investigation record. |
| **Relevance:** | Investigation-file record; central to Stewart-credibility and termination-rationale arguments. |
| **Source:** | CX172-1 – CX172-3 [JPMS_00029313 – JPMS_00029315] |
| **Petition Ref:** | App. A p. 55 ("Sanchez coordinating with complaint subjects (Jan. 25, 2024)") |
| **Disclosures:** | None — reproduced as produced, no added markings |
| **Filing Status:** | Public - not sealed |

U.13-001
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Message

| | |
|---|---|
| **From:** | Cohen, Jena B [jena.b.cohen@jpmorgan.com] |
| **Sent:** | 12/1/2023 12:04:55 AM |
| **To:** | Stainback, Stephanie [Stephanie.Stainback@jpmorgan.com] |
| **Subject:** | RE: Rapid Response Closing Memo--J. Biering I662283 |

Thank you

---

**From:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Date:** Thursday, Nov 30, 2023 at 1:23 PM
**To:** Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>
**Subject:** FW: Rapid Response Closing Memo--J. Biering I662283

---

**From:** Jacobs, Jonathan (HR, USA) <jonathan.jacobs@jpmchase.com>
**Sent:** Thursday, November 30, 2023 12:21 PM
**To:** Broda, Reid R (Legal, USA) <reid.r.broda@jpmchase.com>; Press, Patrick (HR, USA) <patrick.press@chase.com>; Koch, Scott R (Legal, USA) <scott.r.koch@jpmchase.com>; Williams, Tara S (HR, USA) <tara.s.williams@jpmchase.com>; Padilla, Linda (HR, USA) <linda.padilla@jpmchase.com>; Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>; Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>
**Subject:** Rapid Response Closing Memo--J. Biering I662283

Confidential

J. Biering – Rapid Response – Closing Memo

As noted in the Rapid Response Opening Memo, a matter was referred to Employee Relations and Global Security ("GS") regarding alleged sexual harassment by Joshua "Josh" Biering ("Subject"), SID I662283.

Investigation:



- ERC was offered EAP counseling as well as the option of taking a paid administrative leave, which she did for one week.

- Subject was placed on paid administrative leave on October 27, 2023, following the ERP/GS interview of ERC.

- Subject resigned from the firm on October 28, 2023. His "garden leave" notice period was scheduled to run until December 26, 2023.



U.13-001

bit

**72**

JPMS_00029313

02_Series_U_ER_Investigation_Materials.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0-

U.13-002
4:26-cv-00381-O
*Biering v. JPMS, et al.*

- As noted below, Subject was also the subject in a separate GS investigation. That investigation has c[...] with no supported allegations.

As a result of the ER investigation, it was found that Subject violated the Code of Conduct and Anti-Harassment policy, and that the allegation of Sexual Harassment is Supported. This is due especially to Subject being in a quasi-supervisory role over ERC. The Recommended Outcome is Termination. ER has communicated these findings to HR Legal, who has reviewed the Recommendation for Termination ("RFT"). The RFT has also been approved by Subject's manager and next-level manager, and the HR Supervision check has been duly run. Subject's termination will be communicated to him on December 1, 2023.

Please let me know if you have any questions, or would like any further information.

Thank you,

Jonathan

**Jonathan A. Jacobs** | Vice President | Employee Relations, HR Special Investigations | JPMorgan Chase & Co. | 545 Washington Blvd, Floor 12, Jersey City, New Jersey 07310|
(t) 551-205-4056| jonathan.jacobs@jpmchase.com | Pronouns: he/him/his

