# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# PUBLIC APPENDIX V-Y
## Exhibits V-Y
## V.01a - Y.01 | 34 Attachments | 287 Pages

### PUBLIC FILING

This appendix batch is organized by exhibit series. Each row identifies the exhibit range, attachment count, page total, and a brief description of the series.

**V.**   V.01a - V.07h   |   15 attachments   |   152 pages
Scorecards, performance reviews, and performance-documentation exhibits.

**W.**   W.01 - W.07   |   7 attachments   |   50 pages
JPMS system records, production, and delayed-production materials.

**X.**   X.01 - X.04   |   11 attachments   |   82 pages
U5-correction demands, refusal correspondence, and related U5 correction materials.

**Y.**   Y.01   |   1 attachment   |   3 pages
Remaining public record exhibit completing the public appendix.