## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT V.07a

## JPM Annual Performance Review 2016
## V.07a-001 – 004

**Description:**      Performance, scorecard, self-assessment, or annual-review record.

**Relevance:**      Provides contemporaneous performance evidence against the later documented-performance-deficiency narrative.

**Source:**      JPM Internal Record, Annual Performance Review; year 2016

**Petition Ref:**      Not directly cited – supporting record

**Disclosures:**      None — reproduced as produced, no added markings

**Filing Status:**      Public - not sealed

Manager sections of this review are in 'display' status.Employee can view manager's comments or ratings.

| Review Information | |
|---|---|
| **Review Status:** | Completed |
| **Employee:** | Biering,Joshua D. (I662283) |
| **Manager:** | Nolet,David Edward ▇▇▇ |
| **Additional Manager:** | N/A |
| **Review Cycle:** | 01-JAN-2016 --- 31-DEC-2016 |
| **Reporting Year:** | 2016 |
| **Job Title:** | Banker |
| **Tenure Date:** | 23-MAY-2016 |

| Mid Year Rating | Year End Rating |
|---|---|
| Not Rated | **High Meets Expectations** |

| Finalize Year End Performance Review - Signature Section | | |
|---|---|---|
| **User** | **Signature** | **Date** |
| **Manager** | ▇▇▇ | 17-JAN-2017 |
| **Employee** | Joshua Biering | 17-JAN-2017 |

| Objective #1 | |
|---|---|
| **Objective** | **Measures/Target Dates** |
| Transition successfully and efficiently from the military to Corporate America via JPMC's Military Officer Executive Development Program. Network extensively to develop and advertise personal brand and program, learn the multiple lines of businesses, and establish gateway for second rotation. | -Within first 12 months<br>-Network with Associates, VPs, EDs and MDs from a different LOB each month<br>-Attend Business Resource Group events when available |

**Employee Accomplishments**

-Met at least one Managing Director from each LOB across the firm
-Networked and collaborated on projects with exposure to all LOBs within Wholesale Center of Excellence
-Attended Private Bank/Commercial Bank networking events for Analysts and Associates
-Attended Women on the Move and VETS events; provided PM support for VETS Celebration of Service event

**Manager Comments**

Josh has embraced the role of program manger within Community segment (Business Banking, Global Commercial Card, Dealer Commercial Services) quickly learning business processes and achieving his objectives. His transition into corporate life has also included a rigorous EMBA program and stretch assignments.

| Employee Rating | Manager Rating |
|---|---|
| Not Rated | Not Rated |

| Objective #2 | |
|---|---|
| **Objective** | **Measures/Target Dates** |
| Successfully provide Project Manager support for projects within the Credit Admin work stream. Expand knowledge within Wholesale Center of Excellence through exposure to it's supporting businesses. Ensure project deliverables and milestones met throughout project | -Weekly Meetings w/ cross functional teams to promote project success<br>-12/30/16- Go Live for Statement Spreading Integration- CSo<br>-1/30/17- Go Live for Corporate Liability Credit Analysis/ |

(I662283) - 2016 Performance Review

V.7a-001

Page 1 of 4

02_Series_V_Part_2_Performance_Records.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX

| | |
|---|---|
| life cycle. Grow project management experience and back office expertise while preparing for future rotations. | Recommendations<br>-11/30/16- Go Live for DCS Credit Agreement Moni |

**Employee Accomplishments**

-Successfully provided PM support for projects within Credit Admin; oversaw completion of Statement Spreading for CSo, Underwriting recommendations for Corporate Liability and Post Approval Optimization within DCS

**Manager Comments**

Josh has seamlessly stepped into the Credit Admin space within BB and collaborated with various LOBs, having a similar process and transitioned them into a centralized Hub offshore.

| Employee Rating | Manager Rating |
|---|---|
| Not Rated | Not Rated |

---

**Objective #3**

| Objective | Measures/Target Dates |
|---|---|
| Successfully provide Project Manager support for Commercial Card projects, while developing personal knowledge and positively representing the MOEDP. Identify an opportunity within Commercial Card to benefit the firm financially. Plan, execute and control the project to ensure key deliverables and milestone are achieved. | -1 Million Dollar Savings for 2017<br>-2 Million Dollar Savings for 2018 |

**Employee Accomplishments**

-Initiated and Planned ground work for long term project to benefit Commercial Card business for 2017 and 2018
-Completed Market Readiness Document and conducted notifications for Commercial Card change readiness to posture for eStatement initiative
-Developed monthly reporting with Business Analytics team to ensure future success for Commercial Card eStatement initiative
-Asked to pursue opportunity and permanent position within Commercial Card as a 603 level employee.

**Manager Comments**

Josh launched this project at the beginning of his employment with JPMC. His rapid grasp of the project combined with his data analysis, so impressed the MD and team of global Commercial Card they wanted to extend him an offer within 30 days. Since then he has consistently exceeded their expectations.

| Employee Rating | Manager Rating |
|---|---|
| Not Rated | Not Rated |

---

**Objective #4**

| Objective | Measures/Target Dates |
|---|---|
| Spearheading planning and execution for the 2016 Celebration of Service for all of North America VETS | 12/18- Successful completion of VETS events across North America and closure of project |

**Employee Accomplishments**

-Successfully planned and executed 2016 Celebration of Service for all of North America VETS
-Ensured forum made available for all VETS chapters to collaborate on successful planning
-Ensured all expenses submitted and approved prior to FY end

**Manager Comments**

Celebration of Service is a large task and was executed flawlessly. It required coordination of 20 stateside VETS BRG Chapters in tandem with Military Veteran Affairs. Josh insured chapters celebration plans and attendees were within firm standards, using only approved vendors, within budget($110k) and then the closed the project meeting expense submission requirements.

| Employee Rating | Manager Rating |
|---|---|
| Not Rated | Not Rated |

---

**Objective #5**

| Objective | Measures/Target Dates |
|---|---|
| | -Pursue an EMBA |

d pursue opportunities for professional and
2283) - 2016 Performance Review

V.7a-002

02_Series_V_Part_2_Performance_Records.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_ND

| personal growth. Be proactive in sharing knowledge and mentoring peers, subordinates or superiors that can benefit from my experiences. | -Recurring meetings with Mentor<br>-Extensive networking<br>-Open Communication Lines |
|---|---|

### Employee Accomplishments

-Completed 1st Term of MBA Classes at SMU, 4.0 GPA
-In conjunction with full work schedule, conduct weekly study group meetings
-Monthly mentorship meetings
-Monthly Military Officer Executive Development Program engagements
-Attending West Point and Service Academy DFW networking events

### Manager Comments

Josh looks for opportunities to engage with other LOBs and leaders that peak his interest.

| Employee Rating | Manager Rating |
|---|---|
| Not Rated | Not Rated |

### Development Plan

| Development Goal - Completed | Actions/Resources | Progress |
|---|---|---|
| Assimilate to JPMorgan | My Training Hub, Manager, Mentor | Took ownership of multiple projects within multiple LOBs, sought mentorship from peers, managers and several leaderships in different LOBs. |

### Manager's Comments

| | | |
|---|---|---|

### Career Plan

| Career Goal | Term |
|---|---|
| Establish reputation as a competent Associate, capable of executing any task with limited guidance and/or resources. Ensure reputation allows for future growth within company. | Short Term (0-12 months) |

### Manager Comments

| Competency | N/A | Employee Rating | Manager Rating |
|---|---|---|---|
| | | | |

### Competency

### Strengths & Opportunities

**Employee Strength (Display) -- Biering, Joshua  (08-DEC-2016)**

Analytical- I am able to receive data and a problem set and break it down to smaller entities to solve the overall problem. Having an engineering and logistics background allows me to see a problem in ways that non quantitative people might not see the same problem

**Employee Opportunity (Display) -- Biering, Joshua  (08-DEC-2016)**

Corporate America- Coming from a military college of 4 years and then serving in the military for 5 years, I have not experienced the same professional careers as my peers in Corporate America. However, I find this to be an incredible opportunity to look for commonalities and identify my knowledge gaps with mentorship and business school.

**Employee Strength (Display) -- Biering, Joshua  (08-DEC-2016)**

Leadership- After holding multiple leadership positions through athletic teams in high school, West Point and within the Army, I have learned through experiences leadership skills that work and also leadership qualities that I do not want to emulate. I feel I can be a value

662283) - 2016 Performance Review

V.7a-003

Page 3 of 4

02_Series_V_Part_2_Performance_Records.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NE

added in an organization that requires direction to achieve a strategic goal or initiative.

### Manager Strength (Display) -- Kay, Adrienne  (17-JAN-2017)

Josh consistently displays exceptional time management, analytic and leadership skills. His opportunity listed  above will quickly change as he continues to acclimate and grow.

### Summary Comments

### Employee Year End  (Display) -- Biering, Joshua  (03-JAN-2017)

I started with the firm as an Associate in the Military Officer Executive Development Program on May 23, 2016. Upon starting with the firm, I was given three projects within the Credit Admin work stream of the Wholesale Center of Excellence and one project for Commercial Card. After a few months, I was also given responsibility to plan and execute the VETS Celebration of Service Event. The Credit Admin and VETS projects were successful and the Commercial Card project is ongoing. The before mentioned projects, networking, mentorship and business school have all served as excellent mediums to lay the foundation for future success in Corporate America.

### Manager Year End  (Display) -- Kay, Adrienne  (17-JAN-2017)

Year end-It's been a pleasure working with Josh during his first rotation. He is outgoing, high energy and team members enjoy working with him. His transition into JPMC has also been seamless. His leadership and project management skills have allowed him to easily assimilate. In 2017, Josh will step into another assignment within Private Bank and I'm confident he will do just as well balancing work, EMBA and other activities.
Mid year-Josh started with JPMC May 23rd, 2016. His is in our military officer executive development program having separated from the army this year as an O3. Josh has quickly grasped the engineering and technology projects and  is making a name for himself as a self starting problem solver.
Additionally he is actively engaged in community outreach with the VETS BRG and Fort Worth Leadership.

### Discussion Tracking

| Discussion | Employee Confirm | Manager Confirm |
|---|---|---|
| Objectives | Y (03-JAN-2017) | Y (27-JUL-2016) |
| Development/Career Plan | Y (03-JAN-2017) | Y (27-JUL-2016) |
| Jan, Feb, Mar (Quarterly Discussion) | Y (03-JAN-2017) | Y (27-JUL-2016) |
| Apr, May, Jun (Mid Year) | Y (03-JAN-2017) | Y (27-JUL-2016) |
| Jul, Aug, Sep (Quarterly Discussion) | N | Y (17-JAN-2017) |
| Oct, Nov, Dec (Year End) | N | Y (17-JAN-2017) |

### Attachments

| Filename | Uploaded By | Source | Date |
|---|---|---|---|
| There are no attachments to this performance review. | | | |

2283) - 2016 Performance Review

Page 4 of 4

V.7a-004

02_Series_V_Part_2_Performance_Records.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT V.07b
## JPM Annual Performance Review 2017
## V.07b-001 – 005

**Description:** Performance, scorecard, self-assessment, or annual-review record.

**Relevance:** Provides contemporaneous performance evidence against the later documented-performance-deficiency narrative.

