## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT W.01

## PTO / OOO-Sick Email Thread to Stewart (Oct. 25–27, 2023)
## W.01-001 – 003

| | |
|---|---|
| **Description:** | Biering–Stewart email thread around Biering's PTO / out-of-office-sick notice, Oct. 25–27, 2023. Thread subject 'JB OOO sick' / 'Re: JB OOO sick'; Biering's Oct. 27, 2023 1:13 PM message and Stewart's Oct. 27, 2023 8:11 AM reply are both in the thread. |
| **Relevance:** | Affirmative proof that Stewart received and responded to Biering's PTO / OOO-sick email in late October 2023 – directly contradicting Stewart's denial in the Sanchez interview (U.5). Timing also frames the expense-investigation / termination sequence. Cross-reference V.5a for the parallel Sept. 27 draft-assessment email Stewart also denied receiving. |
| **Source:** | CX-020 |
| **Petition Ref:** | ¶ 65 (Dkt. 11); App. A p. 55 ("PTO Email (Oct. 26, 2023 at 1:05 PM)") |
| **Disclosures:** | None — reproduced as produced, no added markings |
| **Filing Status:** | Public - not sealed |

Message

**From:** Biering, Josh [josh.biering@jpmorgan.com]
**Sent:** 10/27/2023 1:13:38 PM
**To:** Stewart, Ben [ben.stewart@jpmorgan.com]
**Subject:** Re: JB OOO sick

Thank you Ben- and sorry for the confusion- I'm taking a personal day. Which I'll make sure is reflected properly.

---

**Josh Biering** | Executive Director | Banker | **J.P. Morgan Private Bank** | 420 Throckmorton St, Suite 300 | Fort Worth, TX 76102 | T: 817 212 3096 | work Mobile: 817 798 7654 | josh.biering@jpmorgan.com | privatebank.jpmorgan.com

J.P. Morgan Securities LLC | JPMorgan Chase Bank, N.A.

Our *Form CRS* (Client Relationship Summary) and *Guide to Investment Services and Brokerage Products* contain important information about the ways we can serve you, the different investment products and services we offer, their fees and costs, how we are compensated and potential conflicts of interest we may have.

**NOT AN OFFICIAL CONFIRMATION OR VALUATION OF ANY TRANSACTION. Trade instructions will not be accepted through Electronic Mail (E-mail).** For informational purposes only. This does not represent an official account of the holdings, balances, or transactions made in your account. Please refer to your monthly account statement for the official record of all of your account activities. For questions, please call your J.P. Morgan representative. JPMorgan Chase & Co. and its affiliates and employees do not provide tax, legal or accounting advice. You should consult your own tax, legal and accounting advisors before engaging in any financial transactions. Please submit personal information to J.P. Morgan through a secure manner (e.g., Secure Message Center, Client Exchange, postal mail, fax or in person). **Important risk considerations for certain investment products and asset classes can be found** HERE.

**INVESTMENT PRODUCTS: NOT FDIC INSURED ● NO BANK GUARANTEE ● MAY LOSE VALUE**

---

**From:** Stewart, Ben (WM, USA) <ben.stewart@jpmorgan.com>
**Sent:** Friday, October 27, 2023 8:11:59 AM
**To:** Biering, Josh (WM, USA) <josh.biering@jpmorgan.com>
**Subject:** Re: JB OOO sick

Thank you for letting me know Josh.

Given Kellyann is out please let me and Blaze know how we can assist with client requests.

Thanks

---

**Ben Stewart Jr.,** CFP® | Executive Director | Market Team Lead | **J.P. Morgan Private Bank** | 420 Throckmorton St, Floor 03 | Fort Worth, TX 76102 | T: 817 884 4003 | M: 817 845 9676 | ben.stewart@jpmorgan.com | privatebank.jpmorgan.com

**Client Service Team:** 877 576 2874

Click here to see the JPMorgan Chase Privacy Policy: https://www.jpmorgan.com/pages/privacy

03_Series_W_Resignation_PTO_and_Peer_Review.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docket

J.P. Morgan Securities LLC | JPMorgan Chase Bank, N.A.

Our *Form CRS* (Client Relationship Summary) and *Guide to Investment Services and Brokerage Products* contain important information about the ways we can serve you, the different investment products and services we offer, their fees and costs, how we are compensated and potential conflicts of interest we may have.

**NOT AN OFFICIAL CONFIRMATION OR VALUATION OF ANY TRANSACTION. Trade instructions will not be accepted through Electronic Mail (E-mail).** For informational purposes only. This does not represent an official account of the holdings, balances, or transactions made in your account. Please refer to your monthly account statement for the official record of all of your account activities. For questions, please call your J.P. Morgan representative. JPMorgan Chase & Co. and its affiliates and employees do not provide tax, legal or accounting advice. You should consult your own tax, legal and accounting advisors before engaging in any financial transactions. Please submit personal information to J.P. Morgan through a secure manner (e.g., Secure Message Center, Client Exchange, postal mail, fax or in person). **Important risk considerations for certain investment products and asset classes can be found HERE.**

**INVESTMENT AND INSURANCE PRODUCTS: ● NOT A DEPOSIT ● NOT FDIC INSURED ● NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY ● NO BANK GUARANTEE ● MAY LOSE VALUE**

**JPMorgan Chase Bank, N.A.** and its affiliates (collectively "JPMCB") offer investment products, which may include bank-managed accounts and custody, as part of its trust and fiduciary services. Other investment products and services, such as brokerage and advisory accounts, are offered through **J.P. Morgan Securities LLC** ("JPMS"), a member of FINRA and SIPC. Annuities and insurance products are made available through Chase Insurance Agency, Inc. ("CIA"), a licensed insurance agency, doing business as Chase Insurance Agency Services, Inc. in Florida. JPMS and CIA are affiliated companies under the common control of JPMorgan Chase & Co. Products not available in all states.

---

**From:** Biering, Josh (WM, USA) <josh.biering@jpmorgan.com>
**Sent:** Thursday, October 26, 2023 1:05:56 PM
**To:** Stewart, Ben (WM, USA) <ben.stewart@jpmorgan.com>
**Subject:** JB OOO sick

Ben-

I am hopeful to take a personal/sick day tomorrow. I will update my time away in GAT. Please let me know if this causes a problem or if you have any questions.

---

**Josh Biering** | Executive Director | Banker | **J.P. Morgan Private Bank** | 420 Throckmorton St, Suite 300 | Fort Worth, TX 76102 | T: 817 212 3096 | work Mobile: 817 798 7654 | josh.biering@jpmorgan.com | privatebank.jpmorgan.com

J.P. Morgan Securities LLC | JPMorgan Chase Bank, N.A.

Our *Form CRS* (Client Relationship Summary) and *Guide to Investment Services and Brokerage Products* contain important information about the ways we can serve you, the different investment products and services we offer, their fees and costs, how we are compensated and potential conflicts of interest we may have.

**NOT AN OFFICIAL CONFIRMATION OR VALUATION OF ANY TRANSACTION. Trade instructions will not be accepted through Electronic Mail (E-mail).** For informational purposes only. This does not represent an official account of the holdings, balances, or transactions made in your account. Please refer to your monthly account statement for the official record of all of your account activities. For questions, please call your J.P. Morgan representative. JPMorgan Chase & Co. and its affiliates and employees do not provide tax, legal or accounting advice. You should consult your own tax, legal and accounting advisors before engaging in any financial transactions. Please submit personal information to J.P. Morgan through a secure manner (e.g., Secure Message Center, Client Exchange, postal mail, fax or in person). **Important risk**

W.01-002

JPMS_00021218

**W.01-003**
4:26-cv-00381-O
*Biering v. JPMS, et al.*

considerations for certain investment products and asset classes can be found HERE.

INVESTMENT PRODUCTS: NOT FDIC INSURED • NO BANK GUARANTEE • MAY LOSE VALUE

W.01-003

03_Series_W_Resignation_PTO_and_Peer_Review.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docket

JPMS_00021219

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT W.2

## JPM System Voluntary Termination Approval

## W.2-001 – 003

| | |
|---|---|
| **Description:** | Time-off / termination-timing / personal-record exhibit. |
| **Relevance:** | Evidence of the employment-timeline sequence around the termination decision. |
| **Source:** | CX-131; JPMS_00021375 – JPMS_00021378 |
| **Petition Cite:** | ¶¶ 67, 101 (Dkt. 11); App. A p. 55 ("JPM System Voluntary-Termination Approval (Oct. 28, 2023)") |
| **Disclosures:** | None — reproduced as produced, no added markings |
| **Filing Status:** | Public — not sealed |

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT W.3
## Calendar Access During Merrill Lynch Meeting
## W.3-001

**Description:**     Time-off / termination-timing / personal-record exhibit.

**Relevance:**     Evidence of the employment-timeline sequence around the termination decision.

**Source:**     CX-224

**Petition Cite:**     ¶ 66 (Dkt. 11); App. A p. 55 ("Calendar Access During Merrill Lynch Meeting (Oct. 27, 2023)")

**Disclosures:**     None — reproduced as produced, no added markings

**Filing Status:**     Public — not sealed



4:26-cv-00381-O
*Biering v. JPMS, et al.*

Message

| | |
|---|---|
| **From**: | IT Service Desk - PROD [jpmorganchase@servicenow.jpmchase.com] |
| **Sent**: | 10/27/2023 7:43:12 PM |
| **To**: | josh.biering@jpmorgan.com |
| **CC**: | james.southward@jpmorgan.com |
| **Subject**: | Request opened for Virtual Workspace [REQ6722683] |

JPMORGAN CHASE & CO.                    Global Technology

# A request has been opened

## Reference Number: REQ6722683

Hello Joshua,

James Southward Jr has raised the following item(s) on your behalf:

- **Virtual Workspace**

Estimated time frame for delivery: up to 5 Days

Requests can be tracked and managed using My Requests.

Thank you,
Global Technology Support

JPMC Internal Use Only

JPMORGAN CHASE & CO.

Ref:MSG266409076

W.03-001

JPMS_00029339

03_Series_W_Resignation_PTO_and_Peer_Review.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docket

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT W.04

## Delayed Production and Exculpatory Peer Review Materials
## W.04-001 – W.04-022

**Description:** Insight360 peer review feedback materials withheld during discovery and produced only belatedly. Contains exculpatory colleague assessments of Biering.

**Relevance:** Documents discovery misconduct and withheld exculpatory evidence; peer reviews contradict JPMS's performance-based termination narrative.

**Source:** JPMS Production – Insight360 Peer Review Records

**Petition Cite:** Dkt. 11 ¶¶ 83–94; App. A p. 11 ("Discovery Abuse")

**Disclosures:** None — reproduced as produced, no added markings

**Filing Status:** Confidential – JPMS production

W.04-001
1:26-cv-00381-O
*Biering v. JPMS, et al.*

W.04-001

October 16, 2023

Visibility

Feedback shared with Employee and Manager

October 19, 2023

Message

**Questionnaire**

What I did well?

