# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING**, | § | |
| | § | |
| | § | |
| Petitioner, *Pro Se,* | § | |
| | § | |
| v. | § | **Case No.** 4:26cv-381-O |
| | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | |
| **JPMORGAN CHASE & CO., and** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE BANK, N.A.,** | § | EEOC Charge No. 450-2024-04743 |
| | § | AAA Case No. 01-26-0000-7215 |
| Respondents. | § | |

## NOTICE OF FILING OF AAA ARBITRATION MATERIALS

Petitioner Joshua David Sappi Biering, proceeding pro se, respectfully files the following materials from the pending American Arbitration Association ("AAA") proceeding, AAA Case No. 01-26-0000-7215, for the Court's information and reference in connection with the Amended Verified Petition [Dkt. 11] and Petitioner's Motion for Accelerated Hearing [Dkt. 16].

These materials document the parallel AAA proceeding that Petitioner initiated as a protective filing on February 10, 2026, the administrative correspondence between the parties and the AAA administrator, Respondent's retention of new counsel (Greenberg Traurig, LLP) for the AAA matter, and the AAA's acknowledgment of judicial intervention in this Court. The materials are filed to provide the Court with a complete record of the procedural posture of the related AAA proceeding.

The following documents are attached hereto:

**Attachment A:** AAA Statement of Claim filed February 10, 2026 (AAA Case No. 01-26-0000-7215)

**Attachment B:** Claimant's Response to Respondent's April 1, 2026 Letter re AAA Stay

**Attachment C:** Claimant's Follow-Up to April 1 Letter — Opposition to Open-Ended Extension (April 6, 2026)

**Attachment D:** Claimant's First Request for Employer's Filing Fees (Corrected) (April 8, 2026)

**Attachment E:** Respondent's Letter to AAA — Notice of Appearance of Greenberg Traurig, LLP (April 9, 2026)

**Attachment F:** AAA Letter to Parties re Judicial Intervention (April 10, 2026)

**Attachment G:** Claimant's Second Request for Business Filing Fees (April 15, 2026)

2026-04-29_Notice_of_Filing_AAA_Materials.pdf  |  c:\Users\JDSB\repos\jb_v_jpm_local_v2\matter\workspace\+00.00 -
USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\AAA Supp Fililngs\2026-04-29_Notice_of_Filing_AAA_Materials.pdf

00_Notice_of_Filing_AAA_Materials.pdf
C:\Users\JDSB\repos\jb_v_jpm_local_v2\matter\workspace\+00.00 - USDCNT_5thCirc_AAA\90_Exhibits\AGENT_WORKING_REVIEW\AAA_SUPP_ECF_EXHIBIT_STYLE_2026-04-29\00_Notice_of_Filing_AAA_Materials.p

**Attachment H:**  Email Correspondence: AAA Case Administration (March 11 – April 16, 2026)

**Attachment I:**  Email Correspondence: Notice of Appearance of Counsel for Respondent (April 9 – April 28, 2026)

No relief is sought by this filing. These materials are submitted solely for the Court's information pursuant to the Court's inherent authority to manage its docket and in the interest of full transparency regarding the related proceedings.

Dated: April 29, 2026

Respectfully submitted,

**_/s/ Joshua David Sappi Biering_**
**Joshua David Sappi Biering**
Petitioner, Pro Se

█ @bierfam.com

2026-04-29_Notice_of_Filing_AAA_Materials.pdf  |  c:\Users\JDSB\repos\jb_v_jpm_local_v2\matter\workspace\+00.00 - USDCNT_5thCirc_AAA\00_NDTX\Docket\00_Docketed\AAA Supp Fililngs\2026-04-29_Notice_of_Filing_AAA_Materials.pdf

00_Notice_of_Filing_AAA_Materials.pdf
C:\Users\JDSB\repos\jb_v_jpm_local_v2\matter\workspace\+00.00 - USDCNT_5thCirc_AAA\90_Exhibits\AGENT_WORKING_REVIEW\AAA_SUPP_ECF_EXHIBIT_STYLE_2026-04-29\00_Notice_of_Filing_AAA_Materials.p