## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT AAA_B.01
## Claimant Response to AAA Stay Inquiry
## AAA_B.01-001 - AAA_B.01-004

**Description:** Claimant's April 1, 2026 response to the AAA abeyance/stay inquiry.

**Relevance:** Documents Claimant's position that the AAA matter should remain tied to the federal judicial determination rather than open-ended administrative delay.

**Source:** Claimant letter to AAA dated April 1, 2026.

**Petition Ref:** Dkt. 11; Dkt. 16.

**Disclosures:** Redactions: Public redactions applied to personal contact information required by the exhibit redaction rules.

**Filing Status:** Public - not sealed

**AAA_B.01-001**
426-cv-00381-O
*Biering v. JPMS, et al.*



**Joshua David Sappi Biering**

j████bierfam.com

████████████

April 1, 2026

**Rebecca Regniere**
Manager of ADR Services
*Via Email*:  employmententry@adr.org;

**Re:  AAA Case No. 01-26-0000-7215;**

*Biering v. JPMorgan Chase & Co. et al.*

Dear Ms. Regniere,

Claimant writes in response to AAA's inquiry regarding whether this matter should be held in abeyance. This letter addresses three administrative matters: (1) confirmation of intake; (2) scheduling; and (3) next steps.

### Administrative Intake

On March 11, 2026, Claimant submitted the complete Binding Arbitration Agreement ("BAA") in direct response to AAA's request, copying Respondents' counsel.

The BAA provided is the full and operative agreement. There are no addenda, amendments, or modifications. Claimant respectfully requests confirmation that administrative intake is complete.

### Scheduling

Respondents have had notice of this AAA proceeding since **February 11, 2026**, and have had the complete BAA since March 11, 2026. No procedural issue or administrative deficiency has been identified.

Claimant respectfully requests that any Respondent submission in response to AAA's abeyance inquiry be required no later than April 3, 2026, without extension.

If no response is filed by that date, Claimant requests that AAA act on the existing record.

### Status of Proceeding

This AAA filing was made as a protective measure while threshold forum and arbitrability issues are pending before the United States District Court. Claimant will promptly advise AAA of any developments affecting case posture.

AAA_B.01-001
AAA_B.01_Response_to_AAA_Stay_Inquiry.pdf
C:\Users\JDSB\repos\jb_v_jpm_local_v2\matter\workspace\+00.00 - USDCNT_5thCirc_AAA\90_Exhibits\AGENT_WORKING_REVIEW\AAA_SUPP_ECF_EXHIBIT_STYLE_2026-04-29\AAA_B.01_Response_to_AAA_Stay_

AAA_B.01-002
4:26-cv-00381-O
*Biering v. JPMS, et al.*

**Request**

Claimant respectfully requests that AAA:

1.  Confirm that administrative intake is complete;

2.  Require any Respondent submission by April 3, 2026, with no extension;

3.  If no submission is made, act on the existing record; and

4.  Provide Claimant with copies of any correspondence submitted by Respondents.

Please advise if any additional materials are required for administrative intake.

Very Respectfully,

**Joshua David Sappi Biering**
Claimant, *Pro Se*

Enclosure:

  2026.04.01–-Email from JPM RE AAA Stay Delay

cc: **Geoffrey S. Dunlap, Esq**
  UB Greensfelder LLP
  *Via Email*: jdunlap@ubglaw.com

  **Katie E. Bunch**
  JPMorgan Chase & Co.
  *Via Email*: katie.e.bunch@jpmorgan.com

  **Jared Gunning**
  o/b/o Rebecca Regniere
  Manager of ADR Services
  *Via Email:* rebeccaregniere@adr.org

AAA_B.01-002
AAA_B.01_Response_to_AAA_Stay_Inquiry.pdf
C:\Users\JDSB\repos\jb_v_jpm_local_v2\matter\workspace\+00.00 - USDCNT_5thCirc_AAA\90_Exhibits\AGENT_WORKING_REVIEW\AAA_SUPP_ECF_EXHIBIT_STYLE_2026-04-29\AAA_B.01_Response_to_AAA_Stay_

CONFIDENTIAL

4/1/26, 7:38 PM    RE: Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215 - JDSB - Ou...

Case 4:26-cv-00381-O-BP    Document 25-2    Filed 04/30/26    Page 4 of 5    PageID 1484


AAA_B.01-003
4:26-cv-00381-O
*Biering v. JPMS, et al.*

 Outlook

## RE: Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215

**From** Dunlap, Jeffrey <jdunlap@ubglaw.com>

**Date** Wed 4/1/2026 9:25 AM

**To** AAA Rebecca Regniere <RebeccaRegniere@adr.org>; JDSB <J███@bierfam.com>; 'katie.e.bunch@jpmchase.com' <katie.e.bunch@jpmchase.com>

Thank you for your emails.  I am in arbitration in Los Angeles this week.  On behalf of Respondent, we request that we be given some time to respond until (1) I complete the arbitration that I'm involved in this week and (2) until we receive a copy of the pleading that Mr. Biering allegedly filed in the federal court in Texas.

Jeff

------

Jeffrey S. Dunlap
Partner
UB Greensfelder LLP
D  216.583.7026
M 216.410.2531

---

**From:** AAA Rebecca Regniere <RebeccaRegniere@adr.org>
**Sent:** Tuesday, March 31, 2026 12:45 PM
**To:** 'j██  bierfam.com' <j██  bierfam.com>; Dunlap, Jeffrey <jdunlap@ubglaw.com>; 'katie.e.bunch@jpmchase.com' <katie.e.bunch@jpmchase.com>
**Subject:** RE: Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215

Good afternoon all,

Respondent counsel, please be reminded of the below request.

Sincerely,

*Jared Gunning, on behalf of:*



**AAA Rebecca Regniere**
Manager of ADR Services

American Arbitration Association
1301 Atwood Ave, Suite 211N, Johnston, RI 02919
**T :** 401 431 4848 **E:** RebeccaRegniere@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
**Explore 100 Years of AAA**

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

---

**From:** AAA Rebecca Regniere
**Sent:** Thursday, March 26, 2026 3:12 PM
**To:** j██  bierfam.com; jdunlap@ubglaw.com; katie.e.bunch@jpmchase.com
**Subject:** Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215

Good afternoon all,

abc AAA_B.01-003 l=SecondaryReadingPane1    1/2
AAA_B.01_Response_to_AAA_Stay_Inquiry.pdf
C:\Users\JDSB\repos\jb_v_jpm_local_v2\matter\workspace\+00.00 - USDCNT_5thCirc_AAA\90_Exhibits\AGENT_WORKING_REVIEW\AAA_SUPP_ECF_EXHIBIT_STYLE_2026-04-29\AAA_B.01_Response_to_AAA_Stay_

CONFIDENTIAL

AAA_B.01-004
4:26-cv-00381-O
*Biering v. JPMS, et al.*

The AAA is in receipt of a demand for arbitration in the referenced matter.

Claimant has requested this proceeding be stayed, as seen in the attached. At this time, we request Respondent provide comments on the request and whether or not they are in agreement to place this matter into abeyance.

Sincerely,

*Jared Gunning, on behalf of:*

abc AAA_B.01-004 l=SecondaryReadingPane1 2/2
AAA_B.01_Response_to_AAA_Stay_Inquiry.pdf
C:\Users\JDSB\repos\jb_v_jpm_local_v2\matter\workspace\+00.00 - USDCNT_5thCirc_AAA\90_Exhibits\AGENT_WORKING_REVIEW\AAA_SUPP_ECF_EXHIBIT_STYLE_2026-04-29\AAA_B.01_Response_to_AAA_Stay_