## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

---

# EXHIBIT AAA_D.01
## AAA First Employer Fee Request
## AAA_D.01-001 - AAA_D.01-002

---

**Description:**  AAA correspondence requesting the employer's share of filing fees.

**Relevance:**  Confirms AAA administrative intake treatment and the employer-fee obligation after Claimant satisfied his filing requirements.

**Source:**  AAA letter dated April 7, 2026; corrected attachment dated April 8, 2026.

**Petition Ref:**  Dkt. 11; Dkt. 16.

**Disclosures:**  Redactions: Public redactions applied to personal contact information required by the exhibit redaction rules.

**Filing Status:**  Public - not sealed



AMERICAN ARBITRATION ASSOCIATION® | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

AAA_D.01-001
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Northeast Case Management Center
Jonathan Weed
Assistant Vice President
1301 Atwood Avenue
Johnston, RI 02919
Telephone: (866)293-4053

April 7, 2026

Joshua D. Biering

████████████████

Fort Worth, TX 76107
**Via Email to: j███ bierfam.com**

Geoffrey S. Dunlap
UB Greensfelder LLP
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113-1448
**Via Email to: jdunlap@ubglaw.com**

Re:   Case Number: 01-26-0000-7215
      Joshua David Sappi Biering -vs- J.P. Morgan Securities LLC, JPMorgan Chase & Co.
      JPMorgan Chase Bank, N.A.

Dear Parties:

The outcome of our preliminary administrative review, which is subject to review by the arbitrator, is that this dispute will be administered in accordance with the AAA's Employment/Workplace Arbitration Rules and Mediation Procedures and Employment Due Process Protocol, which can be found on our website, www.adr.org. Please note that the AAA's administrative review is not an opinion on whether the arbitration agreement, the contract or plan, or any part of them is legally enforceable, nor is it a determination regarding the arbitrability of the dispute.

We have received the employee's portion of the filing fee in the amount of $350.00. Accordingly, we request that the employer pay its share of the filing fee in the amount of $2,100.00 on or before **April 14, 2026**.  Upon receipt of the balance of the filing fee, the AAA will proceed with administration. The employer's share of the fee is due regardless of whether the case settles or is withdrawn.

Please note payment should be submitted by credit card or electronic check. A secured paylink will be forthcoming with instructions to submit payment.

In the event, a check is the only method that you can provide payment, please make the check payable to the American Arbitration Association and include a reference to the case number. Checks should be mailed to 120 Broadway, Floor 21 – Intake, New York, NY 10271. In the event that payment is being made by a third party, such as an insurance company, please request that payment be sent directly to the business' representative. The business' representative should then forward payment to the AAA in accordance with the foregoing instructions.

The AAA's administrative fees are based on filing and service charges. Arbitrator compensation is not included in this schedule. The AAA may require arbitrator compensation deposits in advance of any hearings. Unless the employee chooses to pay a portion of the arbitrator's compensation, the employer shall pay all of the arbitrator's fees and expenses.

AAA_D.01-002
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Please note: no answering statement or counterclaim is due at this time. The AAA will notify the parties of the response deadlines when all fees have been received.

**We would like to remind the employer that Under the Costs of Arbitration Section of the Employment/Workplace Arbitration Rules and Mediation Procedures, the "employer's full share is due as soon as the employee meets his or her filing requirements, even if the matter settles or is withdrawn".  This notice confirms that employee's filing requirements have been met.**

If you have any questions please contact the undersigned.

Sincerely,

*Rebecca A. Regniere*

Rebecca Regniere
Manager of ADR Services
Direct: (401) 431-4848
RebeccaRegniere@adr.org

cc:     Katie Bunch, Esq.