**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT AAA_E.01

## Respondent Notice of Appearance in AAA
## AAA_E.01-001 - AAA_E.01-002

**Description:**    Greenberg Traurig notice of appearance for Respondents in the AAA matter.

**Relevance:**    Shows Respondents retained additional counsel in the AAA proceeding and requested future notices through Greenberg Traurig.

**Source:**    Respondent Notice of Appearance dated April 9, 2026.

**Petition Ref:**    Dkt. 11; Dkt. 16.

**Disclosures:**    None — reproduced as produced, no added markings

**Filing Status:**    Public - not sealed

AAA_E.01-001
4:26-cv-00381-O
*Biering v. JPMS, et al.*

## AMERICAN ARBITRATION ASSOCIATION
### EMPLOYMENT LABOR DIVISION

| | | |
|---|---|---|
| JOSHUA DAVID SAPPI BIERING, | § | |
| | § | |
| | § | |
| Claimant, *Pro Se*, | § | |
| | § | |
| v. | § | |
| | § | **CASE NO. 01-26-0000-7215** |
| J.P. MORGAN SECURITIES, LLC, | § | |
| JPMORGAN CHASE & CO., and | § | |
| JPMORGAN CHASE BANK, N.A., | § | |
| | § | |
| | § | |
| Respondent. | § | |

## NOTICE OF APPEARANCE

**TO THE AMERICAN ARBITRATION ASSOCIATION AND TRIBUNAL:**

Christopher Dodrill, Jennifer Tomsen, and Elizabeth Bones of the law firm GREENBERG TRAURIG, LLP enter their appearance as counsel for Respondent, J.P. Morgan Securities, LLC, JPMorgan Chase & Co., and JPMorgan Chase Bank, N.A. (collectively "J.P. Morgan") and request that they receive notice of all pleadings, motions, hearings, and other papers filed in this matter. All future notices, filings, and written communications should be delivered to Greenberg Traurig, LLP using the following contact information.

| | |
|---|---|
| Christopher Dodrill | Jennifer Tomsen |
| christopher.dodrill@gtlaw.com | tomsenj@gtlaw.com |
| Elizabeth A. Bones | GREENBERG TRAURIG, LLP |
| beth.bones@gtlaw.com | 1000 Louisiana Street Suite 6700 |
| GREENBERG TRAURIG, LLP | Houston, Texas 77002 |
| 2200 Ross Avenue, Suite 5200 | Telephone: (713) 374-3500 |
| Dallas, Texas 75201 | Facsimile: (713) 374-3505 |
| Telephone: (214) 665-3600 | |
| Facsimile: (214) 665-3601 | |

1

ADMIN 701045883v1

AAA_E.01-001
AAA_E.01_Respondent_Notice_of_Appearance_AAA.pdf
C:\Users\JDSB\repos\jb_v_jpm_local_v2\matter\workspace\+00.00 - USDCNT_5thCirc_AAA\90_Exhibits\AGENT_WORKING_REVIEW\AAA_SUPP_ECF_EXHIBIT_STYLE_2026-04-29\AAA_E.01_Respondent_Notice_of_Ap

AAA_E.01-002
426-cv-00381-O
*Biering v. JPMS, et al.*

Date: April 9, 2026

Respectfully Submitted,
*/s/ Elizabeth Bones*

**GREENBERG TRAURIG, LLP**
Christopher Dodrill
Texas Bar No. 24110696
Christopher.dodrill@gtlaw.com
Elizabeth Bones
Texas Bar No. 24074026
beth.bones@gtlaw.com
christopher.dodrill@gtlaw.com
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601

Jennifer Tomsen
Texas Bar No. 24064535
tomsenj@gtlaw.com
1000 Louisiana Street Suite 6700
Houston, Texas 77002
Telephone: (713) 374-3500
Facsimile: (713) 374-3505

**ATTORNEYS FOR RESPONDENT**
**J.P. MORGAN SECURITIES, LLC,**
**JPMORGAN CHASE & CO., and**
**JPMORGAN CHASE BANK, N.A.**

<u>**SERVICE LIST**</u>

Please add the additional following persons to the Service List of this case:

Michelle Alverson, Paralegal:
alversonm@gtlaw.com

Veronica Gallegos, Legal Assistant to Jennifer Tomsen:
Veronica.Gallegos@gtlaw.com

Michele J. McPherson, Legal Assistant to Christopher Dodrill:
mcphersonm@gtlaw.com

Diana Rajan, Legal Assistant to Beth Bones:
diana.rajan@gtlaw.com

2

ADMIN 701045883v1

AAA_E.01-002
AAA_E.01_Respondent_Notice_of_Appearance_AAA.pdf
C:\Users\JDSB\repos\jb_v_jpm_local_v2\matter\workspace\+00.00 - USDCNT_5thCirc_AAA\90_Exhibits\AGENT_WORKING_REVIEW\AAA_SUPP_ECF_EXHIBIT_STYLE_2026-04-29\AAA_E.01_Respondent_Notice_of_Ap