## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT AAA_F.01
## AAA Judicial Intervention Letter
## AAA_F.01-001 - AAA_F.01-001

**Description:** AAA April 10, 2026 letter suspending administration for judicial intervention.

**Relevance:** Directly confirms AAA recognized judicial intervention and suspended administration for 90 days under its employment rules.

**Source:** AAA letter to parties dated April 10, 2026.

**Petition Ref:** Dkt. 11; Dkt. 16.

**Disclosures:** Redactions: Public redactions applied to personal contact information required by the exhibit redaction rules.

**Filing Status:** Public - not sealed



Northeast Case Management Center
Jonathan Weed
Assistant Vice President
1301 Atwood Avenue
Johnston, RI 02919
Telephone: (866)293-4053

April 10, 2026

Joshua D. Biering

████████████

Fort Worth, TX 76107
**Via Email to: j███ bierfam.com**

Christopher Dodrill
Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
**Via Email to: christopher.dodrill@gtlaw.com**

Re:    Case Number: 01-26-0000-7215
       Joshua David Sappi Biering -vs- J.P. Morgan Securities LLC, JPMorgan Chase & Co. and
       JPMorgan Chase Bank, N.A.

Dear Parties:

Pursuant to R-2 Judicial Intervention of the Employment/Workplace Arbitration Rules and Mediations Procedures, we note that Claimant has sought judicial intervention with respect to this arbitration within 30 days of the commencement of administration. Therefore, pursuant to the Rules, the American Arbitration Association (the AAA) will suspend administration for 90 days to permit the party to obtain a stay of arbitration from the court.

At the end of the 90-day period, the AAA will proceed with the administration of this matter absent a court order or agreement of the parties.

The parties are requested to keep us informed.

Sincerely,

*Rebecca A. Regniere*

Rebecca Regniere
Manager of ADR Services
Direct Dial: (401)431-4848
Email: RebeccaRegniere@adr.org

cc:    Beth Bones, Esq.
       Jennifer Tomsen