## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

# EXHIBIT AAA_G.01
## AAA Second Employer Fee Request
## AAA_G.01-001 - AAA_G.01-001

**Description:**  AAA April 15, 2026 follow-up requesting employer payment of filing fees.

**Relevance:**  Shows AAA continued to treat the employer-fee obligation as due regardless of settlement, withdrawal, or related court proceedings.

**Source:**  AAA letter to parties dated April 15, 2026.

**Petition Ref:**  Dkt. 11; Dkt. 16.

**Disclosures:**  Redactions: Public redactions applied to personal contact information required by the exhibit redaction rules.

**Filing Status:**  Public - not sealed

AAA_G.01-001
4:26-cv-00381-O
*Biering v. JPMS, et al.*



Northeast Case Management Center
Jonathan Weed
Assistant Vice President
1301 Atwood Avenue
Johnston, RI 02919
Telephone: (866)293-4053

April 15, 2026

Joshua D. Biering

Fort Worth, TX 76107
**Via Email to: j⬛⬛ bierfam.com**

Christopher Dodrill, Esq.
Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
**Via Email to: christopher.dodrill@gtlaw.com**

Re:     Case Number: 01-26-0000-7215
        Joshua David Sappi Biering -vs- J.P. Morgan Securities LLC, JPMorgan Chase & Co. and
        JPMorgan Chase Bank, N.A.

Dear Parties:

We have not yet received payment from the employer to cover their portion of the filing fee, as described in our letter dated April 7, 2026. The employer is requested to pay $2,100.00 to the AAA by **April 29, 2026**. The company's share of the fee is due regardless of whether the case settles.

If payment was already sent, please accept our apologies and disregard this letter. If this non-payment is simply an oversight on the company's behalf, we trust payment will be made promptly.

We hope that this situation does not escalate to this level, but we want you to be aware that it is the policy of the AAA that if a company does not comply with our request to pay the administrative fees stated in the Employment/Workplace Fee Schedule, the AAA may decline to administer future cases involving that business. In addition, the company may be requested to remove the AAA as the provider organization from their arbitration clauses.

Please note payment should be submitted by credit card or electronic check. A secured paylink will be forthcoming with instructions to submit payment via either method.

If you have any questions, please contact the undersigned.

Sincerely,

*Rebecca A. Regniere*

Rebecca Regniere
Manager of ADR Services
Direct: (401) 431-4848
Email: RebeccaRegniere@adr.org