**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| *Petitioner, Pro Se,* | § | Case No. 4:26-cv-00381-O-BP |
| **v.** | § | |
| **J.P. MORGAN SECURITIES, LLC,** | § | FINRA Case No. 24-01208 |
| **JPMORGAN CHASE & CO., and** | § | EEOC Charge No. 450-2024-04743 |
| **JPMORGAN CHASE BANK, N.A.,** | § | AAA Case No. 01-26-0000-7215 |
| *Respondents.* | § | |

---

# EXHIBIT AAA_H.01

## AAA Case Administration Correspondence
## AAA_H.01-001 - AAA_H.01-027

---

**Description:** Combined email and letter correspondence concerning AAA intake, BAA submission, abeyance/stay communications, fee administration, and case status.

**Relevance:** Provides the chronological administrative record behind the standalone AAA letters and confirms the procedural posture of the related AAA proceeding.

**Source:** AAA correspondence files dated March 11, 2026 through April 10, 2026. No April 16 source file was located in the correspondence folder.

**Petition Ref:** Dkt. 11; Dkt. 16.

**Disclosures:** Redactions: Public redactions applied to personal contact information required by the exhibit redaction rules.

**Filing Status:** Public - not sealed



**AAA_H.01-001**
4:26-cv-00381-O
*Biering v. JPMS, et al.*



AMERICAN ARBITRATION ASSOCIATION®  | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

120 Broadway
Floor 21 – Intake
New York, NY 10271
Telephone: (856)435-6401

March 11, 2026

Joshua D. Biering
█████████████
Fort Worth, TX 76107
Via Email to: j███ bierfam.com

Geoffrey S. Dunlap, Esq.
UB Greensfelder LLP
1660 West 2nd Street
Suite 1100
Cleveland, OH 44113-1448
Via Email to: jdunlap@ubglaw.com

Case Number: 01-26-0000-7215
Joshua David Sappi Biering
-vs-
J.P. Morgan Securities LLC; JPMorgan Chase & Co.; JPMorgan Chase Bank, N.A.

Dear Parties:

The Claimant has filed with us a demand for arbitration. A copy of the contract has not been provided.  In order to proceed with administration, a full copy of this agreement must be provided.

We ask that either Claimant or Respondent provide a contract clause providing for administration by the American Arbitration Association ("AAA"). If there are other documents relating to arbitration procedures, such as an employee handbook, please provide a copy of those documents.

Additionally, if there is a court order or joint stipulation referring the matter to arbitration, please include a copy.

Please provide these documents on or before March 25, 2026 so that we may proceed with administration. Unfortunately, if we do not receive a response by the deadline, we will administratively close our file.  If you need additional time to respond, please notify us as soon as possible, copying the responding party.

The AAA reviews every filed matter to determine if our Employment Due Process Protocol applies to the case. The AAA will notify the parties of the outcome of our review. Please note that the AAA's review is administrative; it is not an opinion on whether the arbitration agreement, the contract, or any part of the contract is legally enforceable, nor is it a determination regarding the arbitrability of the dispute.

Please note: no answering statement or counterclaim is due at this time.  The AAA will notify the parties of the response deadlines when the requested information has been received.

If you have any questions, please email the Employment Filing Team at employmentfiling@adr.org and we will be happy to assist you.

Sincerely,
Employment Filing Team
employmentfiling@adr.org
(856) 679-4610



AAA_H.01-002
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Joshua David Sappi Biering

Fort Worth, TX 76107
j          bierfam.com

March 11, 2026

AAA Employment Filing Team
American Arbitration Association
120 Broadway, Floor 21 — Intake
New York, NY 10271
Via Email: employmentfiling@adr.org

**Re:** AAA Case No. 01-26-0000-7215; Biering v. JPMorgan Chase & Co. et al.
**Subject:** Response to AAA Letter Dated March 11, 2026 — Request for Complete Contract

---

Dear AAA Employment Filing Team,

I am writing in response to AAA's letter dated March 11, 2026, requesting the complete contract containing the arbitration clause at issue in the above-referenced matter. I note the deadline of **March 25, 2026** to provide the requested documentation.

As background, on March 9, 2026, I emailed AAA Customer Service requesting a status update on this case — more than 14 business days after my initial filing — as no activity had appeared in the AAA WebFile portal since the February 11, 2026 acknowledgment of receipt.

## I. Complete Contract — Arbitration Agreements

There are three separate arbitration agreements relevant to this case. The complete contract AAA has requested — the **Binding Arbitration Agreement ("BAA")** — is the primary agreement that covers all Respondents and all Covered Claims. The **Form U4** and **FINRA Rule 13200(a)** provide additional, overlapping arbitration obligations.

### 1. Binding Arbitration Agreement (BAA)

The BAA is the primary arbitration agreement between the parties (BAA ¶¶ 1–9). There are no supplemental agreements, addenda, or modifications to the BAA beyond what is submitted here. Key provisions:

- **¶ 1** — Defines "JPMorgan Chase" and "the Firm" to include "JPMorgan Chase & Co. and all of its direct and indirect subsidiaries."

- **¶ 3** — Mandates that "any and all 'Covered Claims' . . . between me and JPMorgan Chase . . . shall be submitted to and resolved by final and binding arbitration."

- **¶ 6** — Provides that arbitration "shall be conducted before a single neutral arbitrator of the American Arbitration Association ('AAA') . . . in accordance with . . . the Employment Arbitration Rules of the AAA."

