**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| JOSHUA DAVID SAPPI BIERING | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| | § | |
| v. | § | Case No. 4:26-cv-381-O-BP |
| | § | |
| | § | |
| J.P. MORGAN SECURITIES, LLC, et al. | § | |
| *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I.      Applicant is an attorney and a member of the law firm of (or practices under the name of)

UB GREENSFELDER LLP                                             , with offices at

1660 W. 2nd St., Ste. 1100
(Street Address)

Cleveland, Ohio                          Ohio              44113
(City)                                   (State)           (Zip Code)

216.583.7000                             216.583.7001
(Telephone No.)                          (Fax No.)

II.     Applicant will sign all filings with the name Jeffrey S. Dunlap                        .

III.    Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

J.P. MORGAN SECURITIES, LLC, JPMORGAN CHASE & CO., AND JPMORGAN CHASE BANK, N.A.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.    Applicant is a member in good standing of the bar of the highest court of the state of

_____Ohio_____, where Applicant regularly practices law.

Bar license number: _0067923_____    Admission date:_10.21.97_____

| For Court Use Only. |
| Bar Status Verified: |
| _____ |

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V.    Applicant has also been admitted to practice before the following courts:

Court:                          Admission Date:                  Active or Inactive:

_See the attached sheet._____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

VI.    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

NONE

VII.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

NONE

VIII.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

NONE

IX.    Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:
N/A

Case No. And Style:

(If necessary, attach statement of additional applications.)

X.    Local counsel of record associated with Applicant in this matter is

Christopher S. Dodrill, of Greenberg Traurig, LLP                                   , who has offices at

2200 Ross Ave.
(Street Address)

Dallas                                            Texas                 75201
(City)                                            (State)               (Zip Code)

214.665.3600                                      214.665.3601
(Telephone No.)                                   (Facsimile No.)

XI.    Check the appropriate box below.

For Application in a **Civil Case**

☑    Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐    Applicant has read and will comply with the local criminal rules of this court.

XII.    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the    28th    day of April                    , 2026    .

Jeffrey S. Dunlap
Printed Name of Applicant

*Jeffrey S. Dunlap*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

**Jeffrey Dunlap**
**States and Courts Admitted**

| Date Admitted | State/Court | Status |
|---|---|---|
| 08/28/1999 | United States Supreme Court | Active |
| 12/18/1998 | United States Court of Appeals, Sixth Circuit | Active |
| 11/30/2023 | United States Court of Appeals, Second Circuit | Active |
| 07/15/1997 | United States District Court, Northern District of Ohio | Active |
| 04/29/1999 | United States District Court, Southern District of Ohio | Active |
| 12/20/1989 | United States District Court, Northern District of Illinois | Active |
| 12/16/2013 | United States District Court, Central District of Illinois | Active |
| 02/28/1995 | United States District Court, Eastern District of Michigan | Active |
| 12/09/1997 | United States District Court, District of Arizona | Active |
| 02/08/2012 | United States District Court, Northern District of Florida | Active |
| 11/02/2021 | United States District Court of Colorado | Active |
| 10/21/1997 | State of Ohio | Active |
| 11/09/1989 | State of Illinois | Active |



# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Office of Attorney Services of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Registration and Continuing Legal Education Section of the Supreme Court and that the Office of Attorney Services is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Jeffrey Scott Dunlap**
Attorney Registration No. **0067923**

was admitted to the practice of law in Ohio on October 21, 1997; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 15th day of April, 2026.

MICHEL JENDRETZKY
*Director, Office of Attorney Services*

Shannon B Scheid

Shannon Scheid
*Administrative Assistant, Office of Attorney Services*

No. 2026-04-15-1
Verify by email at GoodStandingRequests@sc.ohio.gov