**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-cv-381-O-BP** |
| | § | |
| **J.P. MORGAN SECURITIES, LLC,** *et al.,* | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court are the Emergency Motion for Extension of Time to File Answer/Respond to Plaintiff's Amended Petition that JP Morgan Securities LLC, JPMorgan Chase & Co., and JPMorgan Chase Bank NA (collectively "Defendants") filed on April 28, 2026 (ECF No. 17), Plaintiff's Response filed on April 29, 2026 (ECF No. 18), and Defendants' Reply filed the same day (ECF No. 19). Defendants request that the Court extend the deadline for their Response by twenty-two days to May 26, 2026. *Id.* For good cause shown, the Court **GRANTS** the Motion. It is therefore **ORDERED** that Defendants must file their Response to Plaintiff's Amended Verified Petition on or before **May 26, 2026**.

It is so **ORDERED** on April 30, 2026.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE