**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-cv-381-O-BP** |
| | § | |
| **J.P. MORGAN SECURITIES, LLC, *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court are the Applications for Admission *Pro Hac Vice* of Kyle W. Rea and Jeffrey S. Dunlap (ECF Nos. 26, 27, respectively) that JP Morgan Securities LLC, JPMorgan Chase & Co., and JPMorgan Chase Bank NA filed on April 30, 2026. Because the applications contain certificates of good standing and meet the local counsel requirement, the Court finds that the Applications for Admission *Pro Hac Vice* of Kyle W. Rea and Jeffrey S. Dunlap (ECF Nos. 26, 27, respectively) should be and are hereby **GRANTED**.

It is further **ORDERED** that, if the Applicants have not already done so, the Applicants must register as an ECF User within fourteen days. *See* LR 5.1(f).

It is so **ORDERED** on May 1, 2026.

Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE