U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY - 7 2026

CLERK, U.S. DISTRICT COURT

By _____MW_____
Deputy

