UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |
|---|---|
| **JOSHUA DAVID SAPPI BIERING,**<br><br>Claimant,<br><br>v.<br><br>**J.P. MORGAN SECURITIES LLC,** *et al.*,<br><br>Respondent. | X<br>:<br>:   **Case No. 4:26-cv-381-O**<br>:<br>:   **FINRA Case No. 24-01208**<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>X |

**RESPONDENTS' RESPONSE IN OPPOSITION TO PETITIONER'S MOTION FOR EXPEDITED REVIEW OF DKT. 16 AND DKT. 29**

Respondents, J.P. Morgan Securities LLC ("JPMS"), JPMorgan Chase Bank, N.A. ("Chase"), and JP Morgan Chase & Co. ("JPMC") (collectively "Respondents"), by and through undersigned counsel, hereby submit this Response in Opposition to Petitioner, Joshua David Sappi Biering's ("Biering") Motion for Expedited Review of Dkt. 16 (Biering's Motion for Accelerated Hearing, Concurrent Dispositive Briefing, and Expedited Scheduling) and Dkt. 29 (Biering's Objection to the Magistrate Judge's Order Granting a 14-Day Extension for the Response in Opposition to Petitioner's Petition) ("Motion," [ECF No. 29]). As discussed in Respondents' Responses in Opposition to Dkt. 16 and Dkt. 29, Biering's underlying arguments for his motions are meritless, and his current Motion is equally without merit.

## ARGUMENT AND AUTHORITIES

Biering does not include valid legal authority for his Dkt. 16 Motion, and he failed to show any irreparable harm, which would require even more expedited review of these already expedited

proceedings. Biering failed to present any justification for why this Court should require Respondents to file any dispositive motions concurrently with their Response in Opposition to Biering's Motion. There is no basis to grant his Dkt. 16 Motion, and expedited consideration of his Dkt. 16 Motion would serve no purpose because he failed to show he is entitled to relief.

Expedited consideration of Biering's Dtk. 29 Objection to the Magistrate Judge Ray's non-dispositive Order granting Respondents an extension to respond to Biering's 49-page Petition should not be undertaken. This Court can *only* overrule Magistrate Judge Ray's non-dispositive Order *if* it is clearly erroneous. *See Troxler v. McDonough*, No. 25-0074, 2026 WL 513480, at *1 (W.D. La. Feb. 20, 2026), *citing*, *Castillo v. Frank*, 70 F.3d 382, 385 (5th Cir. 1995). Magistrate Judge Ray's Order granting a 14-day extension was lawful and complied with Rule 6(b) of the Federal Rules of Civil Procedure. Biering lacks any legal or factual basis to challenge Magistrate Judge Ray's Order, and his frivolous filings are a waste of the Court's resources. *See Troxler v. McDonough*, No. 25-0074, 2026 WL 513480, at *1 (W.D. La. Feb. 20, 2026) ("While the Court construes pro se filings liberally, that leniency does not permit the continued submission of frivolous or duplicative motions. The filing of meritless motions and objections unnecessarily consumes judicial resources and delays the resolution of this matter.").

## CONCLUSION

For the foregoing reasons, this Court should deny Biering's Motion for Expedited Review of Dkt. 16 and Dkt. 29 [ECF No. 29].

Dated: May 26, 2026

Respectfully submitted,

*/s/ Jeffrey S Dunlap*
Jeffrey S. Dunlap
Ohio Bar No. 0067923,
*Admitted Pro Hac Vice*
Kyle W. Rea
Ohio Bar No. 0101812
*Admitted Pro Hac Vice*
UB GREENSFELDER LLP
Skylight Office Tower
1660 West 2nd Street - Suite 1100
Cleveland, Ohio 44113-1448
Phone (216) 583-7000
Fax (216) 583-7001
jdunlap@ubglaw.com
krea@ubglaw.com

Christopher S. Dodrill
Texas Bar No. 24110696
Elizabeth A. Bones
Texas Bar No. 24074026
GREENBERG TRAURIG LLP
2200 Ross Ave., Ste. 5200
Dallas, Texas 75201
Phone (214) 665-3600
Fax (214) 665-3601
christopher.dodrill@gtlaw.com
beth.bones@gtlaw.com

*Attorneys for Respondents,*
*J.P. Morgan Securities LLC, JPMorgan*
*Chase & Co., and JP Morgan Chase Bank,*
*N.A.*

3

## CERTIFICATE OF SERVICE

I certify that on May 26, 2026, the foregoing was filed and served through PACER's ECF system.

/s/ Jeffrey S. Dunlap
Jeffrey S. Dunlap