## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING**, | § § § § § § § § § § § | |
| Petitioner, *Pro Se,* | | **Case No.** 4:26cv-381-O |
| v. | | |
| **J.P. MORGAN SECURITIES LLC, JPMORGAN CHASE & CO., and JPMORGAN CHASE BANK, N.A.,** | | FINRA Case No. 24-01208 EEOC Charge No. 450-2024-04743 AAA Case No. 01-26-0000-7215 |
| Respondents. | | |

### PETITIONER'S LIMITED REPLY ON DKT. 32 AND REQUEST FOR CLARIFICATION THAT THE RULE 72(a) RECORD ON DKT. 29 IS RIPE

Petitioner respectfully submits this limited reply to Respondents' Response in Opposition [Dkt. 40 (Resp. Opp. Exp. Review)] to clarify the present posture of the record. By the time Dkt. 40 was filed, Petitioner's Rule 72(a) Objection [Dkt. 29 (Pet. Rule 72(a) Obj.)] was already fully briefed and ripe for decision before Chief Judge O'Connor.

The substantive filing **actually due today, May 26, 2026,** is Respondents' response to the Amended Verified Petition [Dkt. 11 (Am. Verified Pet.)] under the 14-day extension granted in Dkt. 28 (Order Granting Ext.) and challenged in Dkt. 29.

Dkt. 40 does not reopen the closed Dkt. 29 record.

### I. The Rule 72(a) Record Was Already Closed And Ripe

The Rule 72(a) Objection track had completed its full motion-response-reply sequence under N.D. Tex. L. Civ. R. 7.1 before Dkt. 40 was filed.

(i) Petitioner filed the Objection at Dkt. 29 May 1, 2026.

(ii) Respondents filed their opposition at Dkt. 37 (Resp. Opp. Rule 72(a) Obj.) on May 22, 2026.

(iii) Petitioner filed his reply at Dkt. 39 (Pet. Reply ISO Rule 72(a) Obj.) on May 23,

2026, closing the Rule 72(a) record.

Dkt. 40 itself confirms that Respondents were revisiting arguments they had already made. In its opening paragraph, Respondents state that "[a]s discussed in Respondents' Responses in Opposition to Dkt. 16 and Dkt. 29," Petitioner's arguments are meritless. Dkt. 40 at 1. Those earlier responses were Dkt. 35 (Resp. Opp. Exp. Scheduling) and Dkt. 37. Petitioner had already replied to them in Dkt. 36 (Pet. Reply ISO Exp. Scheduling) and Dkt. 39 before Dkt. 40 was filed.

## II.    Dkt. 40 Should Not Be Treated As Further Briefing On Dkt. 29

Dkt. 40 is captioned as a response to Petitioner's Motion for Expedited Review [Dkt. 32 (Pet. Mot. Exp. Review)]. Its caption may explain why Respondents filed it, but it does not authorize Respondents to add further merits briefing to the already-closed Rule 72(a) record on Dkt. 29.

Respondents argue that the Magistrate Judge's extension Order [Dkt. 28] "was lawful and complied with Rule 6(b)" and that Petitioner's Objection "lacks any legal or factual basis." Dkt. 40 at 2. Those are merits arguments directed to the Rule 72(a) Objection itself, not arguments about whether expedited review should occur.

Those merits arguments were already presented in Dkt. 37 and answered in Dkt. 39. Respondents did not seek leave under L.R. 7.1 to submit additional briefing on Dkt. 29. Dkt. 40 therefore should not be treated as reopening, supplementing, or extending the already ripe Rule 72(a) record.

## III.    The Timing Request In Dkt. 32 Has Been Overtaken

On May 22, 2026, the Magistrate Judge denied Dkt. 16 (Pet. Mot. Exp. Scheduling) and further held that, to the extent the relief sought in Dkt. 32 was before the undersigned, Dkt. 32 was moot. Dkt. 38 (Order Denying Exp. Scheduling). The Court also confirmed that the Dkt. 29 component of Dkt. 32 was "not before the undersigned" because Dkt. 29 is pending before Chief Judge O'Connor. Dkt. 38 at 2.

The timing request in Dkt. 32 has been overtaken by the deadline of May 26, 2026. That

2

does not change the posture of Dkt. 29. The Rule 72(a) issue was already fully briefed and submitted before Dkt. 40 was filed. Petitioner filed his reply at Dkt. 39 on May 23, 2026, completing the Rule 72(a) motion-response-reply sequence

Respectfully submitted,

*[signature: Joshua David Sappi Biering]*

**JOSHUA DAVID SAPPI BIERING**
Petitioner, *Pro Se*

Dated: May 26, 2026

## CERTIFICATE OF SERVICE

Petitioner, *pro se*, certifies that on May 23, 2026, the foregoing was filed via CM/ECF, which will automatically serve notice on all counsel of record.

*[signature: Joshua David Sappi Biering]*

**JOSHUA DAVID SAPPI BIERING**
Petitioner, *Pro Se*