# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | : | **Case No. 4:26-cv-381-O** |
| | : | |
| **Claimant,** | : | **FINRA Case No. 24-01208** |
| | : | |
| **v.** | : | |
| | : | |
| **J.P. MORGAN SECURITIES LLC,** *et al.*, | : | |
| | : | |
| **Respondent.** | : | |
| | : | |

## RESPONDENTS' CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.4, Respondents, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and J.P. Morgan Securities, LLC file this Certificate of Interested Persons and state as follows:

JPMorgan Chase & Co. is a publicly held corporation (NYSE: JPM). JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.

JPMorgan Chase Bank, N.A. is a wholly owned subsidiary of JPMorgan Chase & Co.

J.P. Morgan Securities, LLC is a wholly owned subsidiary of J.P. Morgan Broker-Dealer Holdings Inc., which is in turn a wholly owned subsidiary of JPMorgan Chase Holdings LLC, which is in turn a wholly owned subsidiary of JPMorgan Chase & Co.

Respondents are not aware of any persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case.

Dated: May 26, 2026

Respectfully submitted,

*/s/Jeffrey S. Dunlap*
Jeffrey S. Dunlap
Ohio Bar No. 0067923,
*Admitted Pro Hac Vice*
Kyle W. Rea
Ohio Bar No. 0101812
*Admitted Pro Hac Vice*
UB GREENSFELDER LLP
Skylight Office Tower
1660 West 2nd Street - Suite 1100
Cleveland, Ohio 44113-1448
Phone (216) 583-7000
Fax (216) 583-7001
jdunlap@ubglaw.com
krea@ubglaw.com

Christopher S. Dodrill
Texas Bar No. 24110696
Elizabeth A. Bones
Texas Bar No. 24074026
GREENBERG TRAURIG LLP
2200 Ross Ave., Ste. 5200
Dallas, Texas 75201
Phone (214) 665-3600
Fax (214) 665-3601
christopher.dodrill@gtlaw.com
beth.bones@gtlaw.com

*Attorneys for Respondents,*
*J.P. Morgan Securities LLC, JPMorgan*
*Chase & Co., and JP Morgan Chase Bank,*
*N.A.*

## CERTIFICATE OF SERVICE

I certify that on May 26, 2026, the foregoing was filed and served through PACER's ECF system.

/s/Jeffrey S. Dunlap

*One of the Attorneys for Respondents,
J.P. Morgan Securities LLC, JPMorgan
Chase & Co., and JP Morgan Chase Bank,
N.A.*