**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-cv-00381-O-BP** |
| | § | |
| **J.P. MORGAN SECURITIES, LLC, *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |

## <u>ORDER</u>

*Pro se* Plaintiff Joshua Biering brings this case in relation to an arbitration award issued on December 29, 2025. ECF No. 1 at 1. He asks the Court to confirm and give effect to severable portions of the award, vacate non-final portions, and retain jurisdiction to resolve matters the arbitral forum could not finally and completely resolve. *Id.* Pursuant to Fed. R. Civ. P. 16(b), Rule 26, and the Court's Civil Justice Expense and Delay Reduction Plan, the Court typically enters an order requiring the parties to confer regarding the tasks identified in Rule 16(b)(3) and submit a joint status report recommending deadlines for completion of those tasks that the Court should include in the scheduling order.

However, because Biering's claims relate to the parties' completed arbitration, discovery may not be required in this case. Therefore, an abbreviated scheduling order may be appropriate without the usual Rule 16(b) requirements, that only includes proposed dates for cross motions for summary judgment. Accordingly, the Court **ORDERS** the parties to confer and advise the Court by **June 13, 2026** whether they request it to enter a typical scheduling order that includes the tasks set out in Rule 16(b)(3) or an abbreviated briefing schedule. If they request a briefing schedule, the parties **SHALL** confer and provide the Court with their proposed schedule.

It is so **ORDERED** on June 3, 2026.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE