# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

**JOSHUA DAVID SAPPI BIERING**,

Petitioner, *Pro Se,*

v.

**J.P. MORGAN SECURITIES LLC,**
**JPMORGAN CHASE & CO., and**
**JPMORGAN CHASE BANK, N.A.,**

Respondents.

§
§
§
§
§
§
§
§
§
§
§
§

**Case No.** 4:26cv-381-O

FINRA Case No. 24-01208
EEOC Charge No. 450-2024-04743
AAA Case No. 01-26-0000-7215

## PETITIONER'S LIMITED NOTICE REGARDING DKT. 48

Petitioner Joshua David Sappi Biering, *pro se*, respectfully submits this limited notice out of an abundance of caution regarding Respondents' submission at Dkt. 48. Petitioner's Status Report [Dkt. 47] was filed pursuant to the Court's June 3, 2026 Order [Dkt. 46] as a status report, not a motion. Because Respondents thereafter filed a response to that status report, Petitioner submits this notice solely to avoid any uncertainty regarding whether further briefing periods apply.

Petitioner does not understand Respondents' filing to alter the procedural posture of the case but files this notice solely to ensure the record reflects that understanding. The parties agree that discovery is unnecessary and that the matters presently before the Court are ripe and ready for determination on the existing record. This notice preserves the procedural record only and does not supplement the merits briefing or seek additional relief.

Respectfully submitted,

_____

**JOSHUA DAVID SAPPI BIERING**
Petitioner, *Pro Se*

Dated: June 13, 2026

1

## CERTIFICATE OF SERVICE

I certify that on June 13, 2026, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, which will provide notice to all counsel of record.

_____

**JOSHUA DAVID SAPPI BIERING**
Petitioner, *Pro Se*


Dated: June 13, 2026