**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID SAPPI BIERING,** | § | |
| | § | |
| Plaintiff, *Pro Se*, | § | **Case No.** 4:26-cv-00381-O |
| v. | § | |
| | § | Related Case No. 4:26-cv-00950-P |
| **JPMORGAN CHASE BANK, N.A., JPMORGAN CHASE & CO., and J.P. MORGAN SECURITIES LLC,** | § | FINRA Case No. 24-01208<br>EEOC Charge No. 450-2024-04743<br>AAA Case No. 01-26-0000-7215 |
| | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF FILING OF PETITION FOR WRITS OF MANDAMUS OR PROHIBITION**

Plaintiff, Joshua David Sappi Biering, proceeding *pro se*, provides notice that on September 8, 2026, he filed in the United States Court of Appeals for the Fifth Circuit a **Petition for Writs of Mandamus or Prohibition under Federal Rule of Appellate Procedure 21**, concerning this proceeding and related Case No. 4:26-cv-00950-P.

The petition seeks extraordinary review concerning the sequence and timing of judicial determinations presently before the respective district courts. Plaintiff has also filed an **Emergency Motion under Fifth Circuit Rule 27.3 requesting expedited consideration of the petition**.

Pursuant to Federal Rule of Appellate Procedure 21(a)(1), Plaintiff provides a copy of the petition to the district judge and magistrate judge. The Petition is attached as **Exhibit A**. This Notice is submitted solely to notify the Court of the appellate filing. **No relief is requested from this Court through this Notice.**

Respectfully submitted,

*Joshua David Sappi Biering*

**Joshua David Sappi Biering**
Plaintiff, *Pro Se*