---

**From:** Jacobs, Jonathan (HR, USA)
**Sent:** Friday, October 27, 2023 6:05 PM
**To:** Broda, Reid R (Legal, USA) <reid.r.broda@jpmchase.com>; Press, Patrick (HR, USA) <patrick.press@chase.com>; Koch, Scott R (Legal, USA) <scott.r.koch@jpmchase.com>; Williams, Tara S (HR, USA) <tara.s.williams@jpmchase.com>; Padilla, Linda (HR, USA) <linda.padilla@jpmchase.com>; Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>; Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>
**Cc:** Magee, Christopher J <christopher.j.magee@jpmorgan.com>
**Subject:** Rapid Response Opening Memo--J. Biering I662283

Good Afternoon,

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████

**Alleged Actions/Comments**
Today, Global Security/Threat Management Partner Christopher Magee and I spoke with ████ ████████
████

████████████████
- ████████████████████████████
  ████████████████████
- ████████████████████████████
  ████████████████████
- ████████████████████████████
  ████████████████████████████
  ████████████████████████
  ████████████████████████████
  ████████████████
- ████████████████████████████
  ████████████████

JPMS_00029314

U.13-003
4:26-cv-00381-O
*Biering v. JPMS, et al.*

- ███████████████████████████████████ as upset ███████████████████████████████████ hat same day.

████████████

█ ████████████████████████████████████ application Signal –
██████████████████████████

█ ████████████████████████████████████

█ ██████████████████████████████████████████
██████████

## Rapid Response Review

- As noted, ERC spoke with ERP and Chris Magee this afternoon. Magee provided ERC with Global Security resources. ER advised her of the opportunity to take a paid administrative leave. ERC said that she would like to take a paid administrative effective 10/30.

- Subject's manager and the HRBA have been engaged, and are in alignment that Subject should be placed on a paid administrative leave effective end of day today. Subject was notified of this leave within the last 20 minutes. He has been provided standard talking points, including the phone number for EAP.

- ER and Global Security are continuing to review this matter. Notably, Subject is also the subject in a separate Global Security investigation, unrelated to the instant allegation.

- Besides that other investigation, Subject has no notable conduct or performance history.

- Subject has a hire date of May 23, 2016 and has worked as a SC Banker since February 16, 2023. He received performance review ratings of O/S/S/ in 2022, and S/S/O in 2021.

## Next Steps

- As noted, Subject will be placed on a paid administrative leave effective end of day.

- ERC will begin her paid administrative leave on October 30.

- ER and Global Security will interview Subject and any other relevant parties.

- ER to determine if review of any documents is necessary to the outcome in the investigation.

Please let me know if you have any questions or would like further information.

Thank you,

Jonathan

Jonathan A. Jacobs | Vice President | Employee Relations, HR Special Investigations | JPMorgan Chase & Co. | 545 Washington Blvd, Floor 12, Jersey City, New Jersey 07310|
(t) 551-205-4056| jonathan.jacobs@jpmchase.com | Pronouns: he/him/his

U.13-003

JPMS_00029315

02_Series_U_ER_Investigation_Materials.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0-

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT U.14

## Sanchez ER Matter Close Out Coordination
## Jan. 25, 2024
## U.14-001 – 006

**Description:**      Jacobs / Sanchez internal HR-investigation record.

**Relevance:**      Investigation-file record; central to Stewart-credibility and termination-rationale arguments.

**Source:**      CX195-1 – CX195-6 [JPMS_00026137 – JPMS_00026142]

**Petition Ref:**      App. A p. 55 ("Aughinbaugh EM to Magee, Stainback & Sanchez (Jan. 24, 2024)")

**Disclosures:**      None — reproduced as produced, no added markings

**Filing Status:**      Public - not sealed

U.14-001

4:26-cv-00381-O

*Biering v. JPMS, et al.*

Message

| | |
|---|---|
| **From**: | Sanchez, Julie [julie.sanchez@jpmchase.com] |
| **Sent**: | 1/25/2024 2:52:10 PM |
| **To**: | Stainback, Stephanie [Stephanie.Stainback@jpmorgan.com] |
| **Subject**: | RE: ER Matter |

Hi Stephanie,

Given below, can you also wait until tomorrow before closing out with all Subjects? Thanks.