**Source:** JPM Internal Record, Annual Performance Review; year 2017

**Petition Ref:** Not directly cited – supporting record

**Disclosures:** None — reproduced as produced, no added markings

**Filing Status:** Public - not sealed

V.07b-001
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Manager sections of this review are in 'display' status.Employee can view manager's comments or ratings.

| Review Information | |
|---|---|
| **Review Status:** | Completed |
| **Employee:** | Biering,Joshua D. (I662283) |
| **Manager:** | Nolet,David Edward (U571205) |
| **Additional Manager:** | N/A |
| **Review Cycle:** | 01-JAN-2016 --- 31-DEC-2016 |
| **Reporting Year:** | 2016 |
| **Job Title:** | Banker |
| **Tenure Date:** | 23-MAY-2016 |

| Mid Year Rating | Year End Rating |
|---|---|
| Not Rated | **High Meets Expectations** |

### Finalize Year End Performance Review - Signature Section

| User | Signature | Date |
|---|---|---|
| **Manager** | Adrienne Kay | 17-JAN-2017 |
| **Employee** | Joshua Biering | 17-JAN-2017 |

### Objective #1

| Objective | Measures/Target Dates |
|---|---|
| Transition successfully and efficiently from the military to Corporate America via JPMC's Military Officer Executive Development Program. Network extensively to develop and advertise personal brand and program, learn the multiple lines of businesses, and establish gateway for second rotation. | -Within first 12 months<br>-Network with Associates, VPs, EDs and MDs from a different LOB each month<br>-Attend Business Resource Group events when available |

**Employee Accomplishments**

-Met at least one Managing Director from each LOB across the firm
-Networked and collaborated on projects with exposure to all LOBs within Wholesale Center of Excellence
-Attended Private Bank/Commercial Bank networking events for Analysts and Associates
-Attended Women on the Move and VETS events; provided PM support for VETS Celebration of Service event

**Manager Comments**

Josh has embraced the role of program manger within Community segment (Business Banking, Global Commercial Card, Dealer Commercial Services) quickly learning business processes and achieving his objectives. His transition into corporate life has also included a rigorous EMBA program and stretch assignments.

| Employee Rating | Manager Rating |
|---|---|
| Not Rated | Not Rated |

### Objective #2

| Objective | Measures/Target Dates |
|---|---|
| Successfully provide Project Manager support for projects within the Credit Admin work stream. Expand knowledge within Wholesale Center of Excellence through exposure to it's supporting businesses. Ensure project deliverables and milestones met throughout project | -Weekly Meetings w/ cross functional teams to promote project success<br>-12/30/16- Go Live for Statement Spreading Integration- CSo<br>-1/30/17- Go Live for Corporate Liability Credit Analysis/ |

Biering,Joshua D. (I662283) - 2016 Performance Review


02_Series_V_Part_2_Performance_Records.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docket

V.07b-002
4:26-cv-00381-O
*Biering v. JPMS, et al.*

| life cycle. Grow project management experience and back office expertise while preparing for future rotations. | Recommendations -11/30/16- Go Live for DCS Credit Agreement |
| --- | --- |

**Employee Accomplishments**

-Successfully provided PM support for projects within Credit Admin; oversaw completion of Statement Spreading for CSo, Underwriting recommendations for Corporate Liability and Post Approval Optimization within DCS

**Manager Comments**

Josh has seamlessly stepped into the Credit Admin space within BB and collaborated with various LOBs, having a similar process and transitioned them into a centralized Hub offshore.

| Employee Rating | Manager Rating |
| --- | --- |
| Not Rated | Not Rated |

| Objective #3 | |
| --- | --- |
| **Objective** | **Measures/Target Dates** |
| Successfully provide Project Manager support for Commercial Card projects, while developing personal knowledge and positively representing the MOEDP. Identify an opportunity within Commercial Card to benefit the firm financially. Plan, execute and control the project to ensure key deliverables and milestone are achieved. | -1 Million Dollar Savings for 2017 -2 Million Dollar Savings for 2018 |

**Employee Accomplishments**

-Initiated and Planned ground work for long term project to benefit Commercial Card business for 2017 and 2018
-Completed Market Readiness Document and conducted notifications for Commercial Card change readiness to posture for eStatement initiative
-Developed monthly reporting with Business Analytics team to ensure future success for Commercial Card eStatement initiative
-Asked to pursue opportunity and permanent position within Commercial Card as a 603 level employee.

**Manager Comments**

Josh launched this project at the beginning of his employment with JPMC. His rapid grasp of the project combined with his data analysis, so impressed the MD and team of global Commercial Card they wanted to extend him an offer within 30 days. Since then he has consistently exceeded their expectations.

| Employee Rating | Manager Rating |
| --- | --- |
| Not Rated | Not Rated |

| Objective #4 | |
| --- | --- |
| **Objective** | **Measures/Target Dates** |
| Spearheading planning and execution for the 2016 Celebration of Service for all of North America VETS | 12/18- Successful completion of VETS events across North America and closure of project |

**Employee Accomplishments**

-Successfully planned and executed 2016 Celebration of Service for all of North America VETS
-Ensured forum made available for all VETS chapters to collaborate on successful planning
-Ensured all expenses submitted and approved prior to FY end

**Manager Comments**

Celebration of Service is a large task and was executed flawlessly. It required coordination of 20 stateside VETS BRG Chapters in tandem with Military Veteran Affairs. Josh insured chapters celebration plans and attendees were within firm standards, using only approved vendors, within budget($110k) and then the closed the project meeting expense submission requirements.

| Employee Rating | Manager Rating |
| --- | --- |
| Not Rated | Not Rated |

| Objective #5 | |
| --- | --- |
| **Objective** | **Measures/Target Dates** |
| Continue to identify and pursue opportunities for professional and | -Pursue an EMBA |

Biering,Joshua D. (I662283) - 2016 Performance Review


02_Series_V_Part_2_Performance_Records.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Dockete

V.07b303
4:26-cv-00381-O
*Biering v. JPMS, et al.*

| personal growth. Be proactive in sharing knowledge and mentoring peers, subordinates or superiors that can benefit from my experiences. | -Recurring meetings with Mentor <br> -Extensive networking <br> -Open Communication Lines |
|---|---|

### Employee Accomplishments

-Completed 1st Term of MBA Classes at SMU, 4.0 GPA
-In conjunction with full work schedule, conduct weekly study group meetings
-Monthly mentorship meetings
-Monthly Military Officer Executive Development Program engagements
-Attending West Point and Service Academy DFW networking events

### Manager Comments

Josh looks for opportunities to engage with other LOBs and leaders that peak his interest.

| Employee Rating | Manager Rating |
|---|---|
| Not Rated | Not Rated |

### Development Plan

| Development Goal - Completed | Actions/Resources | Progress |
|---|---|---|
| Assimilate to JPMorgan | My Training Hub, Manager, Mentor | Took ownership of multiple projects within multiple LOBs, sought mentorship from peers, managers and several leaderships in different LOBs. |

#### Manager's Comments

| |
|---|
| |

### Career Plan

| Career Goal | Term |
|---|---|
| Establish reputation as a competent Associate, capable of executing any task with limited guidance and/or resources. Ensure reputation allows for future growth within company. | Short Term (0-12 months) |

#### Manager Comments

| |
|---|
| |

| Competency | N/A | Employee Rating | Manager Rating |
|---|---|---|---|
| | | | |

### Competency

### Strengths & Opportunities

#### Employee Strength (Display) -- Biering, Joshua  (08-DEC-2016)

Analytical- I am able to receive data and a problem set and break it down to smaller entities to solve the overall problem. Having an engineering and logistics background allows me to see a problem in ways that non quantitative people might not see the same problem

#### Employee Opportunity (Display) -- Biering, Joshua  (08-DEC-2016)

Corporate America- Coming from a military college of 4 years and then serving in the military for 5 years, I have not experienced the same professional careers as my peers in Corporate America. However, I find this to be an incredible opportunity to look for commonalities and identify my knowledge gaps with mentorship and business school.

#### Employee Strength (Display) -- Biering, Joshua  (08-DEC-2016)

Leadership- After holding multiple leadership positions through athletic teams in high school, West Point and within the Army, I have learned through experiences leadership skills that work and also leadership qualities that I do not want to emulate. I feel I can be a value

Biering,Joshua D. (I662283) - 2016 Performance Review

02_Series_V_Part_2_Performance_Records.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed

VID 1302
4:26-cv-00381-O
*Biering v. JPMS, et al.*

added in an organization that requires direction to achieve a strategic goal or initiative.

### Manager Strength (Display) -- Kay, Adrienne  (17-JAN-2017)

Josh consistently displays exceptional time management, analytic and leadership skills. His opportunity listed  above he continues to acclimate and grow.

### Summary Comments

### Employee Year End  (Display) -- Biering, Joshua  (03-JAN-2017)

I started with the firm as an Associate in the Military Officer Executive Development Program on May 23, 2016. Upon starting with the firm, I was given three projects within the Credit Admin work stream of the Wholesale Center of Excellence and one project for Commercial Card. After a few months, I was also given responsibility to plan and execute the VETS Celebration of Service Event. The Credit Admin and VETS projects were successful and the Commercial Card project is ongoing. The before mentioned projects, networking, mentorship and business school have all served as excellent mediums to lay the foundation for future success in Corporate America.

### Manager Year End  (Display) -- Kay, Adrienne  (17-JAN-2017)

Year end-It's been a pleasure working with Josh during his first rotation. He is outgoing, high energy and team members enjoy working with him. His transition into JPMC has also been seamless. His leadership and project management skills have allowed him to easily assimilate. In 2017, Josh will step into another assignment within Private Bank and I'm confident he will do just as well balancing work, EMBA and other activities.

Mid year-Josh started with JPMC May 23rd, 2016. His is in our military officer executive development program having separated from the army this year as an O3. Josh has quickly grasped the engineering and technology projects and  is making a name for himself as a self starting problem solver.

Additionally he is actively engaged in community outreach with the VETS BRG and Fort Worth Leadership.