Josh is a go-getter and a driver of business results for our Fort Worth team. Although we do not share client relationships, it is clear that Josh undoubtedly puts the client first and strives to provide creative and sound advice. He brings high-energy to the office and excels at leveraging his experience and knowledge in the industry to win new business.

What can I do better or more effectively?

Josh has a unique opportunity to share his resident knowledge of JPM with newer team members. He should continue to find ways to connect and mentor the less experienced bankers in our market as our office expands.

---

**Requested Details**

Provided By

███████████

Date Requested

October 03, 2023

Visibility

Feedback shared with Employee and Manager

Requested By

Joshua Biering

Feedback Provided Date

October 11, 2023

Message

**Questionnaire**

What I did well?

Josh is a great partner on the team he has a wealth of knowledge and understands very complex clients and their cash flow/balance sheet. His clients have continued to trusted him and understand that he has the best interest at heart. All of his clients that I have worked with tend to lean on him for his knowledge and expertise, which tells me that he is establish himself as a true banker and trusted member of the clients financial team. Josh not only has a great working relationship with his clients also had has a great working relationship with his extended partners, myself included. Josh does a great job of jumping in and helping when needed and assisting us to help get the

---

Page 2 of 22

Strictly Private & Confidential. For JPMC Internal Use Only.

CONFIDENTIAL
W.04-002

03_Series_W_Resignation_PTO_and_Peer_Review.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docket

JPMS_00029377



W.04-003

4:26-cv-00381-O
*Biering v. JPMS, et al.*

mortgages over the finish line and he is constantly thinking of the mortgage platform when discussing solutions for his clients. He does a great job of continuing to integrate mortgages into the conversation with his clients, even though rates are high. He does a good job of finding creative ways for his clients to use the mortgage platform. Josh has killed it this year on the mortgage side and I look forward to his continued success in the mortgage team.

## What can I do better or more effectively?

Going forward, I'd like to see Josh continue to press the mortgage product and continue doing what he's doing. He does a great job and will certainly be lead the Fort Worth Team on the Mortgage Platform offering.

---

## Requested Details

| Provided By | Requested By |
|---|---|
| ██████████ | Joshua Biering |
| **Date Requested** | **Feedback Provided Date** |
| October 03, 2023 | October 10, 2023 |
| **Visibility** | **Message** |
| Feedback shared with Employee and Manager | |

## Questionnaire
What I did well?

Josh has had an outstanding year, winning new business and managing his current book. I have organized several qualitative wins for Josh below into categories that I believe to be noteworthy.

Execution:

- Josh does not take "no" for an answer, and his persistence in each endeavor is recognized/appreciated by each client that Josh goes to bat for. Ultimately, I have seen where this has built a profound level of trust that clients grow in Josh to feel that their wishes are being met as much as possible.
- Josh has taken the time to learn exactly what each process looks like on the operating end of client requests and tasks, though this is not something required by his level of tenure/title. Because of his drive to learn these

Strictly Private & Confidential. For JPMC Internal Use Only.



03_Series_W_Resignation_PTO_and_Peer_Review.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docket

processes, he is able to predict/foresee any potential hangups in each process - allowing for timely and successful execution of everything from AO, CRF, Mortgages, Credit requests, the RSU DRS process, etc etc...

- Knowing that Josh knows each process has allowed analysts like myself to trust him for guidance while ramping up in the role.

## Client Relationships:

- Something Josh often mentions is that we get to choose who we work with in terms of client/banker relationships. Seeing the relationship aspect of the banking piece as a critical element, Josh is able to build strong relationships with those he onboards, and makes it a priority to "click" with each client.
  - Josh has a unique style in which he forms friendships with his clients, transcending beyond the basic banking/business needs that they have. This leads to a level of trust which both allows clients to feel free bringing up a variety of topics/questions/concerns to Josh, and also allows Josh to gain a clearer overall picture of each client – resulting in better holistic financial advice.

## Mentorship:

- Josh has been a very hands-on mentor, and I have firsthand witnessed his mentorship to two India offshore analysts, our summer intern, and have heard from past analysts who worked with Josh about how they were mentored by him – in addition to myself.
- Speaking for myself, Josh has looped me into almost every single client email, a multitude of client meetings, and almost all internal meetings. Though this is stylistically a different approach to other Bankers, it has been tremendously helpful in allowing me to gain exposure to a wide variety of functions within the industry. Knowing that I am welcomed to listen into client calls/be a part of emails and meetings has given me confidence to reach out to clients directly, knowing that I am trusted and supported in doing so.
  - In addition, his team has been looped into all client/internal communication, so Josh has held team members/Analysts to the standard of full awareness of all ongoing cases – whether or not there is an action item. Though this can be challenging with a high volume of emails, I have (as a result) gotten to know almost every client in Josh's book/what is going on in their lives. Allowing me/the Analyst to have a pulse for each client/what is ongoing in

Strictly Private & Confidential. For JPMC Internal Use Only.

CC W.04-004 'TIAL

JPMS_00029379

03_Series_W_Resignation_PTO_and_Peer_Review.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docket

their lives has helped me understand the proposals and recommendations that Josh is making to each of them.

- It is a privilege for Analysts to join client meetings as it allows them insight as to whether they want to become a Banker/insight as to what Bankers talk about with clients and types of recommendations that they make. Josh does a fantastic job of helping Analysts gain an understanding of the Banking role by encouraging participation in client meetings.
  - I have gotten various perspectives on this and heard a number of people in this office raise the concern that they do not feel prepared to become an Advisor/Banker given that they have only focused on Analyst/support duties thus far. Josh's hands-on approach has allowed me to truly see what days in the life of a Banker look like, providing an abundance of clarity as to what this job that I am training for truly entails.

### Teamwork

- Josh has worked to include various team members in prospecting/client projects, including assisting a SC Associate in onboarding a client that Josh was acquainted with, as well as looping in a different SC Associate to onboard group of top shareholders at a successful ███ company. Additionally, Josh has worked together with various Business and Commercial bankers in sharing referrals and growing the greater JPM business.

### What can I do better or more effectively?

#### Patience:

- Though Josh does a fantastic job with his clients in regards to showing urgency and persistence, I see where he gets frustrated by others' perceived lack of urgency/care towards client requests. Josh can continue to grow in patience with others who are not often working tangentially with his team, and who have a multitude of other action items on their team's plate.

#### Communication:

- Josh and I have discussed this already and I believe we are now headed in the right direction, but I have asked Josh to slow down in explaining new/complex ideas and action items. I believe this is largely a result of the

Strictly Private & Confidential: For JPMC Internal Use Only.


CC**TIAL**
W.04-005

JPMS_00029380

03_Series_W_Resignation_PTO_and_Peer_Review.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docket

extreme speed to which our team moves, paired with Josh's ability to think and process quickly, but it can be difficult at times to 'keep up' with everything going on.

- Pushback on this is typically to go ask someone else, but often the types of questions initially that come up are contextual in nature, and I have asked him to be patient with me when asking clarifying questions (help me help you) to limit error.
- Early on, it was difficult for me to identify what exactly I was expected to run with vs what Josh planned to run with. I feel like we have grown exponentially in this area/in our communication, and have a much better understanding of what tasks Josh is expecting me to run with, even with that list continuing to evolve over time.

Overall, Josh Biering has been an excellent mentor to work under, and it has been a privilege to be on his team/learn from the variety of complex client needs that he solves.

---

## Requested Details

**Provided By**

██████████████████

**Date Requested**

October 03, 2023

**Visibility**

Feedback shared with Employee and Manager

**Requested By**

Joshua Biering

**Feedback Provided Date**

October 10, 2023

**Message**

## Questionnaire

**What I did well?**

Josh is an effective and passionate advisor and cares deeply about his clients. He is very diligent in delivering a large organization to solve client problems and issues. He moves quickly (sometimes too quickly) to address their issues and provide solutions.

**What can I do better or more effectively?**

Josh can improve by taking the time to sit down and plan client interactions with fellow team members and seek other input for how best to deliver the firm. He has

Strictly Private & Confidential: For JPMC Internal Use Only.

CONFIDENTIAL
W.04-006

03_Series_W_Resignation_PTO_and_Peer_Review.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docket

JPMS_00029381

W.04-007

4:26-cv-00381-O
*Biering v. JPMS, et al.*

great ideas; planning and diligence will only enhance his brand.

Remember we are playing a team game and we are all in this together, thru good and bad.

---

## Requested Details

| | |
|---|---|
| **Provided By** | **Requested By** |
| ▮▮▮▮▮▮▮▮▮▮ | Joshua Biering |
| **Date Requested** | **Feedback Provided Date** |
| October 03, 2023 | October 12, 2023 |
| **Visibility** | **Message** |
| Feedback shared with Employee and Manager | |

## Questionnaire

What I did well?

Josh is a banker who possesses many of the qualities of the highest and best performers in the office. His work commitment and ambition is on par with most young analysts at the office. He challenges and pushes everyone at the office to do their very best for the client. He proactively thinks of ways to improve the relationship and portfolio of the client. Josh is someone that will get things done no matter what. By pushing himself daily to his very best, he shows other how they can succeed and sharpen their craft as bankers. Even as a banker, he is one the most knowledgeable people on the floor.

What can I do better or more effectively?

Josh can continue to learn to communicate more effectively on what, how, and when things need to be done. When things are unclear or frequently going wrong, it is good to stop to communicate and receive expectations on the situation. By setting a timeline rather than a rush, banker, analysts, and investors can reduce errors, improve quality of product/service, and reduce stress by all parties.

Josh can do better in understanding the capacity and work of others. This will allow him to be more intentional with his time and others. It will also lead to a more efficient work environment that can produce timely and quality results.

---

Strictly Private & Confidential: For JPMC Internal Use Only.

CCW.04-007'TIAL

JPMS_00029382

03_Series_W_Resignation_PTO_and_Peer_Review.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docket

## Requested Details

**Provided By**

██████████████

**Date Requested**
October 03, 2023

**Visibility**
Feedback shared with Employee and Manager

**Requested By**
Joshua Biering

**Feedback Provided Date**
October 18, 2023

**Message**

## Questionnaire

**What I did well?**

Josh works hard to meet metric goals by providing excellent advice and service to his clients and prospects. He is an active prospector and innovates within his current client base to bring about client-first activity. His work ethic allows for productive client/prospect activity as well as a growing expertise in all matter of advice. For investments, he is actively pursuing OTC derivative transactions that meet his client's goals. For estate planning he is mindful of estate planning and freezing techniques (GRATs, spousal trusts) that bring significant results to bear for his clients and the firm. He is a valuable member of the team and I am thankful to be included on many of his relationships.

**What can I do better or more effectively?**

In this business, there are times to sprint and times to jog in order to properly meet the needs of his growing client book and his growing family. We are all pursuing this balance that will only come through some trial and error in this regard.

## Requested Details

**Provided By**

██████████████

**Date Requested**
October 03, 2023

**Visibility**
Feedback shared with Employee and Manager

**Requested By**
Joshua Biering

**Feedback Provided Date**
October 10, 2023

**Message**

Strictly Private & Confidential: For JPMC Internal Use Only.