AAA_H.01-002

AAA_H.01_AAA_Case_Administration_Correspondence.pdf
C:\Users\JDSB\repos\jb_v_jpm_local_v2\matter\workspace\+00.00 - USDCNT_5thCirc_AAA\90_Exhibits\AGENT_WORKING_REVIEW\AAA_SUPP_ECF_EXHIBIT_STYLE_2026-04-29\AAA_H.01_AAA_Case_Administration

AAA_H.01-003
4:26-cv-00381-O
*Biering v. JPMS, et al.*

- **¶ 6** — Further provides that where the BAA's procedural terms conflict with "applicable law," applicable law controls.

## 2. Form U4 — Predispute Arbitration Clause

As a registered representative of J.P. Morgan Securities LLC (CRD# 79), I executed FINRA Form U4. The **Form U4** contains a predispute arbitration clause binding registered persons to FINRA arbitration for industry disputes.

## 3. FINRA Code of Arbitration Procedure — Rule 13200(a)

**FINRA Rule 13200(a)** requires arbitration of disputes between FINRA member firms and their associated persons. JPMS is a FINRA member firm; however, JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. are not.

This distinction is critical: the BAA is the only arbitration agreement that covers all three JPMorgan entities (JPMS, JPMC, and JPMCB). The Form U4 and FINRA Rule 13200(a) reach only JPMS.

## II. Communication and Filing Method — Please Confirm

I am submitting the complete contract via both the AAA WebFile portal and email to ensure receipt. However, I want to flag a concern: **no activity or correspondence appears in the WebFile portal** since the initial filing receipt dated February 11, 2026. This makes it difficult to determine whether submissions are being received.

Going forward, I would appreciate confirmation on the following so I can be sure I am not missing deadlines or correspondence:

- Is the WebFile portal the primary channel for case communications, document exchanges, and filings — or should I expect correspondence via email and/or physical mail?
- Will future orders, scheduling notices, and party submissions be reflected in the portal?
- Under AAA Employment Rule R-4, demands and related filings may be submitted electronically. Please confirm that portal uploads satisfy this requirement.

I want to make sure I am using the right channel and not missing anything. If email is the primary method, please confirm the email address on file.

## III. Proof of Service

For completeness, I also note that the underlying demand letters to JPMorgan were sent via **UPS Next Day Air** to the relevant corporate offices in late January 2026, with confirmed delivery.

Additionally, the AAA Statement of Claim and supporting documents were served on all three JPMorgan entities — at registered-agent addresses and corporate offices — via **FedEx**, with confirmed delivery:

- **FedEx: Tracking 888908521269** — CT Corporation System (Registered Agent for J.P. Morgan Securities LLC), 1999 Bryan Street, Suite 900, Dallas, TX 75201 — Signed: J. SMITH



- **FedEx: Tracking 888908244504** — CT Corporation System (Registered Agent for JPMorgan Chase & Co.), 1999 Bryan Street, Suite 900, Dallas, TX 75201 — Signed: J. SMITH

- **FedEx: Tracking 888908701685** — J.P. Morgan Securities LLC, Office of the Secretary, 383 Madison Avenue, New York, NY 10179 — Signed: S. WRIGHT

- **FedEx: Tracking 888907596503** — JPMorgan Chase & Co., Legal Department, c/o Legal Papers Served, 4 Chase Metrotech Center, Brooklyn, NY 11245 — Signed: E. FELICIANO

- **FedEx: Tracking 888909993357** — JPMorgan Chase Bank, N.A., Legal Department, 1111 Polaris Parkway, Columbus, OH 43240 — Signed: M. JONES

## IV. Exhibit Compliance

All exhibits I have submitted — and any future exhibits — comply with AAA's Employment Arbitration Rules:

- **Rule R-4 (Filing):** The BAA was submitted with my Statement of Claim and is resubmitted herewith.

- **Rule R-22 (Evidence):** All exhibits are relevant to the claims stated.

- No materials subject to any protective order or court seal are included.

- No ex parte communications regarding the merits are included (Rule R-20); this correspondence addresses only the administrative request for the complete contract.

## V. Reservation of Rights

My Statement of Claim filed February 10, 2026, requests an **immediate stay** of this AAA proceeding pending resolution of a related federal court action (*Biering v. JP Morgan Securities LLC*, N.D. Tex., Fort Worth Division). See Statement of Claim ¶ 32. All rights and arguments asserted in the federal court proceeding are expressly preserved. See Statement of Claim ¶¶ 48–50.

Nothing in this response, or in the submission of the complete contract, constitutes a waiver of any argument, defense, or right previously asserted or reserved by Claimant.

Very Respectfully,

Joshua David Sappi Biering
Claimant, Pro Se
AAA Case No. 01-26-0000-7215

---

**Enclosures:**

1. Binding Arbitration Agreement (BAA) — Complete Copy
2. Email to AAA Customer Service dated March 9, 2026 (status inquiry)

*cc (via AAA WebFile portal and email):*

AAA_H.01-005
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Geoffrey S. Dunlap, Esq.
UB Greensfelder LLP
Via Email: jdunlap@ubglaw.com

Katie E. Bunch
JPMorgan Chase & Co.
Via Email: katie.e.bunch@jpmchase.com



AAA_H.01-006
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Joshua David Sappi Biering

▋▋▋▋▋▋▋▋▋

Fort Worth, TX 76107

j▋▋▋bierfam.com

▋▋▋▋▋▋▋

March 19, 2026

American Arbitration Association
ATTN: Employment Filing Team
120 Broadway, Floor 21 — Intake
New York, NY 10271
Via Email: employmententry@adr.org

**Re:** AAA Case No. 01-26-0000-7215; Biering v. JPMorgan Chase & Co. et al.
**Subject:** Follow-Up to March 11, 2026 Submission; Request for Confirmation of Receipt

---

Dear AAA Employment Filing Team,

I write to follow up regarding my March 11, 2026 submission in response to the American Arbitration Association's request for the arbitration agreement in AAA Case No. 01-26-0000-7215.