Julie Sanchez | Employee Relations | Human Resources | Julie.sanchez@jpmchase.com

For HR help and resources, visit me@jpmc

---

**From:** Sanchez, Julie (HR, USA)
**Sent:** Thursday, January 25, 2024 8:51 AM
**To:** Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>; Magee, Christopher J <christopher.j.magee@jpmorgan.com>; Sebastian, Nancy R (HR, USA) <nancy.r.sebastian@jpmorgan.com>; Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>; Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>
**Subject:** RE: ER Matter

Sounds good. I will wait until tomorrow then.

Julie Sanchez | Employee Relations | Human Resources | Julie.sanchez@jpmchase.com

For HR help and resources, visit me@jpmc

---

**From:** Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>
**Sent:** Thursday, January 25, 2024 8:46 AM
**To:** Magee, Christopher J <christopher.j.magee@jpmorgan.com>; Sebastian, Nancy R (HR, USA) <nancy.r.sebastian@jpmorgan.com>; Sanchez, Julie (HR, USA) <julie.sanchez@jpmchase.com>; Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>; Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>
**Subject:** RE: ER Matter

Ok then let's close out tomorrow.

---

**Jena B. Cohen** | US Private Bank HR Head | 390 Madison Ave, 27th Floor
J.P. Morgan Chase | Telephone: (212) 464-2647 | jena.b.cohen@jpmorgan.com

---

**From:** Magee, Christopher J <christopher.j.magee@jpmorgan.com>
**Sent:** Thursday, January 25, 2024 9:39 AM
**To:** Sebastian, Nancy R (HR, USA) <nancy.r.sebastian@jpmorgan.com>; Sanchez, Julie (HR, USA) <julie.sanchez@jpmchase.com>; Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>; Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>; Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>
**Subject:** RE: ER Matter

I don't want to play a guessing game on timing for today, but I am confident that the redirect will be in place by tomorrow 12 PM ET.

---

**From:** Sebastian, Nancy R (HR, USA) <nancy.r.sebastian@jpmorgan.com>
**Sent:** Thursday, January 25, 2024 9:34 AM
**To:** Magee, Christopher J <christopher.j.magee@jpmorgan.com>; Sanchez, Julie (HR, USA)

Exhibit

**CX195**

U.14-001

02_Series_U_ER_Investigation_Materials.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0



<julie.sanchez@jpmchase.com>; Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.
Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>; Cohen, Jena B (WM, USA) <jena.b.cohe
**Subject:** RE: ER Matter

Ideally, would prefer to have the redirect in place before Julie gives him the final update. I do agree that these days he seems to be texting more than emailing but I anticipate that following this update, he will likely send one or two emails and I would like to avoid people who have nothing to do with the decision making process here, including senior leaders in the LOB and HR/ER receiving it.

It it's just a matter of another 6 hours, can we wait?

---

**From:** Magee, Christopher J <christopher.j.magee@jpmorgan.com>
**Sent:** Thursday, January 25, 2024 8:03 AM
**To:** Sanchez, Julie (HR, USA) <julie.sanchez@jpmchase.com>; Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>; Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>; Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>; Sebastian, Nancy R (HR, USA) <nancy.r.sebastian@jpmorgan.com>
**Subject:** RE: ER Matter

Sorry for the double tap but I had an additional thought...

Josh has not been communicating through email, rather through text directly to the employees. The email redirect will not stop that nor will blocking the number since he has been known to use a spoofing device to circumvent the blocking.

This supports my agreement on moving forward with the email communication on your findings.