### Discussion Tracking

| Discussion | Employee Confirm | Manager Confirm |
|---|---|---|
| Objectives | Y (03-JAN-2017) | Y (27-JUL-2016) |
| Development/Career Plan | Y (03-JAN-2017) | Y (27-JUL-2016) |
| Jan, Feb, Mar (Quarterly Discussion) | Y (03-JAN-2017) | Y (27-JUL-2016) |
| Apr, May, Jun (Mid Year) | Y (03-JAN-2017) | Y (27-JUL-2016) |
| Jul, Aug, Sep (Quarterly Discussion) | N | Y (17-JAN-2017) |
| Oct, Nov, Dec (Year End) | N | Y (17-JAN-2017) |

### Attachments

| Filename | Uploaded By | Source | Date |
|---|---|---|---|
| *There are no attachments to this performance review.* | | | |

Biering,Joshua D. (I662283) - 2016 Performance Review



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT V.07c

## JPM Annual Performance Review 2018
## V.07c-001 – 003

**Description:**     Performance, scorecard, self-assessment, or annual-review record.

**Relevance:**      Provides contemporaneous performance evidence against the later documented-performance-deficiency narrative.

**Source:**        JPM Internal Record, Annual Performance Review; year 2018

**Petition Ref:**     Not directly cited – supporting record

**Disclosures:**     None — reproduced as produced, no added markings

**Filing Status:**    Public - not sealed

VD71301
4:26-cv-00381-O
*Biering v. JPMS, et al.*

**2018 Annual Review for Joshua Biering (I662283)**

Manager: David Nolet (U571205)

Form Status:  Published

Manager Status:  Manager Submitted

Employee Status:  Published

---

## Business Results  Rating: On Track (O)

---

## Self-Assessment Comments

- **Aligns-** Partnered with Senior Banker on complex book, on track to achieve $8.2MM annual revenue, 10% YoY revenue growth, $90-$100MM in flows, and 2 Net New Client points. Overall Q2. Built team's framework and 2018 strategy to deliver highest level of client service in parallel with GSHD IPO. Building own client book, lead banker on RR's next generation clients, COO/poc for RR's core book of clients.
- **Prioritizes-** Created 2018 New Client Point Opportunity Focus list to identify 2018 strategy. Persistence and follow up resulted in Roger Nober exercising BrkB options and transferring proceeds from eTrade to cross NNC threshold. Expect NNC from Heartspace Foundation, and have a glide path in place to achieve 2019 Net New Client points Q1/Q2 of 2019.
- **Eliminates-** Created business case to provide information required for management to make sound business decisions for overall relationship pricing and opportunity rather than on an individual/silo-ed product basis. Identified issues and sought leadership support. Leveraged business case with Mortgage, Restricted Stock Desk, Custody, Credit, and Risk for GSHD relationship.
- **Manages Costs/Resources-** Fully leveraged the intern population in face of analyst turn over to facilitate the delivery and execution of all products and services for the ultimate benefit of Team Arlington clients and prospects.
- **Identifies-** Early adoption and high conversion rate for DocuSign with larger, complex and long-term clients originally biased toward paper documents. Implemented and streamlined GSHD 10b5-1 programs with restricted stock desk to ensure fluid execution with transfer agent.
- **Runs-** Run weekly Arlington meeting with all internal product specialists to focus team on weekly priorities and overall business strategy. Implemented checks and balances to ensure all team members followed up with assigned tasks.

## Manager Comments

Please see the overall performance section for comments on this year's results.

---

## Client / Customer / Stakeholder  Rating: Strong (S)

---

## Self-Assessment Comments

- **Anticipates-** Due to concerns around Cyber Security, planned Gary Sorrentino's visit to both Fort Worth and Dallas. Resulted in x3 MLSPs and x4 client meetings for FW.
- **Collaborates-** Significant interaction with Global Head of Custody, Restricted Stock, Mortgage, Wealth Advisory, GIO, Cyber and internal product specialists to meet needs of GSHD
- **Delivers-** Implemented 2018 GRAT for Matt Rose to create future income streams for children. Worked with RR & JW to construct creative and complex multi-generational wealth transfer strategies for Matt Rose via credit, leases and dynasty trusts.

**Manager Comments**

CONFIDENTIAL

**JPMS000520**

CONFIDENTIAL

Please see the overall performance section for comments on this year's results.

Case 4:26-cv-00381-O-BP    Document 24-2    Filed 04/29/26    Page 13 of 40    PageID 1305

VD71:305
4:26-cv-00381-O
*Biering v. JPMS, et al.*

## Teamwork and Leadership  Rating: On Track (O)

### Self-Assessment Comments

•**Cultivates-** Strong relationship with RR and admin. Attended 107 of 181 client meetings with partner. Strong relationship with Account Opening, SBL Team, Retail Branch, Restricted Stock Desk, Custody, and Mortgage. Fully internalized Partnership with HNW; resulted in 15 GSHD Directors on boarded.

•**Communicates-** Have requested several exception requests using a well articulated business model to deliver results for GSHD. Requests routed through David Nolet and Elaine

•**Behaves**- Upholds JPMorgan Code of Conduct w/ 0 incidents

•**Checks-in/ Asks**- Consistently asks for feedback from RR and persistent about monthly/ bimonthly 1:1s w/ David

### Manager Comments

Please see the overall performance section for comments on this year's results.

## Risk, Controls, and Conduct

### Self-Assessment Comments

### Manager Comments

**No**, your manager indicated there have not been any additional material shortcomings this year related to your Risk, Controls, or Conduct performance or behavior.

## Overall Performance Summary.

### Self-Assessment Comments

2018 has been a very active year for Team Arlington, and from the Associate perspective, I've had the opportunity to play an integral role in several complex deals and transactions. I helped quarterback the entire GSHD relationship in preparation for their IPO and helped develop our team's strategy as we were well positioned to facilitate GSHD transactions post IPO lock up. As BNSF Executive Chairman, Matt Rose, announced his retirement, I helped construct creative and complex multi-generational wealth transfer strategies for Matt Rose- leveraging credit, dynasty trusts, CLATs, GRATs and several other complex products.

Team Arlington is primarily filled with several legacy, multi generational clients that requires significant attention to detail and coordination with several stakeholders. As an Associate operating in a office without the core support of peers, and high analyst turnover, I'm proud of how efficient our team operated.

2018 is filled with several qualitative factors/success in addition to the core metrics we rate ourselves on: new client points, revenue and flows. A great deal of work and preparation went into the GSHD IPO while performing BAU tasks in the face of increased volatility and a rising interest rate environment for the core book of clients.

I'd like to start having clients in my name and have the support of my senior banker partner to start taking on more responsibilities. I'll continue to work on developmental opportunities such as refining internal team Arlington communications while we don't

CONFIDENTIAL

V.07c-002

JPMS000521

02_Series_V_Part_2_Performance_Records.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed

volumes, ensure I slow it down to deliver consistent, fluid and perfect results to the client. I also feel a d will significantly help with this process and allow me more time to focus on Business Development.

## Manager Comments

Josh's comments around overall results and areas of growth are spot on. He has had a very good year

Rose through a multitude of key transactions and opportunities for the team and firm overall. He is viewed by the overall team as a key resource and is ahead of his peer group in key areas around managing a large book of business. Analyst support has been a challenge given turnover and new hires - Josh has been able to manage this quite well and he has worked hard to get new people up to speed. Given this is a new industry for Josh, he has been able to quickly learn the firm and how to leverage partners to help take care of very complex needs for our client base.

Areas of growth for Josh as he takes his role to the next level include working on the EQ side of client interaction. In addition, managing through all of the various internal partners can be challenging for all of us. Josh has an opportunity now that he is not "new" to foster more internal relationships and also leverage senior partners on the team to help get complex matters resolved.

## Attachments

**CONFIDENTIAL**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT V.07d
## JPM Annual Performance Review 2019
## V.07d-001 – 003

**Description:**   Performance, scorecard, self-assessment, or annual-review record.

**Relevance:**   Provides contemporaneous performance evidence against the later documented-performance-deficiency narrative.

**Source:**   JPM Internal Record, Annual Performance Review; year 2019

**Petition Ref:**   Not directly cited – supporting record

**Disclosures:**   None — reproduced as produced, no added markings

**Filing Status:**   Public - not sealed

Case 4:26-cv-00381-O-BP    Document 24-2    Filed 04/29/26    Page 16 of 40    PageID 1308

4:26-cv-00381-O
*Biering v. JPMS, et al.*

## 2019 Annual Review for Joshua Biering (I662283)

Manager: David Nolet (U571205)

Form Status:  Published

Manager Status:  Manager Submitted

Employee Status:  Published

---

## Business Results  Rating: On Track (O)

---

## Self-Assessment Comments

Partnered with Senior Banker on complex book in addition to generating and growing new business for my own book of clients. By the end of year, my individual book consists of 33 clients, $515MM AUM, and $2.7MM of annual revenue. Ended the year with $38MM of flows, $77k revenue growth and 2 new clients/ Identified as one of the top 2 Associates in the South Region.

Facilitated the successful transition of 20 clients and $600MM of assets to new bankers. Will continue to support as continuity to ensure smooth transition and retention.

Partnered with Jerry Petrey from Middle Market to win the personal business of wealthy family (DFW Heavy Duty) in Fort Worth whose Balance Sheet exceeds $300MM. The majority of their wealth is with their business but will continue to grow and foster the relationship. Immediate win with the family includes a $100MM referral to the JPMorgan Prime Brokerage team and client has expressed strong potential of growing that business to $400MM.

Identified West Point Alumni from Forbes article of "Most Successful Self Made Women in U.S." whose net worth is estimated at $350MM. Sourced the prospect and met with the prospect to establish dialogue. In the process of trying to schedule meetings with Private Business Advisory and Steve Faulkner.

Successful referral of $3MM to HNW partners in Greenwich, Connecticut (Severni Family). Client Advisor- Michael Keden, Managing Director

Responsible for laying the foundation of Goosehead's Restricted Stock trading and 10b5-1 programs. Resulted in sales of $75MM from January to October 1 2019. Created an internal, Fort Worth program that helps the broader GSHD support team identify, execute and facilitate all restricted trading and tracking.

Coordinated x3 MLSPs for Gary Sorrentino and Cyber Security. Coordinated Gary Sorrentino as the Key Note Guest Speaker for the Annual GSHD conference in front of 500 GSHD employees.

Helped JPMorgan navigate and fend off competitive pressures from Bank of America and Charles Scwhwab as Goosehead was exploring credit needs from competitors to provide loans collateralized by restricted stock. Continued to maintain wallet share with the entire relationship. After coordinating with RSG, Lending, Credit and leadership, provided unsecured loans to meet needs of clients. Immediate need of $6MM unsecured line of credit met. Laid the groundwork to readdress single stock loans once company reaches 2 years as public company.