CONFIDENTIAL
W.04-008

03_Series_W_Resignation_PTO_and_Peer_Review.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docket

JPMS_00029383

## Questionnaire

### What I did well?

Josh is extremely helpful providing information wherever available and is consistently engaged with both client and the Global Shares team throughout the process. Overall Josh positions himself as a valuable partner.

### What can I do better or more effectively?

No clear flaws identified in process or conversations - will be happy to partner with Josh in the future.

---

## Requested Details

| Provided By | Requested By |
|---|---|
| ████████ | Joshua Biering |
| **Date Requested** | **Feedback Provided Date** |
| October 03, 2023 | October 09, 2023 |
| **Visibility** | **Message** |
| Feedback shared with Employee and Manager | |

## Questionnaire

### What I did well?

- Josh is a great partner who looks for opportunities to get others involved, in order to holistically help clients.
- Josh is very thoughtful when thinking through solutions that can help clients. He is always thinking about, and discussing, different methods that can help a client, and not just banking solutions.
- He is quick to involve any contact that can add value and is always looking to add to his network.
- The way he thinks through deals and client needs is helping me to get better and more thoughtful as I look to do the same. I have enjoyed partnering with Josh and look forward to continuing to do so!

### What can I do better or more effectively?

---

## Requested Details

| Provided By | Requested By |
|---|---|
| | |

Strictly Private & Confidential. For JPMC Internal Use Only.

CONFIDENTIAL
W.04-009

JPMS_00029384

03_Series_W_Resignation_PTO_and_Peer_Review.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docket

████████████

**Date Requested**
October 03, 2023

**Visibility**
Feedback shared with Employee and Manager

Joshua Biering

**Feedback Provided Date**
October 09, 2023

**Message**

### Questionnaire
What I did well?

Josh brings a lot of passion and energy to the business. I appreciate Josh's hunger to continue to win, and bring in new business. Josh doesn't take roadblocks at face value, and is always thinking of creative solution to help drive business, and help our clients accomplish what they're looking for. He makes me a better investor by encouraging me to think outside the box. Lastly, Josh leverages the firm (internal PB partners, CB, etc) as well or better than other banker i've worked with.

What can I do better or more effectively?

Josh's business runs a million miles a minute. While it is part of the reason he's been successful, it can impede true growth over the long run. I think it's important to keep in mind that "slowing down" doesn't mean someone is any less hungry, or is getting lazy. But it allows for more of a sustainable business (for both Josh and his partners) over time. Slowing down allows for less self-induced stress, and allows for better partnerships across various teams (analysts, investors, lenders, onboarding, service, etc.).

---

### Requested Details

**Provided By**
████████████

**Date Requested**
October 03, 2023

**Visibility**
Feedback shared with Employee and Manager

**Requested By**
Joshua Biering

**Feedback Provided Date**
October 17, 2023

**Message**

### Questionnaire
What I did well?

Strictly Private & Confidential: For JPMC Internal Use Only.

CC W.04-010 ᵀIAL

JPMS_00029385

03_Series_W_Resignation_PTO_and_Peer_Review.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docket



I've had the opportunity to recently partner with Josh on the MI [Redacted] prospect relationship. In the short amount of time working together it is already apparent that he will do anything within his power to get the job done for the clients he supports.

As it relates to servicing our current clients' and prospects' ongoing relationships, Josh does an excellent job thinking across JPM's LOB to bring in thoughtful partners to further enhance and grow his & our firm's asset size & retention with clients. He does this in a way I've seen very few bankers match.

Josh has a pragmatic way of communicating with clients and has the ability to get his point across without too much additional fluff. He is straightforward in asking for the business and has done a great job enforcing credibility across his network through creative problem solving with high financial acumen for large opportunities. As an example, our mortgage lender has made several comments that Josh does the job better than some of her peers in how easily he conveys the lending story.

## What can I do better or more effectively?

Josh works incredibly hard on a daily basis to ensure nothing gets left on the table-whether it be communication to clients, servicing issues, plan implementation or more creative programs he has in the works.

With the amount of continuous ideas Josh is working on at one time it can become difficult to follow along on where we are in the sequence when asked to jump in on a task. This is something our team has started to work on more effectively in scheduling weekly meetings to ensure we are all on the same page for service, task & communicating one cohesive message to the individuals we support.

---

## Requested Details

| Provided By | Requested By |
|---|---|
| ▮▮▮▮▮▮ | Joshua Biering |
| **Date Requested** | **Feedback Provided Date** |
| October 03, 2023 | October 23, 2023 |
| **Visibility** | **Message** |
| Feedback shared with Employee and Manager | |

## Questionnaire
What I did well?

Strictly Private & Confidential: For JPMC Internal Use Only.

CC W.04-011 'TIAL

JPMS_00029386

03_Series_W_Resignation_PTO_and_Peer_Review.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docket





It has been a great experience working with Josh this year. He brings an ambitious energy to the team. He is hard working and is focused on delivering for his clients. I admire Josh's efficiency and concentration, which I try to mirror in my own day-to-day routine. I appreciate Josh's transparency and his immediate feedback. His partnership is very much appreciated, and I look forward to learning more from him in the future.

### What can I do better or more effectively?

As we go into the new year and our support team begins to settle into their roles, I look forward to joining more of the Team Biering meetings. I think Josh gives fresh perspectives on our products, and I would like to be more a part of the thought process behind each proposal. I also would like to see Josh take more of a mentor approach with his support team. I believe he has a lot to offer and could mature his leadership skills by taking on a coaching role as well.

---

## Requested Details

| Provided By | Requested By |
|---|---|
| ███████ | Joshua Biering |
| **Date Requested** | **Feedback Provided Date** |
| October 03, 2023 | October 10, 2023 |
| **Visibility** | **Message** |
| Feedback shared with Employee and Manager | |

## Questionnaire
### What I did well?

In my interactions with Josh in an in person client experience have always been positive. I think Josh does a great job in knowing his clients and being attentive to their needs. I have not been around him or JP Morgan long to see his development nor how he has work to build his book; however, when I have see him pursue a prospect from the other side of the SC desk, I have been impressed by the knowledge he brings to the client calls and the prep work he puts in for the meetings. I also have witnessed him reaching out to his resources around the office which shows if he doesn't know something, which seems to be rare, he does know who does know and makes sure he gets them connected to his clients. I did have the pleasure of helping his set up a meeting in Dallas for one of his bigger clients, and the level of care, knowledge, and professionalism he - and Kelly Ann - brought to the whole experience was very impressive. Recently, I have had the opportunity to him agree to help and support the newer bankers and the bankers with smaller books. He taking the time out of his day to pay if forward is exactly what our Fort Worth SC team and JP Morgan is all about.

---

Page **12** of **22**

Strictly Private & Confidential. For JPMC Internal Use Only.

CC W.04-012 'TIAL

JPMS_00029387

03_Series_W_Resignation_PTO_and_Peer_Review.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docket



W.04-013

4:26-cv-00381-O

*Biering v. JPMS, et al.*

Lastly, I do appreciate his humor on the desk and his willingness to work to break the ice with any and everyone. In this line of work, it can be stressful and fasted pace, but I think he does a good job of bring humor into the office in appropriate, and maybe some inappropriate times, but it seems to be something we all need.

### What can I do better or more effectively?

I do not believe I have worked with Josh long enough to provide in depth feedback in particular areas of growth, but I will say it is always a good idea to evaluate to see if the amount of pressure one puts on them self is not transfer, in full force, to others around you. As I said above, I think Josh is very committed to his clients and JP Morgan which can be shown in his dedication to a longer work day or a more intense approach to his clients; however, that level of commitment cannot always be expected for everyone he works with. Sometimes a certain client needs our extended time which can chip into our personal time; however, it cannot always be that way for everyone. Also, I do not know his client book, so I might be off in saying, his phone conversation could be more appropriately handled. However, I believe he knows his clients well and if they appreciate course language or tangent type stories, then that is no necessarily an area of improvement. Last thing, I have observe Josh talking across the office to others regarding different topics, most of all of them being work/client related, and those types of conversations need to happen; however, I think it would be more appropriate and professional if he were to walk over or call them over and talk to the person on a one on one basis. Though it might seem to be more efficient to talk across the SC desk into the investment desk, I think it can be distracting to others and the person he is trying to communicate with may not realize he needs them so repeated calls can make it less efficient than what was first planned.

---

## Requested Details

**Provided By**

██████████

**Date Requested**

October 03, 2023

**Visibility**

Feedback shared with Employee and Manager

**Requested By**

Joshua Biering

**Feedback Provided Date**

October 03, 2023

**Message**

## Questionnaire

What I did well?

Josh has been incredible to work with since day 1, and he has been a huge advocate for Global Shares. His willingness to share our story with colleagues across various lines

Strictly Private & Confidential: For JPMC Internal Use Only.

CC W.04-013 TIAL

JPMS_00029388


03_Series_W_Resignation_PTO_and_Peer_Review.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docket

W.04-014

4:26-cv-00381-O

*Biering v. JPMS, et al.*

of business has lead both directly and indirectly to new client logos being added to our portfolio.

His knowledge of his clients and target market is second to none, and my team and I very much look forward to continuing to work with Josh.

Keep up the good work Sir.

What can I do better or more effectively?

---

## Requested Details

| Provided By | Requested By |
|---|---|
| ▮▮▮▮▮▮▮ | Joshua Biering |
| **Date Requested** | **Feedback Provided Date** |
| October 03, 2023 | October 06, 2023 |
| **Visibility** | **Message** |
| Feedback shared with Employee and Manager | |

## Questionnaire

What I did well?

Josh delivers all that the bank has to offer to his clients. He works diligently to deepen existing relationships and to develop new ones. Josh has exhibited a very good comprehension of various wealth advisory strategies and when to strategically apply them to the client's circumstances to accomplish the client's goals. He also conveys the bank's value proposition that demonstrates that the fees the client are being charged are reasonable considering the services being delivered and does not lead with a request for a discount.

What can I do better or more effectively?

Josh has several clients that we now have all or almost all of the client's wallet share or where their net worth has significantly decreased since wealth advisory was introduced to the client. In those situations, Josh should steer the client more to the client's tax and legal advisors when changes need to be made to their estate plans or leverage our trust team to review their plans/documents and answer their questions so I can focus my time on larger clients/prospects to grow the market. Josh can sometimes be a bit

---

Strictly Private & Confidential. For JPMC Internal Use Only.

CC▮▮▮▮▮'TIAL
W.04-014

03_Series_W_Resignation_PTO_and_Peer_Review.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docket



short with teammates (as we all can from time to time considering our high stress jobs). He might want to focus on better communication with ITMs to help foster a positive work environment and help develop and mentor junior ITMs.

---

### Requested Details

**Provided By**

████████████████

**Date Requested**

October 03, 2023

**Visibility**

Feedback shared with Employee and Manager

**Requested By**

Joshua Biering

**Feedback Provided Date**

October 04, 2023

**Message**

### Questionnaire

What I did well?