On March 11, 2026, I timely provided the requested Binding Arbitration Agreement via email. To date, I have not received confirmation of receipt. Accordingly, I respectfully request confirmation that my submission has been received and that it satisfies the AAA's administrative requirements for intake.

As your correspondence indicates a March 25, 2026 deadline, I write to ensure that there are no outstanding deficiencies that could result in administrative closure of the file. In an abundance of caution, I am reattaching my March 11 submission to ensure completeness of the record.

For completeness, I further note that the Statement of Claim and all supporting materials were properly served on all Respondents in February 2026, with confirmed delivery.

Please advise if any additional materials are required for administrative intake.

Very Respectfully,

Joshua David Sappi Biering
Claimant, Pro Se
AAA Case No. 01-26-0000-7215

---

*cc:*

Geoffrey S. Dunlap, Esq.
UB Greensfelder LLP
Via Email: jdunlap@ubglaw.com

Katie E. Bunch
JPMorgan Chase & Co.
Via Email: katie.e.bunch@jpmchase.com

AAA_H.01-007
4:26-cv-00381-O
*Biering v. JPMS, et al.*

| | |
|---|---|
| **From:** | JDSB |
| **Sent:** | Monday, March 30, 2026 10:38 PM |
| **To:** | Dunlap, Jeffrey; Henderson, Sarah |
| **Cc:** | Berry, Richard; Ombuds' Office; Bayer, Katherine |
| **Subject:** | Notice of Filing — Biering v. JPMorgan, No. 4:26-cv-381-O |

| | |
|---|---|
| **Importance:** | High |

Jeff,

This is to notify you that today I filed in the United States District Court for the Northern District of Texas, Fort Worth Division, Case No. 4:26-cv-381-O, a Verified Petition to Confirm in Part, Modify in Part, and Vacate in Part the FINRA arbitration award (FINRA No. 24-01208).

The Petition seeks partial vacatur under 9 U.S.C. § 10(a)(4) for failure to render a mutual, final, and definite award, together with related confirmation, modification, and ancillary equitable relief under 9 U.S.C. §§ 9–12, including retention of jurisdiction over claims and remedies the arbitral forum could not finally resolve—including unresolved claims against the Non-Signatories and statutory employment-discrimination claims excluded under FINRA Rule 13201(a). T

The AAA protective filing (Case No. 01-26-0000-7215) and your response to the AAA administrator remain open/pending.

This notice is provided on the statutory deadline date. The matter will be administered through the Northern District of Texas CM/ECF system. I will circulate fillings and exhibits pending access to the court's electronic systems.

Given the public nature of the filing, I wanted to provide advance notice in good faith. The petition identifies the following individuals by name solely to reflect the arbitration record and the issues presented: Ben Stewart, J.T. Aughinbaugh, Kyle Hitchcock, Stephanie Stainback, Beth Wilson, Jenna Cohen, Jonathan Jacobs, Michelle Velasquez, and Julie Sanchez.

The petition does not reference Ms. Kimball by name, only as the Employee Raising Complaint ("ERC").

Shortly after obtaining access to electronic filing and processing, I will submit necessary motions to seal sensitive information as well as PII/client identifying information.

Please confirm receipt.

Thanks,

JB

███████████

---

**From:** JDSB <J████ bierfam.com>
**Sent:** Monday, March 23, 2026 9:05 AM
**To:** Dunlap, Jeffrey <jdunlap@ubglaw.com>
**Subject:** Re: Biering v. JPMorgan the Firm

AAA_H.01-008

4:26-cv-00381-O

*Biering v. JPMS, et al.*

Jeff—

Thank you for your reply and for confirming your client's position.

In light of that, I will proceed with filing prior to the March 29 deadline.

I remain available if your position should change in the coming days.

- JB

---

**From:** Dunlap, Jeffrey <jdunlap@ubglaw.com>
**Sent:** Monday, March 23, 2026 8:29 AM
**To:** JDSB <J███ bierfam.com>
**Subject:** RE: Biering v. JPMorgan the Firm

Josh:

At one point, my client was interested in having discussions if the settlement range were reasonable.  However, the client does not view the numbers that were communicated to us to be reasonable.  Thus, settlement discussions do not have the potential to be productive.

Jeff

------
Jeffrey S. Dunlap
Partner
UB Greensfelder LLP
D 216.583.7026
M 216.410.2531

---

**From:** JDSB <J███ bierfam.com>
**Sent:** Friday, March 20, 2026 5:10 PM
**To:** Dunlap, Jeffrey <jdunlap@ubglaw.com>
**Subject:** Biering v. JPMorgan the Firm

**CONFIDENTIAL SETTLEMENT COMMUNICATION – RULE 408**

This email constitutes a confidential communication made for the purpose of compromise, settlement, and/or mediation discussions. It is transmitted pursuant to  Rule 408 and any applicable state analogs, and is not admissible for any purpose in any judicial or arbitral proceeding.

AAA_H.01-008

AAA_H.01_AAA_Case_Administration_Correspondence.pdf
C:\Users\JDSB\repos\jb_v_jpm_local_v2\matter\workspace\+00.00 - USDCNT_5thCirc_AAA\90_Exhibits\AGENT_WORKING_REVIEW\AAA_SUPP_ECF_EXHIBIT_STYLE_2026-04-29\AAA_H.01_AAA_Case_Administration



AAA_H.01-009
4:26-cv-00381-O
*Biering v. JPMS, et al.*

Jeff,

My deadline to file a Petition to Partially Confirm and Partially Vacate the FINRA Award is March 29, 2026, under the FAA's 90-day requirement.

Before filing in the Northern District of Texas (Fort Worth Division), I am reaching out one final time.