Regards,
Chris

**Christopher Magee** | He/Him/His | Vice President - Threat Manager | Global Security | JPMorganChase & Co. | 277 Park Avenue, New York, NY | NY1-L005 | W: (212)-270-5616 M: (203)-414-3208 | Christopher.j.magee@jpmorgan.com


Learn more at go/besecure



---

**From:** Sanchez, Julie (HR, USA) <julie.sanchez@jpmchase.com>
**Sent:** Thursday, January 25, 2024 8:57 AM
**To:** Magee, Christopher J <christopher.j.magee@jpmorgan.com>; Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>; Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>; Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>; Sebastian, Nancy R (HR, USA) <nancy.r.sebastian@jpmorgan.com>
**Subject:** RE: ER Matter

Thanks, Chris and Stephanie. I can do whatever this team thinks best.

JPMS_00026138

U.14-003
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Nancy-what are your thoughts?

Julie Sanchez | Employee Relations | Human Resources | Julie.sanchez@jpmchase.com
For HR help and resources, visit me@jpmc

---

**From:** Magee, Christopher J <christopher.j.magee@jpmorgan.com>
**Sent:** Thursday, January 25, 2024 7:53 AM
**To:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>; Sanchez, Julie (HR, USA) <julie.sanchez@jpmchase.com>; Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>; Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>; Sebastian, Nancy R (HR, USA) <nancy.r.sebastian@jpmorgan.com>
**Subject:** RE: ER Matter

I agree. I think JT is handling the communications with less "anxiety" knowing that our group is actively engaged and that we have security mitigants in place. I do not think another day of emails moves the needle far enough for us to delay.

---

**From:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Sent:** Thursday, January 25, 2024 8:50 AM
**To:** Magee, Christopher J <christopher.j.magee@jpmorgan.com>; Sanchez, Julie (HR, USA) <julie.sanchez@jpmchase.com>; Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>; Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>; Sebastian, Nancy R (HR, USA) <nancy.r.sebastian@jpmorgan.com>
**Subject:** RE: ER Matter

My initial thought is that Julie should move forward with closing out the case with Josh.  Jena, we are going to have emails from Josh's address redirected to us so as not to heighten anxiety in Fort Worth.  We should still do so on a go forward basis but don't think that should delay us today.  Welcome the thoughts of others though.

---

**From:** Magee, Christopher J <christopher.j.magee@jpmorgan.com>
**Sent:** Thursday, January 25, 2024 7:38 AM
**To:** Sanchez, Julie (HR, USA) <julie.sanchez@jpmchase.com>; Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>; Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>; Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>; Sebastian, Nancy R (HR, USA) <nancy.r.sebastian@jpmorgan.com>
**Subject:** RE: ER Matter

I have not received approval at this time for email redirect. Once approved the email redirect will be completed in within 6 hours.

I do not want to hold up your process. What are the groups thoughts?

Regards,
Chris

---

**From:** Sanchez, Julie (HR, USA) <julie.sanchez@jpmchase.com>
**Sent:** Thursday, January 25, 2024 8:30 AM
**To:** Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>; Magee, Christopher J <christopher.j.magee@jpmorgan.com>; Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>; Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>; Sebastian, Nancy R (HR, USA) <nancy.r.sebastian@jpmorgan.com>
**Subject:** RE: ER Matter

JPMS_00026139

02_Series_U_ER_Investigation_Materials.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0



**U.14-004**
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Chris,

# Redacted - Privilege

Thanks,
Julie

Julie Sanchez | Employee Relations | Human Resources | Julie.sanchez@jpmchase.com
For HR help and resources, visit me@jpmc

---

**From:** Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>
**Sent:** Wednesday, January 24, 2024 8:11 PM
**To:** Magee, Christopher J <christopher.j.magee@jpmorgan.com>; Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>; Sanchez, Julie (HR, USA) <julie.sanchez@jpmchase.com>; Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>; Sebastian, Nancy R (HR, USA) <nancy.r.sebastian@jpmorgan.com>
**Subject:** RE: ER Matter