Coordinated and drove Fiduciary team wins after identifying the need for the Jones' next generation to complete estate plans. Completed meetings with the children and Jim Wyss. Resulted in all of the children meeting with Estate Tax Planning Attorneys and recommendations of naming JPMorgan in Fiduciary capacity of CMV $200MM assets with large potential for growth.

Joined the Board of Directors for Folds of Honor Fort Worth. Continue to serve on planning committee of West Point Society of North Texas.

## Manager Comments

V.07d-001      CONFIDENTIAL                                                JPMS000523

02_Series_V_Part_2_Performance_Records.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Dockete

Please see aggregated comments in the Overall Performance Summary Section.

CONFIDENTIAL

Case 4:26-cv-00381-O-BP    Document 24-2    Filed 04/29/26    Page 17 of 40    PageID 1302

4:26-cv-00381-O
*Biering v. JPMS, et al.*

## Client / Customer / Stakeholder  Rating: Strong (S)

### Self-Assessment Comments

- Understood the importance of Estate Planning discussion for the Jones next generation given their significant life event and wealth. Each child did not understand the magnitude and importance of having individual estate plans for succession planning, asset protection and optimization of current lifetime exemption levels. Coordinated meetings for all of the x6 Jones children families, Serena Jones to meet with Jim Wyss. As a result, all of the children have a strategy in place to meet with recommended attorneys to complete estate plans. Mark Jones/ principal, extremely pleased with the initiative.

-Significant collaboration with the Restricted Stock Group to develop productive and efficient internal operating procedures for GSHD restricted stock trading. Further coordinated meetings with RSG, Advice Lab, Executive Compensation Team. Coordinating with all of the options recipients to help think through their options exercising as their options vest May 1st 2020.

- Understood the need for GSHD executives to maintain their GSHD exposure given all of the upside but immediate cash flow needs to fund goals: i.e. construction of dream homes and acquisition of land. Delivered a $6MM unsecured line of credit to Mike Colby and $2MM unsecured line of credit to Ryan and Lindy Langston. Intensive collaboration with the lending team, credit executives and restricted stock group to meet client needs. Will continue to readdress the topic as other opportunities arise.

-Collaborated with several banker teams to debrief on client relationships during a time of transition in a short timeline. Facilitated several in depth, internal meetings to prepare for successful transfers of clients.

### Manager Comments

Please see aggregated comments in the Overall Performance Summary Section.

## Teamwork and Leadership  Rating: On Track (O)

### Self-Assessment Comments

Continued to strengthen internal partnerships with Business Banking and Commercial Bank. Identified multiple operating accounts and clients within my book who were better served by Business Banking. As a result, introduced and successfully transferred Ambit Spray Foam to Brad Ender in Business Banking and have ear marked several other candidates. Introduced Brad Ender to Fairwater Partners and Brad/Fairwater have had several follow up meetings and introductions to other clients and COIs. Brad has identified several other referrals and very optimistic on other opportunities.

Mentor and grow analyst partner. Ensured that we scheduled several internal role plays for Sarah to receive exposure and development to ultimately help her to A to A. Strong relationship with HNW partner, Ben Stewart.

Upholds JPMorgan Code of Conduct w/ 0 incidents.

Consistently asks for feedback from RR and persistent about monthly 1:1s w/ David.

### Manager Comments

Please see aggregated comments in the Overall Performance Summary Section.

## Risk, Controls, and Conduct

### Self-Assessment Comments

V.07d-002    CONFIDENTIAL    JPMS000524


02_Series_V_Part_2_Performance_Records.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docket

**Yes**, my employee exhibits the behaviors in line with the firm's Risk, Controls, and Conduct expectation

## Overall Performance Summary.

### Self-Assessment Comments

$77k revenue growth

$38MM flows

2 GNC

Identified and sourced prospect $350MM.. will continue to foster relationship

Deepen relationships of clients transferred. Entrusted with the responsibility as successor to Randal Rose for the majority of his relationships.
Selected to serve as Board of Directors of Folds of Honor Fort Worth.

HNW referral to CT market for $3MM

$100MM plus referral to JPMorgan Prime Brokerage Team

$20MM win with Tom Bradshaw- BB referral

Goal for 2020 to retain clients and deepen relationship with broader Fort Worth Team as I move to the Fort Worth office. Goal to strengthen relationship with Fort Worth leadership.

### Manager Comments

Josh has done an excellent job of highlighting his progress and efforts in 2019. His work over the past year has helped the firm retain existing business while also building out his network to manage a book of business on his own. I am excited about seeing Josh progress in the 2020 as I feel he will have very strong financial results given the pipeline he has built. I feel he has the opportunity to be in the top quartile of his peer group.

### Attachments

V.07d-003    **CONFIDENTIAL**    **JPMS000525**

02_Series_V_Part_2_Performance_Records.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docket

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT V.07e

## JPM Annual Performance Review 2020
## V.07e-001 – 004

**Description:**   Performance, scorecard, self-assessment, or annual-review record.

**Relevance:**   Provides contemporaneous performance evidence against the later documented-performance-deficiency narrative.

**Source:**   JPM Internal Record, Annual Performance Review; year 2020

**Petition Ref:**   Not directly cited – supporting record

**Disclosures:**   None — reproduced as produced, no added markings

**Filing Status:**   Public - not sealed

## Josh Biering

**2020 Annual Review** – Manager Comments

### Business Results

Business Results – 2020 Metric Year through September (2020 Business Plan):

- $47MM IB&C Flows (2020 Plan: $50MM)
- 4 Net Client Points (2020 Plan: 2)
    - 0 New
    - 4 Threshold
        - Jefxxxy Mxxk Jacxxxn
        - Kaxxn Lxxn Lanxxxn
        - Maxk Exxn Joxxs Jr
        - Micxxxl Chrixxxxxxr Coxxy
    - 0 Bonus
- Revenue YTD: $2.51MM; $276K; 12%, (2020 Plan: $100K growth)
- Risk Adjusted Revenue YTD: $2.43MM; $265K; 12%
- $2.9MM Total Book
- Q3 quartile rating through metric YTD

Josh highlights a strong effort this year in increasing flows out of a number of key clients.  His peer group had a strong year across the US and Josh's results are right on the borderline between Q2 and Q3.  For his first year as a VP I feel that Josh should be pleased with his business production, particularly given the COVID pandemic.

### Client / Customer / Stakeholder

Josh did one of the most critical items needed over the past 12 months – the transition and retention of retired banker, Randal Rose's book of business.  Many of these clients had worked with Randal for decades so the transition was difficult, but managed incredibly well.  Josh definitely had a standout year when it comes to client focus.

### Teamwork and Leadership

Josh appropriately focused on his client workload and building his business.  He will more naturally take on more of leadership role beyond his core team as we return to the office.  Josh has also done a great job getting engaged in the community in organizations he cares about – which is also starting to bear fruit from a business development standpoint.

### Risk, Controls and Conduct

As expected for the role

V.07e-001 CONFIDENTIAL                                                                                    JPMS000526

02_Series_V_Part_2_Performance_Records.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\2026

VD71.002
4:26-cv-00381-O
*Biering v. JPMS, et al.*

## 2020 Annual Review for Joshua Biering (I662283)

Manager: David Nolet (U571205)

Form Status:  Published

Manager Status:  Manager Submitted

Employee Status:  Published

---

## Business Results  Rating: On Track (O)

---

### Self-Assessment Comments

- 1st Year VP and results in the 2.6mm to 4.2mm quartile; as of July scorecard tiered as Q2. Pending September final scorecard release, and recoupment of $2.2MM flow/associated revenue not captured, expected to finish Q2 as first year VP. 7% YoY Revenue Growth(Q2); $45mm IB&C Flows (Q3 with Q1 breakpoint of $131mM ino flows) and 4 new client points (very top of Q2 tier) Overall Q2.

-Achieved Goal of 100% retention of inherited clients after retirement of MD Randal Rose and MD Larry Bothe. Of the client survey sent out that was answered, client answered 10/10 on the results and wrote solid reviews with my responsibilities following Randal's retirement

- Deepened relationships within current book and identified strong pipeline opportunity for 2021 metric year. $200MM opportunity with IB/CB partners for a potential sale of business. Introduced the prospect to our MM who has been working with our IB. IB Delivered term sheet and waiting decision to move forward. (M1 Ser**** and Kat*** Hil*****).

- Coordinated framework and proposal to win additional $75MM of assets for W*lc* Family as they undergo complex decanting process of DE Trusts.
- $11MM HOT Q1 CRE lending opportunity set to close pending credit/lending team's proposal for *llen and Wh*te Relationship

-$8MM HOT Q1 2021 CRE lending opportunity for CRE/ Consumer Retail segment in Arlington

- Identified $80MM Endowment and Foundation opportunity in Arlington up for new bid end of 2021.
- Continue to win Fidcuiary Business for JPM as JPM named in capacity on 7/7 G2 Members of Billionaire Relationship

### Manager Comments

Please see attached one page review document that goes into full detail on performance results.

---

## Client / Customer / Stakeholder  Rating: Strong (S)

---

### Self-Assessment Comments

- Led the team to develop the scaleable framework that resulted in banking/investing team representing G**s*h*ad Executives to exercise hold/sell options after this was the first year of vesting. Required extensive coordination with RSG, Inhouse and external legal Counsel, Transfer Agent and stock plan administrator.

-Continued to streamline the RSG process and serve as the subject matter expert for the team

- Dusting off the Insurance Dedicated Fund vehicles and have open proposal to clients. Required extens
Alts team as well as Insurance Consultants.

VD7-304
4:26-cv-00381-O
*Biering v. JPMS, et al.*

## Manager Comments

Please see attached one page review document that goes into full detail on performance results.

---

## Teamwork and Leadership  Rating: On Track (O)

---

## Self-Assessment Comments

- Served as point of continuity as the remaining $700MM from retired Randal Rose's book transitioned to new bankers across the team. Resulted in 100% retention of business

- Partner with Senior Banker and Senior Investor team to transition multi billionaire client to new lead banker and investor. Continue to keep team informed as the book is very intertwined. .

- Serve on board of West Point Society of North Texas

- Serve on board of Folds of Honor in Fort Worth

- Manage and Mentor Analyst and Administrative assistant

- Partner with Military Pathways Program to continue mentor program and help facilitate placement in new positions.

- Active member VETS BRG.

## Manager Comments

Please see attached one page review document that goes into full detail on performance results.