Josh is by far the hardest working Banker that I partner with. Josh does an incredible job at fighting for the best outcome for his clients. He cares deeply about finding the best solution and will push myself, and other internal partners, to think as creative as possible. Josh generates the largest volume of custom credit solutions in the single coverage team. He does a great job at engaging me early and often, which allows his clients to come to me directly on credit needs. In partnering with Josh, we were able to execute a $10mm private stock loan, which has led to a greater than $300mm investment management opportunity. The deal would not have been completed without Josh's persistence. Other transactions that I have worked on with Josh are a $15mm CRE loan, a couple unsecured credit facilities, and numerous repricing efforts. I think Josh is a fantastic Banker who will always fight for the best outcome for his clients.

What can I do better or more effectively?

My feedback for Josh is to take more time off. Even when Josh is OOO, he is still heavily engaged in his email. It is important for longevity to take time off and come back fresh.

---

### Requested Details

**Provided By**

███ ███

**Date Requested**

October 04, 2022

**Requested By**

Joshua Biering

**Feedback Provided Date**

November 16, 2022

Page **15** of **22**

Strictly Private & Confidential. For JPMC Internal Use Only.


JPMS_00029390

03_Series_W_Resignation_PTO_and_Peer_Review.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docket



Visibility                                    Message

Feedback shared with Employee and
Manager

### Questionnaire
What I did well?

Josh is one of the best bankers in the biz - he is a go-getter and is very hungry to win new business. He is not afraid to go after significant opportunities, pull out all the stops and engage senior leaders to win business. He is all over client relationships, communicates clearly internally/externally and is very organized in his approach. Combined with my role on investments, I am confident our clients are very well covered.  He knows everything from banking to lending to estate planning, and provides valuable advice to clients - often going the extra mile for clients when other bankers would just give up. More bankers need to be like Josh!

Josh has significantly increased his visibility and is a valuable leader on our team.  He is very dedicated to his role as Analyst Manager and has made a great impact on our local team's younger talent. In addition, he continues to use his voice to express important thoughts, opinions and feedback, which is critical.  Keep it up.

### What can I do better or more effectively?

I really don't have any constructive feedback for Josh. Take more time off!  Continue to grow & serve as a leader - I think a lot of opportunities/doors will open for you.

### Requested Details

Provided By                               Requested By

█████████                                 Joshua Biering

Date Requested                            Feedback Provided Date

October 04, 2022                          November 14, 2022

Visibility                                Message

Feedback shared with Employee and
Manager

### Questionnaire
What I did well?

Client Focus/Execution - Josh does a great job promptly following up on client requests and putting their needs first. He is organized to ensures tasks don't slip through the cracks. In addition, he prepares extensively for client meetings.

Strictly Private & Confidential: For JPMC Internal Use Only.



JPMS_00029391

03_Series_W_Resignation_PTO_and_Peer_Review.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docket



Resourceful - Josh uses all resources available to meet a client need or win a prospect. Recently, I worked with Josh on pitching a large prospect, and he utilized partners from the commercial bank, investment bank, and other departments to gather intel and strengthen his toolkit when pitching the prospect. He offered many solutions on our PB platform (credit, mortgage, investments, wealth planning, etc) to showcase our wide capabilities.

Involvement - As analyst manager, Josh helps the analysts identify opportunities to get involved through work and the community. For example, Josh gave me the opportunity to get involved with Folds of Honor and the Analyst Digital Roundtable.

## What can I do better or more effectively?

More of a suggestion, but I recommend setting up quarterly or some scheduled meeting cadence with the analysts. As analyst manager, it will enable to you to gather more regular feedback.

## Requested Details

| Provided By | Requested By |
|---|---|
| ██████████ | Joshua Biering |
| **Date Requested** | **Feedback Provided Date** |
| October 04, 2022 | October 14, 2022 |
| **Visibility** | **Message** |
| Feedback shared with Employee and Manager | |

## Questionnaire

### What I did well?

Josh does a good job of communicating deadlines and explaining the why behind the work he requests. I've learned a lot from Josh about how to make the client experience seamless and positive. He also has a pleasant disposition, which is a nice change of pace in such a high-intensity role. Josh has been approachable as an analyst manager and I genuinely believe he does what he can to help out the analyst class. I appreciate his willingness to let me interact with his clients despite my youth in the firm.

### What can I do better or more effectively?

I'm coming from a place of bias here, but I think Josh has the leverage to lobby on behalf of partner coverage juniors. The work load divide is fairly significant, especially with the new analysts added to single coverage. There's probably plenty I don't understand behind the scenes, but it would be nice to have him push hard for additional coverage on this side of the office.

## Requested Details

Strictly Private & Confidential. For JPMC Internal Use Only.

CC▢▢▢'TIAL
W.04-017

JPMS_00029392



03_Series_W_Resignation_PTO_and_Peer_Review.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docket

W.04-018
4:26-cv-00381-O
*Biering v. JPMS, et al.*

| Provided By | Requested By |
|---|---|
| ███████████ | Joshua Biering |
| Date Requested | Feedback Provided Date |
| October 04, 2022 | October 06, 2022 |
| Visibility | Message |
| Feedback shared with Employee and Manager | |

### Questionnaire

What I did well?

Josh has done a good job serving in the analyst manager capacity this year. He is communicative and keeps everyone in the loop to what is going on and what is expected of them. He holds the analysts to high standards and is available when we have something on our mind to discuss.

I appreciate the time Josh dedicates to the analysts outside of his day-to-day and it is very apparent that he cares deeply about the analyst population.

### What can I do better or more effectively?

Finding time to schedule individual time with the analysts would be beneficial to development and providing feedback. Everyone has incredibly busy schedules and Josh has been clear that he is available if we need to schedule time. However, I think having a consistent time to sit down in a private setting and discuss things that are going on would be beneficial in a more frequent fashion then bi-annually.

### Requested Details

| Provided By | Requested By |
|---|---|
| ███████████ | Joshua Biering |
| Date Requested | Feedback Provided Date |
| October 04, 2022 | October 05, 2022 |
| Visibility | Message |
| Feedback shared with Employee and Manager | |

### Questionnaire

What I did well?

I have had the opportunity to partner with Josh on several client relationships. Josh has been a fantastic partner that I have greatly enjoyed working with. In my opinion, his

Strictly Private & Confidential: For JPMC Internal Use Only.



JPMS_00029393



business development skills are fantastic and does a great job at putting the client first. Josh is one of the best that I have seen in terms of navigating the firm and finding ways to turn "No's" into a "Yes". I have seen that done several times on difficult credit, derivative, onboarding, investment asks. He asks a lot of his peers but does a great job at giving those same people responsibility to take on outsized roles, which is great for development. I think Josh is on an amazing track to be very successful within JPMorgan. He has juggled a lot this year with being the Analyst Manager and has done a great job

### What can I do better or more effectively?

Josh has a large workload with being Analyst Manager and a full client load. I would encourage Josh that it is OK to say "no" to some internal roles every now and then to free up time so he isnt too busy. It doesnt help that he also has a newborn at home!

## Requested Details

| Provided By | Requested By |
|---|---|
| [Redacted] | Joshua Biering |
| **Date Requested** | **Feedback Provided Date** |
| October 05, 2021 | October 31, 2021 |
| **Visibility** | **Message** |
| Feedback shared with Employee and Manager | Please provide YE feedback. |

## Questionnaire

### What I did well?

Josh does a fantastic job being an advocate for his clients. He has intimate knowledge of their businesses/personal needs, and does whatever he can to make sure it happens for them. Josh continues to be a leader for all things G[ Redacted ] and continues to help the newer team members come up to speed on a very complicated client, whether he directly covers the client or not. From my perspective, it doesn't seem as if we've skipped a beat since Randal's retirement. The respect his client's have for him, says everything you need to know about how well Josh serves our clients.

### What can I do better?

Not much here, I've really enjoyed getting to work with Josh

## Requested Details

| Provided By | Requested By |
|---|---|
| [Redacted] Jr. | Joshua Biering |
| **Date Requested** | **Feedback Provided Date** |
| October 05, 2021 | October 15, 2021 |
| **Visibility** | **Message** |
| Feedback shared with Employee and | |

Strictly Private & Confidential. For JPMC Internal Use Only.

CONFIDENTIAL    JPMS_00029394

03_Series_W_Resignation_PTO_and_Peer_Review.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docket

Manager                                        Please provide YE feedback.

## Questionnaire

What I did well?

You have done a great job of searching for new business in the community we serve. You have also continued to be a go to resource for the          relationship. You have been a banker who is never afraid to push across hesitations internally to get your clients what they deserve. I wish there were more bankers that fought as hard as you do for their clients. You have handled RR clients with delicacy and care and prevented any of them from considering alternatives after his retirement. You have stepped into a new challenge of analyst manager and shown that you want to fight for this team to grow.

What can I do better?

As analyst manager, i would continue to work on ways to improve your partnership. This is a new challenge for our market but yourself and Allison will do great things in this role. As we evaluate ourselves during this time of year, i would also advise you to evaluate your partnership with each other. As a banker, I would encourage you to reach out to SC team members and form partnerships within our office to further prospecting, knowledge sharing, and culture growth. Speak up in group settings. There is overwhelming value in having your voice known in our Fort Worth office. You've got great ideas, and its time for the whole office to learn from them.

## Requested Details

| Provided By | Requested By |
|---|---|
| ██████ ████ | Joshua Biering |
| **Date Requested** | **Feedback Provided Date** |
| October 05, 2021 | October 29, 2021 |
| **Visibility** | **Message** |
| Feedback shared with Employee and Manager | Please provide YE feedback. |

## Questionnaire

What I did well?

Josh is a great partner on the team and very enjoyable to work with. He is a go-getter and hungry to succeed. He helps the team stay organized and focused on outstanding tasks so nothing slips through the cracks.

Josh is very knowledgeable of the JPM platform and speaks very well to all of our offerings from banking to lending to estate planning.

Page **20** of **22**

Strictly Private & Confidential. For JPMC Internal Use Only.


CC'TIAL
W.04-020

JPMS_00029395

03_Series_W_Resignation_PTO_and_Peer_Review.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docket



W.04-021
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Client is always first.  He does a great job managing relationships and thinking outside the box – presenting all options / creative solutions available to client and going above and beyond to obtain unique products or improved pricing.  He does this better than any other Banker I work with.

What can I do better?

Stretching to think of something here.  Remember to keep the full team in the loop when you have meaningful meetings/convos with clients we share and we're not involved.

---

## Requested Details

| | |
|---|---|
| **Provided By** | **Requested By** |
| ▮ | Joshua Biering |
| **Date Requested** | **Feedback Provided Date** |
| October 05, 2021 | October 27, 2021 |
| **Visibility** | **Message** |
| Feedback shared with Employee and Manager | Please provide YE feedback. |

## Questionnaire

What I did well?

Moreso than other bankers, Josh does a great job of empowering his analyst once trust is established, and gives them meaningful tasks to complete with direct client interaction. Josh collaborates closely not only with team members across the floor but also leverages his vast network throughout the broader firm, bringing in colleagues from other lines of business to provide well thought-out solutions for his clients' complex problems. Josh has already begun making a positive impact as analyst manager, and is very well-suited for this leadership role.