It was previously conveyed that JPMorgan believed the parties were too far apart to make mediation productive. If that remains JPMorgan's position—whether with respect to my prior proposals or the conclusions of my damages expert—please confirm.

If not, and there is a reasonable range for meaningful resolution, I am open to considering proposals prior to filing.

Absent that, I will proceed with filing and judicial review.  I don't believe further delay or mediation is productive however I am open for a phone call prior to the deadline

Joshua

AAA_H.01-009

AAA_H.01_AAA_Case_Administration_Correspondence.pdf
C:\Users\JDSB\repos\jb_v_jpm_local_v2\matter\workspace\+00.00 - USDCNT_5thCirc_AAA\90_Exhibits\AGENT_WORKING_REVIEW\AAA_SUPP_ECF_EXHIBIT_STYLE_2026-04-29\AAA_H.01_AAA_Case_Administration



AAA_H.01-010

4:26-cv-00381-O

*Biering v. JPMS, et al.*

| | |
|---|---|
| **From:** | JDSB |
| **Sent:** | Wednesday, April 1, 2026 9:57 PM |
| **To:** | Dunlap, Jeffrey; AAA Rebecca Regniere; 'katie.e.bunch@jpmchase.com' |
| **Subject:** | Re: Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215 |
| **Attachments:** | 2026.04.01 - Response to Respondent 2026.04.01 email - AAA Stay.pdf |

---

**From:** Dunlap, Jeffrey <jdunlap@ubglaw.com>
**Sent:** Wednesday, April 1, 2026 9:25 AM
**To:** AAA Rebecca Regniere <RebeccaRegniere@adr.org>; JDSB <J███ bierfam.com>; 'katie.e.bunch@jpmchase.com' <katie.e.bunch@jpmchase.com>
**Subject:** RE: Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215

Thank you for your emails.  I am in arbitration in Los Angeles this week.  On behalf of Respondent, we request that we be given some time to respond until (1) I complete the arbitration that I'm involved in this week and (2) until we receive a copy of the pleading that Mr. Biering allegedly filed in the federal court in Texas.

Jeff

------
Jeffrey S. Dunlap
Partner
UB Greensfelder LLP
D  216.583.7026
M 216.410.2531

---

**From:** AAA Rebecca Regniere <RebeccaRegniere@adr.org>
**Sent:** Tuesday, March 31, 2026 12:45 PM
**To:** 'j███ bierfam.com' <j███ bierfam.com>; Dunlap, Jeffrey <jdunlap@ubglaw.com>; 'katie.e.bunch@jpmchase.com' <katie.e.bunch@jpmchase.com>
**Subject:** RE: Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215

Good afternoon all,

Respondent counsel, please be reminded of the below request.

Sincerely,

*Jared Gunning, on behalf of:*

AAA_H.01-010

AAA_H.01_AAA_Case_Administration_Correspondence.pdf
C:\Users\JDSB\repos\jb_v_jpm_local_v2\matter\workspace\+00.00 - USDCNT_5thCirc_AAA\90_Exhibits\AGENT_WORKING_REVIEW\AAA_SUPP_ECF_EXHIBIT_STYLE_2026-04-29\AAA_H.01_AAA_Case_Administration



AAA_H.01-011
4:26-cv-00381-O
*Biering v. JPMS, et al.*



**AAA Rebecca Regniere**
Manager of ADR Services

American Arbitration Association
1301 Atwood Ave, Suite 211N, Johnston, RI 02919
**T :** 401 431 4848 **E:** RebeccaRegniere@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
**Explore 100 Years of AAA**

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify m reply email and destroy all copies of the transmittal. Thank you.

**From:** AAA Rebecca Regniere
**Sent:** Thursday, March 26, 2026 3:12 PM
**To:** j███  bierfam.com; jdunlap@ubglaw.com; katie.e.bunch@jpmchase.com
**Subject:** Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215

Good afternoon all,

The AAA is in receipt of a demand for arbitration in the referenced matter.

Claimant has requested this proceeding be stayed, as seen in the attached. At this time, we request Respondent provide comments on the request and whether or not they are in agreement to place this matter into abeyance.

Sincerely,

*Jared Gunning, on behalf of:*



AAA_H.01-012
4:26-cv-00381-O
*Biering v. JPMS, et al.*

| | |
|---|---|
| **From:** | Dunlap, Jeffrey <jdunlap@ubglaw.com> |
| **Sent:** | Wednesday, April 1, 2026 9:26 AM |
| **To:** | AAA Rebecca Regniere; JDSB; 'katie.e.bunch@jpmchase.com' |
| **Subject:** | RE: Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215 |

Thank you for your emails.  I am in arbitration in Los Angeles this week.  On behalf of Respondent, we request that we be given some time to respond until (1) I complete the arbitration that I'm involved in this week and (2) until we receive a copy of the pleading that Mr. Biering allegedly filed in the federal court in Texas.

Jeff

------
Jeffrey S. Dunlap
Partner
UB Greensfelder LLP
D  216.583.7026
M 216.410.2531

---

**From:** AAA Rebecca Regniere <RebeccaRegniere@adr.org>
**Sent:** Tuesday, March 31, 2026 12:45 PM
**To:** 'jbierfam.com' <jbierfam.com>; Dunlap, Jeffrey <jdunlap@ubglaw.com>; 'katie.e.bunch@jpmchase.com' <katie.e.bunch@jpmchase.com>
**Subject:** RE: Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215

Good afternoon all,

Respondent counsel, please be reminded of the below request.

Sincerely,

*Jared Gunning, on behalf of:*

**AAA Rebecca Regniere**
Manager of ADR Services

American Arbitration Association
1301 Atwood Ave, Suite 211N, Johnston, RI 02919
**T:** 401 431 4848 **E:** RebeccaRegniere@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
**Explore 100 Years of AAA**

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify m reply email and destroy all copies of the transmittal. Thank you.