Chris,

# Redacted - Privilege

Thanks,
Rachel

---

**From:** Magee, Christopher J <christopher.j.magee@jpmorgan.com>
**Sent:** Wednesday, January 24, 2024 1:35 PM
**To:** Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>; Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>; Sanchez, Julie (HR, USA) <julie.sanchez@jpmchase.com>; Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>; Sebastian, Nancy R (HR, USA) <nancy.r.sebastian@jpmorgan.com>
**Subject:** RE: ER Matter

# Redacted - Privilege

---

**From:** Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>
**Sent:** Wednesday, January 24, 2024 2:31 PM
**To:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>; Sanchez, Julie (HR, USA) <julie.sanchez@jpmchase.com>; Magee, Christopher J <christopher.j.magee@jpmorgan.com>; Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>; Sebastian, Nancy R (HR, USA) <nancy.r.sebastian@jpmorgan.com>
**Subject:** RE: ER Matter

U.14-004

JPMS_00026140



**U.14-005**
4:26-cv-00381-O
*Biering v. JPMS, et al.*

---

**Redacted - Privilege**

---

**From:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>
**Sent:** Wednesday, January 24, 2024 1:29 PM
**To:** Sanchez, Julie (HR, USA) <julie.sanchez@jpmchase.com>; Magee, Christopher J <christopher.j.magee@jpmorgan.com>; Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>; Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>; Sebastian, Nancy R (HR, USA) <nancy.r.sebastian@jpmorgan.com>
**Subject:** RE: ER Matter

I went through the emails received previously and all were associated with the address below.

---

**From:** Sanchez, Julie (HR, USA) <julie.sanchez@jpmchase.com>
**Sent:** Wednesday, January 24, 2024 11:07 AM
**To:** Magee, Christopher J <christopher.j.magee@jpmorgan.com>; Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>; Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>; Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>; Sebastian, Nancy R (HR, USA) <nancy.r.sebastian@jpmorgan.com>
**Subject:** RE: ER Matter

The only email address I have received communication from him/have seen him email from is:

josh.biering@gmail.com

Julie Sanchez │ Employee Relations │ Human Resources │ Julie.sanchez@jpmchase.com
For HR help and resources, visit me@jpmc

---

**From:** Magee, Christopher J <christopher.j.magee@jpmorgan.com>
**Sent:** Wednesday, January 24, 2024 10:51 AM
**To:** Sanchez, Julie (HR, USA) <julie.sanchez@jpmchase.com>; Cohen, Jena B (WM, USA) <jena.b.cohen@jpmorgan.com>; Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>; Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>; Sebastian, Nancy R (HR, USA) <nancy.r.sebastian@jpmorgan.com>
**Subject:** RE: ER Matter

Can someone with full access please send me all email addresses associated with Josh. I will need them when submitting for the email redirect.

-----Original Appointment-----
**From:** Sanchez, Julie (HR, USA) <julie.sanchez@jpmchase.com>
**Sent:** Tuesday, January 23, 2024 5:04 PM
**To:** Sanchez, Julie (HR, USA); Cohen, Jena B (WM, USA); Tidwell-Neal, Rachel L (Legal, USA); Stainback, Stephanie (WM, USA); Magee, Christopher J; Sebastian, Nancy R (HR, USA)
**Subject:** ER Matter
**When:** Wednesday, January 24, 2024 9:00 AM-9:30 AM (UTC-06:00) Central Time (US & Canada).
**Where:** Zoom 908 208 9938

Hi All,

JPMS_00026141
02_Series_U_ER_Investigation_Materials.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0



I am setting up this call as I am now ready to circle back to Joshua to close out the investigation with

Due to the number of attendees, this time appeared available to most via Outlook. The only other av
tomorrow appeared to be at 11:45am CT. I'm hoping you may have flexibility.

Otherwise, the only times that shows everyone currently available is on Thursday at 9:45am CT or between 11am and noon CT.

Chris-if you could forward to the 2 other GS individuals, I would appreciate it.

Thanks,
Julie

02_Series_U_ER_Investigation_Materials.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026-0