---

## Risk, Controls, and Conduct

---

## Self-Assessment Comments

## Manager Comments

**Yes**, my employee exhibits the behaviors in line with the firm's Risk, Controls, and Conduct expectations

---

## Overall Performance Summary

---

## Self-Assessment Comments

Achieved goal from initial 2020 business plan provided to management by 80%. Initial focus was 100% retention of inherited clients (protect back door) which was achieved while deepening and winning new business. Initial plan was to win $25mm in new flows but won $45mm new flows. Expected to finish Q2 as first year VP.

Built strong relationships with external stakeholders COIs and optimistic about pipeline generation.

## Manager Comments

V.07e-003              CONFIDENTIAL                                                      JPMS000528

02_Series_V_Part_2_Performance_Records.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docket

Please see attached one page review document that goes into full detail on performance results.

CONFIDENTIAL

## Attachments

### Manager

| File name | Uploaded by | Date added |
|---|---|---|
| Biering Year End Review.docx | David Nolet(U571205) | 10/30/2020 |

CONFIDENTIAL

JPMS000529

## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT V.07f
## JPM Annual Performance Review – 2021
## V.07f-001 – 005

**Description:**     Claimant's 2021 JPM annual performance review.

**Relevance:**     Performance-record history.

**Source:**     JPM Internal Record, Annual Performance Review; year 2021

**Petition Ref:**     Not directly cited – supporting record

**Disclosures:**     Redactions: Privacy-sensitive client / charity identifiers redacted via OCR burn (unredacted version preserved in SEALED packet).

**Filing Status:**     Public - not sealed

Strictly Private & Confidential: For JPMC Internal Use Only.

JPMorgan Chase & Co.

Wed, November  01 2023 08:28:17 AM

**CONFIDENTIAL**

**2021 Annual Review** for **Jos    Biering(I662283 )**
Vice President | Asset & Wea    anagement

**Manager:** Ben Stewart Jr. (N682989)
**Document Owner:** David Nolet (U571205)
**Annual Review Status:** Completed

**Manager Evaluation Status:** Completed
**Employee Self Evaluation Status:** Completed
**Share Performance Document Status:**  Completed

| Business Results | Rating: Strong |
|---|---|

**Employee Comments**

CONFIDENTIAL

JPMS000530

Page **1**

Strictly Private & Confidential: For JPMC Internal Use Only.

JPMorgan Chase & Co.

Wed, November 01 2023 08:28:17 AM

**CONFIDENTIAL**

- 2nd year VP Partner Coverage Banker for Book of __32 Decision Maker Clients, $727MM TCP, $651MM AUM, generating $4.28MM in annual revenue__
- Finished the 2021 Metric Year with **$82.76MM IB&C** Flows, **4 Threshold New Client Points**, and __26% YoY Risk Adjusted , Revenue Growth__ ** __$883K of increased revenue__ **. Results achieved without being seeded new clients from transitioned bankers or pipeline of transitioned/departed bankers. **The #1 VP Banker/Advisor in Fort Worth** in terms of IB&C Flows and top 3 Banker/Advisor in Fort Worth- including more senior VPs, EDs and MDs.
- **Completed $MM of Open window and 10b5-1** restricted stock sales for Rule 144 Insiders for clients in my Book (2021 sales).
- Identified opportunity for client to fund an Irrevocable Dynasty Delaware Trust with **$11.5MM of lifetime exemption**. The stock used to fund the Delaware Trust was very complex (LLC Unit/B Share pair from UP C IPO transaction). Stock held at ComputerShare (transfer agent) and did not count as IB&C flows but results in **$15k of new annual revenue** that is charged arrears (not yet reflective on scorecard). Required extensive due diligence both internally (Wealth Advisory, Restricted Stock Group, Delaware Trust Team, etc) and 3rd party advisors (In house Corporate Counsel, Securities Counsel, Estate Tax Attorney, Transfer Agent, CPA Firm). Quarterbacked the transaction and as a result became the subject matter expert for the Office on how to facilitate complex gifts for dual share of restricted stock.
- Addressed two separate clients' need who had identified gifting plans (tithing and separate charitable contribution). As a result funded two separate DAFs with a total of **$6.21MM** in restricted CL A stock which is not reflected in IB&C flow metrics. Also conducted extensive due diligence with several third parties on how to fund DAF with complex LLC Unit/ restricted B Share pairs. Coordinated extensively with Corporate Counsel, Securities Counsel (2 separate teams), RSG, DAF Administrator Counsel. Served as office subject matter expert for this particular transaction and Issuer's stock.
- Sourced Prospect Opportunity via referral from the Arlington Chamber of Commerce to pitch for the future business of the National M*d*l of H*n*r Museum Endowment- __targeting $100MM+ future opportunity__. Significant opportunity with prominent community leaders and including former Presidents/Commander in Chiefs who sit on the Advisory Counsel and Board of Directors.
- Identified, Sourced and Executed __$8.1MM CVLI Premium Financing Credit Deal__. The first CVLI Premium Financing credit deal in the Fort Worth Market. Partnered with Lending Team and 3rd party Insurance Team and CPAs to facilitate deal. Identified additional $8mm+ CVLI Premium Financing opportunity as a result.

**Manager Comments**

Josh accurately highlights the significant financial results that he has accomplished for the Fort Worth market in 2021. He worked extremely hard to bring on additional business and has developed very strong relationships with his clients. He has truly become a trusted advisor for many of them and always puts their best interest first. He has also started to make sure to leverage other senior members of the team to get complex deals done. This has been a critical development for Josh and he should continue to do so. We often get an initial "no" from internal partners and important for him to widen the circle to help make sure when can creatively get to a yes.

| Client/Customer/Stakeholder | Rating: Strong |
|---|---|

**Employee Comments**

CONFIDENTIAL

JPMS000531

Strictly Private & Confidential: For JPMC Internal Use Only.

JPMorgan Chase & Co.

Wed, November  01 2023 08:28:17 AM

**CONFIDENTIAL**

- **Successful** ... **won $5MM complex ranch financing deal** from First Financial. M*ke C*l*y's family office was close to accepting terms from ... Financial but given the strong relationship with client- requested that JPMorgan have an opportunity to offer terms. Originally to ... o by Lending Team and Mortgage Team due to complexity- was able to structure a favorable and acceptable deal.
- Coordinated ... ust Estate Planning from planning inception to funding for the J**es Family second generation. Resulted in funding six different Irre ... able trust, using $11.5MM of lifetime exemption- coordinating funding and transfer of **$70MM of G*H* Stock**.  Flows not included ... low metrics.  Documented future fee for JPM T&E team but ensure white glove service to help client coordinate with Tax Attorne ... CPAs and an extensive transfer process with the Transfer Agent.
- Coordinated ... y complex Estate Settlement for the M*rg*e J*rd*n. Involved $25MM estate settlement and very extensive deliberation and coordin ... n with 3 generations of family members, former JPMorgan Banker Randal R*s*, 3rd party attorneys and CPAs. All energy was ... used on building trust and rapport with client and did not directly impact revenue and bottom line. Built extensive goodwill wit ... ent with goal of client retention, after their Banker/close friend of 30+ years retired
- Identified ar ... oortunity for a $100MM relationship, and sister-in-law of G**she**d CEO to help her receive an additional $5.45mm of lifetime exer ... on from the portability of her late husband. Husband passed away in 2016 and client did not have any guidance on how to settl ... tate- as a result an estate tax return was not filed and missed out on $5,45MM of lifetime exemption. Coordinated directly with ... alth Advisor and Haynes Boone to coordinate a Private Letter Ruling with IRS.
- Coordinated ... mily meeting with Billionaire family, multiple generations. Introduced broader JPMorgan Team and Advisors. First interaction c ... e third generation with the JPMorgan Team and patriarch/matriarch incredibly grateful.
- In the midst ... COVID, championed more than $3MM of PPP loan applications across two round and 7 different clients.
- Identified a ... on point for Billionaire Client who found the Service Team's requirement of verbal confirmations for wires and money movements ... e cumbersome. Client constantly was frustrated with the process/systems and felt like wire deadlines were getting missed. Clie ... caling the family office and shared with the client the JPMorgan Access program he may find beneficial to help with his family of ... Operations. Introduced JPMorgan Access concept and implemented. Client very pleased. Phase 2 of scaling out family office ... erations is introduction of Commercial Card Program as Chase Card Services/Underwriting Joint and Several Liability Cards is ine ... ent.
- Trusted Adv ... to Public Company Executives and Relationship of $500MM+. Invited on multiple cross country trips with client to visit real est ... investment opportunities which resulted in more than $20MM of credit wins for JPMorgan, JPMorgan retains 100% of the lending ... tionship

**Manager Comments**

Josh highlights extremely w ... he broad spectrum of transactions he has worked on over the past 12 months.  He does an excellent job working to get his clients matters resolved event whe ... der significant pressure.

| Teamwork and Leadershi ... | Rating: On Track |
| --- | --- |

**Employee Comments**

CONFIDENTIAL

JPMS000532

Page **3**

Strictly Private & Confidential: For JPMC Internal Use Only.

JPMorgan Chase & Co.

Wed, November 01 2023 08:28:17 AM

CONFIDENTIAL

- A Fort Worth office subject matter expert on restricted stock transactions, 144 Public Company Executives and 10b5-1 plans. Directly impacted and helped bank teams with separate scorecard win more than $200MM of G*H* open window sales/10b5-1 plans. Facilitated complex transfers of more than $ MM of third party, bonafide, gifts of restricted stock to charitable organizations. Facilitated 1st tranche of the largest gift in US History to a Nursing P am in Montana
- Continue to ve as secondary banker for CEO/Chairman / Billionaire relationship- supporting Cullen with overall relationship management.
- Selected to ve as co analyst manager-position. Typically reserved for more senior Vice Presidents and junior Executive Directors across the firm.
- Worked very osely with the JPMorgan CB and IB on prospecting a Defense Services Contracting Company out of Denton, TX. Looped in on $650MM liq y event expected to close 2022 and continue to stay engaged and prospect with CB partner.
- Coordinated oduction of a significant lending opportunity ($100mm+) to our Commercial Bank Partners in the NonProfit space. (NMOHM)
- Referred a ness banking client which ended up being a significant relationship year 1 for the business bank- business generated $25MM of revenue afte months of operations.
- Fostered a Groomed one of the Fort Worth's office strongest Analysts who successfully promoted to an Associate. As a result, spun up three different an s in preparation to partner on two of the most complex books in the Fort Worth office.
- Board mem for Folds of Honor North Texas- very involved and engaged with the DFW community. Identified prospects through this community and continu network. Directly involved with non profit events- culminating Gala at AT&T stadium.
- West Point ety of North Texas Board Member- very involved with the community and prospective clients. Planning culminating event at Perot's Circle T Rar in which several high figure prospective clients attending.
- Active mem of JPMorgan's VETS BRG (Business Resource Group)
- Partner with itary Pathways Program to continue mentor program and help facilitate placement of transitioning military veterans into various positions ac s the firm.