What can I do better?

N/A

---

## Requested Details

| | |
|---|---|
| **Provided By** | **Requested By** |
| ▮ | Joshua Biering |

Strictly Private & Confidential: For JPMC Internal Use Only.

CC W.04-021 'TIAL

JPMS_00029396



03_Series_W_Resignation_PTO_and_Peer_Review.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docket

W.04-022
4:26-cv-00381-O
*Biering v. JPMS, et al.*

**Date Requested**
October 05, 2021

**Feedback Provided Date**
October 15, 2021

**Visibility**
Feedback shared with Employee and Manager

**Message**
Please provide YE feedback.

## Questionnaire

### What I did well?

Josh is very well organized in his approach to client coverage and is working hard with prospects to expand his book. He is easy to work with and a good communicator. Josh does a great job in providing direction and purpose to each client meeting.

### What can I do better?

Josh can continue to deepen his investment dialogue and enhance the holistic dialogue with his clients. I look forward to do more prospecting with Josh in 2022.

Strictly Private & Confidential: For JPMC Internal Use Only.

CONFIDENTIAL
W.04-022

JPMS_00029397

03_Series_W_Resignation_PTO_and_Peer_Review.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docket

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT W.05
# Biering text to Hitchcock resignation raised
# W.05-001

**Description:**   Time-off / termination-timing / personal-record exhibit.

**Relevance:**   Evidence of the employment-timeline sequence around the termination decision.

**Source:**   CX-019; BIERING_0001749 – BIERING_0001750

**Petition Ref:**   App. A p. 55 ("Biering text to Hitchcock – resignation raised (Oct. 24, 2023)")

**Disclosures:**   None — reproduced as produced, no added markings

**Filing Status:**   Public - not sealed

W.05-001
4:26-cv-00381-O
*Biering v. JPMS, et al.*

iMessage
10/6/2023 1:05:05 PM

No, I am in College Station - my daughter is on her official college tour today - had to miss that, you there?

Nice. - enjoy- that's an important milestone.

I am here- see a few familiar faces. Thought you might be here.

10/24/2023 11:08:20 AM

Heading back from a meeting, will be back in office closer to 11:35 or so but good to catch up then still - 5 mins behind

Is there somewhere nearby we can meet

Where are you?

I'm coming from Southalke

Happy to meet somewhere if easier

Is vaquero coffee good?

Sure

Ok I'm outside. Hope rain stays away nor we can go nearby

Back in FW office

Heading that way now

11/1/2024 9:47:09 PM



Award 23-03445 Biering Awards.pdf

Read 11/1/2024

**Exhibit**

**CX19**

03_Series_W_Resignation_PTO_and_Peer_Review.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docket

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT W.06
## Biering Stewart Texts Curated
## W.06-001 – 002

| | |
|---|---|
| **Description:** | Time-off / termination-timing / personal-record exhibit. |
| **Relevance:** | Evidence of the employment-timeline sequence around the termination decision. |
| **Source:** | CX-021 |
| **Petition Ref:** | App. A p. 55 ("Biering text to Stewart (Mar. 30, 2023)") |
| **Disclosures:** | None — reproduced as produced, no added markings |
| **Filing Status:** | Public - not sealed |

W.1300
4:26-cv-00381-O
*Biering v. JPMS, et al.*

## Exhibit G.1 (Texts w/ Stewart (with emphasis))







W.06-001

03_Series_W_Resignation_PTO_and_Peer_Review.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docket

Exhibit G.1 (Texts w/ Stewart (with emphasis))



W.06-002

03_Series_W_Resignation_PTO_and_Peer_Review.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docket

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT W.07

Biering Email Re: U4 Expungement of Client
Complaint and Student-Loan Discharges
(Touching Base with HR – May 1, 2023)
W.07-001 – 014

**Description:** Biering's May 1, 2023 outreach to HR (Stainback / Watson) asking to discuss expungement of two categories of items on his Form U4: (1) a client complaint where a co-advisor (Hitchcock) has the same Occurrence No. and is the investor on the relationship, and (2) Student Loan Discharges listed as a compromise on his U4. Brandi Watson reply ("I am happy to opine. The process of expunging your U4 does not place you at risk.") confirms HR's pre-conduct-allegation neutrality toward the U4 expungement request.

**Relevance:** Pre-arbitration record that HR was actively considering U4 expungement requests in May 2023 – six months before the Oct./Nov. 2023 conduct-investigation chain. Directly contradicts any after-the-fact narrative that U4/U5 disclosure decisions were dictated by neutral HR/regulatory process; shows HR engaging cooperatively until the firm's posture shifted around Biering's external-firm interest.

**Source:** CX-026; BIERING_0000108 – BIERING_0000122

**Petition Ref:** App. A p. 55 ("Biering EM to Stainback & Watson (May 1, 2023)")

**Disclosures:** None — reproduced as produced, no added markings

**Filing Status:** Public - not sealed

4:26-cv-00381-O
*Biering v. JPMS, et al.*

**Biering, Josh (WM, USA)**

| | |
|---|---|
| **From:** | Watson, Brandi (WM, USA) |
| **Sent:** | Monday, May 01, 2023 9:37 PM |
| **To:** | Biering, Josh (WM, USA); Stainback, Stephanie (WM, USA) |
| **Subject:** | RE: Fwd: Form U4 Amendment |

Greetings Josh,

Thanks for reaching out. I am happy to opine. The process of expunging your U4 does not place you at risk.

**From:** Biering, Josh (WM, USA) <josh.biering@jpmorgan.com>
**Sent:** Monday, May 01, 2023 11:03 AM
**To:** Stainback, Stephanie (WM, USA) <Stephanie.Stainback@jpmorgan.com>; Watson, Brandi (WM, USA) <brandi.watson@jpmorgan.com>
**Subject:** FW: Fwd: Form U4 Amendment

Good Morning Stephanie and Brandi-

Do you have a few minutes to connect on a personal HR topic? I tried to navigate the "ask HR" application, but this is a very unique topic and didn't see a drop down for it…

Long story short- I'm considering requesting an arbitration with FINRA for an expungement request for 2 'categories' of items on my U4.

1- Client Complaint (information below, Kyle Hitchcock has the same complaint and is the investor on the relationship)
2- Student loan discharges listed as a compromise on my U4.

JPM legal shared they will not pursue the expungement request, and this differs from the initial guidance provided by JPM Counsel and David Nolet, prior to his departure. I researched other routes to explore, and there is a way for individual advisers to submit arbitration requests for expungement directly. However, that would list me as the Claimant and JPMorgan as the Respondent.

Prior to exploring this path, I want to make sure this would not put me in a "at risk" position with JPMorgan as I appreciate my role and relationship with JPMorgan. I just want to clean my record, as you can most certainly appreciate.

Thank you for your consideration and look forward to talking with you soon!

Josh

---

**Josh Biering** | Executive Director | Banker | **J.P. Morgan Private Bank** | 420 Throckmorton St, Suite 300 | Fort Worth, TX 76102 | T: 817 212 3096 | work Mobile: 817 798 7654 | josh.biering@jpmorgan.com | privatebank.jpmorgan.com

**J.P.Morgan**

PRIVATE BANK

**Exhibit**

**CX26**

CONFIDENTIAL

BIERING_0000108

W.07-001

03_Series_W_Resignation_PTO_and_Peer_Review.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docke

4:26-cv-00381-O
*Biering v. JPMS, et al.*

J.P. Morgan Securities LLC | JPMorgan Chase Bank, N.A.

Our *Form CRS* (Client Relationship Summary) and *Guide to Investment Services and Brokerage Product* information about the ways we can serve you, the different investment products and services we offer, how we are compensated and potential conflicts of interest we may have.

**NOT AN OFFICIAL CONFIRMATION OR VALUATION OF ANY TRANSACTION. Trade instructions will not be accepted through Electronic Mail (E-mail).** For informational purposes only. This does not represent an official account of the holdings, balances, or transactions made in your account. Please refer to your monthly account statement for the official record of all of your account activities. For questions, please call your J.P. Morgan representative. JPMorgan Chase & Co. and its affiliates and employees do not provide tax, legal or accounting advice. You should consult your own tax, legal and accounting advisors before engaging in any financial transactions. Please submit personal information to J.P. Morgan through a secure manner (e.g., Secure Message Center, Client Exchange, postal mail, fax or in person). **Important risk considerations for certain investment products and asset classes can be found HERE.**

**INVESTMENT PRODUCTS: NOT FDIC INSURED ● NO BANK GUARANTEE ● MAY LOSE VALUE**

**From:** Burns, Kimberly S (WM, USA) <kimberly.s.burns@jpmorgan.com>
**Sent:** Monday, May 01, 2023 10:50 AM
**To:** Biering, Josh (WM, USA) <josh.biering@jpmorgan.com>
**Cc:** Hitchcock, Kyle E (WM, USA) <kyle.e.hitchcock@jpmorgan.com>; Stewart, Ben (WM, USA) <ben.stewart@jpmorgan.com>; Greaves, Dexter W (WM, USA) <dexter.w.greaves@jpmorgan.com>; Aughinbaugh, John T (WM, USA) <john.t.aughinbaugh@jpmorgan.com>
**Subject:** RE: Fwd: Form U4 Amendment - Kyle Hitchcock CRD 5167423

This is not something we can advise on.  Any further discussion should be directed to HR.

---

**Kimberly Burns**  |  Executive Director, Supervisory Team Manager, Central Region  |  **J.P. Morgan Private Bank**  |
420 Throckmorton St, Floor 03  |  Fort Worth, TX 76102  |  T: 817 884 4677  M: 817 939 9161  |
kimberly.s.burns@jpmorgan.com  |  jpmorgansecurities.com

## J.P.Morgan

J.P. Morgan Securities LLC | JPMorgan Chase Bank, N.A.

**NOT AN OFFICIAL CONFIRMATION OR VALUATION OF ANY TRANSACTION. Trade instructions will not be accepted through Electronic Mail (E-mail).** For informational purposes only. This does not represent an official account of the holdings, balances, or transactions made in your account. Please refer to your monthly account statement for the official record of all of your account activities. **Important risk considerations for certain investment products and asset classes can be found HERE.**

Swap related material subject to the **Swap Dealer Associated Persons Disclosure,** has been prepared by a Swap Dealer Associated Person of JPMorgan

**INVESTMENT PRODUCTS: NOT FDIC INSURED ● NO BANK GUARANTEE ● MAY LOSE VALUE**

Please do not send personal, sensitive or confidential information via unsecured mail.
**PLEASE RETURN ALL INFORMATION IN A SECURE MANNER** (ex. Secure Message Center 'SMC,' Client Exchange, Mail, Fax or In Person.)