**From:** AAA Rebecca Regniere
**Sent:** Thursday, March 26, 2026 3:12 PM
**To:** j███ bierfam.com; jdunlap@ubglaw.com; katie.e.bunch@jpmchase.com
**Subject:** Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215

Good afternoon all,

The AAA is in receipt of a demand for arbitration in the referenced matter.

Claimant has requested this proceeding be stayed, as seen in the attached. At this time, we request Respondent provide comments on the request and whether or not they are in agreement to place this matter into abeyance.

Sincerely,

*Jared Gunning, on behalf of:*

AAA_H.01-014
4:26-cv-00381-O
*Biering v. JPMS, et al.*

|  |  |
|---|---|
| **From:** | RebeccaRegniere@adr.org |
| **Sent:** | Tuesday, April 7, 2026 10:30 AM |
| **To:** | JDSB; jdunlap@ubglaw.com |
| **Cc:** | katie.e.bunch@jpmchase.com |
| **Subject:** | Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215 |
| **Attachments:** | 2026-04-071st Request Employers Fees.pdf |

Hello,

Please review the attached correspondence regarding the above-referenced case.

Feel free to contact me with any questions, comments or concerns you have related to this matter.

Thank you.



| | |
|---|---|
| **From:** | AAA Rebecca Regniere <RebeccaRegniere@adr.org> |
| **Sent:** | Tuesday, April 7, 2026 10:51 AM |
| **To:** | JDSB; Dunlap, Jeffrey; 'katie.e.bunch@jpmchase.com' |
| **Subject:** | RE: Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215 |

Good morning counsel.

We are following up with regard to our below correspondence and ask that the Respondent provide a response on or before **April 9, 2026** as to whether or not they are in agreement to place this matter in abeyance pending the decision of the United States District Court.

Thank you.

**Rebecca Regniere**
**Manager of ADR Services**
Labor, Employment & Elections
T: 401 431 4848  F: 401 435 6529  E: RebeccaRegniere@adr.org
1301 Atwood Ave, Suite 211N, Johnston, RI 02919




### AAA Rebecca Regniere
Manager of ADR Services

American Arbitration Association
1301 Atwood Ave, Suite 211N, Johnston, RI 02919
**T:** 401 431 4848 **E:** RebeccaRegniere@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
**Explore 100 Years of AAA**

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify m reply email and destroy all copies of the transmittal. Thank you.

**From:** JDSB <J███████bierfam.com>
**Sent:** Wednesday, April 1, 2026 10:57 PM
**To:** Dunlap, Jeffrey <jdunlap@ubglaw.com>; AAA Rebecca Regniere <RebeccaRegniere@adr.org>; 'katie.e.bunch@jpmchase.com' <katie.e.bunch@jpmchase.com>
**Subject:** Re: Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215

**\*\*\* External E-Mail – Use Caution \*\*\***



AAA_H.01-016
4:26-cv-00381-O
*Biering v. JPMS, et al.*

**From:** Dunlap, Jeffrey <jdunlap@ubglaw.com>
**Sent:** Wednesday, April 1, 2026 9:25 AM
**To:** AAA Rebecca Regniere <RebeccaRegniere@adr.org>; JDSB <J████ bierfam.com>; 'katie.e.bunch@jpmchase.com' <katie.e.bunch@jpmchase.com>
**Subject:** RE: Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215

Thank you for your emails.  I am in arbitration in Los Angeles this week.  On behalf of Respondent, we request that we be given some time to respond until (1) I complete the arbitration that I'm involved in this week and (2) until we receive a copy of the pleading that Mr. Biering allegedly filed in the federal court in Texas.

Jeff

------
Jeffrey S. Dunlap
Partner
UB Greensfelder LLP
D  216.583.7026
M 216.410.2531

---

**From:** AAA Rebecca Regniere <RebeccaRegniere@adr.org>
**Sent:** Tuesday, March 31, 2026 12:45 PM
**To:** 'j████ bierfam.com' <j████ bierfam.com>; Dunlap, Jeffrey <jdunlap@ubglaw.com>; 'katie.e.bunch@jpmchase.com' <katie.e.bunch@jpmchase.com>
**Subject:** RE: Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215

Good afternoon all,

Respondent counsel, please be reminded of the below request.

Sincerely,

*Jared Gunning, on behalf of:*





**AAA Rebecca Regniere**
Manager of ADR Services

American Arbitration Association
1301 Atwood Ave, Suite 211N, Johnston, RI 02919
**T :** 401 431 4848 **E:** RebeccaRegniere@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
**Explore 100 Years of AAA**

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify m reply email and destroy all copies of the transmittal. Thank you.



**From:** AAA Rebecca Regniere
**Sent:** Thursday, March 26, 2026 3:12 PM
**To:** j████ bierfam.com; jdunlap@ubglaw.com; katie.e.bunch@jpmchase.com
**Subject:** Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215

Good afternoon all,

The AAA is in receipt of a demand for arbitration in the referenced matter.

Claimant has requested this proceeding be stayed, as seen in the attached. At this time, we request Respondent provide comments on the request and whether or not they are in agreement to place this matter into abeyance.