**Manager Comments**

Josh is engaged in the com ity and works extremely well with internal partners. This has led us to select him for his first formal leadership role as co analyst manager for the Fort Worth e. As we look toward 2022 it will be an opportunity for Josh to help teach and mentor our senior associates and VP promoted bankers as well.

| Risk, Controls, and Cond | Rating: Yes, my employee exhibits the behaviors in line with the firm's Risk, Controls and Conduct (RCC) expectations |
|---|---|

**Employee Comments**

No action required for VP a elow employees in the Risk, Controls and Conduct dimension (e.g. no self-evaluation commentary)

**Manager Comments**

Yes, my employee exhibits behaviors in line with the firm's Risk, Controls and Conduct (RCC) expectations

CONFIDENTIAL

JPMS000533

Page 4

Strictly Private & Confidential: For JPMC Internal Use Only.

JPMorgan Chase & Co.

Wed, November  01 2023 08:28:17 AM

## Overall Summary

### Employee Comments

Overall, I am very pleased with my performance in 2021 and my business plan/pipeline going into 2022. Finished strong with $83MM of IB&C flows, 4 new clients and 26% revenue growth- $ of brand new revenue dollars for the Fort Worth market- and managing a book of business on track to generating $4mm of annual revenue. With a strong headwind, I'm hopeful for another top quartile year in 2022- which is in line for Executive Director promotion criteria for the following year. I would like to be considered for Executive Director when I have met the criteria.

I feel I operate very efficiently and leanly- engaging other product partners as needed (PC investment advisors, Wealth Advisors, and Lending Team). After another year of fully transitioning to the Fort Worth office from Arlington- I continue to get more involved and engaged with the broader office- and have built relationships with the newer additions to the Fort Worth Team. In the face of adversity (COVID, economic uncertainty, employee turnover/attrition) continue to raise my hand and accept any challenges to help the team.

Welcoming the opportunity take on a leadership role as co analyst manager and implementing managerial/leadership skills that I developed at West Point as well as in the Army. Look forward to partnering with a co Analyst manager and sharing my leadership style as long as with other lessons I have learned in the past- while also learning from her well.

### Manager Comments

Josh had a really fantastic year in 2021 after a strong 2020 as well.  I look forward to his leadership as well as continued success in financial results in the 2022.

CONFIDENTIAL

CONFIDENTIAL

JPMS000534

Page **5**

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT V.07g

## JPM Annual Performance Review – 2022
## V.07g-001 – 005

**Description:**   Claimant's 2022 JPM annual performance review.

**Relevance:**   Performance-record history.

**Source:**   JPM Internal Record, Annual Performance Review; year 2022

**Petition Ref:**   Not directly cited – supporting record

**Disclosures:**   Redactions: Privacy-sensitive client / charity identifiers redacted via OCR burn (unredacted version preserved in SEALED packet).

**Filing Status:**   Public - not sealed

CONFIDENTIAL

JPMorgan Chase & Co.

Strictly Private & Confidential: For JPMC Internal Use Only.

Wed, November  01 2023 08:30:03 AM

Series_V_Part_2_Performance_Records.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\20... V.07g-001

**2022 Annual Review** for Jos...    Biering(I662283 )
Vice President | Asset & Wea... anagement

**Manager:** Ben Stewart Jr. (N682989)
**Document Owner:** Kyle Hitchcock (E549615)
**Annual Review Status:** Completed

**Manager Evaluation Status:** Completed
**Employee Self Evaluation Status:** Completed
**Share Performance Document Status:** Completed

| Business Results | Rating: On Track |
| --- | --- |

**Employee Comments**

As of the last metric year... ort provided from Business Management (9/30/2022):

- 2022 Rever... Annualized: $4.9MM (17% YoY Revenue Growth of $1.1MM)
- 1 New Clier... oint
- $24MM Flov...
  - $2... M of flows despite significant credit pay downs in rising interest rate environment

Per most recent Scoreca... August) and active dialogue with Business Management/Finance- on track to finish in Silver band for cohort (VP w/ $4MM+ Revenue/Book S... .

3rd Consecutive Year of ... tier performance as VP Banker. To recap VP Year 1 and VP Year 2:

CONFIDENTIAL

JPMS000535

JPMorgan Chase & Co.                    Strictly Private & Confidential: For JPMC Internal Use Only.                    Wed, November 01 2023 08:30:03 AM

CONFIDENTIAL

- 2020- Year ... **P Overall Q2** (as of December 2020 scorecard)
  - 2C ... Revenue: $3.4MM (16.5% YoY Growth of $481k)
  - 4 ... Client Points
  - $4 ... M Flows
- 2021- Year ... **P Overall Q2** (as of December 2021 scorecard)
  - 2C ... Revenue: $3.95MM (19.5% YoY Growth of $645k)
  - 4 ... Client Points
  - $8 ... 2MM Flows

In addition to quantified b ... ness results- continue to drive results for JPMorgan.

- Dental Service ... anization Rollup Founder: Identified and personally sourced significant prospect with immediate $80MM opportunity with a larger liquidity event in Q1 2024. Pitch ... rospect with a much senior and established/well respected UBS incumbent- looped in broader JPMorgan Partner Coverage Team, including Head of Investments ... Private Bank Central Region Head. Sourced multiple meetings with Founder and Key Executives with large Equity Positions- identified 7+ additional P ... alified prospects. Coordinated directly with Commercial Bank and Investment Bank to showcase a unified JPMorgan front. Successfully delivered following a cha ... ing 2 month KYC approval process. As a result, won mandate to start with $15MM TCP in 2022 with glide path for significant relationship in 2023/2024. $5 ... ew assets, $5MM mortgage, $5MM IM from mortgage proceeds.
  - De ... ed Term Sheet for complex private stock secured loan. Prospect complimented JPMorgan as the only Bank/Financial Provider able to do so, ma ... JPMorgan front runner to win business.
- Deepened rela ... hip with Commercial Bank/Private Bank existing client. Won $25MM of sale proceeds from the sale of his Restaurant Franchises and won $9MM refinance oppo ... y form a Commercial Bank CRE loan to a more economical Private Bank PLC.
  - Cli ... ery appreciative of the JPMorgan Relationship. Transferred $10MM of assets to JPMorgan from Bank of America. $8MM of which is an Eaton Va ... exchange Fund that we will transition to managed following the 7 year lock up- target 2023.
- Identified and ... nally sourced significant prospect opportunity for Private Bank, Corporate Client Bank Energy Team and Investment Bank via Fort Worth Based Oil and Gas E & P ... mpany. Introduced Corporate Client Bank and in active dialogue for JPMorgan Energy Group to serve as Lead on syndicated $100MM finance deal. Private Bank fr ... unner for liquidity event for sale to public player. Potential $200MM+ relationship.
- Delivered comp ... and competitive Term Sheet: $38MM CRE Loan Portfolio in Tulsa.
- Introduced pro ... and fellow Folds of Honor Board Member to Corporate Client Bank and Commercial Bank. Prospect, now Private Bank client, has Joint Venture with Ares and ... icant upside for liquidity. Corporate Client Bank provided $150MM revolver LOC to his joint venture.
- Identified and s ... ed $30MM prospect- long time board member of public company relationship and recently appointed as COO. Pitched JPMorgan Private Bank services and re ... ed verbal mandate to proceed with relationship in Q1/Q2 2023.
- Won $5MM of ... ts from established client from an Arlington, TX based RIA. Currently in process of delivering proposal to transfer individual stock positions/mutual funds to JPMo ... Managed (Tax Loss Harvesting/Custom Invest).
- Pitched for $15 ... (IM and credit) for 2nd Generation client who currently keeps trust assets with Northern Trust. Client appreciated the effort but Northern Trust undercut on cre ... ricing. Established goodwill with client and won $5MM of assets from family's CRE sale 5 months later. Liquidity originally earmarked for Merrill Lynch.
- Continue to sta ... gaged with significant prospect and West Point alumni out of Denton, TX. Prospect appears on Forbes 100 Self Made Women list. Prospect participated in ... Directory Advisory Services dinner hosted in Dallas.
- Identified and s ... ed via West Point connection- prospect who generated liquidity from prior Silicon Valley experience. Prospect in active dialogue with Commerc ... Bank and CIB. ... pect consistently featured in Fort Worth news article for fast growing and impactful company in community.

CONFIDENTIAL

JPMS000536

CONFIDENTIAL

**Manager Comments**

Josh completed the metric yea... $25mm in IB&C flows and $45mm in total TCP flows, risk-adjusted-revenue growth of 10% on a year-over-year basis through October.  Josh runs disciplined meetings and does ...id job of pulling the team together to improve processes and the quality of the product that we are delivering to clients and prospects.  A key reason why Josh is in position to have ...ust pipeline going into 2023 is due to this highly organized, hands-on approach with a relentless tenacity to continue to pursue new opportunities.

| Client/Customer/Stakehol... | Rating: Strong |
|---|---|

**Employee Comments**

- In addition to ...iness Development responsibilities and Relationship management of established book of business, I continue to serve as the Fort Worth relation... contact for broader public company that is covered by multiple advisors (PC and SC). Ensure that restricted stock sales process during open ...ows, options administration and 10b5-1 plan administration is a seamless experience for our clients. Client very complimentary of JPMorgan Pr... Bank Team's equity management for top executives. Results in more than $200MM+ total sales for metric year 2022.
- Partnered dir... with top Dallas Law Firm, JPMorgan Wealth Advisor and client to award a favorable IRS Private Letter Ruling for a very complex portability iss... her to receive an additional $6MM of lifetime exemption she would not have otherwise considered from her late husband. Established s...icant goodwill for $100MM+ Balance Sheet client.
- Identified two ...ortunities to introduce Global Shares to immediately following JPMorgan's acquisition of Global Shares. Quarterbacked the Global Shares introd...on and demo to one public company and one private company. Ultimately the private company will be a candidate for the Global Shares Enter...e product that will roll out Q3/Q4 2023.
- Introduced C...ercial Bank Disruptive Commerce and Technology Group to very viable retail company quickly doubling sales YoY. Currently involved in ro... and on track for $10MM+ 2022 sales. Facilitated 3 meetings with CB group and dialogue progresses to establish CB relationship.
- Prepared co...x $15MM proposal for PRISM on CL B/LLC Units. Worked directly with Equity Derivatives Team and Outside Counsel. Issuer ultimately dec...d not to move forward with PRISM.
- Identified opp...nity for Private Bank to decrease risk from an unsecured credit exposure by taking complex collateral in the form of Certificated B Shares. In ac...dialogue with Credit, Client and Issuer. Would recap $10MM of unsecured credit exposure to secured credit exposure.