**From:** Biering, Josh (WM, USA) <josh.biering@jpmorgan.com>
**Sent:** Monday, May 01, 2023 10:43 AM
**To:** Burns, Kimberly S (WM, USA) <kimberly.s.burns@jpmorgan.com>
**Cc:** Hitchcock, Kyle E (WM, USA) <kyle.e.hitchcock@jpmorgan.com>; Stewart, Ben (WM, USA) <ben.stewart@jpmorgan.com>; Greaves, Dexter W (WM, USA) <dexter.w.greaves@jpmorgan.com>; Aughinbaugh, John T (WM, USA) <john.t.aughinbaugh@jpmorgan.com>
**Subject:** RE: Fwd: Form U4 Amendment - Kyle Hitchcock CRD 5167423

CONFIDENTIAL
BIERING_0000109

W.07-002

Kim-

I connected with Rachel Tidwell this morning. She confirmed that I would be the "Claimant" and JPMorgan would be listed as the "Respondent" should I pursue any expungement requests. Rachel shared this has been done previously, and JPMorgan does not take an "adversarial" position. I asked Rachel if an expungement request of this nature would be punitive or impact my good standing with JPMorgan, she shared that she doesn't see why it would, but she is not the correct person to ask.

Would I run this through our HR Channels? There wasn't an option to submit a question regarding this through HR Answers on ME @ JPMC, but is there a separate contact?

I definitely do not want to put my position with JPMorgan at risk by pursuing this, I just would like to clean my public record, or at least explore the opportunity as we initial discussed with David Nolet prior to his departure.

Thanks again for all of your help!

---

**Josh Biering** | Executive Director | Banker | **J.P. Morgan Private Bank** | 420 Throckmorton St, Suite 300 | Fort Worth, TX 76102 | T: 817 212 3096 | work Mobile: 817 798 7654 | josh.biering@jpmorgan.com | privatebank.jpmorgan.com

## J.P.Morgan
PRIVATE BANK

J.P. Morgan Securities LLC | JPMorgan Chase Bank, N.A.

Our *Form CRS* (Client Relationship Summary) and *Guide to Investment Services and Brokerage Products* contain important information about the ways we can serve you, the different investment products and services we offer, their fees and costs, how we are compensated and potential conflicts of interest we may have.

**NOT AN OFFICIAL CONFIRMATION OR VALUATION OF ANY TRANSACTION. Trade instructions will not be accepted through Electronic Mail (E-mail).** For informational purposes only. This does not represent an official account of the holdings, balances, or transactions made in your account. Please refer to your monthly account statement for the official record of all of your account activities. For questions, please call your J.P. Morgan representative. JPMorgan Chase & Co. and its affiliates and employees do not provide tax, legal or accounting advice. You should consult your own tax, legal and accounting advisors before engaging in any financial transactions. Please submit personal information to J.P. Morgan through a secure manner (e.g., Secure Message Center, Client Exchange, postal mail, fax or in person). **Important risk considerations for certain investment products and asset classes can be found HERE.**

**INVESTMENT PRODUCTS: NOT FDIC INSURED • NO BANK GUARANTEE • MAY LOSE VALUE**

**From:** Burns, Kimberly S (WM, USA) <kimberly.s.burns@jpmorgan.com>
**Sent:** Sunday, April 30, 2023 12:59 PM
**To:** Biering, Josh (WM, USA) <josh.biering@jpmorgan.com>
**Cc:** Hitchcock, Kyle E (WM, USA) <kyle.e.hitchcock@jpmorgan.com>; Stewart, Ben (WM, USA) <ben.stewart@jpmorgan.com>; Greaves, Dexter W (WM, USA) <dexter.w.greaves@jpmorgan.com>; Aughinbaugh, John T (WM, USA) <john.t.aughinbaugh@jpmorgan.com>
**Subject:** RE: Fwd: Form U4 Amendment - Kyle Hitchcock CRD 5167423

Josh, I appreciate your email and the situation, but this isn't the Supervisory Manager's call. We can't tell you that you cannot pursue this, as you have every right to petition FINRA to expunge.

Last time we spoke, I asked you to call Rachel and speak to her one-on-one regarding the firm's unwillingness to take this on. Have you done that?

BIERING_0000110

W.07-003

03_Series_W_Resignation_PTO_and_Peer_Review.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docke

4:26-cv-00381-O
*Biering v. JPMS, et al.*

**Kimberly Burns** | Vice President, Supervisory Manager | **J.P. Morgan Private Bank** | 420 Throckmorton Street, Floor 03 | Fort Worth, TX 76102 | T: 817 884 4677 | kimberly.s.burns@ jpmorgan.com/privatebank

## J.P.Morgan

J.P. Morgan Securities LLC | JPMorgan Chase Bank, N.A.

---

**From:** Biering, Josh (WM, USA) <josh.biering@jpmorgan.com>
**Date:** Sunday, Apr 30, 2023 at 12:46 PM
**To:** Burns, Kimberly S (WM, USA) <kimberly.s.burns@jpmorgan.com>
**Cc:** Hitchcock, Kyle E (WM, USA) <kyle.e.hitchcock@jpmorgan.com>, Stewart, Ben (WM, USA) <ben.stewart@jpmorgan.com>
**Subject:** Fwd: Form U4 Amendment - Kyle Hitchcock CRD 5167423

Kim-

After exploring this further- and reading through recent expungement success cases- I'm thinking I want to pursue my expungement.

Before doing so- I want to make sure this would be agreeable with JPMorgan as I understand JPMorgan won't pay or pursue further expungement on my behalf. Can I pursue this?

---

**Josh Biering** | Executive Director | Banker | **J.P. Morgan Private Bank** | 420 Throckmorton St, Floor 03 | Fort Worth, TX 76102 | T: 817 212 3096 | M: 817 798 7654 | josh.biering@jpmorgan.com | privatebank.jpmorgan.com

## J.P.Morgan
PRIVATE BANK

J.P. Morgan Securities LLC | JPMorgan Chase Bank, N.A.

Our *Form CRS* (Client Relationship Summary) and *Guide to Investment Services and Brokerage Products* contain important information about the ways we can serve you, the different investment products and services we offer, their fees and costs, how we are compensated and potential conflicts of interest we may have.

**NOT AN OFFICIAL CONFIRMATION OR VALUATION OF ANY TRANSACTION. Trade instructions will not be accepted through Electronic Mail (E-mail).** For informational purposes only. This does not represent an official account of the holdings, balances, or transactions made in your account. Please refer to your monthly account statement for the official record of all of your account activities. For questions, please call your J.P. Morgan representative. JPMorgan Chase & Co. and its affiliates and employees do not provide tax, legal or accounting advice. You should consult your own tax, legal and accounting advisors before engaging in any financial transactions. Please submit personal information to J.P. Morgan through a secure manner (e.g., Secure Message Center, Client Exchange, postal mail, fax or in person). **Important risk considerations for certain investment products and asset classes can be found HERE.**

**INVESTMENT PRODUCTS: NOT FDIC INSURED ● NO BANK GUARANTEE ● MAY LOSE VALUE**

---

**From:** Biering, Josh (WM, USA)
**Sent:** Monday, March 20, 2023 7:40:48 AM
**To:** Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>; Thompson, Greg (Compliance, USA) <greg.thompson@chase.com>; Aber, Cara (Legal, USA) <Cara.Aber@jpmorgan.com>; Burns, Kimberly S (WM, USA) <kimberly.s.burns@jpmorgan.com>; Anderson, Haley (Legal, USA) <haley.anderson@jpmchase.com>; Greaves, Dexter W (WM, USA) <dexter.w.greaves@jpmorgan.com>

4

BIERING_0000111

W.07-004

03_Series_W_Resignation_PTO_and_Peer_Review.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docke

4:26-cv-00381-O
*Biering v. JPMS, et al.*

**Cc:** Hitchcock, Kyle E (WM, USA) <kyle.e.hitchcock@jpmorgan.com>; Lubeley, Justin (Legal, USA) <justin.lubeley@chase.com>
**Subject:** RE: Form U4 Amendment - Kyle Hitchcock CRD 5167423

Rachel-

I added some time on our calendar should that be easier to connect.

Thanks,

JB

---

**Josh Biering** | Executive Director | Banker | **J.P. Morgan Private Bank** | 420 Throckmorton St, Suite 300 | Fort Worth, TX 76102 | T: 817 212 3096 | work Mobile: 817 798 7654 | josh.biering@jpmorgan.com | privatebank.jpmorgan.com

## J.P.Morgan

PRIVATE BANK

J.P. Morgan Securities LLC | JPMorgan Chase Bank, N.A.

Our *Form CRS* (Client Relationship Summary) and *Guide to Investment Services and Brokerage Products* contain important information about the ways we can serve you, the different investment products and services we offer, their fees and costs, how we are compensated and potential conflicts of interest we may have.

**NOT AN OFFICIAL CONFIRMATION OR VALUATION OF ANY TRANSACTION. Trade instructions will not be accepted through Electronic Mail (E-mail)**. For informational purposes only. This does not represent an official account of the holdings, balances, or transactions made in your account. Please refer to your monthly account statement for the official record of all of your account activities. For questions, please call your J.P. Morgan representative. JPMorgan Chase & Co. and its affiliates and employees do not provide tax, legal or accounting advice. You should consult your own tax, legal and accounting advisors before engaging in any financial transactions. Please submit personal information to J.P. Morgan through a secure manner (e.g., Secure Message Center, Client Exchange, postal mail, fax or in person). **Important risk considerations for certain investment products and asset classes can be found HERE.**

**INVESTMENT PRODUCTS: NOT FDIC INSURED ● NO BANK GUARANTEE ● MAY LOSE VALUE**

**From:** Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>
**Sent:** Tuesday, March 14, 2023 9:59 AM
**To:** Biering, Josh (WM, USA) <josh.biering@jpmorgan.com>; Thompson, Greg (Compliance, USA) <greg.thompson@chase.com>; Aber, Cara (Legal, USA) <Cara.Aber@jpmorgan.com>; Burns, Kimberly S (WM, USA) <kimberly.s.burns@jpmorgan.com>; Anderson, Haley (Legal, USA) <haley.anderson@jpmchase.com>; Greaves, Dexter W (WM, USA) <dexter.w.greaves@jpmorgan.com>
**Cc:** Hitchcock, Kyle E (WM, USA) <kyle.e.hitchcock@jpmorgan.com>; Lubeley, Justin (Legal, USA) <justin.lubeley@chase.com>
**Subject:** RE: Form U4 Amendment - Kyle Hitchcock CRD 5167423

Hi Josh – I know I owe you a response on this. I will get back to you by the end of the week. Thanks.

**From:** Biering, Josh (WM, USA) <josh.biering@jpmorgan.com>
**Sent:** Tuesday, March 14, 2023 9:57 AM
**To:** Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>; Thompson, Greg (Compliance, USA) <greg.thompson@chase.com>; Aber, Cara (Legal, USA) <Cara.Aber@jpmorgan.com>; Burns, Kimberly S (WM, USA) <kimberly.s.burns@jpmorgan.com>; Anderson, Haley (Legal, USA) <haley.anderson@jpmchase.com>; Greaves, Dexter W (WM, USA) <dexter.w.greaves@jpmorgan.com>
**Cc:** Hitchcock, Kyle E (WM, USA) <kyle.e.hitchcock@jpmorgan.com>; Lubeley, Justin (Legal, USA)

BIERING_0000112

W.07-005

03_Series_W_Resignation_PTO_and_Peer_Review.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docke

4:26-cv-00381-O
*Biering v. JPMS, et al.*

<justin.lubeley@chase.com>
**Subject:** Re: Form U4 Amendment - Kyle Hitchcock CRD 5167423

Good Morning-

Am I emailing the proper team to follow up on this? I haven't heard back so not sure if I should be exploring with a different contact.