Sincerely,

*Jared Gunning, on behalf of:*

AAA_H.01-017

AAA_H.01_AAA_Case_Administration_Correspondence.pdf
C:\Users\JDSB\repos\jb_v_jpm_local_v2\matter\workspace\+00.00 - USDCNT_5thCirc_AAA\90_Exhibits\AGENT_WORKING_REVIEW\AAA_SUPP_ECF_EXHIBIT_STYLE_2026-04-29\AAA_H.01_AAA_Case_Administration



| | |
|---|---|
| **From:** | JDSB |
| **Sent:** | Tuesday, April 7, 2026 12:56 PM |
| **To:** | AAA Rebecca Regniere; Dunlap, Jeffrey; 'katie.e.bunch@jpmchase.com' |
| **Subject:** | Re: Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215 |
| **Attachments:** | Dkt09_2026-04-06_Summons-AO440.pdf |

I also would like to confirm and update:

Federal Petition 4: 26cv-381-O has been filed, Chief Justice O'Connor North Texas presiding.

Summons have been issued and service enroute to all three entitites' registered agent:

CT Corporation System
Registered Office (Texas):
1999 Bryan Street, Suite 900
Dallas, Texas 75201-3136

Summons attached.

Note, an amended petition along with exhibits will be submitted and served upon completion to Respondents.

To clarify — the Respondent has not paid the AAA fee that was due **March 14, 2026?**

Many thanks,

███████████

---

**From:** AAA Rebecca Regniere <RebeccaRegniere@adr.org>
**Sent:** Tuesday, April 7, 2026 10:50 AM
**To:** JDSB <J███    bierfam.com>; Dunlap, Jeffrey <jdunlap@ubglaw.com>;
'katie.e.bunch@jpmchase.com' <katie.e.bunch@jpmchase.com>
**Subject:** RE: Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215

Good morning counsel.

We are following up with regard to our below correspondence and ask that the Respondent provide a response on or before **April 9, 2026** as to whether or not they are in agreement to place this matter in abeyance pending the decision of the United States District Court.

Thank you.

**Rebecca Regniere**
**Manager of ADR Services**
Labor, Employment & Elections



AAA_H.01-019

4:26-cv-00381-O

*Biering v. JPMS, et al.*

T: 401 431 4848  F: 401 435 6529  E: RebeccaRegniere@adr.org

1301 Atwood Ave, Suite 211N, Johnston, RI 02919



**AAA Rebecca Regniere**

Manager of ADR Services

American Arbitration Association
1301 Atwood Ave, Suite 211N, Johnston, RI 02919
**T :** 401 431 4848 **E:** RebeccaRegniere@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
**Explore 100 Years of AAA**

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me reply email and destroy all copies of the transmittal. Thank you.

**From:** JDSB <J███ bierfam.com>
**Sent:** Wednesday, April 1, 2026 10:57 PM
**To:** Dunlap, Jeffrey <jdunlap@ubglaw.com>; AAA Rebecca Regniere <RebeccaRegniere@adr.org>;
'katie.e.bunch@jpmchase.com' <katie.e.bunch@jpmchase.com>
**Subject:** Re: Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215

**\*\*\* External E-Mail – Use Caution \*\*\***

**From:** Dunlap, Jeffrey <jdunlap@ubglaw.com>
**Sent:** Wednesday, April 1, 2026 9:25 AM
**To:** AAA Rebecca Regniere <RebeccaRegniere@adr.org>; JDSB <J███ bierfam.com>;
'katie.e.bunch@jpmchase.com' <katie.e.bunch@jpmchase.com>
**Subject:** RE: Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215

Thank you for your emails.  I am in arbitration in Los Angeles this week.  On behalf of
Respondent, we request that we be given some time to respond until (1) I complete the
arbitration that I'm involved in this week and (2) until we receive a copy of the pleading that
Mr. Biering allegedly filed in the federal court in Texas.

Jeff

------
Jeffrey S. Dunlap
Partner
UB Greensfelder LLP
D  216.583.7026

AAA_H.01_AAA_Case_Administration_Correspondence.pdf
C:\Users\JDSB\repos\jb_v_jpm_local_v2\matter\workspace\+00.00 – USDCNT_5thCirc_AAA\90_Exhibits\AGENT_WORKING_REVIEW\AAA_SUPP_ECF_EXHIBIT_STYLE_2026-04-29\AAA_H.01_AAA_Case_Administration



AAA_H.01-020

4:26-cv-00381-O
*Biering v. JPMS, et al.*

M 216.410.2531

---

**From:** AAA Rebecca Regniere <RebeccaRegniere@adr.org>
**Sent:** Tuesday, March 31, 2026 12:45 PM
**To:** 'j███ bierfam.com' <j███ bierfam.com>; Dunlap, Jeffrey <jdunlap@ubglaw.com>;
'katie.e.bunch@jpmchase.com' <katie.e.bunch@jpmchase.com>
**Subject:** RE: Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215

Good afternoon all,

Respondent counsel, please be reminded of the below request.

Sincerely,

*Jared Gunning, on behalf of:*





### AAA Rebecca Regniere
Manager of ADR Services

American Arbitration Association
1301 Atwood Ave, Suite 211N, Johnston, RI 02919
**T :** 401 431 4848 **E:** RebeccaRegniere@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
**Explore 100 Years of AAA**

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify m reply email and destroy all copies of the transmittal. Thank you.

**From:** AAA Rebecca Regniere
**Sent:** Thursday, March 26, 2026 3:12 PM
**To:** j███ bierfam.com; jdunlap@ubglaw.com; katie.e.bunch@jpmchase.com
**Subject:** Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215

Good afternoon all,

The AAA is in receipt of a demand for arbitration in the referenced matter.

Claimant has requested this proceeding be stayed, as seen in the attached. At this time, we request Respondent provide comments on the request and whether or not they are in agreement to place this matter into abeyance.