**Manager Comments**

One of Josh's strongest attr...es is that he anticipates and promptly address client needs with solutions tailored to each situation.  He has quickly identified and made introductions to two c...tunities for Global Shares and has partnered with a Dallas Law Firm to obtain a favorable IRS Private Letter Ruling for a client.  He is also the key relationship ...ager on a number clients that are part of a pubic company and are subject to restricted stock sale rules and other regulations that require his focus and advoc...on their behalf.

| Teamwork and Leadershi... | Rating: Strong |
|---|---|

**Employee Comments**

- Continue to s... as co-Analyst manager in challenging envrionment given significant changes to Global Analyst Wealth Management program ... return to offic...lowing WFH COVID. Navigated and delivered communications regarding compensation changes, off cycle hiring and shift to ne...

CONFIDENTIAL

JPMS000537

Strictly Private & Confidential: For JPMC Internal Use Only.

JPMorgan Chase & Co.

Wed, November  01 2023 08:30:03 AM

CONFIDENTIAL

Analyst > Ass___ ate Roadmap.

- Served as co___lyst manager and mentor to up to 15 analyst/ junior associates on the Fort Worth team. Facilitated recruiting, Summer Analyst programs, m___y analyst meetings and adhoc meetings and analyst events.
- Continue to c___en and establish relationship with the National Medal of Honor Museum in Arlington. Despite our Commercial Bank's inability to deliver a Cap___Campaign Financing Term Sheet for $90MM- stay involved with CEO of the Museum. Recognized by PB Leadership/Central Region Head___eadership with the museum. Museum complimented me for the intro of the Museum's mission to client who committed $1MM to the cause. As a r___t, JPMorgan highlighted to entire Advisory Council that consists of top PB prospects and USA leaders/former leaders/Presidents, etc.
    - Co___nated Summer Analyst Tour/special preview of the National Medal of Honor Museum in Arlington.
- Board Memb___Folds of Honor North Texas. Actively involved with the community. Spearhead planning efforts for annual gala that raises more than $2MM for sch___ship recipients and additional Fort Worth golf tournament that raises more than $100k for scholarship recipients.
- Board Memb___West Point Society of North Texas. Actively involved with the community. Chairman for the annual Clay shoot planning committee at Perot's Circle___anch. Raises an additional $50k for scholarship recipients.
- Motivated an___ached Analyst team to submit a Shark Tank idea for the Private Bank Shark Tank competition.

**Manager Comments**

Josh continues to serve as ___ Analyst Manager for the Fort Worth office where communicates with the Analyst team and provides career guidance as well as performance reviews.  He c___ks in regularly with the management team and has shown significant growth in his teamwork skills with his co-manager on the team.  Peer feedback sugge___ that he could take a little bit more of an organized approach to pro-actively meeting with the Analyst team, which would be an opportunity for him to furthe___w in that role and in future leadership roles if they present themselves going forward.

| Risk, Controls, and Cond___ | Rating: Yes, my employee exhibits the behaviors in line with the firm's Risk, Controls and Conduct (RCC) expectations |
| --- | --- |

**Employee Comments**
No action required for VP a___elow employees in the Risk, Controls and Conduct dimension (e.g. no self-evaluation commentary)

**Manager Comments**
Yes, my employee exhibits ___ behaviors in line with the firm's Risk, Controls and Conduct (RCC) expectations

| Overall Summary |
| --- |

**Employee Comments**

**Manager Comments**

Josh completed the metric y___ with $25mm in IB&C flows and $45mm in total TCP flows, risk-adjusted-revenue growth of 10% on a year-over-year basis through October.  Josh runs discipli___ meetings and does a solid job of pulling the team together to improve processes and the quality of the product that we are delivering to clients and pro___cts.  A key reason why Josh is in position to have a robust pipeline going into 2023 is due to this highly organized, hands-on

CONFIDENTIAL

JPMS000538

Strictly Private & Confidential: For JPMC Internal Use Only.

JPMorgan Chase & Co.

Wed, November  01 2023 08:30:03 AM

approach with a relentless t        city to continue to pursue new opportunities.

One of Josh's strongest attr        es is that he anticipates and promptly address client needs with solutions tailored to each situation.  He has quickly identified and made introductions to two c        rtunities for Global Shares and has partnered with a Dallas Law Firm to obtain a favorable IRS Private Letter Ruling for a client.  He is also the key relationship         ager on a number clients that are part of a pubic company and are subject to restricted stock sale rules and other regulations that require his focus and advoc        on their behalf.

Josh continues to serve as         nalyst Manager for the Fort Worth office where communicates with the Analyst team and provides career guidance as well as performance reviews.  He c        s in regularly with the management team and has shown significant growth in his teamwork skills with his co-manager on the team.  Peer feedback sugge        that he could take a little bit more of an organized approach to pro-actively meeting with the Analyst team, which would be an opportunity for him to furthe        w in that role and in future leadership roles if they present themselves going forward.

CONFIDENTIAL

CONFIDENTIAL

JPMS000539

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT V.07h
## JPM Annual Performance Review – 2023 (Final Year)
## V.07h-001 – 004

**Description:** Claimant's 2023 JPM annual performance review – the review cycle during which V.5a / V.5b / W.1 events occurred.

**Relevance:** Performance-record evidence for the specific year whose performance-deficiency narrative JPMS advanced to justify termination.

**Source:** JPM Internal Record, Annual Performance Review; year 2023

**Petition Ref:** Not directly cited – supporting record

**Disclosures:** Redactions: Privacy-sensitive client / charity identifiers redacted via OCR burn (unredacted version preserved in SEALED packet).

**Filing Status:** Public - not sealed

4:26-cv-00381-O
*Biering v. JPMS, et al.*

## EMPLOYEE SELF ASSESSMENT

| EMPLOYEE NAME | Josh Biering | EMPLOYEE SID | I662283 |
|---|---|---|---|
| MANAGER NAME | Ben Stewart Jr. | | |
| PERFORMANCE YEAR | 2023 | | |

## PERFORMANCE DIMENSIONS

**Business Results:** Deliver the goals of your team, business/function and the company

**As of August 2023 Scorecard:**    *When will Sept #'s be released?*

- **2023 Risk Adjusted Revenue Annualized: $5.433MM (14.4% YoY Growth)**
  - Per 9/22/2023 Business Management dashboard; $3.622MM RAR Growth accounts for 21.34% of the 17- Advisor Fort Worth Single Coverage Team's overall revenue growth.
  - 14% YoY Revenue Growth compared to FW Market's 8% Revenue Growth, South Region and USPB's 6% Revenue growth
- **$65.05MM IB&C Flows**
  - IB&C Metric Flows adjusted for LOC paydown from PRiSM proceeds ($35MM) is **$100.05MM**
- **31 Client Points**
  - +3 Points instead of 3 points for M*** J**** Jr. DM (Due to Dec 2022 accounting of CHAM G*HD Position)
  - + 8 Points instead of 0 for M*k* C**by DM which does not account for PRiSM; adjusted Points: **44 New Client Points**

**First year as Executive Director Banker, in a challenging/competitive peer group of ED/MD >$3.0MM Revenue Book Size, overall ranking of GOLD**

- Lead Team of one first year Analyst and one offshore Analyst partner to manage $973MM TCP Book of Business with 51 Decision Makers/relationships; 9 of which are brand new DM/relationships to the Fort Worth Private Bank Team
- Navigated request for liquidation of $48MM JPMorgan IM Portfolio and paydown of $35MM Classic LOC when client concerned with liquidity and market volatility. Navigated client anxiety to explore better solutions, and delivered a $35MM monetization of concentrated stock and paydown of LOC. Resulted in $350k+ one-time brokerage revenue while maintaining IM portfolio intact, and concerting $50MM Classic LOCs to PLC- resulting in 2023 YoY RAR improvement of 93%.
- Individually identified, sourced, and won Private Bank business of CEO/Founder and Executive Leadership Team of a $2.5BB Dental Rollup company with 600 dental practices across the U.S. Resulted in $38MM of Brand New IB&C (self-sourced/ not seeded) Flows and $130k+ of brand new revenue.
- Initially introduced to Commercial Building Product Company/Owner in Southlake, TX by Commercial Bank Partner D*ni** O*I*. After initial meeting/introduction, won $20MM of new assets/business from Charles Schwab 3 months later. Prospect turned client will result in xLOB growth with significant upside to come from business distributions and Trust needs.
- Initially introduced to CEO/Founder and CFO of a popular electrolyte powdered beverage company by Commercial Bank partner Da**Y M*rt*n*z at a Commercial Bank closing dinner. After establishing relationship and continued dialogue- won $5MM of brand new assets from CFO and CFO's mother. Positioned to add value and displace multi-generational family relationship/incumbent from future liquidity from CEO and other early founders.
- Praised for stellar white glove service by client who decided to leverage JPMorgan Brokerage account for liquidity needs and short term liquidity management with $6MM of assets. Resulted in $6MM of new business to Private Bank. A*b*t LLC
- Individually identified, sourced and won Private Bank business for CFO/co-founder of $1.5BB Fort Worth Oil and Gas exploration company. $100MM+ liquidity event expected Q2 2024 in which JPMorgan PB is front runner for proceeds and IM
- D*bbi* G**d considered raising cash from JPM IM portfolio to acquire $4MM new land/future home. Navigated discussion to delivery better solution which involved custody services to win assets from RIA and use assets as collateral to convert LOC to larger, less expensive PLC. Resulted in $2MM of PLC flows, $4MM of custody/other, and $3.5MM future mortgage.
- J**n L*nig*n called, asking to raise $7.5MM from JPM IM portfolio to acquire new dream home in Park City, UT. After modelling multiple scenarios, highlighting punitive tax consequences, client chose $5MM mortgage, $4MM 1031 Exchange Fund Investment, $1.5MM Brk B PRISM for mortgage down payment, while maintaining JPM portfolio. HOT Q4 pipelines.
- Tasked with rebuilding sensitive relationship (Tracey, Kelly and Bill Br***s) after JPMorgan required client to exit $20MM account in 2015 because Private Bank no longer allowed insurance company accounts. Client frustrated and sent all assets to Northern Trust. Due to white glove service and proactive outreach- established trust and won $4MM back in time deposits and hat Private Bank positioned to win more than $15MM+ back from Northern Trust in 2024.

V.07h-001

**Client/ Customer / Stakeholder: identify and deliver on the needs of the most relevant stakeholders**

- $2.5BB Dental Rollup Company prospect, with $0 JPMorgan Private Bank relationship initially, requ... solution program to monetize their private stock. Introduced Lending Advisor, Credit Executive and Regio... Partnered with Commercial Bank and CIB to get Credit and Lending Team comfortable with a natural seco... event of default. Established a $10MM, revolving, advisory LOC against private stock. Praised by prospect... could deliver on the request. Custom and unique lending solution across USPB won $40MM of new PB business with HOT opportunities ($300MM+) in 2024.