Any response would be greatly appreciated.

Thank you.

---

**Josh Biering**  |  Executive Director |  Banker   |  **J.P. Morgan Private Bank**  |  420 Throckmorton St, Floor 03  |  Fort Worth, TX 76102  |  T: 817 212 3096 |  M: 817 798 7654  |  josh.biering@jpmorgan.com  |  privatebank.jpmorgan.com

## J.P.Morgan
PRIVATE BANK

J.P. Morgan Securities LLC  |  JPMorgan Chase Bank, N.A.

Our *Form CRS* (Client Relationship Summary) and *Guide to Investment Services and Brokerage Products* contain important information about the ways we can serve you, the different investment products and services we offer, their fees and costs, how we are compensated and potential conflicts of interest we may have.

**NOT AN OFFICIAL CONFIRMATION OR VALUATION OF ANY TRANSACTION. Trade instructions will not be accepted through Electronic Mail (E-mail).** For informational purposes only. This does not represent an official account of the holdings, balances, or transactions made in your account. Please refer to your monthly account statement for the official record of all of your account activities. For questions, please call your J.P. Morgan representative. JPMorgan Chase & Co. and its affiliates and employees do not provide tax, legal or accounting advice. You should consult your own tax, legal and accounting advisors before engaging in any financial transactions. Please submit personal information to J.P. Morgan through a secure manner (e.g., Secure Message Center, Client Exchange, postal mail, fax or in person). **Important risk considerations for certain investment products and asset classes can be found  HERE.**

**INVESTMENT PRODUCTS: NOT FDIC INSURED ● NO BANK GUARANTEE ● MAY LOSE VALUE**

---

**From:** Biering, Josh (WM, USA) <josh.biering@jpmorgan.com>
**Sent:** Tuesday, February 21, 2023 5:42:40 PM
**To:** Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>; Thompson, Greg (Compliance, USA) <greg.thompson@chase.com>; Aber, Cara (Legal, USA) <Cara.Aber@jpmorgan.com>; Burns, Kimberly S (WM, USA) <kimberly.s.burns@jpmorgan.com>; Anderson, Haley (Legal, USA) <haley.anderson@jpmchase.com>; Greaves, Dexter W (WM, USA) <dexter.w.greaves@jpmorgan.com>
**Cc:** Hitchcock, Kyle E (WM, USA) <kyle.e.hitchcock@jpmorgan.com>; Lubeley, Justin (Legal, USA) <justin.lubeley@chase.com>
**Subject:** Re: Form U4 Amendment - Kyle Hitchcock CRD 5167423

Hi Rachel-

Just wanted to check in on this. Thank you for your help.

Josh

---

CONFIDENTIAL
BIERING_0000113

W.07-006

03_Series_W_Resignation_PTO_and_Peer_Review.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docke



4:26-cv-00381-O
*Biering v. JPMS, et al.*

**Josh Biering** | Executive Director | Banker | **J.P. Morgan Private Bank** | 420 Throckmorton S Fort Worth, TX 76102 | T: 817 212 3096 | M: 817 798 7654 | josh.biering@jpmorgan.com | privatebank.jpmorgan.com

## J.P.Morgan
**PRIVATE BANK**

J.P. Morgan Securities LLC | JPMorgan Chase Bank, N.A.

Our *Form CRS* (Client Relationship Summary) and *Guide to Investment Services and Brokerage Products* contain important information about the ways we can serve you, the different investment products and services we offer, their fees and costs, how we are compensated and potential conflicts of interest we may have.

**NOT AN OFFICIAL CONFIRMATION OR VALUATION OF ANY TRANSACTION. Trade instructions will not be accepted through Electronic Mail (E-mail).** For informational purposes only. This does not represent an official account of the holdings, balances, or transactions made in your account. Please refer to your monthly account statement for the official record of all of your account activities. For questions, please call your J.P. Morgan representative. JPMorgan Chase & Co. and its affiliates and employees do not provide tax, legal or accounting advice. You should consult your own tax, legal and accounting advisors before engaging in any financial transactions. Please submit personal information to J.P. Morgan through a secure manner (e.g., Secure Message Center, Client Exchange, postal mail, fax or in person). **Important risk considerations for certain investment products and asset classes can be found HERE.**

**INVESTMENT PRODUCTS: NOT FDIC INSURED ● NO BANK GUARANTEE ● MAY LOSE VALUE**

---

**From:** Biering, Josh (WM, USA) <josh.biering@jpmorgan.com>
**Sent:** Friday, January 27, 2023 8:12:35 AM
**To:** Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>; Thompson, Greg (Compliance, USA) <greg.thompson@chase.com>; Aber, Cara (Legal, USA) <Cara.Aber@jpmorgan.com>; Burns, Kimberly S (WM, USA) <kimberly.s.burns@jpmorgan.com>; Anderson, Haley (Legal, USA) <haley.anderson@jpmchase.com>; Greaves, Dexter W (WM, USA) <dexter.w.greaves@jpmorgan.com>
**Cc:** Hitchcock, Kyle E (WM, USA) <kyle.e.hitchcock@jpmorgan.com>; Lubeley, Justin (Legal, USA) <justin.lubeley@chase.com>
**Subject:** Re: Form U4 Amendment - Kyle Hitchcock CRD 5167423

Rachel-

Thank you for chatting with me. Let me know once you had an opportunity to research this and schedule a follow on call.

Thanks again!

---

Josh Biering | Executive Director | Banker | **J.P. Morgan Private Bank** | 420 Throckmorton St, Floor 03 | Fort Worth, TX 76102 | T: 817 212 3096 | M: 817 798 7654 | josh.biering@jpmorgan.com | privatebank.jpmorgan.com

## J.P.Morgan
**PRIVATE BANK**

J.P. Morgan Securities LLC | JPMorgan Chase Bank, N.A.

Our *Form CRS* (Client Relationship Summary) and *Guide to Investment Services and Brokerage Products* contain important information about the ways we can serve you, the different investment products and services we offer, their fees and costs, how we are compensated and potential conflicts of interest we may have.

**NOT AN OFFICIAL CONFIRMATION OR VALUATION OF ANY TRANSACTION. Trade instructions will not be accepted through Electronic Mail (E-mail).** For informational purposes only. This does not represent an official account of

7

**CONFIDENTIAL**                                     BIERING_0000114

W.07-007

03_Series_W_Resignation_PTO_and_Peer_Review.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docke

**CONFIDENTIAL**



the holdings, balances, or transactions made in your account. Please refer to your monthly account stat record of all of your account activities. For questions, please call your J.P. Morgan representative. JPMor its affiliates and employees do not provide tax, legal or accounting advice. You should consult your own accounting advisors before engaging in any financial transactions. Please submit personal information to a secure manner (e.g., Secure Message Center, Client Exchange, postal mail, fax or in person). **Import considerations for certain investment products and asset classes can be found** **HERE.**

**INVESTMENT PRODUCTS: NOT FDIC INSURED ● NO BANK GUARANTEE ● MAY LOSE VALUE**

---

**From:** Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>
**Sent:** Tuesday, January 24, 2023 8:04:33 AM
**To:** Biering, Josh (WM, USA) <josh.biering@jpmorgan.com>; Thompson, Greg (Compliance, USA) <greg.thompson@chase.com>; Aber, Cara (Legal, USA) <Cara.Aber@jpmorgan.com>; Burns, Kimberly S (WM, USA) <kimberly.s.burns@jpmorgan.com>; Anderson, Haley (Legal, USA) <haley.anderson@jpmchase.com>; Greaves, Dexter W (WM, USA) <dexter.w.greaves@jpmorgan.com>
**Cc:** Hitchcock, Kyle E (WM, USA) <kyle.e.hitchcock@jpmorgan.com>; Lubeley, Justin (Legal, USA) <justin.lubeley@chase.com>
**Subject:** Re: Form U4 Amendment - Kyle Hitchcock CRD 5167423

Do you have a few minutes to connect live this morning?

---

**From:** Biering, Josh (WM, USA) <josh.biering@jpmorgan.com>
**Sent:** Saturday, January 21, 2023 7:20:32 AM
**To:** Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>; Thompson, Greg (Compliance, USA) <greg.thompson@chase.com>; Aber, Cara (Legal, USA) <Cara.Aber@jpmorgan.com>; Burns, Kimberly S (WM, USA) <kimberly.s.burns@jpmorgan.com>; Anderson, Haley (Legal, USA) <haley.anderson@jpmchase.com>; Greaves, Dexter W (WM, USA) <dexter.w.greaves@jpmorgan.com>
**Cc:** Hitchcock, Kyle E (WM, USA) <kyle.e.hitchcock@jpmorgan.com>; Lubeley, Justin (Legal, USA) <justin.lubeley@chase.com>
**Subject:** Re: Form U4 Amendment - Kyle Hitchcock CRD 5167423

Good morning-

I just wanted to check in to see if there was any additional guidance on how we should approach our disclosures?

---

**Josh Biering**  |  Vice President  |  Banker  |  **J.P. Morgan Private Bank**  |  420 Throckmorton St, Floor 03  | Fort Worth, TX 76102  |  T: 817 212 3096  |  M: 817 798 7654  |  josh.biering@jpmorgan.com  | privatebank.jpmorgan.com

## J.P.Morgan

PRIVATE BANK

J.P. Morgan Securities LLC  |  JPMorgan Chase Bank, N.A.

Our *Form CRS* (Client Relationship Summary) and *Guide to Investment Services and Brokerage Products* contain important information about the ways we can serve you, the different investment products and services we offer, their fees and costs, how we are compensated and potential conflicts of interest we may have.

**NOT AN OFFICIAL CONFIRMATION OR VALUATION OF ANY TRANSACTION. Trade instructions will not be accepted through Electronic Mail (E-mail).** For informational purposes only. This does not represent an official account of the holdings, balances, or transactions made in your account. Please refer to your monthly account statement for the official record of all of your account activities. For questions, please call your J.P. Morgan representative. JPMorgan Chase & Co. and its affiliates and employees do not provide tax, legal or accounting advice. You should consult your own tax, legal and accounting advisors before engaging in any financial transactions. Please submit personal information to J.P. Morgan through

BIERING_0000115

W.07-008

03_Series_W_Resignation_PTO_and_Peer_Review.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docke

4:26-cv-00381-O
*Biering v. JPMS, et al.*

a secure manner (e.g., Secure Message Center, Client Exchange, postal mail, fax or in person). Importa
considerations for certain investment products and asset classes can be found **HERE.**

**INVESTMENT PRODUCTS: NOT FDIC INSURED ● NO BANK GUARANTEE ● MAY LOSE VALUE**

---

**From:** Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>
**Sent:** Wednesday, November 16, 2022 5:16:49 PM
**To:** Thompson, Greg (Compliance, USA) <greg.thompson@chase.com>; Aber, Cara (Legal, USA) <Cara.Aber@jpmorgan.com>; Burns, Kimberly S (WM, USA) <kimberly.s.burns@jpmorgan.com>; Anderson, Haley (Legal, USA) <haley.anderson@jpmchase.com>
**Cc:** Hitchcock, Kyle E (WM, USA) <kyle.e.hitchcock@jpmorgan.com>; Biering, Josh (WM, USA) <josh.biering@jpmorgan.com>; Lubeley, Justin (Legal, USA) <justin.lubeley@chase.com>
**Subject:** RE: Form U4 Amendment - Kyle Hitchcock CRD 5167423

I will take a look at this one. Thanks.

---

**From:** Thompson, Greg (Compliance, USA) <greg.thompson@chase.com>
**Sent:** Wednesday, November 16, 2022 1:15 PM
**To:** Aber, Cara (Legal, USA) <Cara.Aber@jpmorgan.com>; Burns, Kimberly S (WM, USA) <kimberly.s.burns@jpmorgan.com>; Anderson, Haley (Legal, USA) <haley.anderson@jpmchase.com>; Tidwell-Neal, Rachel L (Legal, USA) <rachel.l.tidwell-neal@jpmchase.com>
**Cc:** Hitchcock, Kyle E (WM, USA) <kyle.e.hitchcock@jpmorgan.com>; Biering, Josh (WM, USA) <josh.biering@jpmorgan.com>; Lubeley, Justin (Legal, USA) <justin.lubeley@chase.com>
**Subject:** RE: Form U4 Amendment - Kyle Hitchcock CRD 5167423

+ Rachel.

Looks like this was opened and closed as a denial in May. The fact that the family did not pursue additional requests for reparations would not have an impact on whether or not this can be expunged.

Rachel, for your consideration.

**Greg Thompson** | VP Compliance Manager | **J.P. Morgan Securities LLC - Compliance Registration** | 1111 Polaris Parkway, Suite 2J, Columbus, Ohio 43240 | Phone (614) 217-8041.

---

**From:** Aber, Cara (Legal, USA) <Cara.Aber@jpmorgan.com>
**Date:** Wednesday, Nov 16, 2022, 1:39 PM
**To:** Burns, Kimberly S (WM, USA) <kimberly.s.burns@jpmorgan.com>, Anderson, Haley (Legal, USA) <haley.anderson@jpmchase.com>
**Cc:** Thompson, Greg (Compliance, USA) <greg.thompson@chase.com>, Hitchcock, Kyle E (WM, USA) <kyle.e.hitchcock@jpmorgan.com>, Biering, Josh (WM, USA) <josh.biering@jpmorgan.com>, Lubeley, Justin (Legal, USA) <justin.lubeley@chase.com>
**Subject:** FW: Form U4 Amendment - Kyle Hitchcock CRD 5167423

+Haley Anderson who was assigned this case and Justin Lubeley

W.07-009

03_Series_W_Resignation_PTO_and_Peer_Review.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docke

W.13-010
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Hi Kim,

I am actually not familiar with what steps are taken for this request or who would take lead so I hav
litigation colleagues in case they have experience with expungement.

*Thank You*
*Cara Aber*
*Assistant General Counsel*
*Tel:212-272-2539*
*J.P. Morgan Private Bank*
*cara.aber@jpmorgan.com*

**From:** Burns, Kimberly S (WM, USA) <kimberly.s.burns@jpmorgan.com>
**Sent:** Tuesday, November 15, 2022 3:40 PM
**To:** Aber, Cara (Legal, USA) <Cara.Aber@jpmorgan.com>; Thompson, Greg (Compliance, USA)
<greg.thompson@chase.com>
**Cc:** Hitchcock, Kyle E (WM, USA) <kyle.e.hitchcock@jpmorgan.com>; Biering, Josh (WM, USA)
<josh.biering@jpmorgan.com>
**Subject:** FW: Form U4 Amendment - Kyle Hitchcock CRD 5167423
**Importance:** High

Hi Cara & Greg-

I'm sure you remember this issue from earlier in the spring.  What is the formal process for Kyle & Josh to request that
this be expunged from their respective U4s?  We recently found out that Thomas Bradshaw is deceased.  The
Bradshaw's did not pursue any request for reparations, and it was Josh's understand that if that never happened, they
could request for the expungement.

---

**Kimberly Burns**  |  Vice President, Supervisory Manager Team Lead  |  **J.P. Morgan Private Bank**  |
420 Throckmorton St, Floor 03  |  Fort Worth, TX 76102  |  T: 817 884 4677   M: 817 939 9161 |
kimberly.s.burns@jpmorgan.com  |  jpmorgansecurities.com

## J.P.Morgan

J.P. Morgan Securities LLC  |  JPMorgan Chase Bank, N.A.

**NOT AN OFFICIAL CONFIRMATION OR VALUATION OF ANY TRANSACTION. Trade instructions will not be accepted
through Electronic Mail (E-mail).** For informational purposes only. This does not represent an official account of the holdings,
balances, or transactions made in your account. Please refer to your monthly account statement for the official record of all of your
account activities. **Important risk considerations for certain investment products and asset classes can be found HERE.**

Swap related material subject to the **Swap Dealer Associated Persons Disclosure,** has been prepared by a Swap Dealer
Associated Person of JPMorgan

INVESTMENT PRODUCTS: NOT FDIC INSURED ● NO BANK GUARANTEE ● MAY LOSE VALUE

Please do not send personal, sensitive or confidential information via unsecured mail.

CONFIDENTIAL

BIERING_0000117

W.07-010

03_Series_W_Resignation_PTO_and_Peer_Review.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docke

**PLEASE RETURN ALL INFORMATION IN A SECURE MANNER** (ex. Secure Message Center 'SMC,' Client Exc
Person.)



**From:** Aber, Cara (Legal, USA) <Cara.Aber@jpmorgan.com>
**Sent:** Wednesday, April 27, 2022 2:45 PM
**To:** Burns, Kimberly S (WM, USA) <kimberly.s.burns@jpmorgan.com>
**Cc:** Thompson, Greg (Compliance, USA) <greg.thompson@chase.com>
**Subject:** FW: Form U4 Amendment - Kyle Hitchcock CRD 5167423
**Importance:** High


Hi Kim,

Has Kyle's manager been apprised and if so, has Kyle been made aware that there will be a U4 amendment? We do not like to surprise anyone with the email from Registration.

*Thank You*
*Cara Aber*
*Assistant General Counsel*
*Tel:212-272-2539*
*J.P. Morgan Private Bank*
*cara.aber@jpmorgan.com*


**From:** Thompson, Greg (Compliance, USA) <greg.thompson@chase.com>
**Sent:** Wednesday, April 27, 2022 2:39 PM
**To:** Aber, Cara (Legal, USA) <Cara.Aber@jpmorgan.com>
**Subject:** FW: Form U4 Amendment - Kyle Hitchcock CRD 5167423
**Importance:** High


Cara,

Attached is the draft amendment for Kyle.  14I(3)a is answered in the affirmation (KH Disclosures attachment); and the specifics are included on the KH DRP attachment.

Do you need to make the business and RR aware before we send it to Kyle?  Thanks


**Greg Thompson** | Vice President – Employee Conduct Lead| **J.P. Morgan Securities LLC - Compliance Registration** |
1111 Polaris Parkway, Suite 2J, Columbus, Ohio 43240 | Phone (614) 217-8041.


W.07-011

03_Series_W_Resignation_PTO_and_Peer_Review.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docke

4:26-cv-00381-O
*Biering v. JPMS, et al.*

**From:** Hunt, Michelle M (Compliance, USA) <michelle.m.hunt@jpmchase.com>
**Sent:** Wednesday, April 27, 2022 1:43 PM
**To:** Thompson, Greg (Compliance, USA) <greg.thompson@chase.com>
**Subject:** Form U4 Amendment - Kyle Hitchcock CRD 5167423
**Importance:** High

Greg: Here is the draft for the PB employee

When this is good to go, please let me know. Thank you.

Michelle

Hello -

You are receiving this email as notification that the following has been deemed to be a reportable event on your Form U4. Based on this reporting requirement, J.P. Morgan Securities, LLC ("JPMS") will be filing an amendment to your Form U4. Please review the attached amendment and reply to this email to acknowledge the amendment before we submit it to FINRA. If we do not receive a response within 3 days, we will submit the amendment on your behalf.

[X] **Initial Amendment**        [ ] **Resolution Amendment**        [ ] **Subsequent Amendment**

| | | |
|---|---|---|
| [X] | **Customer Complaint** | Disclosure question 14I(3)a  requires an affirmative response. |
| [ ] | **Arbitration** | |
| [ ] | **Civil Litigation** | |
| [ ] | **Other** | |

Attached is a draft copy of the amendment for your review. **Please review and acknowledge this amendment by Noon on 04/XX/XXXX by** <u>replying to this email.</u>

- FINRA has enacted Rule 2263 which contains special rules applicable to the arbitration of employment discrimination claims. As a result J.P. Morgan Securities LLC is required to provide each person with the attached Arbitration Disclosure form when they complete an initial Form U4 or when amending the Form U4 because of disclosure. Please read the Arbitration Disclosure attached.

**CONFIDENTIAL**

BIERING_0000119

W.07-012

03_Series_W_Resignation_PTO_and_Peer_Review.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docke

W.07-013
4:26-cv-00381-O
*Biering v. JPMS, et al.*

- Please note according to FINRA regulations, written/electronic acknowledgment is required, Morgan Securities LLC must file this amendment pursuant to FINRA Rule 1010(c) Electronic Fi for Uniform Forms and in accordance with Article V, Section 2 of the FINRA By-Laws. We mus amendment regardless of the response received from you. If you don't reply by the date indi signature will be represented by the following language: "Representative Not Available at the Time of Filing".

If you have questions regarding public disclosure of customer complaints on FINRA Broker Check, please click the link below for FINRA Broker Check guidelines:

FINRA Broker Check Notice 10-34

Thank you,

**Compliance Registration** | J.P. Morgan Securities LLC – Compliance Registration | compliance.registration@jpmchase.com

1111 Polaris Parkway, Suite 2J, Columbus, OH 43240 | T: 614 217-5492| F: 614-388-8444 | Compliance Registration Website

BIERING_0000120

W.07-013

03_Series_W_Resignation_PTO_and_Peer_Review.pdf | C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docke

CONFIDENTIAL

4:26-cv-00381-O
*Biering v. JPMS, et al.*

CONFIDENTIAL

BIERING_0000121

W.07-014

03_Series_W_Resignation_PTO_and_Peer_Review.pdf  |  C:\Users\JDSB\OneDrive - Green Bier Capital\JB Legal - Working Teams - JB v JPMS - Workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docke