Sincerely,

*Jared Gunning, on behalf of:*

AAA_H.01-020

AAA_H.01_AAA_Case_Administration_Correspondence.pdf
C:\Users\JDSB\repos\jb_v_jpm_local_v2\matter\workspace\+00.00 - USDCNT_5thCirc_AAA\90_Exhibits\AGENT_WORKING_REVIEW\AAA_SUPP_ECF_EXHIBIT_STYLE_2026-04-29\AAA_H.01_AAA_Case_Administration

AAA_H.01-021
4:26-cv-00381-O
*Biering v. JPMS, et al.*

## Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215

| | |
|---|---|
| **From:** | RebeccaRegniere@adr.org |
| **Sent:** | Friday, April 10, 2026 07:40 AM CT |
| **To:** | christopher.dodrill@gtlaw.com; JDSB <J██ bierfam.com> |
| **Cc:** | tomsenj@gtlaw.com; beth.bones@gtlaw.com |
| **Subject:** | Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215 |

Hello,

Please review the attached correspondence regarding the above-referenced case.

Feel free to contact me with any questions, comments or concerns you have related to this matter.

Thank you.

*Archived from J██ bierfam.com on April 10, 2026*

AAA_H.01-021

AAA_H.01_AAA_Case_Administration_Correspondence.pdf

C:\Users\JDSB\repos\jb_v_jpm_local_v2\matter\workspace\+00.00 - USDCNT_5thCirc_AAA\90_Exhibits\AGENT_WORKING_REVIEW\AAA_SUPP_ECF_EXHIBIT_STYLE_2026-04-29\AAA_H.01_AAA_Case_Administration

**AAA_H.01-022**
4:26-cv-00381-O
*Biering v. JPMS, et al.*

## RE: Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215 - NOA Counsel for Respondent

| | |
|---|---|
| **From:** | AAA Rebecca Regniere <RebeccaRegniere@adr.org> |
| **Sent:** | Friday, April 10, 2026 07:39 AM CT |
| **To:** | beth.bones@gtlaw.com |
| **Cc:** | tomsenj@gtlaw.com; christopher.dodrill@gtlaw.com; JDSB <J██████ bierfam.com> |
| **Subject:** | RE: Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215 - NOA Counsel for Respondent |

Thank you Attorney Bones.

Receipt is confirmed and we have added you, Attorney Tomsen and Attorney Dodrill to our service list. We have also removed Ms. Bunch.

Additional correspondence regarding the Rule 2 stay will be provided under separate cover.

Thank you.

Rebecca Regniere

Manager of ADR Services

Labor, Employment & Elections

T: 401 431 4848  F: 401 435 6529  E: RebeccaRegniere@adr.org

1301 Atwood Ave, Suite 211N, Johnston, RI 02919


AAA Rebecca Regniere

Manager of ADR Services

American Arbitration Association

1301 Atwood Ave, Suite 211N, Johnston, RI 02919

T : 401 431 4848

E: RebeccaRegniere@adr.org

adr.org | icdr.org | aaaicdrfoundation.org

Explore 100 Years of AAA

**AAA_H.01-022**
AAA_H.01_AAA_Case_Administration_Correspondence.pdf
C:\Users\JDSB\repos\jb_v_jpm_local_v2\matter\workspace\+00.00 - USDCNT_5thCirc_AAA\90_Exhibits\AGENT_WORKING_REVIEW\AAA_SUPP_ECF_EXHIBIT_STYLE_2026-04-29\AAA_H.01_AAA_Case_Administration



*Biering v. JPMS, et al.*

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

From: Beth.Bones@gtlaw.com <Beth.Bones@gtlaw.com>

Sent: Thursday, April 9, 2026 4:53 PM

To: AAA Rebecca Regniere <RebeccaRegniere@adr.org>

Cc: tomsenj@gtlaw.com; Christopher.Dodrill@gtlaw.com; j███ bierfam.com

Subject: Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215 - NOA Counsel for Respondent

Good afternoon, Ms. Regniere. Respondent JP Morgan has retained our firm, Greenberg Traurig, LLP, to represent it in the above-referenced matter. Please see attached our Notice of Appearance. Respondent agrees to stay Claimant's claims in arbitration

ZjQcmQRYFpfptBannerStart

*** External E-Mail – Use Caution ***

ZjQcmQRYFpfptBannerEnd

Good afternoon, Ms. Regniere.

Respondent JP Morgan has retained our firm, Greenberg Traurig, LLP, to represent it in the above-referenced matter.  Please see attached our Notice of Appearance.

Respondent agrees to stay Claimant's claims in arbitration consistent with the AAA's automatic stay provision under Rule R-2. Respondent consents to the stay only while the court determines the arbitrability of Claimant's employment claims. The stay should not apply to the remaining claims and issues raised in Claimant's federal court filing styled as a Verified Petition to Confirm, Modify, and Vacate in Part a FINRA Arbitration Award, and to Retain Jurisdiction which have no impact on the claims submitted to arbitration. By agreeing to this stay, Respondent does not waive any arguments or defenses it may have in either proceeding.

Additionally, Respondent has requested that the AAA remove Katie Bunch from the service list whenever that is possible on your end.

Thank you,

Beth

Beth Bones

Associate

Greenberg Traurig, LLP

2200 Ross Avenue | Suite 5200

|

AAA_H.01-023

AAA_H.01_AAA_Case_Administration_Correspondence.pdf
C:\Users\JDSB\repos\jb_v_jpm_local_v2\matter\workspace\+00.00 - USDCNT_5thCirc_AAA\90_Exhibits\AGENT_WORKING_REVIEW\AAA_SUPP_ECF_EXHIBIT_STYLE_2026-04-29\AAA_H.01_AAA_Case_Administration

AAA_H.01-024

4:26-cv-00381-O

*Biering v. JPMS, et al.*

Dallas

,

TX

75201

T +1 214.665.3798

|

F +1 214.665.3601

Beth.Bones@gtlaw.com

|

www.gtlaw.com

|

View GT Biography

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

*Archived from j███ bierfam.com on April 10, 2026*

AAA_H.01-024

AAA_H.01_AAA_Case_Administration_Correspondence.pdf
C:\Users\JDSB\repos\jb_v_jpm_local_v2\matter\workspace\+00.00 - USDCNT_5thCirc_AAA\90_Exhibits\AGENT_WORKING_REVIEW\AAA_SUPP_ECF_EXHIBIT_STYLE_2026-04-29\AAA_H.01_AAA_Case_Administration

AAA_H.01-025

4:26-cv-00381-O

*Biering v. JPMS, et al.*

## RE: Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215

| | |
|---|---|
| **From:** | AAA Rebecca Regniere <RebeccaRegniere@adr.org> |
| **Sent:** | Friday, April 10, 2026 09:33 AM CT |
| **To:** | JDSB <J███ bierfam.com>; christopher.dodrill@gtlaw.com |
| **Cc:** | tomsenj@gtlaw.com; beth.bones@gtlaw.com |
| **Subject:** | RE: Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215 |

Mr. Biering,

If a decision is provided within the 90 day period, please advise the AAA and if the matter is deferred back to the AAA we can reactivate the matter and  proceed without waiting for the 90 day period to toll.

Thank you.

Rebecca Regniere

Manager of ADR Services

Labor, Employment & Elections

T: 401 431 4848  F: 401 435 6529  E: RebeccaRegniere@adr.org

1301 Atwood Ave, Suite 211N, Johnston, RI 02919


AAA Rebecca Regniere

Manager of ADR Services

American Arbitration Association

1301 Atwood Ave, Suite 211N, Johnston, RI 02919

T : 401 431 4848

E: RebeccaRegniere@adr.org

adr.org | icdr.org | aaaicdrfoundation.org

Explore 100 Years of AAA

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is

AAA_H.01-025

AAA_H.01_AAA_Case_Administration_Correspondence.pdf

C:\Users\JDSB\repos\jb_v_jpm_local_v2\matter\workspace\+00.00 - USDCNT_5thCirc_AAA\90_Exhibits\AGENT_WORKING_REVIEW\AAA_SUPP_ECF_EXHIBIT_STYLE_2026-04-29\AAA_H.01_AAA_Case_Administration

prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

From: JDSB <J███ bierfam.com>

Sent: Friday, April 10, 2026 9:34 AM

To: AAA Rebecca Regniere <RebeccaRegniere@adr.org>; christopher.dodrill@gtlaw.com

Cc: tomsenj@gtlaw.com; beth.bones@gtlaw.com

Subject: Re: Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215

Thank you for the timely update, Ms. Regniere. One point of clarification: if the court issues its decision prior to the expiration of the 90-day period and defers the matter back to the AAA, would that decision supersede the 90-day stay? It

ZjQcmQRYFpfptBannerStart

*** External E-Mail – Use Caution ***

ZjQcmQRYFpfptBannerEnd

Thank you for the timely update, Ms. Regniere.

One point of clarification: if the court issues its decision prior to the expiration of the 90-day period and defers the matter back to the AAA, would that decision supersede the 90-day stay? It is my understanding—and request—that it would.

V/R,

JB

---

From: RebeccaRegniere@adr.org <RebeccaRegniere@adr.org>

Sent: Friday, April 10, 2026 7:40:32 AM

To: christopher.dodrill@gtlaw.com <christopher.dodrill@gtlaw.com>; JDSB <J███ bierfam.com>

Cc: tomsenj@gtlaw.com <tomsenj@gtlaw.com>; beth.bones@gtlaw.com <beth.bones@gtlaw.com>

Subject: Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215

Hello,

Please review the attached correspondence regarding the above-referenced case.

Feel free to contact me with any questions, comments or concerns you have related to this matter.

Thank you.

---

*Archived from J███ bierfam.com on April 10, 2026*

AAA_H.01-027
4:26-cv-00381-O
*Biering v. JPMS, et al.*

## Re: Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215

| | |
|---|---|
| **From:** | JDSB <J███ bierfam.com> |
| **Sent:** | Friday, April 10, 2026 08:34 AM CT |
| **To:** | RebeccaRegniere@adr.org; christopher.dodrill@gtlaw.com |
| **Cc:** | tomsenj@gtlaw.com; beth.bones@gtlaw.com |
| **Subject:** | Re: Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215 |

Thank you for the timely update, Ms. Regniere.

One point of clarification: if the court issues its decision prior to the expiration of the 90-day period and defers the matter back to the AAA, would that decision supersede the 90-day stay? It is my understanding—and request—that it would.

V/R,

JB

From: RebeccaRegniere@adr.org <RebeccaRegniere@adr.org>

Sent: Friday, April 10, 2026 7:40:32 AM

To: christopher.dodrill@gtlaw.com <christopher.dodrill@gtlaw.com>; JDSB <J███ bierfam.com>

Cc: tomsenj@gtlaw.com <tomsenj@gtlaw.com>; beth.bones@gtlaw.com <beth.bones@gtlaw.com>

Subject: Joshua David Sappi Biering v. J.P. Morgan Securities LLC - Case 01-26-0000-7215

Hello,

Please review the attached correspondence regarding the above-referenced case.

Feel free to contact me with any questions, comments or concerns you have related to this matter.

Thank you.

*Archived from J███ bierfam.com on April 10, 2026*

AAA_H.01-027

AAA_H.01_AAA_Case_Administration_Correspondence.pdf
C:\Users\JDSB\repos\jb_v_jpm_local_v2\matter\workspace\+00.00 - USDCNT_5thCirc_AAA\90_Exhibits\AGENT_WORKING_REVIEW\AAA_SUPP_ECF_EXHIBIT_STYLE_2026-04-29\AAA_H.01_AAA_Case_Administration