- Following prospect pitch to new client and his family office, introduced EBA as Region Head and an extension of the broader coverage team. Facilitated email from CEO Jamie Dimon to prospect/client. Praised by Client during their meeting with the CIB for the great job I was doing and for my "hustle". I was not present during the CIB's pitch to dental company. *Jamie eMail*

- Won $15MM PLC debt with SOFR + 60bps while incumbent, UBS, has a Classic LOC equivalent (70% LV on equities) priced at SOFR + 60 bps. Initially denied rate discount by lending team and asked to pitch SOFR + 1.00% PLC to unseed UBS' SOFR plus 60bps LOC. Client declined initial pitch and returned with lower lending value PLC after receiving lower rate approval. Despite lower lending value, won client's trust and business from UBS.

- Client initially declined commercial aircraft loan term sheet for $5.04MM due to personal guarantee requirement and Commercial Bank could not facilitate. Educated client and leadership on benefits of a personal guarantee and terms, particularly in this credit environment. Won aircraft loan after much deliberation with equipment financing team and client while First Horizon delivered term sheet with similar terms that excluded a personal guarantee

- Brand new prospects unknowingly triggered AML/KYC flags which required full market review/forum and approval from USPB CEO due to legacy commercial settlement with DOJ for alleged Medicare fraud. Prepared in depth business case with mitigating factors and facilitated leadership call prior to hospital trip for delivery of baby. Closely partnered with Commercial Bank, CIB, Reputational Risk Forum, and leadership to gain support and approval. Praised by EBA, Region Head, for persistence and preparation to win approval and business.

- Proactively engaged newly acquired GlobalShares leadership to present opportunities without incentive. Presented four viable GlobalShares opportunities to internal team and clients to deliver better experience than experience with incumbent transfer agent. Identifying client/prospects' commercial need and benefit of formalizing a capital table management solution- introduced GlobalShares and won mandate from Company on behalf of Global Shares. Recognized by JPMorgan Chase WorkPlace CEO for proactiveness and win. Foundation for $2.5BB+ equity management solutions.

- In addition to winning $40MM+ PRISM transaction, presented several concentrated stock opportunities to Strategic Equity Solutions Team. Won additional $1.4MM PRISM on BrkB as solution for mortgage down payment while mitigating capital gains. Pitched $5MM PRISM on Accenture stock to ███████ nd $10MM BrkB PRISM to former BN*F General Counsel as a creative solution to receive a step up in basis on $0 Basis BrkB for Estate Planning.

- Partnered with JPMorgan's Zorch Account Executive to introduce prospect's retail/hat company to the Zorch platform in order to approve and use JPMorgan's logo on prospect's hats. Prospect very appreciative of the additional effort which resulted in a new client and $2MM of new business with significant upside via CRE loans, mortgages, lending and IM. Resulted in introduction to CEO of multi billion dollar Infrastructure/defense services company originally headquartered in California but now HQ'd in client's office in Southlake. Briefly connected with California Managing Director CCBSI coverage for background.

- Continue to maintain strong x LOB partnerships with CB, CIB and BB partners.
  - Maintain connectivity with GHHN CB group and CB partner to stay active with City of ███████
  - Introduced JPMorgan CCBSI Energy Team to prospect/client Point En**gy Partners. CCBSI and CIB in active discussion to lead $300MM RPL and potentially underwrite/issue High Yield and access to capital markets. *RPL*
  - Introduced D*n*el *gle to large XLOB client for modular home design/construction business. Also introduced same partner to large portfolio holding company based out of Southlake for lending request.
  - Introduced Commercial Bank's Disruptive Tech and Commerce group to consumer retail brand start up and an additional pure prospect based out of Fort Worth that has been identified and recognized as top innovative FW company.
  - Introduced and won 2 large 401k opportunities (local dental practice/family ran and █████████
  - Strong partnership with Southlake based BB as we cover CRE, $250MM+ client.

- Coordinated and Joined multiple, extensive and lengthy Trust & Estate Planning meetings with R*nd*l R*se and ███████████. Resulted in $5MM of new Investment Management from RIA, Fidelity, and Morgan Stanley with identified opportunities to consolidate more Trust assets ($10MM) from RIA, targeting 2024. Additionally- coordinated complex estate settlement upon client's wife passing away in Summer 2023.

- Converted more than 15 legacy, below target ROE Classic Lines of Credit to PLCs (more than $50MM of LOC exposure). Understanding the backlog and resources required to maintain Unsecured Lines of Credit originally in place for the 2nd generation J*n*s Family, encouraged clients to close Unsecured Credit Facilities and established more sustainable HELOCs which significantly freed up Lending Team and Underwriting resources.

V.07h-002

02_Series_V_Part_2_Performance_Records.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Do...

CONFIDENTIAL

- Serve as the Fort Worth Market's subject matter expert in working with Public Company Executives Stock transactions, reporting and nuisances. Lead contact and co-lead Senior Banker/ Executive Dire while mentoring and educating newer Analysts and Advisers how to properly coordinate and prepar stock trades during open windows. The entire relationship generates more than $2.5MM revenue fo multiple advisers.
- Educated and mentored newer hire SC Advisors how to potentially approach and deliver JPMorgan's value proposition for larger prospects of the FW Office. 1 is a public company regional bank board member and the second is the cofounder of a large, Southlake, TX based infrastructure company that went public via SPAC. Introduced Advisors to GlobalShares call and helped draft prospecting email specifically tailored to Restricted Stock and Public Company Executive services.
- Identified wealth transfer opportunity for $100MM client that has used 100% of her remaining lifetime exemption. Worked directly with CPA and Estate Planning Attorney to provide updates on PLR ruling to port late husband's lifetime exemption and also won mandate/funded a $10MM GRAT in which JPMorgan named as Agent for Trustee (not an IB&C Flow but $15k annual revenue).
  - Complex GRAT not a perfect fit for existing GRAT Calculator and modeling. Personally developed complex modelling to deliver recommendation to freeze GRAT after 4 months given 40% gross return and $3MM wealth transfer. Swapped volatile concentrated stock with cash/CDs/CTAX to yield 6% conservatively for annuity payments. Displayed deep understanding of complex Estate Planning structure and identified opportunity independently.
- Given the large recap event from dental rollup company in early 2024- identified pre transaction planning opportunity to fund DAFs with private stock prior to transaction once a LOI is secured. Coordinated discussion with Family Office CFO and CPA, NPT and Wealth Advisor to discuss nuisances and mechanics of funding DAFs with approx.. $20MM private stock
- Partnered closely with Wealth Strategist, Consultants, Chase Bankers and local FW coverage team to prepare a customizable lunch/learn framework to educate entry level prospect employees/staff on financial literacy and additional topics. Solely designed to build stronger goodwill and bonds with executives of companies. Mentoring/empowering junior Analyst and Associate to take ownership of preparation.
- Led Fort Worth office in banking pilot campaign to attract/retain new business via $3k promotion offer. Resulted in more than 5 new relationships with primary banking and introduced concept to Dental company executives to their top shareholders. Executive Team emailed their top 30 shareholders (all qualified SC PB clients with more than $20MM+ assets each). Seeded SC Associate with more than 15 relationships with significant upside and flows. In Q3, tied to more than $5MM+ IB&C flows and more than $20MM TCP flows.
- Identified/sourced/closed/seeded $4MM of new business for junior Associate from prospect who sold staffing business.
- Praised by EBA/Region Head Team for continued engagement and leadership with the ██████ relationship, in which EBA is on the National Advisory Council.
  - Coordinated special hard hat tour of the construction site of the ██████ and focused attendance on a development opportunity for Summer Analysts/Associates and full time Analysts in both Fort Worth and Dallas. Coordinated special appearance of the Board Chairwoman/NFL Team Executive Vice President- whose family is a large, Billion dollar prospect of EBA/Dallas.
  - Lead xLOB banker and relationship manager for the 501c3. Asked to take out regional bank's $90MM Credit Facility given our relationship and service/commitment. Coordinated discussions with senior leaders, 23 Wall, Head of Mortgage/Lending, Commercial Bank and Business Bank. Encouraged ██████ to keep their deal in place.
- Established strong relationship with existing Mayor, former city of A████ Mayor and $100MM Foundation Executive Director to consider JPMorgan for their Foundation needs. Navigated complex scenario and great 'at bat' for team.
- Introduced Billion dollar relationship/client's newly established family office to Family Office Initiative and Global Head of Custody and Team. Identified 2 qualified clients to participate in technology pilot program for family office reporting.
- High energy and motivation to explore creative business solutions led to inspiration for Managing Director Investment Specialist to pitch JPMorgan Custody Services to $400MM Foundation/Endowment. In active discussions/consideration.
- Established and have grown strong relationship with difficult CRE professional client that has multiple banking relationships. Closed CVLI loan and in active discussion for $35MM CRE loan. Delivered Term Sheet for refinance of a $30MM CRE loan but given low rate first lien at BoA, did not make sense for client. Praised by client for hustle/effort and creative solutions.
- Identified more than 5 insurance opportunities that included policy considerations of more than $20MM+ in conjunction with client reviews that involve estate planning. Praised by Region Insurance Team Lead for a 'top producer/partner' for insurance.
- Recognized by Offshore Analyst Leadership as a Banker who has best practices in incorporating offshore partner. Groomed offshore partner that historically had consistently less than 40% utilization to fully productive. Asked to share best practices on national Analyst manager Zoom.

s initiative by encouraging use of centralized print shop during end of Analyst manager tenure. fter identifying time Analysts spend on binding and stress on local printers. rtner to visit with Service Coverage Team.

V.07h-003

4:26-cv-00381-O
*Biering v. JPMS, et al.*

- Worked very closely with the J.P. Morgan CB and IB on prospective Business Contracting Co.
- Looped in on 1031 Munpriv event expected in 2024 and continue to stay engaged and prospect

**Additional Comments:**

Board Member F█████████████ - very involved and engaged with the DFW community. Identified prospects through this community and continue to network. Directly involved with non profit events- culminating Gala at AT&T Stadium. Participated in B████████████████ Invitational. Significant community and business leaders now focused and committed to█████████

████████████████████ ranch at ███████ and Vice Chairman of ████████ VETS BRG and Mentor/Advocate for Military Pathways Program.

Participated and garnered MLT budget/$s to sponsor████████ Foundation VIP event. Directly tied to success and new business.

V.07h-004

02_Series_V_Part_2_Performance_Records.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDT